```
Interest Only Period                            to Maturity      Credit       Loan-to-Value
(months)                                         (Months)        Score         Ratio (%)
--------------------------------               --------------   ---------     -------------
<S>                                               <C>             <C>           <C>



    Total........................

</TABLE>




                              [Prepayment Charge Periods at Origination]

<TABLE>
<CAPTION>


                                       Number of          Aggregate          % of
Prepayment Charge                      Mortgage       Principal Balance     Mortgage
Period (months)                         Loans            Outstanding         Loans
--------------------------------     -------------    -----------------   -------------
<S>                                     <C>              <C>                 <C>



    Total........................     -------------    -----------------   -------------
                                     =============    =================   =============


<CAPTION>
                                       Weighted          Weighted           Weighted
                                       Average           Average            Average
                                     Remaining Term        FICO             Original
Prepayment Charge                     to Maturity        Credit          Loan-to-Valu
Period (months)                        (Months)           Score            Ratio (%)
--------------------------------     --------------     ---------        ------------
<S>                                     <C>                <C>              <C>



    Total........................

</TABLE>
```

S-47

<PAGE>

Assignment of the Mortgage Loans

        Pursuant to the pooling and servicing agreement dated as of [ ], 20[
] (the "Pooling and Servicing Agreement"), among the Depositor, the Master
Servicer, the Sellers, [ ], as trustee (the "Trustee") [and [ ], as co-trustee
(the "Co-Trustee")], the Depositor on the Closing Date will sell, transfer,
assign, set over and otherwise convey without recourse to the Trustee in trust
for the benefit of the certificateholders and the [Class AF-5B] Insurer, all
right, title and interest of the Depositor in and to each Initial Mortgage
Loan and all right, title and interest in and to all other assets included in
the issuing entity, including all principal and interest received on or with
respect to the Initial Mortgage Loans after the Initial Cut-off Date
(exclusive of any scheduled principal due on or prior to the Initial Cut-off
Date and any interest accruing prior to the Initial Cut-off Date) and the
Pre-Funded Amount, if any, deposited in the Pre-Funding Account on the Closing
Date.

        In connection with the transfer and assignment of the Mortgage Loans,
the Depositor will deliver the following documents to the [Co-Trustee /
Trustee] (collectively constituting the "Trustee's Mortgage File") with
respect to each Initial Mortgage Loan and each Subsequent Mortgage Loan, if
any (collectively, the "Mortgage Loans"):

        (1) the original Mortgage Note, endorsed by the applicable
        Seller or the originator of the Mortgage Loan, without recourse in
        the following form: "Pay to the order of _____ without
        recourse" with all intervening endorsements that show a complete
        chain of endorsement from the originator to the applicable Seller,
        except that the Depositor may deliver or cause to be delivered a lost
        note affidavit in lieu of any original Mortgage Note that has been
        lost,

        (2) the original recorded Mortgage or a copy of such
        instrument,

        (3) a duly executed assignment of the Mortgage to "Mortgage
        Pass-Through Certificates, Series 200[ ]-[ ], CWALT, Inc., by [ ], as
        trustee under the Pooling and Servicing Agreement dated as of [ ],
        20[ ], without recourse," in recordable form, as described in the
        Pooling and Servicing Agreement,

(4) the original recorded assignment or assignments of the Mortgage together with all interim recorded assignments of the Mortgage or copies thereof, except for any documents not returned from the public recording office, which will be delivered to the [Co-Trustee / Trustee] as soon as the same is available to the Depositor,

(5)       the original or copies of each assumption, modification, written assurance or substitution agreement, if any, and

(6) the original or duplicate original lender's title policy and all riders thereto or, in the event the original title policy has not been received from the insurer, the original or duplicate original lender's title policy and all riders thereto will be delivered within one year of the Closing Date.

Notwithstanding the foregoing, in lieu of providing the documents set forth in clauses (3) and (4) above, the Depositor may at its discretion provide evidence that the related Mortgage is held through the MERS(R) System. In addition, the Mortgages for some or all of the Mortgage Loans in the issuing entity that are not already held through the MERS(R) System may, at the discretion of the Master Servicer, in the future be held through the MERS(R) System. For any Mortgage held through the MERS(R) System, the Mortgage is recorded in the name of Mortgage Electronic Registration Systems, Inc., or MERS(R), as nominee for the owner of the Mortgage Loan, and subsequent assignments of the Mortgage were, or in the future may be, at the discretion of the Master Servicer, registered electronically through the MERS(R) System. For each of these Mortgage Loans, MERS(R) serves as mortgagee of record on the Mortgage solely as a nominee in an administrative capacity on behalf of the Trustee, and does not have any interest in the Mortgage Loan.

S-48

<PAGE>

Pursuant to the Pooling and Servicing Agreement, the Depositor will be required to deliver (or cause delivery of) the Trustee's Mortgage Files:

(A) not later than the Closing Date, with respect to at least 50% of the Initial Mortgage Loans, and not later than the relevant Subsequent Transfer Date, with respect to at least 10% of the Subsequent Mortgage Loans conveyed on any related Subsequent Transfer Date,

(B) not later than twenty days after the Closing Date, with respect to at least an additional 40% of the Initial Mortgage Loans, and not later than twenty days after the relevant Subsequent Transfer Date with respect to the remaining Subsequent Mortgage Loans conveyed on any related Subsequent Transfer Date, and

(C) not later than thirty days after the Closing Date, with respect to the remaining Initial Mortgage Loans.

Assignments of the Mortgage Loans to the Trustee (or its nominee) will be recorded in the appropriate public office for real property records, except in states (such as California) as to which an opinion of counsel is delivered to the effect that the recording is not required to protect the

Trustee's interests in the Mortgage Loan against the claim of any subsequent transferee or any successor to or creditor of the Depositor or the applicable Seller. As to any Mortgage Loan, the recording requirement exception described in the preceding sentence is applicable only so long as the related Trustee's Mortgage File is maintained in the possession of the [Co-Trustee / Trustee] in one of the states to which the exception applies. In the event an assignment is delivered to the Trustee in blank and the related Trustee's Mortgage File is released by the Trustee pursuant to applicable provisions of the Pooling and Servicing Agreement, the Trustee will complete the assignment as provided in subparagraph (3) above prior to the release. In the event recording the assignment of the Mortgage Loan is required to protect the interest of the Trustee in the Mortgage Loans, the Master Servicer is required to cause each previously unrecorded assignment to be submitted for recording.

The [Co-Trustee / Trustee] will review the Initial Mortgage Loan documents on or prior to the Closing Date (or promptly after the [Co-Trustee / Trustee]'s receipt of any document permitted to be delivered after the Closing Date), and the Subsequent Mortgage Loan documents promptly after the [Co-Trustee / Trustee]'s receipt thereof on or after the related Subsequent Transfer Date as described above, and the [Co-Trustee / Trustee] will hold the Mortgage Loan documents in trust for the benefit of the holders of the Certificates in accordance with its customary procedures, including storing the documents in fire-resistant facilities. After review of the Mortgage Loan documents, if any document is found to be missing or defective in any material respect, the Trustee [or the Co-Trustee] is required to notify the Master Servicer, the [Class AF-5B] Insurer and Countrywide Home Loans in writing. If [Countrywide Home Loans] cannot or does not cure the omission or defect within 90 days of its receipt of notice from the Trustee [or the Co-Trustee], [Countrywide Home Loans] is required to repurchase the related Mortgage Loan from the issuing entity at a price (the "Purchase Price") equal to the sum of:

> (i)   100% of the unpaid principal balance (or, if the purchase or repurchase, as the case may be, is effected by the Master Servicer, the Stated Principal Balance) of the Mortgage Loan as of the date of the purchase,

> (ii)  accrued interest thereon at the applicable Mortgage Rate (or, if the purchase or repurchase, as the case may be, is effected by the Master Servicer, at the Net Mortgage Rate) from (a) the date through which interest was last paid by the mortgagor (or, if the purchase or repurchase, as the case may be, is effected by the Master Servicer, the date through which interest was last advanced by, and not reimbursed to, the Master Servicer) to (b) the Due Date in the month in which the Purchase Price is to be distributed to certificateholders, and

> (iii) any costs, expenses and damages incurred by the issuing entity resulting from any violation of any predatory or abusive lending law in connection with the Mortgage Loan.

S-49

<PAGE>

Rather than repurchase the Mortgage Loan as provided above, [Countrywide Home Loans] may remove the Mortgage Loan (a "Deleted Mortgage Loan") from the issuing entity and substitute in its place another Mortgage Loan of like kind (a "Replacement Mortgage Loan"); however, a substitution is only permitted within two years after the Closing Date, and may not be made

unless an opinion of counsel is provided to the effect that the substitution would not disqualify any REMIC election made by the Trustee or result in a prohibited transaction tax under the Code. Any Replacement Mortgage Loan generally will, on the date of substitution, among other characteristics set forth in the Pooling and Servicing Agreement:

(1) have a Stated Principal Balance, after deduction of the principal portion of the Scheduled Payment due in the month of substitution, not in excess of, and not less than 90% of, the Stated Principal Balance of the Deleted Mortgage Loan (the amount of any shortfall to be forwarded by [Countrywide Home Loans] to the Master Servicer and deposited by the Master Servicer in the Certificate Account not later than the succeeding Determination Date and held for distribution to the holders of the Certificates on the related Distribution Date),

(2) if the Deleted Mortgage Loan that is being replaced is an Adjustable Rate Mortgage Loan, have a Maximum Mortgage Rate not more than 1% per annum higher or lower than the Maximum Mortgage Rate of the Deleted Mortgage Loan,

(3) if the Deleted Mortgage Loan that is being replaced is an Adjustable Rate Mortgage Loan, have a minimum Mortgage Rate specified in its related Mortgage Note (the "Minimum Mortgage Rate") not more than 1% per annum higher or lower than the Minimum Mortgage Rate of the Deleted Mortgage Loan,

(4) if the Deleted Mortgage Loan that is being replaced is an Adjustable Rate Mortgage Loan, have the same Mortgage Index, reset period, payment cap and recast provisions, as applicable, as and a Gross Margin not more than 1% per annum higher or lower than that of the Deleted Mortgage Loan,

(5)     have a Mortgage Rate no lower than and not more than 1% higher than that of the Deleted Mortgage Loan,

(6) have a Loan-to-Value Ratio no higher than that of the Deleted Mortgage Loan,

(7) have a remaining term to maturity not greater than (and not more than one year less than) that of the Deleted Mortgage Loan, and

(8) comply with all of the representations and warranties set forth in the Pooling and Servicing Agreement as of the date of substitution.

This cure, repurchase or substitution obligation constitutes the sole remedy available to the certificateholders, the Trustee or the Depositor for omission of, or a material defect in, a Mortgage Loan document.

[Pre-Funding]

On the Closing Date, the Depositor may elect to deposit an amount of up to 25% of the initial Certificate Principal Balance of the Offered Certificates (the "Pre-Funded Amount") in a pre-funding account (the "Pre-Funding Account") established and maintained by the Trustee on behalf of the certificateholders. The Pre-Funded Amount will be allocated between the Loan Groups so that the amount allocated to any Loan Group will not exceed 25% of the initial Certificate Principal Balance of the Certificates related to

the Loan Group. Any investment income earned from amounts in the Pre-Funding Account, if any, will be paid to the Countrywide Home Loans, and will not be available for payments on the Certificates. If the Depositor elects to deposit the Pre-Funded Amount in the Pre-Funding Account, during the period from the Closing Date until the earlier of (x) the date the amount in the Pre-Funding Account is less than $[ ] and (y) [ ] 200[ (the "Funding Period"), the Depositor will be expected to purchase additional mortgage loans originated or purchased by a Seller (the "Subsequent Mortgage Loans") from a Seller and sell the Subsequent Mortgage Loans to the issuing entity as described below. The

                                    S-50

<PAGE>

purchase price for each Subsequent Mortgage Loan will equal the Stated Principal Balance of the Subsequent Mortgage Loan as of the later of (x) the first day of the month of the related Subsequent Transfer Date and (y) the origination date of that Subsequent Mortgage Loan (the related "Subsequent Cut-off Date") and will be paid from the Pre-Funding Account. Accordingly, the purchase of Subsequent Mortgage Loans will decrease the amount on deposit in the Pre-Funding Account and increase the Stated Principal Balance of the Mortgage Pool.

        Pursuant to the Pooling and Servicing Agreement and a Subsequent Transfer Agreement to be executed by the applicable Seller, the Depositor and the Trustee, the conveyance of Subsequent Mortgage Loans may be made on any Business Day during the Funding Period (a "Subsequent Transfer Date"), subject to the fulfillment of certain conditions in the Pooling and Servicing Agreement, including that:

        o       the Subsequent Mortgage Loans conveyed on the Subsequent Transfer
                Date satisfy the same representations and warranties in the
                Pooling and Servicing Agreement applicable to all Mortgage Loans,

        o       the Subsequent Mortgage Loans conveyed on the Subsequent Transfer
                Date were selected in a manner reasonably believed not to be
                adverse to the interests of the certificateholders,

        o       the Trustee receives an opinion of counsel with respect to the
                validity of the conveyance of the Subsequent Mortgage Loans
                conveyed on the Subsequent Transfer Date,

        o       the Trustee receives an opinion of counsel to the effect that the
                conveyance of the Subsequent Mortgage Loans conveyed on the
                Subsequent Transfer Date will not (i) result in the imposition of
                the tax on "prohibited transactions" on the issuing entity or
                contributions after the Startup Date, as defined in Sections
                860F(a)(2) and 860G(d) of the Code, respectively, or (ii) cause
                the issuing entity to fail to qualify as a REMIC at any time that
                any Certificates are outstanding,

        o       the Trustee receives opinions of counsel to the effect that the
                conveyance of the Subsequent Mortgage Loans conveyed on the
                Subsequent Transfer Date from the applicable Seller to the
                Depositor and the simultaneous conveyance of the Subsequent
                Mortgage Loans from the Depositor to the issuing entity will be
                characterized as true sales and not loans secured by the
                Subsequent Mortgage Loans,

o   the conveyance of the Subsequent Mortgage Loans on the Subsequent
    Transfer Date will not result in a reduction or withdrawal of any
    ratings assigned to the Certificates,

o   no Subsequent Mortgage Loan conveyed on the Subsequent Transfer
    Date was 30 or more days delinquent, and

o   following the conveyance of the Subsequent Mortgage Loans on the
    Subsequent Transfer Date to the issuing entity, the
    characteristics of the Mortgage Loans in each Loan Group will not
    vary by more than the permitted variance specified below; provided
    that for the purpose of making the calculations, the
    characteristics for any Initial Mortgage Loan will be taken as of
    the Initial Cut-off Date and the characteristics for any
    Subsequent Mortgage Loan will be taken as of the Subsequent
    Cut-off Date:

```
<TABLE>
<CAPTION>
        Loan Group [1]
        Characteristic
        --------------------------------
<S>                                                             <C>
        Average Stated Principal Balance.......................   $[     ]
        Weighted Average Mortgage Rate.........................    [     ]%
        Weighted Average Original Loan-to-Value Ratio..........    [     ]%
        Weighted Average Remaining Term to Maturity............    [     ] months
        Weighted Average Credit Bureau Risk Score..............    [     ] points
--------------------------------------------------------------------------------
</TABLE>


<TABLE>
<CAPTION>
        Loan Group [2]
        Characteristic
        --------------------------------
```

                                    S-51

```
<PAGE>
<S>                                                             <C>
        Average Stated Principal Balance.......................   $[     ]
        Weighted Average Mortgage Rate.........................    [     ]%
        Weighted Average Original Loan-to-Value Ratio..........    [     ]%
        Weighted Average Remaining Term to Maturity............    [     ] months
        Weighted Average Credit Bureau Risk Score..............    [     ] points
--------------------------------------------------------------------------------
</TABLE>


<TABLE>
<CAPTION>
        Loan Group [3]
        Characteristic
        --------------------------------
<S>                                                             <C>
```

```
Average Stated Principal Balance.......................  $[      ]
Weighted Average Mortgage Rate.........................   [     ]%
Weighted Average Original Loan-to-Value Ratio..........   [     ]%
Weighted Average Remaining Term to Maturity............  [      ] months
Weighted Average Credit Bureau Risk Score..............  [     ] points
```

--------------------------------------------------------------------------------
</TABLE>

        Within thirty days after each Subsequent Transfer Date, the Depositor
is required to deliver to the Trustee a letter of a nationally recognized firm
of independent public accountants stating whether or not the Subsequent
Mortgage Loans conveyed on the related Subsequent Transfer Date conform to the
characteristics described in the last two bullet points set forth above. Other
than the delivery of that letter, no other party will independently verify
satisfaction of the conditions set forth above with respect to a transfer of
Subsequent Mortgage Loans.]

Underwriting Standards

General

        [Below is an example of the disclosure to be provided if Countrywide
Home Loans, Inc. is the originator of the mortgage loans. Similar disclosure
will be provided with respect to any other originator of more than 20% of the
mortgage loans]

        [All] of the Mortgage Loans have been originated or acquired by
[Countrywide Home Loans, Inc. ("Countrywide Home Loans")] in accordance with
its credit, appraisal and underwriting standards. [Countrywide Home Loans] has
been originating mortgage loans since 1969. [Countrywide Home Loans']
underwriting standards are applied in accordance with applicable federal and
state laws and regulations. Except as otherwise provided in this prospectus
supplement, the underwriting procedures are consistent with those identified
under "Mortgage Loan Program -- Underwriting Process" in the prospectus.

        As part of its evaluation of potential borrowers, Countrywide Home
Loans generally requires a description of income. If required by its
underwriting guidelines, Countrywide Home Loans obtains employment
verification providing current and historical income information and/or a
telephonic employment confirmation. Such employment verification may be
obtained, either through analysis of the prospective borrower's recent pay
stub and/or W-2 forms for the most recent two years, relevant portions of the
most recent two years' tax returns, or from the prospective borrower's
employer, wherein the employer reports the length of employment and current
salary with that organization. Self-employed prospective borrowers generally
are required to submit relevant portions of their federal tax returns for the
past two years.

        In assessing a prospective borrower's creditworthiness, Countrywide
Home Loans may use FICO Credit Scores. "FICO Credit Scores" are statistical
credit scores designed to assess a borrower's creditworthiness and likelihood
to default on a consumer obligation over a two-year period based on a
borrower's credit history. FICO Credit Scores were not developed to predict
the likelihood of default on mortgage loans and, accordingly, may not be
indicative of the ability of a borrower to repay its Mortgage Loan. FICO
Credit Scores range from approximately 250 to approximately 900, with higher
scores indicating an individual with a more favorable credit history compared
to an individual with a lower score. Under Countrywide Home Loans'
underwriting guidelines, borrowers possessing higher FICO Credit Scores, which

indicate a more favorable credit history and who give Countrywide

S-52

<PAGE>

Home Loans the right to obtain the tax returns they filed for the preceding
two years, may be eligible for Countrywide Home Loans' processing program (the
"Preferred Processing Program"). As of the cut-off date, [none] of the
Mortgage Loans have been underwritten pursuant to Countrywide Home Loans'
Preferred Processing Program. Countrywide Home Loans may waive some
documentation requirements for Mortgage Loans originated under the Preferred
Processing Program.

        Periodically the data used by Countrywide Home Loans to complete the
underwriting analysis may be obtained by a third party, particularly for
mortgage loans originated through a loan correspondent or mortgage broker. In
those instances, the initial determination as to whether a mortgage loan
complies with Countrywide Home Loans' underwriting guidelines may be made by
an independent company hired to perform underwriting services on behalf of
Countrywide Home Loans, the loan correspondent or mortgage broker. In
addition, Countrywide Home Loans may acquire mortgage loans from approved
correspondent lenders under a program pursuant to which Countrywide Home Loans
delegates to the correspondent the obligation to underwrite the mortgage loans
to Countrywide Home Loans' standards. Under these circumstances, the
underwriting of a mortgage loan may not have been reviewed by Countrywide Home
Loans before acquisition of the mortgage loan and the correspondent represents
that Countrywide Home Loans' underwriting standards have been met. After
purchasing mortgage loans under those circumstances, Countrywide Home Loans
conducts a quality control review of a sample of the mortgage loans. The
number of loans reviewed in the quality control process varies based on a
variety of factors, including Countrywide Home Loans' prior experience with
the correspondent lender and the results of the quality control review process
itself.

        Countrywide Home Loans' underwriting standards are applied by or on
behalf of Countrywide Home Loans to evaluate the prospective borrower's credit
standing and repayment ability and the value and adequacy of the mortgaged
property as collateral. Under those standards, a prospective borrower must
generally demonstrate that the ratio of the borrower's monthly housing
expenses (including principal and interest on the proposed mortgage loan and,
as applicable, the related monthly portion of property taxes, hazard insurance
and mortgage insurance) to the borrower's monthly gross income and the ratio
of total monthly debt to the monthly gross income (the "debt-to-income"
ratios) are within acceptable limits. If the prospective borrower has applied
for an interest-only Six-Month LIBOR Loan, the interest component of the
monthly mortgage expense is calculated based upon the initial interest rate
plus 2%. If the prospective borrower has applied for a 3/1 Mortgage Loan or
3/27 Mortgage Loan and the Loan-to-Value Ratio is less than or equal to 75%,
the interest component of the monthly mortgage expense is calculated based on
the initial loan interest rate; if the Loan-to-Value Ratio exceeds 75%, the
interest component of the monthly mortgage expense calculation is based on the
initial loan interest rate plus 2%. If the prospective borrower has applied
for a 5/1 Mortgage Loan, a 5/25 Mortgage Loan, a 7/1 Mortgage Loan, a 7/23
Mortgage Loan, a 10/1 Mortgage Loan or a 10/20 Mortgage Loan, the interest
component of the monthly mortgage expense is calculated based on the initial
loan interest rate. If the prospective borrower has applied for a Negative

Amortization Loan, the interest component of the monthly housing expense calculation is based upon the greater of 4.25% and the fully indexed mortgage note rate at the time of loan application. The maximum acceptable debt-to-income ratio, which is determined on a loan-by-loan basis varies depending on a number of underwriting criteria, including the Loan-to-Value Ratio, loan purpose, loan amount and credit history of the borrower. In addition to meeting the debt-to-income ratio guidelines, each prospective borrower is required to have sufficient cash resources to pay the down payment and closing costs. Exceptions to Countrywide Home Loans' underwriting guidelines may be made if compensating factors are demonstrated by a prospective borrower. Additionally, Countrywide Home Loans does permit its adjustable rate mortgage loans, hybrid adjustable rate mortgage loans and negative amortization mortgage loans to be assumed by a purchaser of the related mortgaged property, so long as the mortgage loan is in its adjustable rate period (except for a 3/1 Mortgage Loan, which may be assumed during the fixed rate period) and the related purchaser meets Countrywide Home Loans' underwriting standards that are then in effect.

Countrywide Home Loans may provide secondary financing to a borrower contemporaneously with the origination of a mortgage loan, subject to the following limitations: the Loan-to-Value Ratio of the senior (i.e., first) lien may not exceed 80% and the combined Loan-to-Value Ratio may not exceed 100%. Countrywide Home Loans' underwriting guidelines do not prohibit or otherwise restrict a borrower from obtaining secondary financing from lenders other than Countrywide Home Loans, whether at origination of the mortgage loan or thereafter.

The nature of the information that a borrower is required to disclose and whether the information is verified depends, in part, on the documentation program used in the origination process. In general under the Full

S-53

<PAGE>

Documentation Loan Program (the "Full Documentation Program"), each prospective borrower is required to complete an application which includes information with respect to the applicant's assets, liabilities, income, credit history, employment history and other personal information. Self-employed individuals are generally required to submit their two most recent federal income tax returns. Under the Full Documentation Program, the underwriter verifies the information contained in the application relating to employment, income, assets and mortgages.

A prospective borrower may be eligible for a loan approval process that limits or eliminates Countrywide Home Loans' standard disclosure or verification requirements or both. Countrywide Home Loans offers the following documentation programs as alternatives to its Full Documentation Program: an Alternative Documentation Loan Program (the "Alternative Documentation Program"), a Reduced Documentation Loan Program (the "Reduced Documentation Program"), a CLUES Plus Documentation Loan Program (the "CLUES Plus Documentation Program"), a No Income/No Asset Documentation Loan Program (the "No Income/No Asset Documentation Program"), a Stated Income/Stated Asset Documentation Loan Program (the "Stated Income/Stated Asset Documentation Program") and a Streamlined Documentation Loan Program (the "Streamlined Documentation Program").

For all mortgage loans originated or acquired by Countrywide Home Loans, Countrywide Home Loans obtains a credit report relating to the

applicant from a credit reporting company. The credit report typically contains information relating to such matters as credit history with local and national merchants and lenders, installment debt payments and any record of defaults, bankruptcy, dispossession, suits or judgments. All adverse information in the credit report is required to be explained by the prospective borrower to the satisfaction of the lending officer.

Countrywide Home Loans obtains appraisals from independent appraisers or appraisal services for properties that are to secure mortgage loans. The appraisers inspect and appraise the proposed mortgaged property and verify that the property is in acceptable condition. Following each appraisal, the appraiser prepares a report which includes a market data analysis based on recent sales of comparable homes in the area and, when deemed appropriate, a replacement cost analysis based on the current cost of constructing a similar home. All appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in effect.

[Countrywide Home Loans requires title insurance on all of its mortgage loans secured by first liens on real property. Countrywide Home Loans also requires that fire and extended coverage casualty insurance be maintained on the mortgaged property in an amount at least equal to the principal balance of the related single-family mortgage loan or the replacement cost of the mortgaged property, whichever is less.]

In addition to Countrywide Home Loans' standard underwriting guidelines (the "Standard Underwriting Guidelines"), which are consistent in many respects with the guidelines applied to mortgage loans purchased by Fannie Mae and Freddie Mac, Countrywide Home Loans uses underwriting guidelines featuring expanded criteria (the "Expanded Underwriting Guidelines"). The Standard Underwriting Guidelines and the Expanded Underwriting Guidelines are described further under the next two headings.

Standard Underwriting Guidelines

Countrywide Home Loans' Standard Underwriting Guidelines for mortgage loans with non-conforming original principal balances generally allow Loan-to-Value Ratios at origination of up to 95% for purchase money or rate and term refinance mortgage loans with original principal balances of up to $400,000, up to 90% for mortgage loans with original principal balances of up to $650,000, up to 75% for mortgage loans with original principal balances of up to $1,000,000, up to 65% for mortgage loans with original principal balances of up to $1,500,000, and up to 60% for mortgage loans with original principal balances of up to $2,000,000.

For cash-out refinance mortgage loans, Countrywide Home Loans' Standard Underwriting Guidelines for mortgage loans with non-conforming original principal balances generally allow Loan-to-Value Ratios at origination of up to 75% and original principal balances ranging up to $650,000. The maximum "cash-out" amount permitted is $200,000 and is based in part on the original Loan-to-Value Ratio of the related mortgage loan. As used in this prospectus supplement, a refinance mortgage loan is classified as a cash-out refinance mortgage loan by Countrywide Home Loans if the borrower retains an amount greater than the lesser of 2% of the entire amount of the proceeds from the refinancing of the existing loan or $2,000.

<PAGE>

Countrywide Home Loans' Standard Underwriting Guidelines for conforming balance mortgage loans generally allow Loan-to-Value Ratios at origination on owner occupied properties of up to 95% on 1 unit properties with principal balances up to $417,000 ($625,500 in Alaska and Hawaii) and 2 unit properties with principal balances up to $533,850 ($800,775 in Alaska and Hawaii) and up to 80% on 3 unit properties with principal balances of up to $645,300 ($967,950 in Alaska and Hawaii) and 4 unit properties with principal balances of up to $801,950 ($1,202,925 in Alaska and Hawaii). On second homes, Countrywide Home Loans' Standard Underwriting Guidelines for conforming balance mortgage loans generally allow Loan-to-Value Ratios at origination of up to 95% on 1 unit properties with principal balances up to $417,000 ($625,500 in Alaska and Hawaii). Countrywide Home Loans' Standard Underwriting Guidelines for conforming balance mortgage loans generally allow Loan-to-Value Ratios at origination on investment properties of up to 90% on 1 unit properties with principal balances up to $417,000 ($625,500 in Alaska and Hawaii) and 2 unit properties with principal balances up to $533,850 ($800,775 in Alaska and Hawaii) and up to 75% on 3 unit properties with principal balances of up to $645,300 ($967,950 in Alaska and Hawaii) and 4 unit properties with principal balances of up to $801,950 ($1,202,925 in Alaska and Hawaii).

Under its Standard Underwriting Guidelines, Countrywide Home Loans generally permits a debt-to-income ratio based on the borrower's monthly housing expenses of up to 33% and a debt-to-income ratio based on the borrower's total monthly debt of up to 38%.

In connection with the Standard Underwriting Guidelines, Countrywide Home Loans originates or acquires mortgage loans under the Full Documentation Program, the Alternative Documentation Program, the Reduced Documentation Program, the CLUES Plus Documentation Program or the Streamlined Documentation Program.

The Alternative Documentation Program permits a borrower to provide W-2 forms instead of tax returns covering the most recent two years, permits bank statements in lieu of verification of deposits and permits alternative methods of employment verification.

Under the Reduced Documentation Program, some underwriting documentation concerning income, employment and asset verification is waived. Countrywide Home Loans obtains from a prospective borrower either a verification of deposit or bank statements for the two-month period immediately before the date of the mortgage loan application or verbal verification of employment. Since information relating to a prospective borrower's income and employment is not verified, the borrower's debt-to-income ratios are calculated based on the information provided by the borrower in the mortgage loan application. The maximum Loan-to-Value Ratio, including secondary financing, ranges up to 75%.

The CLUES Plus Documentation Program permits the verification of employment by alternative means, if necessary, including verbal verification of employment or reviewing paycheck stubs covering the pay period immediately prior to the date of the mortgage loan application. To verify the borrower's assets and the sufficiency of the borrower's funds for closing, Countrywide Home Loans obtains deposit or bank account statements from each prospective borrower for the month immediately prior to the date of the mortgage loan application. Under the CLUES Plus Documentation Program, the maximum Loan-to-Value Ratio is 75% and property values may be based on appraisals comprising only interior and exterior inspections. Cash-out refinances and

investor properties are not permitted under the CLUES Plus Documentation Program.

The Streamlined Documentation Program is available for borrowers who are refinancing an existing mortgage loan that was originated or acquired by Countrywide Home Loans provided that, among other things, the mortgage loan has not been more than 30 days delinquent in payment during the previous twelve-month period. Under the Streamlined Documentation Program, appraisals are obtained only if the loan amount of the loan being refinanced had a Loan-to-Value Ratio at the time of origination in excess of 80% or if the loan amount of the new loan being originated is greater than $650,000. In addition, under the Streamlined Documentation Program, a credit report is obtained but only a limited credit review is conducted, no income or asset verification is required, and telephonic verification of employment is permitted. The maximum Loan-to-Value Ratio under the Streamlined Documentation Program ranges up to 95%.

As of the cut-off date, [all] of the Mortgage Loans have been underwritten pursuant to Countrywide Home Loans' Standard Underwriting Guidelines.

S-55

<PAGE>

Expanded Underwriting Guidelines

Mortgage loans which are underwritten pursuant to the Expanded Underwriting Guidelines may have higher Loan-to-Value Ratios, higher loan amounts and different documentation requirements than those associated with the Standard Underwriting Guidelines. The Expanded Underwriting Guidelines also permit higher debt-to-income ratios than mortgage loans underwritten pursuant to the Standard Underwriting Guidelines.

Countrywide Home Loans' Expanded Underwriting Guidelines for mortgage loans with non-conforming original principal balances generally allow Loan-to-Value Ratios at origination of up to 95% for purchase money or rate and term refinance mortgage loans with original principal balances of up to $400,000, up to 90% for mortgage loans with original principal balances of up to $650,000, up to 80% for mortgage loans with original principal balances of up to $1,000,000, up to 75% for mortgage loans with original principal balances of up to $1,500,000 and up to 70% for mortgage loans with original principal balances of up to $3,000,000. Under certain circumstances, however, Countrywide Home Loans' Expanded Underwriting Guidelines allow for Loan-to-Value Ratios of up to 100% for purchase money mortgage loans with original principal balances of up to $375,000.

For cash-out refinance mortgage loans, Countrywide Home Loans' Expanded Underwriting Guidelines for mortgage loans with non-conforming original principal balances generally allow Loan-to-Value Ratios at origination of up to 90% and original principal balances ranging up to $1,500,000. The maximum "cash-out" amount permitted is $400,000 and is based in part on the original Loan-to-Value Ratio of the related mortgage loan.

Countrywide Home Loans' Expanded Underwriting Guidelines for conforming balance mortgage loans generally allow Loan-to-Value Ratios at origination on owner occupied properties of up to 100% on 1 unit properties with principal balances up to $417,000 ($625,500 in Alaska and Hawaii) and 2

unit properties with principal balances up to $533,850 ($800,775 in Alaska and Hawaii) and up to 85% on 3 unit properties with principal balances of up to $645,300 ($967,950 in Alaska and Hawaii) and 4 unit properties with principal balances of up to $801,950 ($1,202,925 in Alaska and Hawaii). On second homes, Countrywide Home Loans' Expanded Underwriting Guidelines for conforming balance mortgage loans generally allow Loan-to-Value Ratios at origination of up to 95% on 1 unit properties with principal balances up to $417,000 ($625,500 in Alaska and Hawaii). Countrywide Home Loans' Expanded Underwriting Guidelines for conforming balance mortgage loans generally allow Loan-to-Value Ratios at origination on investment properties of up to 90% on 1 unit properties with principal balances up to $417,000 ($625,500 in Alaska and Hawaii) and 2 unit properties with principal balances up to $533,850 ($800,775 in Alaska and Hawaii) and up to 85% on 3 unit properties with principal balances of up to $645,300 ($967,950 in Alaska and Hawaii) and 4 unit properties with principal balances of up to $801,950 ($1,202,925 in Alaska and Hawaii).

Under its Expanded Underwriting Guidelines, Countrywide Home Loans generally permits a debt-to-income ratio based on the borrower's monthly housing expenses of up to 36% and a debt-to-income ratio based on the borrower's total monthly debt of up to 40%; provided, however, that if the Loan-to-Value Ratio exceeds 80%, the maximum permitted debt-to-income ratios are 33% and 38%, respectively.

In connection with the Expanded Underwriting Guidelines, Countrywide Home Loans originates or acquires mortgage loans under the Full Documentation Program, the Alternative Documentation Program, the Reduced Documentation Loan Program, the No Income/No Asset Documentation Program and the Stated Income/Stated Asset Documentation Program. Neither the No Income/No Asset Documentation Program nor the Stated Income/Stated Asset Documentation Program is available under the Standard Underwriting Guidelines.

The same documentation and verification requirements apply to mortgage loans documented under the Alternative Documentation Program regardless of whether the loan has been underwritten under the Expanded Underwriting Guidelines or the Standard Underwriting Guidelines. However, under the Alternative Documentation Program, mortgage loans that have been underwritten pursuant to the Expanded Underwriting Guidelines may have higher loan balances and Loan-to-Value Ratios than those permitted under the Standard Underwriting Guidelines.

Similarly, the same documentation and verification requirements apply to mortgage loans documented under the Reduced Documentation Program regardless of whether the loan has been underwritten under the Expanded Underwriting Guidelines or the Standard Underwriting Guidelines. However, under the Reduced

S-56

<PAGE>

Documentation Program, higher loan balances and Loan-to-Value Ratios are permitted for mortgage loans underwritten pursuant to the Expanded Underwriting Guidelines than those permitted under the Standard Underwriting Guidelines. The maximum Loan-to-Value Ratio, including secondary financing, ranges up to 90%. The borrower is not required to disclose any income information for some mortgage loans originated under the Reduced Documentation Program, and accordingly debt-to-income ratios are not calculated or included in the underwriting analysis. The maximum Loan-to-Value Ratio, including

secondary financing, for those mortgage loans ranges up to 85%.

Under the No Income/No Asset Documentation Program, no documentation relating to a prospective borrower's income, employment or assets is required and therefore debt-to-income ratios are not calculated or included in the underwriting analysis, or if the documentation or calculations are included in a mortgage loan file, they are not taken into account for purposes of the underwriting analysis. This program is limited to borrowers with excellent credit histories. Under the No Income/No Asset Documentation Program, the maximum Loan-to-Value Ratio, including secondary financing, ranges up to 95%. Mortgage loans originated under the No Income/No Asset Documentation Program are generally eligible for sale to Fannie Mae or Freddie Mac.

As of the cut-off date, [none] of the Mortgage Loans have been originated by Countrywide Home Loans under the No Income/No Asset Documentation Program.

Under the Stated Income/Stated Asset Documentation Program, the mortgage loan application is reviewed to determine that the stated income is reasonable for the borrower's employment and that the stated assets are consistent with the borrower's income. The Stated Income/Stated Asset Documentation Program permits maximum Loan-to-Value Ratios up to 90%. Mortgage loans originated under the Stated Income/Stated Asset Documentation Program are generally eligible for sale to Fannie Mae or Freddie Mac.

As of the cut-off date, approximately [ ]% of the Mortgage Loans, by aggregate stated principal balance of the Mortgage Loans as of the cut-off date, have been originated by Countrywide Home Loans under the Stated Income/Stated Asset Program.

SERVICING OF THE MORTGAGE LOANS

General

[Countrywide Home Loans Servicing LP] ("Countrywide Servicing" or the "Master Servicer") will act as Master Servicer and will service the Mortgage Loans in accordance with the terms set forth in the Pooling and Servicing Agreement. [It is expected that on the Closing Date the Master Servicer will be the only entity servicing the Mortgage Loans. Additional disclosure complying with the requirements of Item 1108 of Regulation AB will be provided in this section for any servicer of 10% or more of the mortgage loans.] The Master Servicer has agreed to service and administer the Mortgage Loans in accordance with customary and usual standards of practice of prudent mortgage loan lenders. The Master Servicer has also agreed to represent and protect the interest of the Trustee in the Mortgage Loans in the same manner as it currently protects its own interest in mortgage loans in its own portfolio in any claim, proceeding or litigation regarding a Mortgage Loan. The Master Servicer is permitted to make a modification, waiver or amendment of a Mortgage Loan so long as the modification, waiver or amendment would comply with the general servicing standard described above, not cause any REMIC to fail to qualify as a REMIC, not result in the imposition of certain taxes and not extend the due date for a payment due on the related Mortgage Note for a period greater than [180] days. A modification, waiver or amendment may initially result in a reduction in the payments made under a Mortgage Loan, but it is expected that a modification, waiver or amendment will increase the payments made under the Mortgage Loan over the life of the Mortgage Loan.

The Master Servicer may perform any of its obligations under the Pooling and Servicing Agreement through one or more subservicers. Notwithstanding any subservicing arrangement, the Master Servicer will remain

liable for its servicing duties and obligations under the Pooling and
Servicing Agreement as if the Master Servicer alone were servicing the
Mortgage Loans.


                                   S-57


<PAGE>

The Master Servicer

        The principal executive offices of Countrywide Servicing are located
at 7105 Corporate Drive, Plano, Texas 75024. Countrywide Servicing is a Texas
limited partnership directly owned by Countrywide GP, Inc. and Countrywide LP,
Inc., each a Nevada corporation and a direct wholly owned subsidiary of
Countrywide Home Loans. Countrywide GP, Inc. owns a 0.1% interest in
Countrywide Servicing and is the general partner. Countrywide LP, Inc. owns a
99.9% interest in Countrywide Servicing and is a limited partner.

        Countrywide Home Loans established Countrywide Servicing in February
2000 to service mortgage loans originated by Countrywide Home Loans that would
otherwise have been serviced by Countrywide Home Loans. In January and
February, 2001, Countrywide Home Loans transferred to Countrywide Servicing
all of its rights and obligations relating to mortgage loans serviced on
behalf of Freddie Mac and Fannie Mae, respectively. In October 2001,
Countrywide Home Loans transferred to Countrywide Servicing all of its rights
and obligations relating to the bulk of its non-agency loan servicing
portfolio (other than the servicing of home equity lines of credit), including
with respect to those mortgage loans (other than home equity lines of credit)
formerly serviced by Countrywide Home Loans and securitized by CWMBS, Inc., an
affiliate of the Depositor. While Countrywide Home Loans expects to continue
to directly service a portion of its loan portfolio, it is expected that the
servicing rights for most newly originated Countrywide Home Loans mortgage
loans will be transferred to Countrywide Servicing upon sale or securitization
of the related mortgage loans. Countrywide Servicing is engaged in the
business of servicing mortgage loans and will not originate or acquire loans,
an activity that will continue to be performed by Countrywide Home Loans. In
addition to acquiring mortgage servicing rights from Countrywide Home Loans,
it is expected that Countrywide Servicing will service mortgage loans for
non-Countrywide Home Loans affiliated parties as well as subservice mortgage
loans on behalf of other master servicers.

        In connection with the establishment of Countrywide Servicing,
certain employees of Countrywide Home Loans became employees of Countrywide
Servicing. Countrywide Servicing has engaged Countrywide Home Loans as a
subservicer to perform certain loan servicing activities on its behalf.

        Countrywide Servicing is an approved mortgage loan servicer for
Fannie Mae, Freddie Mac, Ginnie Mae, HUD and VA and is licensed to service
mortgage loans in each state where a license is required. Its loan servicing
activities are guaranteed by Countrywide Financial and/or Countrywide Home
Loans when required by the owner of the mortgage loans.

        [Below is an example of the disclosure to be provided if Countrywide
Home Loans, Inc. is the sponsor of the transaction. Similar disclosure
complying with the requirements of Item 1104 of Regulation AB will be provided
with respect to any other entity that is the sponsor of a transactions.]

Countrywide Home Loans

Countrywide Home Loans is the sponsor for the transaction and also a seller. Countrywide Home Loans is a New York corporation and a direct wholly owned subsidiary of Countrywide Financial Corporation, a Delaware corporation ("Countrywide Financial"). The principal executive offices of Countrywide Home Loans are located at 4500 Park Granada, Calabasas, California 91302. Countrywide Home Loans is engaged primarily in the mortgage banking business, and as part of that business, originates, purchases, sells and services mortgage loans. Countrywide Home Loans originates mortgage loans through a retail branch system and through mortgage loan brokers and correspondents nationwide. Mortgage loans originated by Countrywide Home Loans are principally first-lien, fixed or adjustable rate mortgage loans secured by single-family residences.

Countrywide Home Loans has historically sold substantially all the mortgage loans that it has originated and purchased, generally through securitizations. Countrywide Home Loans does not always sell mortgage loans immediately after origination or acquisition, but may decide to sell certain mortgage loans in later periods as part of its overall management of interest rate risk. Countrywide Home Loans has been involved in the securitization of mortgage loans since 1969 when it was approved as a Federal National Mortgage Association seller/servicer. Countrywide Home Loans reviews the structure of its securitizations and discusses the structure with the related underwriters.

S-58

<PAGE>

Except as otherwise indicated, reference in the remainder of this prospectus supplement to "Countrywide Home Loans" should be read to include Countrywide Home Loans and its consolidated subsidiaries, including Countrywide Servicing. Countrywide Home Loans services substantially all of the mortgage loans it originates or acquires. In addition, Countrywide Home Loans has purchased in bulk the rights to service mortgage loans originated by other lenders. Countrywide Home Loans has in the past and may in the future sell to mortgage bankers and other institutions a portion of its portfolio of loan servicing rights. As of September 30, 2005, December 31, 2004, December 31, 2003 and December 31, 2002, Countrywide Home Loans provided servicing for mortgage loans with an aggregate principal balance of approximately $1,047.623 billion, $838.322 billion, $644.855 billion and $452.405 billion, respectively, substantially all of which were being serviced for unaffiliated persons.

Mortgage Loan Production

The following table sets forth, by number and dollar amount of mortgage loans, Countrywide Home Loans' residential mortgage loan production for the periods indicated.

<TABLE>
<CAPTION>

|  | Consolidated Mortgage |
| --- | --- |
|  | Ten Months |
| Year Ended | Ended | Ye |
| February 28, | December 31, | Dec |

|  | 2001 | 2001 | 2002 | |
|---|---|---|---|---|
|  |  |  | (Dollars in millions, except | |
| <S> | <C> | <C> | <C> | <C> |
| Conventional Conforming Loans |  |  |  | |
| Number of Loans....................... | 240,608 | 504,975 | 999,448 | 1 |
| Volume of Loans.......................$ | 34,434 | $ 76,432 | $ 150,110 | $ |
| Percent of Total Dollar Volume..... | 50.0% | 61.7% | 59.6% | |
| Conventional Non-conforming Loans |  |  |  | |
| Number of Loans....................... | 86,600 | 137,593 | 277,626 | |
| Volume of Loans.......................$ | 11,394 | $ 22,209 | $ 61,627 | $ |
| Percent of Total Dollar Volume..... | 16.5% | 17.9% | 24.5% | |
| FHA/VA Loans |  |  |  | |
| Number of Loans....................... | 118,673 | 118,734 | 157,626 | |
| Volume of Loans.......................$ | 13,075 | $ 14,109 | $ 19,093 | $ |
| Percent of Total Dollar Volume..... | 18.9% | 11.4% | 7.6% | |
| Prime Home Equity Loans |  |  |  | |
| Number of Loans....................... | 119,045 | 164,503 | 316,049 | |
| Volume of Loans.......................$ | 4,660 | $ 5,639 | $ 11,650 | $ |
| Percent of Total Dollar Volume..... | 6.8% | 4.5% | 4.6% | |
| Nonprime Mortgage Loans |  |  |  | |
| Number of Loans....................... | 51,706 | 43,359 | 63,195 | |
| Volume of Loans.......................$ | 5,360 | $ 5,580 | $ 9,421 | $ |
| Percent of Total Dollar Volume..... | 7.8% | 4.5% | 3.7% | |
| Total Loans |  |  |  | |
| Number of Loans....................... | 616,632 | 969,164 | 1,813,944 | 2 |
| Volume of Loans.......................$ | 68,923 | $ 123,969 | $ 251,901 | $ |
| Average Loan Amount...................$ | 112,000 | $ 128,000 | $ 139,000 | $ |
| Non-Purchase Transactions(1).......... | 33% | 63% | 66% | |
| Adjustable-Rate Loans(1).............. | 14% | 12% | 14% | |

----------
(1) Percentage of total loan production based on dollar volume.
</TABLE>


Loan Servicing

        The Master Servicer has established standard policies for the
servicing and collection of mortgages. Servicing includes, but is not limited
to:

                (a) collecting, aggregating and remitting mortgage loan
payments;

                (b) accounting for principal and interest;

                (c) holding escrow (impound) funds for payment of taxes and
insurance;


                                    S-59


<PAGE>

                (d) making inspections as required of the mortgaged properties;

                (e) preparation of tax related information in connection with
the mortgage loans;

(f) supervision of delinquent mortgage loans;

(g) loss mitigation efforts;

(h) foreclosure proceedings and, if applicable, the disposition of mortgaged properties; and

(i) generally administering the mortgage loans, for which it receives servicing fees.

Billing statements with respect to mortgage loans are mailed monthly by the Master Servicer. The statement details all debits and credits and specifies the payment due. Notice of changes in the applicable loan rate are provided by the Master Servicer to the mortgagor with these statements.

Collection Procedures

When a mortgagor fails to make a payment on a mortgage loan, the Master Servicer attempts to cause the deficiency to be cured by corresponding with the mortgagor. In most cases, deficiencies are cured promptly. Pursuant to the Master Servicer's servicing procedures, the Master Servicer generally mails to the mortgagor a notice of intent to foreclose after the loan becomes 61 days past due (three payments due but not received) and, generally within [59] days thereafter, if the loan remains delinquent, institutes appropriate legal action to foreclose on the mortgaged property. Foreclosure proceedings may be terminated if the delinquency is cured. Mortgage loans to borrowers in bankruptcy proceedings may be restructured in accordance with law and with a view to maximizing recovery of the loans, including any deficiencies.

Once foreclosure is initiated by the Master Servicer, a foreclosure tracking system is used to monitor the progress of the proceedings. The system includes state specific parameters to monitor whether proceedings are progressing within the time frame typical for the state in which the mortgaged property is located. During the foreclosure proceeding, the Master Servicer determines the amount of the foreclosure bid and whether to liquidate the mortgage loan.

If foreclosed, the mortgaged property is sold at a public or private sale and may be purchased by [Countrywide Home Loans]. After foreclosure, the Master Servicer may liquidate the mortgaged property and charge-off the loan balance which was not recovered through liquidation proceeds.

Servicing and charge-off policies and collection practices with respect to mortgage loans may change over time in accordance with, among other things, the Master Servicer's business judgment, changes in the servicing portfolio and applicable laws and regulations.

Foreclosure, Delinquency and Loss Experience

Historically, a variety of factors, including the appreciation of real estate values, have limited Countrywide Home Loans' loss and delinquency experience on its portfolio of serviced mortgage loans. There can be no assurance that factors beyond the control of Countrywide Home Loans, such as national or local economic conditions or downturns in the real estate markets of its lending areas, will not result in increased rates of delinquencies and foreclosure losses in the future.

A general deterioration of the real estate market in regions where the mortgaged properties are located may result in increases in delinquencies of loans secured by real estate, slower absorption rates of real estate into

the market and lower sales prices for real estate. A general weakening of the economy may result in decreases in the financial strength of borrowers and decreases in the value of collateral serving as security for loans. If the real estate market and economy were to decline, Countrywide Home Loans may experience an increase in delinquencies on the loans it services and higher net losses on liquidated loans.

S-60

<PAGE>

The following table summarizes the delinquency, foreclosure and loss experience, respectively, on the dates indicated, of the mortgage loans originated or acquired by Countrywide Home Loans, serviced or master serviced by Countrywide Home Loans and securitized in Alternative Loan Trusts by CWALT, Inc. or by CWMBS, Inc., an affiliate of CWALT, Inc., in transactions that were registered with the Securities and Exchange Commission. The delinquency, foreclosure and loss percentages may be affected by the size and relative lack of seasoning in the servicing portfolio which increased from approximately $2.247 billion at February 28, 2001, to approximately $5.083 billion at December 31, 2001, to approximately $9.862 billion at December 31, 2002, to approximately $14.733 billion at December 31, 2003, to approximately $31.063 billion at December 31, 2004, and to approximately $70.238 billion at September 30, 2005. Accordingly, the information should not be considered as a basis for assessing the likelihood, amount or severity of delinquency or losses on the mortgage loans and no assurances can be given that the foreclosure, delinquency and loss experience presented in the following table will be indicative of the actual experience on the mortgage loans (totals may not add due to rounding):

<TABLE>
<CAPTION>

| | At February 28, | At December 31, | | |
|---|---|---|---|---|
| | 2001 | 2001 | 2002 | 2003 |
| <S> | <C> | <C> | <C> | <C> |
| Delinquent Mortgage Loans and Pending Foreclosures at Period End: | | | | |
| 30-59 days................... | 2.28% | 2.92% | 3.08% | 2.63% |
| 60-89 days................... | 0.51% | 0.65% | 0.86% | 0.72% |
| 90 days or more (excluding pending foreclosures)..... | 0.19% | 0.21% | 0.45% | 0.53% |
| Total delinquencies...... | 2.97% | 3.77% | 4.39% | 3.87% |
| Foreclosures pending.............. | 0.47% | 0.43% | 0.45% | 0.91% |
| Total delinquencies and foreclosures pending.......... | 3.44% | 4.21% | 4.84% | 4.78% |
| Net Gains/(Losses) on liquidated loans(1)...................... | $(374,332) | $(1,057,748) | $(5,372,415) | $(9,334, |
| Percentage of Net Gains/(Losses) on liquidated loans(1)(2)..... | (0.017)% | (0.021)% | (0.054)% | (0.063 |
| Percentage of Net Gains/(Losses) | | | | |

```
        on liquidated loans (based on
        average outstanding principal
        balance)(1)...................    (0.018)%    (0.021)%    (0.057)%    (0.064
```

---------

(1)  "Net Gains/(Losses)" are actual gains or losses incurred on liquidated properti
     liquidation proceeds less book value (excluding loan purchase premium or discou

(2)  Based upon the total principal balance of the mortgage loans outstanding on the

</TABLE>


Servicing Compensation and Payment of Expenses

        The Master Servicer will be paid a monthly fee (the "Servicing Fee")
from interest collected with respect to each Mortgage Loan (as well as from
any liquidation proceeds that are applied to accrued and unpaid interest or
Subsequent Recoveries) equal to one-twelfth of the Stated Principal Balance
thereof multiplied by the Servicing Fee Rate. The "Servicing Fee Rate" for
each Mortgage Loan will equal [ ]% per annum. The amount of the monthly
Servicing Fee is subject to adjustment with respect to Mortgage Loans that are
prepaid in full, as described in this prospectus supplement under "--
Adjustment to Servicing Fee in Connection with Certain Prepaid Mortgage
Loans." [The Master Servicer is also entitled to receive, as additional
servicing compensation, amounts in respect of interest paid on Principal
Prepayments received during that portion of a Prepayment Period from the
related Due Date to the end of the Prepayment Period ("Prepayment Interest
Excess"), all late payment fees, assumption fees and other similar charges
[(excluding prepayment charges)] and all investment income earned on amounts
on deposit in the Certificate Account and Distribution Account.] The Master
Servicer is obligated to pay certain


                                    S-61



<PAGE>


ongoing expenses associated with the Mortgage Loans and incurred by the
Trustee [and Co-Trustee] in connection with their respective responsibilities
under the Pooling and Servicing Agreement.

Adjustment to Servicing Fee in Connection With Certain Prepaid Mortgage Loans

        When a borrower prepays all or a portion of a Mortgage Loan between
scheduled monthly payment dates ("Due Dates"), the borrower pays interest on
the amount prepaid only to the date of prepayment. Principal Prepayments which
are received during that portion of the Prepayment Period from the related Due
Date in the Prepayment Period to the end of the Prepayment Period reduce the
Scheduled Payment of interest for the following Due Date but are included in a
distribution that occurs on or prior to the distribution of the Scheduled
Payment, and accordingly no shortfall in interest otherwise distributable to
holders of the Certificates results. Conversely, Principal Prepayments
received from that portion of the Prepayment Period from the beginning of the
Prepayment Period to related Due Date in the Prepayment Period reduce the
Scheduled Payment of interest for the Due Date and are included in a
distribution that occurs on or after the distribution of the Scheduled

Payment, and accordingly an interest shortfall (a "Prepayment Interest Shortfall") could result. In order to mitigate the effect of any Prepayment Interest Shortfall on interest distributions to holders of the Certificates on any Distribution Date, one-half of the amount of the Servicing Fee otherwise payable to the Master Servicer for the month will, to the extent of the Prepayment Interest Shortfall, be deposited by the Master Servicer in the Certificate Account for distribution to holders of the Certificates entitled thereto on the Distribution Date. The amount of this deposit by the Master Servicer is referred to as "Compensating Interest" and will be reflected in the distributions to holders of the Certificates entitled thereto made on the Distribution Date on which the Principal Prepayments received would be distributed. Any shortfall in interest distributions to the [Class AF-5B] certificateholders resulting from Prepayment Interest Shortfalls will not be covered by the [Class AF-5B] Policy.

Advances

        Subject to the following limitations, on the Business Day prior to each Distribution Date, the Master Servicer will be required to advance (an "Advance") from its own funds, or funds in the Certificate Account that are not required to be distributed on the Distribution Date, on the Business Day immediately preceding the Distribution Date (a "Master Servicer Advance Date"), the sum of:

    o   an amount equal to the aggregate of payments of principal and
        interest on the Mortgage Loans (with the Mortgage Rate adjusted to
        a rate equal to the Mortgage Rate minus the Servicing Fee Rate (as
        so adjusted, the "Net Mortgage Rate")) that were due on the
        related Due Date and delinquent on the related Determination Date;
        and

    o   an amount equivalent to interest (adjusted to the Net Mortgage
        Rate) deemed due on each Mortgage Loan (i) as to which the related
        Mortgaged Property has been acquired by the Master Servicer
        through foreclosure or deed-in-lieu of foreclosure in connection
        with a defaulted Mortgage Loan ("REO Property"), which is
        calculated after taking into account any rental income from such
        Mortgaged Property or (ii) as to which the related Mortgaged
        Property has been liquidated but as to that Mortgage Loan a Final
        Recovery Determination has not been made.

        Advances are intended to maintain a regular flow of scheduled interest and principal payments on the Certificates rather than to guarantee or insure against losses. The Master Servicer is obligated to make Advances to the extent that the Advances are, in its judgment, reasonably recoverable from future payments and collections or insurance payments or proceeds of liquidation of the related Mortgage Loan. If the Master Servicer determines on any Determination Date to make an Advance, the Advance will be included with the distribution to holders of the Certificates on the related Distribution Date. Any failure by the Master Servicer to make an Advance as required under the Pooling and Servicing Agreement will constitute an event of default thereunder, in which case the Trustee, as successor master servicer, or any other entity that is appointed as successor master servicer, will be obligated to make Advances in accordance with the terms of the Pooling and Servicing Agreement. An Advance will be reimbursed from the payments on the Mortgage Loan with respect to which the Advance was made. However, if an Advance is determined to be nonrecoverable and the Master Servicer delivers an officer's certificate to the Trustee indicating that the Advance is nonrecoverable, the Master Servicer will be entitled to withdraw from the Certificate

S-62

<PAGE>

Account an amount equal to the nonrecoverable Advance. Reimbursement for
Advances and nonrecoverable Advances will be made prior to distributions on
the Certificates.

## THE ISSUING ENTITY

        In connection with the issuance of the Certificates, the Depositor
has formed Alternative Loan Trust 200[ ]-[ ], a [common law] trust created
under the laws of the State of [New York] pursuant to the Pooling and
Servicing Agreement. Alternative Loan Trust 200[ ]-[ ] is referred to in this
prospectus supplement as the "issuing entity" and is referred to in the
prospectus as the "Trust" or the "Trust Fund." The Trustee serves as trustee
of the issuing entity and acts on behalf of the issuing entity as the issuing
entity does not have any directors, officers or employees. The fiscal year end
of the issuing entity is [December 31].

        The issuing entity's activities are limited to the transactions and
activities entered into in connection with the securitization described in
this prospectus supplement, and except for those activities, the issuing
entity is not authorized and has no power to borrow money or issue debt, merge
with another entity, reorganize, liquidate or sell assets or engage in any
business or activities. Consequently, the issuing entity is not permitted to
hold any assets, or incur any liabilities, other than those described in this
prospectus supplement. Since the issuing entity is created pursuant to the
Pooling and Servicing Agreement, the issuing entity and its permissible
activities can only be amended or modified by amending the Pooling and
Servicing Agreement.

        Since the issuing entity is a common law trust, it may not be
eligible for relief under the federal bankruptcy laws, unless it can be
characterized as a "business trust" for purposes of the federal bankruptcy
laws. Bankruptcy courts look at various considerations in making this
determination, so it is not possible to predict with any certainty whether or
not the issuing entity would be characterized as a "business trust."

## STATIC POOL DATA

        Certain static pool data with respect to the delinquency, cumulative
loss and prepayment data for [Countrywide Home Loans] is available online at [
.com]. This static pool data is not deemed part of the prospectus or the
registration statement of which the prospectus is a part to the extent that
the static pool data relates to:

    o   prior securitized pools of [Countrywide Home Loans] that do not
        include the Mortgage Loans and that were established before
        January 1, 2006; or

    o   in the case of information regarding the Mortgage Loans,
        information about the Mortgage Loans for periods before January 1,
        2006.

## DESCRIPTION OF THE CERTIFICATES

General

The Certificates will be issued pursuant to the Pooling and Servicing Agreement. We summarize below the material terms and provisions pursuant to which the Certificates will be issued. The summaries are subject to, and are qualified in their entirety by reference to, the provisions of the Pooling and Servicing Agreement. When particular provisions or terms used in the Pooling and Servicing Agreement are referred to, the actual provisions (including definitions of terms) are incorporated by reference. We will file a final copy of the Pooling and Servicing Agreement after the issuing entity issues the Certificates.

S-63

<PAGE>

The CWALT, Inc., Mortgage Pass-Through Certificates, Series 200[ ]-[ ] (the "Certificates") will consist of: [Class AF-1A], [Class AF-1B], [Class AF-2], [Class AF-3], [Class AF-4], [Class AF-5A], [Class AF-5B], [Class AF-6], [Class MF-1], [Class MF-2], [Class MF-3], [Class MF-4], [Class MF-5], [Class MF-6], [Class MF-7], [Class MF-8], [Class BF], [Class 2-AV-1], [Class 2-AV-2]; [Class 3-AV-1], [Class 3-AV-2], [Class 3-AV-3], [Class 3-AV-4], [Class MV-1], [Class MV-2], [Class MV-3], [Class MV-4], [Class MV-5], [Class MV-6], [Class MV-7], [Class MV-8], [Class BV], [Class A-R], [Class PF], [Class PV], [Class CF] and [Class CV] Certificates.

When describing the Certificates in this prospectus supplement we use the following terms:

| Designation | Class of Certificates |
|---|---|
| [Class AF-1] Certificates: | [Class AF-1A] and [Class AF-1B] Certificates |
| [Class AF-5] Certificates: | [Class AF-5A] and [Class AF-5B] Certificates |
| [Class AF] Certificates: | [Class AF-1A], [Class AF-1B], [Class AF-2], [Class AF-3], [Class AF-4], [Class AF-5A], [Class AF-5B] and [Class AF-6] Certificates |
| [Fixed Rate] Subordinate Certificates: | [Class MF-1], [Class MF-2], [Class MF-3], [Class MF-4], [Class MF-5], [Class MF-6], [Class MF-7], [Class MF-8] and [Class BF] Certificates |
| [Class 2-AV] Certificates: | [Class 2-AV-1] and  [Class 2-AV-2] Certificates |
| [Class 3-AV] Certificates: | [Class 3-AV-1], [Class 3-AV-2], [Class 3-AV-3] and [Class 3-AV-4] Certificates |
| [Class AV] Certificates: | [Class 2-AV] and [Class 3-AV] Certificates |
| [Adjustable Rate] Subordinate Certificates: | [Class MV-1], [Class MV-2], [Class MV-3], [Class MV-4], [Class MV-5], [Class MV-6], [Class MV-7], [Class MV-8] and [Class BV] |

                                        Certificates

Senior Certificates:                    [Class AF], [Class AV] and [Class A-R]
                                        Certificates

Subordinate Certificates:               [Fixed Rate] Subordinate Certificates,
                                        [Adjustable Rate] Subordinate Certificates
                                        and [Class BV] Certificates

[Fixed Rate] Certificates:              [Class AF-1B], [Class AF-2], [Class AF-3],
                                        [Class AF-4], [Class AF-5A], [Class AF-5B]
                                        and [Class AF-6] Certificates and [Fixed
                                        Rate] Subordinate Certificates

[Adjustable Rate] Certificates:         [Class AF-1A] and [Class AV] Certificates and
                                        [Adjustable Rate] Subordinate Certificates

Offered Certificates:                   Senior Certificates and the Subordinate
                                        Certificates

The Certificates are generally referred to as the following types:

| Class | Type |
| --- | --- |
| [Class AF-1A] Certificates: | Senior/Adjustable Rate |
| [Class AF-1B], [Class AF-2], [Class AF-3], [Class AF-4] and [Class AF-5] Certificates: | Senior/Fixed Rate |
| [Class AF-6] Certificates: | Senior/Fixed Rate/NAS |
| [Fixed Rate] Subordinate Certificates: | Subordinate/Fixed Rate |
| [Class 2-AV-1] and [Class 3-AV] Certificates: | Senior/Adjustable Rate |
| [Class 2-AV-2] Certificates: | Senior Support/Adjustable Rate |
| [Adjustable Rate] Subordinate Certificates: | Subordinate/Adjustable Rate |
| [Class A-R] Certificates: | Senior/REMIC Residual |
| [Class PF] and [Class PV] Certificates: | Prepayment Charges |
| [Class CF] and [Class CV] Certificates: | Residual |

        Generally:


                                        S-64


<PAGE>

        o   distributions of principal and interest on the [Class AF]
            Certificates and the [Fixed Rate Subordinate Certificates] will be
            based on amounts available for distribution in respect of the
            Mortgage Loans in Loan Group [1];

        o   distributions of principal and interest on the [Class 2-AV]
            Certificates will be based on amounts available for distribution

in respect of the Mortgage Loans in Loan Group [2];

o   distributions of principal and interest on the [Class 3-AV]
    Certificates will be based on amounts available for distribution
    in respect of the Mortgage Loans in Loan Group [3];

o   distributions of principal and interest on the [Adjustable Rate
    Subordinate Certificates] will be based on amounts available for
    distribution in respect of the Mortgage Loans in Loan Group [2]
    and Loan Group [3];

o   distributions on the [Class PF] and [Class CF] Certificates, to
    the extent provided in the Pooling and Servicing Agreement, will
    be based on amounts available for distribution in respect of the
    Mortgage Loans in Loan Group [1]; and

o   distributions on the [Class PV] and [Class CV] Certificates, to
    the extent provided in the Pooling and Servicing Agreement, will
    be based on amounts available for distribution in respect of the
    Mortgage Loans in Loan Group [2] and Loan Group [3].

Denominations

        The Offered Certificates (other than the Class A-R Certificates) will
be issued in book-entry form as described below in minimum dollar
denominations of $[20,000] and integral multiples of $[1,000] in excess
thereof. The Class A-R Certificates will be issued as [two] certificates in
the denominations specified in the Pooling and Servicing Agreement.

Book-Entry Certificates

        The Offered Certificates (other than the Class A-R Certificates) will
be book-entry Certificates (the "Book-Entry Certificates"). The Class A-R
Certificates will be issued as two certificates in fully registered
certificated form. Persons acquiring beneficial ownership interests in the
Book-Entry Certificates ("Certificate Owners") may elect to hold their
Book-Entry Certificates through the Depository Trust Company ("DTC") in the
United States, or Clearstream, Luxembourg or the Euroclear System
("Euroclear"), in Europe, if they are participants of these systems, or
indirectly through organizations which are participants in these systems. Each
class of Book-Entry Certificates will be issued in one or more certificates
which equal the aggregate certificate principal balance of the applicable
class of the Book-Entry Certificates and will initially be registered in the
name of Cede & Co., the nominee of DTC. Beneficial interests in the Book-Entry
Certificates may be held in minimum denominations representing Certificate
Principal Balances of $[20,000] and integral multiples of $[1,000] in excess
thereof. Except as set forth under "Description of the Securities--Book-Entry
Registration of the Securities" in the prospectus, no person acquiring a
beneficial ownership interest in a Book-Entry Certificate (each, a "beneficial
owner") will be entitled to receive a physical certificate representing the
person's beneficial ownership interest in the Book-Entry Certificate (a
"Definitive Certificate"). Unless and until Definitive Certificates are
issued, it is anticipated that the only certificateholder of the Book-Entry
Certificates will be Cede & Co., as nominee of DTC. Certificate Owners will
not be certificateholders as that term is used in the Pooling and Servicing
Agreement. Certificate Owners are only permitted to exercise their rights
indirectly through the participating organizations that utilize the services
of DTC, including securities brokers and dealers, banks and trust companies
and clearing corporations and certain other organizations ("Participants") and
DTC. See "Description of the Securities--Book-Entry Registration of the

Securities" in the prospectus.

S-65

<PAGE>

Glossary of Terms

        The following terms have the meanings shown below to help describe the cash flow on the Certificates. The definitions are organized based on the context in which they are most frequently used. However, certain definitions may be used in multiple contexts.

        General Definitions.

        "Adjusted Net Mortgage Rate" with respect to each Mortgage Loan means the Mortgage Rate less the related Expense Fee Rate.

        "Business Day" is any day other than:

                (1)      A Saturday or Sunday or

                (2) A day on which the [Class AF-5B] Insurer or banking institutions in the state of New York or California are required or authorized by law to be closed.

        "Certificate Principal Balance" means for any class of Certificates (other than the Class CF and Class CV Certificates), the aggregate outstanding principal balance of all Certificates of the class, less:

                (1) all amounts previously distributed to holders of Certificates of that class as scheduled and unscheduled payments of principal, including in the case of the [Class AF-5B] Certificates, any payments of principal under the [Class AF-5B] Policy; and

                (2) in the case of a class of Subordinate Certificates and the [Class 2-AV-2] Certificates, the Applied Realized Loss Amounts allocated to the class, however, if Applied Realized Loss Amounts have been allocated to the Certificate Principal Balance of any class of Subordinate Certificates or the [Class 2-AV-2] Certificates, the Certificate Principal Balance thereof will be increased on each Distribution Date after the allocation of Applied Realized Loss Amounts, sequentially by class in the order of payment priority, by the amount of Subsequent Recoveries for the related Loan Group or Loan Groups, collected during the related Due Period (if any) (but not by more than the amount of the Unpaid Realized Loss Amount for the class).

        After any allocation of amounts in respect of Subsequent Recoveries to the Certificate Principal Balance of a class of Subordinate Certificates or the [Class 2-AV-2] Certificates, a corresponding decrease will be made on the Distribution Date to the Unpaid Realized Loss Amount for that class or classes. Although Subsequent Recoveries, if any, will be allocated to increase the Certificate Principal Balance of a class of Subordinate Certificates and the [Class 2-AV-2] Certificates, the Subsequent Recoveries will be included in the applicable Principal Remittance Amount and distributed in the priority set forth below under "--Distributions--Distributions of Principal." Therefore these Subsequent Recoveries may not be used to make any principal payments on

the class or classes of Certificates for which the Certificate Principal Balances have been increased by allocation of Subsequent Recoveries. Additionally, holders of these Certificates will not be entitled to any payment in respect of interest that would have accrued on the amount of the increase in Certificate Principal Balance for any Accrual Period preceding the Distribution Date on which the increase occurs.

Exclusively for the purpose of determining any subrogation rights of the [Class AF-5B] Insurer under the Pooling and Servicing Agreement, the "Certificate Principal Balance" of the [Class AF-5B] Certificates is not reduced by the amount of any payments made by the [Class AF-5B] Insurer in respect of principal on the [Class AF-5B] Certificates under the [Class AF-5B] Policy, except to the extent that the payment has been reimbursed to the [Class AF-5B] Insurer pursuant to the provisions of the Pooling and Servicing Agreement.

"Distribution Date" means the [ ]th day of each month, or if the [ ]th day is not a Business Day, on the first Business Day thereafter, commencing in [ ] 200[ ].

S-66

<PAGE>

"Due Period" means with respect to any Distribution Date, the period beginning on the [second] day of the calendar month preceding the calendar month in which the Distribution Date occurs and ending on the [first day] of the month in which the Distribution Date occurs.

"Excess Proceeds" with respect to a liquidated Mortgage Loan means the amount, if any, by which the sum of any Liquidation Proceeds and Subsequent Recoveries exceed the sum of (i) the unpaid principal balance of the Mortgage Loan plus (ii) accrued interest on the Mortgage Loan at the Mortgage Rate during each Due Period as to which interest was not paid or advanced on the Mortgage Loan.

"Final Recovery Determination" means a determination by the Master Servicer that it has received all proceeds it expects to receive with respect to the liquidation of a Mortgage Loan.

"Insurance Proceeds" means all proceeds of any insurance policy received prior to a Final Recovery Determination (to the extent that the proceeds are not applied to the restoration of the property or released to the mortgagor in accordance with the Master Servicer's normal servicing procedures), other than proceeds that represent reimbursement of the Master Servicer's costs and expenses incurred in connection with presenting claims under the related insurance policy.

"Liquidation Proceeds" means any Insurance Proceeds and all other net proceeds received prior to a Final Recovery Determination in connection with the partial or complete liquidation of a Mortgage Loan (whether through trustee's sale, foreclosure sale or otherwise) or in connection with any condemnation or partial release of the related Mortgaged Property, together with the net proceeds received prior to a Final Recovery Determination with respect to any Mortgaged Property acquired by the Master Servicer by foreclosure or deed in lieu of foreclosure in connection with a defaulted Mortgage Loan (other than the amount of the net proceeds representing Excess

Proceeds and net of reimbursable expenses).

"Percentage Interest" with respect to any Certificate, means the percentage derived by dividing the denomination of the Certificate by the aggregate denominations of all Certificates of the applicable class.

"Record Date" means:

(1) in the case of the [Adjustable Rate Certificates], the [Business Day immediately preceding the Distribution Date, unless the Adjustable-Rate Certificates are no longer book-entry certificates, in which case the Record Date will be the last Business Day of the month preceding the month of the Distribution Date], and

(2) in the case of the [Fixed Rate Certificates] and the [Class A-R] Certificates, the [last Business Day of the month preceding the month of the Distribution Date].

"Subsequent Recoveries" means, with respect to any Mortgage Loan in respect of which a Realized Loss was incurred, any proceeds of the type described in the definitions of "Insurance Proceeds" and "Liquidation Proceeds" received in respect of the Mortgage Loan after a Final Recovery Determination (other than the amount of the net proceeds representing Excess Proceeds and net of reimbursable expenses).

Definitions related to Interest Calculations and Distributions.

"Accrual Period" for any Distribution Date and the [Adjustable Rate Certificates], means the period from and including the preceding Distribution Date (or from and including the Closing Date in the case of the first Distribution Date) to and including the day prior to the current Distribution Date, and for the [Fixed Rate Certificates], means the calendar month immediately preceding the month in which the Distribution Date occurs.

["[Class AF-5B] Policy Premium Rate" means a rate equal to [ ]% per annum.]

["[Class AF-5B] Premium" means for any Distribution Date the fee payable to the [Class AF-5B] Insurer in respect of its services as [Class AF-5B] Insurer that accrues at the [Class AF-5B] Policy Premium Rate for the

S-67

<PAGE>

[Class AF-5B] Certificates on a balance equal to [the Certificate Principal Balance of the [Class AF-5B] Certificates immediately prior to the Distribution Date.] [The [Class AF-5B] Premium shall be computed on the basis of a 360-day year consisting of twelve 30-day months.]

["[Class AF-5B] Reimbursement Amount" means, with respect to any Distribution Date, (i) all Insured Payments paid by the [Class AF-5B] Insurer, but for which the [Class AF-5B] Insurer has not been reimbursed prior to the Distribution Date, plus (ii) interest accrued on the Insured Payments not previously repaid calculated at the Late Payment Rate.]

"Current Interest" with respect to each class of interest-bearing certificates and each Distribution Date means the interest accrued at the Pass-Through Rate for the applicable Accrual Period on the Certificate Principal Balance of the class immediately prior to the Distribution Date.

"Expense Fee Rate" with respect to each Mortgage Loan is equal to the sum of the Servicing Fee Rate and the Trustee Fee Rate.

"Interest Carry Forward Amount" with respect to [each class of interest-bearing certificates] and each Distribution Date means the excess of:

(a) Current Interest for the class with respect to prior Distribution Dates over

(b) the amount actually distributed to the class with respect to interest on prior Distribution Dates.

"Interest Determination Date" means for the [Adjustable Rate Certificates], the [second LIBOR Business Day] preceding the commencement of each Accrual Period.

["Interest Funds" means for any Loan Group and any Distribution Date (1) the Interest Remittance Amount for that Loan Group and the Distribution Date, less (2) the portion of the Trustee Fee allocable to that Loan Group for the Distribution Date.]

["Interest Remittance Amount" means with respect to each Loan Group and any Distribution Date:

(a) the sum, without duplication, of:

(1) all scheduled interest collected during the related Due Period (other than Credit Comeback Excess Amounts (if any)), less the related Servicing Fees,

(2) all interest on prepayments, other than Prepayment Interest Excess,

(3) all Advances relating to interest,

(4) all Compensating Interest,

(5) all Liquidation Proceeds collected during the related Due Period (to the extent that the Liquidation Proceeds relate to interest), and

(6) [any Seller Shortfall Interest Requirement], less

(b) all Advances relating to interest and certain expenses reimbursed during the related Due Period,

in each case with respect to the Mortgage Loans in the Loan Group.]

["Net Rate Cap" for each Distribution Date means:

S-68

<PAGE>

(i)        with respect to each class of [Class AF] Certificates (other than the [Class AF-5B] Certificates) and each class of [Fixed Rate Subordinate Certificates], the weighted average Adjusted Net Mortgage Rate of the Mortgage Loans in Loan Group [1] for the Distribution Date ]adjusted, in the case of the [Class AF-1A] Certificates only, to an effective rate reflecting the calculation of interest on the basis of the actual number of days elapsed during the related Accrual Period and a 360-day year],

(ii)       with respect to the [Class AF-5B] Certificates, the Net Rate Cap with respect to the [Class AF] Certificates less the [Class AF-5B] Policy Premium Rate,

(iii)      with respect to each class of [Class 2-AV] Certificates, the weighted average Adjusted Net Mortgage Rate of the Mortgage Loans in Loan Group [2] for the Distribution Date, [adjusted to an effective rate reflecting the calculation of interest on the basis of the actual number of days elapsed during the related Accrual Period and a 360-day year],

(iv)       with respect to each class of [Class 3-AV] Certificates, the weighted average Adjusted Net Mortgage Rate of the Mortgage Loans in Loan Group [3] for the Distribution Date, [adjusted to an effective rate reflecting the calculation of interest on the basis of the actual number of days elapsed during the related Accrual Period and a 360-day year], and

(v)        with respect to each class of [Adjustable Rate Subordinate Certificates], the weighted average of (a) the weighted average Adjusted Net Mortgage Rate of the Mortgage Loans in Loan Group [2] for the Distribution Date (weighted by an amount equal to the positive difference (if any) of the sum of the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [2] and the amount on deposit in the Pre-Funding Account in respect of Loan Group [2] over the outstanding aggregate Certificate Principal Balance of the [Class 2-AV] Certificates) and (b) the weighted average Adjusted Net Mortgage Rate of the Mortgage Loans in Loan Group [3] for the Distribution Date (weighted by an amount equal to the positive difference (if any) of the sum of the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [3] and the amount on deposit in the Pre-Funding Account in respect of Loan Group [3] over the outstanding aggregate Certificate Principal Balance of the [Class 3-AV] Certificates), [adjusted to an effective rate reflecting the calculation of interest on the basis of the actual number of days elapsed during the related Accrual Period and a 360-day year].]

["Net Rate Carryover" for a class of interest-bearing certificates on any Distribution Date means the excess of:

(1) the amount of interest that the class would have accrued for the Distribution Date had the Pass-Through Rate for that class and the related Accrual Period not been calculated based on the applicable Net Rate Cap, over

(2)        the amount of interest the class accrued on the Distribution Date based on the applicable Net Rate Cap,

plus the unpaid portion of this excess from prior Distribution Dates (and interest accrued thereon at the then applicable Pass-Through Rate, without giving effect to the applicable Net Rate Cap). Any Net Rate Carryover for the [Class AF-5B] Certificates will not be covered by the [Class AF-5B] Policy.]

"Pass-Through Margin" for each class of [Adjustable Rate

Certificates] means the following:

```
                                              (1)        (2)
                                           ---------- ---------
          [Class AF-1A]...........................
          [Class 2-AV-1]..........................
          [Class 2-AV-2]..........................
          [Class 3-AV-1]..........................
          [Class 3-AV-2]..........................
          [Class 3-AV-3]..........................
          [Class 3-AV-4]..........................
```

S-69

<PAGE>

```
          [Class MV-1]............................
          [Class MV-2]............................
          [Class MV-3]............................
          [Class MV-4]............................
          [Class MV-5]............................
          [Class MV-6]............................
          [Class MV-7]............................
          [Class MV-8]............................
          [Class BV]..............................
----------
```

(1) For any Accrual Period relating to any Distribution Date occurring on or prior to the Optional Termination Date.

(2) For any Accrual Period relating to any Distribution Date occurring after the Optional Termination Date.

"Pass-Through Rate" with respect to each Accrual Period and each class of [Adjustable Rate Certificates] means a per annum rate equal to the lesser of:

(1) [One-Month LIBOR] for the Accrual Period (calculated as described below under "-- Calculation of One-Month LIBOR") plus the Pass-Through Margin for the class and Accrual Period, and

(2) the applicable Net Rate Cap for the related Distribution Date.

"Pass-Through Rate" with respect to each Accrual Period and the [Fixed Rate Certificates] means a per annum rate equal to the lesser of:

(1) the per annum fixed rate for the class and the Accrual Period set forth in the summary of this prospectus supplement under "Description of the Certificates -- General" and

(2) the applicable Net Rate Cap for the related Distribution Date.

"Reference Bank Rate" with respect to any Accrual Period means the arithmetic mean (rounded upwards, if necessary, to the nearest whole multiple of [0.03125%]) of the offered rates for United States dollar deposits for [one month] that are quoted by the Reference Banks as of [11:00 a.m.], New York City time, on the related Interest Determination Date to prime banks in the

London interbank market for a period of [one month] in amounts approximately equal to the aggregate Certificate Principal Balance of all the [Adjustable Rate Certificates] for the Accrual Period, provided that at least two Reference Banks provide the rate. If fewer than two offered rates appear, the Reference Bank Rate will be the arithmetic mean (rounded upwards, if necessary, to the nearest whole multiple of [0.03125%]) of the rates quoted by one or more major banks in New York City, selected by the Trustee, as of [11:00 a.m.], New York City time, on that date for loans in U.S. dollars to leading European banks for a period of [one month] in amounts approximately equal to the aggregate Certificate Principal Balance of all the [Adjustable Rate Certificates] for the Accrual Period.

"LIBOR Business Day" means a day on which banks are open for dealing in foreign currency and exchange in London and New York City.

"Reference Banks" means leading banks selected by the Trustee and engaged in transactions in Eurodollar deposits in the international Eurocurrency market:

(1) with an established place of business in London,

(2) which have been designated as a Reference Bank by the Trustee and

(3) which are not controlling, controlled by, or under common control with, the Depositor, Countrywide Home Loans, the Master Servicer or any successor Master Servicer.

S-70

<PAGE>

["Seller Shortfall Interest Requirement" with respect to the Master Servicer Advance Date in each of [          ] 200[   ], [          ] 200[   ] and [          ] 200[   ] means the sum of:

(a) the product of (1) the excess of the aggregate Stated Principal Balance for the Distribution Date of all the Mortgage Loans in the Mortgage Pool (including the Subsequent Mortgage Loans, if any) owned by the issuing entity at the beginning of the related Due Period, over the aggregate Stated Principal Balance for the Distribution Date of the Mortgage Loans (including the Subsequent Mortgage Loans, if any) that have a scheduled payment of interest due in the related Due Period, and (2) a fraction, the numerator of which is the weighted average Net Mortgage Rate of all the Mortgage Loans in the Mortgage Pool (including the Subsequent Mortgage Loans, if any) (weighted on the basis of the Stated Principal Balances thereof for the Distribution Date) and the denominator of which is 12; and

(b) the lesser of:

(i) the product of (1) the amount on deposit in the Pre-Funding Account at the beginning of the related Due Period, and (2) a fraction, the numerator of which is the weighted average Net Mortgage Rate of the Mortgage Loans (including Subsequent Mortgage Loans, if any) owned by the issuing entity at the beginning of the related Due Period (weighted on the basis of the Stated Principal Balances

thereof for the Distribution Date) and the denominator of
which is 12; and

                (ii) the excess of (x) the sum of (1) the amount of
Current Interest and Interest Carry Forward Amount due and
payable on the [Class AF] and [Class AV] Certificates and
the [Fixed Rate] and [Adjustable Rate Subordinate
Certificates] for the Distribution Date and (2) the monthly
premium for the [Class AF-5B] Policy for the Distribution
Date over (y) Interest Funds available to pay (1) Current
Interest and the Interest Carry Forward Amount on the [Class
AF] and [Class AV] Certificates and the [Fixed Rate] and
[Adjustable Rate Subordinate Certificates] for the
Distribution Date and (2) the monthly premium for the [Class
AF-5B] Policy for the Distribution Date (after giving effect
to the addition of any amounts in clause (a) of this
definition of Seller Shortfall Interest Requirement to
Interest Funds for the Distribution Date).]

        "Trustee Fee Rate" means a rate equal to [ ]% per annum.

        Definitions related to Principal Calculations and Distributions.

        ["Adjustable Rate Cumulative Loss Trigger Event" with respect to any
Distribution Date on or after the Adjustable Rate Stepdown Date, an Adjustable
Rate Cumulative Loss Trigger Event occurs if (x) the aggregate amount of
Realized Losses on the Mortgage Loans in Loan Group [2] and Loan Group [3]
from the Cut-off Date for each Mortgage Loan in Loan Group [2] and Loan Group
[3] to (and including) the last day of the related Due Period (reduced by the
aggregate amount of any Subsequent Recoveries related to Loan Group [2] and
Loan Group [3] received through the last day of that Due Period) exceeds (y)
the applicable percentage, for the Distribution Date, of the sum of the
aggregate Initial Cut-off Date Principal Balance of the Initial Mortgage Loans
in Loan Group [2] and Loan Group [3] and the original Pre-Funded Amount in
respect of Loan Group [2] and Loan Group [3], as set forth below:

<TABLE>
<CAPTION>
        Distribution Date                                   Percentage
        -----------------                                   ----------
<S>                                                         <C>
        [       ] 200[   ] -- [       ] 200[   ]........   [       ]% with respect t
                                                            200[   ], plus an additi
                                                            [ ]% for each month ther
                                                            through [       ] 200[

        [       ] 200[   ] -- [       ] 200[   ]........   [       ]% with respect t
                                                            200[   ], plus an additi
                                                            [ ]% for each month ther
                                                            through [       ] 200[

        [       ] 200[   ] -- [       ] 200[   ]........   [       ]% with respect t
                                                            200[   ],
                              S-71

<PAGE>

                                                            plus an additional 1/12t
                                                            each month thereafter th
                                                            200[   ]
[       ] 200[   ] and thereafter......................   [       ]%]

</TABLE>

["Adjustable Rate Delinquency Trigger Event" with respect to any Distribution Date on or after the Adjustable Rate Stepdown Date, an Adjustable Rate Delinquency Trigger Event exists if the Rolling Sixty-Day Delinquency Rate for the outstanding Mortgage Loans in Loan Group [2] and Loan Group [3] equals or exceeds the product of [ ]% and the Adjustable Rate Senior Enhancement Percentage for the Distribution Date.]

["Adjustable Rate OC Floor" means an amount equal to [ ]% of the sum of the aggregate Initial Cut-off Date Principal Balance of the Initial Mortgage Loans in Loan Group [2] and Loan Group [3] and the original Pre-Funded Amount in respect of Loan Group [2] and Loan Group [3].]

["Adjustable Rate Overcollateralization Deficiency Amount" with respect to any Distribution Date means the amount, if any, by which the Adjustable Rate Overcollateralization Target Amount exceeds the Adjustable Rate Overcollateralized Amount on the Distribution Date (after giving effect to distributions in respect of the Principal Remittance Amount for Loan Group [2] and Loan Group [3] on the Distribution Date).]

["Adjustable Rate Overcollateralization Target Amount" with respect to any Distribution Date means (a) prior to the Adjustable Rate Stepdown Date, an amount equal to [ ]% of the sum of the aggregate Initial Cut-off Date Principal Balance of the Initial Mortgage Loans in Loan Group [2] and Loan Group [3] and the original Pre-Funded Amount in respect of Loan Group [2] and Loan Group [3] and (b) on or after the Adjustable Rate Stepdown Date, the greater of (i) an amount equal to [ ]% of the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [2] and Loan Group [3] for the current Distribution Date and (ii) the Adjustable Rate OC Floor; provided, however, that if an Adjustable Rate Trigger Event is in effect on any Distribution Date, the Adjustable Rate Overcollateralization Target Amount will be the Adjustable Rate Overcollateralization Target Amount as in effect for the prior Distribution Date.]

["Adjustable Rate Overcollateralized Amount" for any Distribution Date means the amount, if any, by which (x) the sum of the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [2] and Loan Group [3] for the Distribution Date and any amount on deposit in the Pre-Funding Account in respect of Loan Group [2] and Loan Group [3] on the Distribution Date exceeds (y) the sum of the aggregate Certificate Principal Balance of the [Class AV] Certificates and the [Adjustable Rate Subordinate Certificates] as of the Distribution Date (after giving effect to distributions of the Principal Remittance Amount for Loan Group [2] and Loan Group [3] to be made on the Distribution Date).]

["Adjustable Rate Stepdown Date" means the later to occur of (x) the Distribution Date in [ ] 200[ ] and (y) the first Distribution Date on which the aggregate Certificate Principal Balance of the [Class AV] Certificates (after calculating anticipated distributions on the Distribution Date) is less than or equal to [ ]% of the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [2] and Loan Group [3] for the Distribution Date.]

["Adjustable Rate Senior Enhancement Percentage" with respect to any Distribution Date on or after the Adjustable Rate Stepdown Date means a fraction (expressed as a percentage):

(1) the numerator of which is the excess of:

(a) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [2] and Loan Group [3] for the preceding Distribution Date over

(b) (i) before the Certificate Principal Balances of the [Class AV] Certificates have been reduced to zero, the sum of the Certificate Principal Balances of the [Class AV] Certificates,

S-72

<PAGE>

or (ii) after the Certificate Principal Balances of the [Class AV] Certificates have been reduced to zero, the Certificate Principal Balance of the most senior class of [Adjustable Rate Subordinate Certificates] outstanding, as of the preceding Master Servicer Advance Date, and

(2) the denominator of which is the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [2] and Loan Group [3] for the preceding Distribution Date.]

["Adjustable Rate Subordinate Class Principal Distribution Amount" for any class of [Adjustable Rate Subordinate Certificates] and Distribution Date means the excess of:

(1) the sum of:

(a) the aggregate Certificate Principal Balance of the [Class AV] Certificates (after taking into account distribution of the [Class AV] Principal Distribution Target Amount for the Distribution Date),

(b) the aggregate Certificate Principal Balance of any class(es) of [Adjustable Rate Subordinate Certificates] that are senior to the subject class (in each case, after taking into account distribution of the Adjustable Rate Subordinate Class Principal Distribution Amount(s) for the senior class(es) of Certificates for the Distribution Date), and

(c) the Certificate Principal Balance of the subject class of [Adjustable Rate Subordinate Certificates] immediately prior to the Distribution Date over

(2) the lesser of (a) the product of (x) 100% minus the Stepdown Target Subordination Percentage for the subject class of Certificates and (y) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [2] and Loan Group [3] for the Distribution Date and (b) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [2] and Loan Group [3] for the Distribution Date minus the Adjustable Rate OC Floor;

provided, however, that if a class of [Adjustable Rate Subordinate Certificates] is the only class of [Adjustable Rate Subordinate Certificates] outstanding on the Distribution Date, that class will be entitled to receive the entire remaining Principal Distribution Amount for Loan Group [2] and Loan

Group [3] until the Certificate Principal Balance thereof is reduced to zero.]

["Adjustable Rate Trigger Event" with respect to any Distribution Date on or after the Adjustable Rate Stepdown Date means either an Adjustable Rate Delinquency Trigger Event with respect to that Distribution Date or an Adjustable Rate Cumulative Loss Trigger Event with respect to that Distribution Date.]

["[Class AF] Principal Distribution Amount" for any Distribution Date means the excess of:

>        (1) the aggregate Certificate Principal Balance of the [Class AF] Certificates immediately prior to the Distribution Date, over

>        (2) the lesser of (i) [ ]% of the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [1] for the Distribution Date and (ii) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [1] for the Distribution Date minus the Fixed Rate OC Floor.]

["[Class AV] Principal Distribution Allocation Amount" means for any Distribution Date, (a) in the case of the [Class 2-AV] Certificates, the [Class 2-AV] Principal Distribution Amount and (b) in the case of the [Class 3-AV] Certificates, the [Class 3-AV] Principal Distribution Amount.]

["[Class AV] Principal Distribution Target Amount" for any Distribution Date means the excess of:

S-73

<PAGE>

>        (1) the aggregate Certificate Principal Balance of the [Class AV] Certificates immediately prior to the Distribution Date, over

>        (2) the lesser of (i) [ ]% of the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [2] and Loan Group [3] for the Distribution Date and (ii) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [2] and Loan Group [3] for the Distribution Date minus the Adjustable Rate OC Floor.]

<>
["[Class 2-AV] Principal Distribution Amount" for any Distribution Date means the product of (x) the [Class AV] Principal Distribution Target Amount and (y) a fraction, the numerator of which is the [Class 2-AV] Principal Distribution Target Amount and the denominator of which is the sum of the [Class 2-AV] Principal Distribution Target Amount and the [Class 3-AV] Principal Distribution Target Amount.]

["[Class 2-AV] Principal Distribution Target Amount" for any Distribution Date means the excess of:

>        (1) the aggregate Certificate Principal Balance of the [Class 2-AV] Certificates immediately prior to the Distribution Date, over

>        (2) the lesser of (x) [  ]% of the aggregate Stated Principal

Balance of the Mortgage Loans in Loan Group [2] for the Distribution
Date and (y) the aggregate Stated Principal Balance of the Mortgage
Loans in Loan Group [2] for the Distribution Date minus [  ]% of the
sum of the aggregate Initial Cut-off Date Principal Balance of the
Initial Mortgage Loans in Loan Group [2] and the original Pre-Funded
Amount in respect of Loan Group [2].]

["[Class 3-AV] Principal Distribution Amount" for any Distribution
Date means the product of (x) the [Class AV] Principal Distribution Target
Amount and (y) a fraction, the numerator of which is the [Class 3-AV]
Principal Distribution Target Amount and the denominator of which is the sum
of the [Class 2-AV] Principal Distribution Target Amount and the [Class 3-AV]
Principal Distribution Target Amount.]

["[Class 3-AV] Principal Distribution Target Amount" for any
Distribution Date means the excess of:

      (1) the aggregate Certificate Principal Balance of the
[Class 3-AV] Certificates immediately prior to the Distribution Date,
over

      (2) the lesser of (x) [  ]% of the aggregate Stated Principal
Balance of the Mortgage Loans in Loan Group [3] for the Distribution
Date and (y) the aggregate Stated Principal Balance of the Mortgage
Loans in Loan Group [3] for the Distribution Date minus 0.50% of the
sum of the aggregate Initial Cut-off Date Principal Balance of the
Initial Mortgage Loans in Loan Group [3] and the original Pre-Funded
Amount in respect of Loan Group [3].]

["[Class 3-AV-1] Acceleration Event" with respect to any Distribution
Date, beginning with the Distribution Date in [   ] 20[ ] until the Certificate
Principal Balance of the [Class 3-AV-1] Certificates has been reduced to zero,
a [Class 3-AV-1] Acceleration Event exists if the Certificate Principal
Balance of the [Class 3-AV-1] Certificates (after taking into account all
distributions to the [Class 3-AV-1] Certificates for the Distribution Date
other than the [Class 3-AV-1] Acceleration Amount) exceeds the [Class 3-AV-1]
Target Balance for the Distribution Date.]

["[Class 3-AV-1] Acceleration Amount" with respect to any
Distribution Date means the lesser of (a) the amount of funds remaining after
making payments pursuant to clause 6 of the priority of distributions under
"-- Overcollateralization Provisions -- Fixed Rate Loan Group Excess
Cashflow," and (b) the excess of (x) the Certificate Principal Balance of the
[Class 3-AV-1] Certificates (after taking into account all distributions to the
[Class 3-AV-1] Certificates for the Distribution Date other than the
[Class 3-AV-1] Acceleration Amount) over (y) the [Class 3-AV-1] Target Balance
for the Distribution Date.]

S-74

<PAGE>

["[Class 3-AV-1] Target Balance" for each Distribution Date, beginning
with the Distribution Date in [   ] 20[ ], is as described in the
following table:

<TABLE>
<CAPTION>

                    Month of                         Month

| Month of Distribution Date | [Class 3-AV-1] Target Balance($) | Distribution Date | [Class 3-AV-1] Target Balance($) | Distri Da |
|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> |

</TABLE>

["Extra Principal Distribution Amount" with respect to any Distribution Date and (A) Loan Group [1] means the lesser of (1) the Fixed Rate Overcollateralization Deficiency Amount and (2) the sum of the Fixed Rate Loan Group Excess Cashflow and the Credit Comeback Excess Cashflow available for payment thereof in the priority set forth in this prospectus supplement and (B) Loan Group [2] and Loan Group [3], is the lesser of (1) the Adjustable Rate Overcollateralization Deficiency Amount and (2) the Adjustable Rate Loan Group Excess Cashflow available for payment thereof, to be allocated between Loan Group [2] and Loan Group [3], pro rata, based on the Principal Remittance Amount for Loan Group [2] and Loan Group [3] for the Distribution Date in the priority set forth in this prospectus supplement.]

["Fixed Rate OC Floor" means an amount equal to [  ]% of the sum of the aggregate Initial Cut-off Date Principal Balance of the Initial Mortgage Loans in Loan Group [1] and the original Pre-Funded Amount in respect of Loan Group [1].]

["Fixed Rate Cumulative Loss Trigger Event" with respect to any Distribution Date on or after the Fixed Rate Stepdown Date, a Fixed Rate Cumulative Loss Trigger Event occurs if (x) the aggregate amount of Realized Losses on the Mortgage Loans in Loan Group [1] from the Cut-off Date for each Mortgage Loan in Loan Group [1] to (and including) the last day of the related Due Period (reduced by the aggregate amount of any Subsequent Recoveries related to Loan Group [1] received through the last day of that Due Period) exceeds (y) the applicable percentage, for the Distribution Date, of the sum of the aggregate Initial Cut-off Date Principal Balance of the Initial Mortgage Loans in Loan Group [1] and the original Pre-Funded Amount in respect of Loan Group [1], as set forth below:

| Distribution Date | Percentage |
|---|---|
| [  ] 200[ ] -- [  ] 200[ ].......... | [  ]% with respect to [  ] 200[ ], plus an additional 1/12th of [  ]% for each month thereafter through [  ] 200[ ] |
| [  ] 200[ ] -- [  ] 200[ ].......... | [  ]% with respect to [  ] 200[ ], plus an additional 1/12th of [  ]% for each month thereafter through [  ] 200[ ] |
| [  ] 200[ ] -- [  ] 200[ ].......... | [  ]% with respect to [  ] 200[ ], plus an additional 1/12th of [  ] for each month thereafter through [  ] 200[ ] |
| [  ] 200[ ] -- [  ] 200[ ].......... | [  ]% with respect to [  ] 200[ ], |

                                          plus an additional 1/12th of [  ]%
                                          for each month thereafter through
                                          [  ] 200[  ]
        [   ] 200[ ] and thereafter.......... [  ]%]

        ["Fixed Rate Delinquency Trigger Event" with respect to any
Distribution Date on or after the Fixed Rate Stepdown Date, a Fixed Rate
Delinquency Trigger Event exists if the Rolling Sixty-Day Delinquency Rate for
the

                                   S-75

<PAGE>

outstanding Mortgage Loans in Loan Group [1] equals or exceeds the product of
[  ]% and the Fixed Rate Senior Enhancement Percentage for the Distribution
Date.]

        ["Fixed Rate Overcollateralization Deficiency Amount" with respect to
any Distribution Date means the amount, if any, by which the Fixed Rate
Overcollateralization Target Amount exceeds the Fixed Rate Overcollateralized
Amount on the Distribution Date (after giving effect to distributions in
respect of the Principal Remittance Amount for Loan Group [1] on the
Distribution Date).]

        ["Fixed Rate Overcollateralization Target Amount" means with respect
to any Distribution Date (a) prior to the Fixed Rate Stepdown Date, an amount
equal to [  ]% of the sum of the aggregate Initial Cut-off Date Principal
Balance of the Initial Mortgage Loans in Loan Group [1] and the original
Pre-Funded Amount in respect of Loan Group [1] and (b) on or after the Fixed
Rate Stepdown Date, the greater of (i) an amount equal to [  ]% of the
aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [1] for
the current Distribution Date and (ii) the Fixed Rate OC Floor; provided,
however, that if a Fixed Rate Trigger Event is in effect on any Distribution
Date, the Fixed Rate Overcollateralization Target Amount will be the Fixed
Rate Overcollateralization Target Amount as in effect for the prior
Distribution Date.]

        ["Fixed Rate Overcollateralized Amount" for any Distribution Date
means the amount, if any, by which (x) the sum of the aggregate Stated
Principal Balance of the Mortgage Loans in Loan Group [1] for the Distribution
Date and any amount on deposit in the Pre-Funding Account in respect of Loan
Group [1] on the Distribution Date exceeds (y) the aggregate Certificate
Principal Balance of the [Class AF] Certificates and the [Fixed Rate
Subordinate Certificates] as of the Distribution Date (after giving effect to
distributions of the Principal Remittance Amount from Loan Group [1] to be
made on the Distribution Date).]

        ["Fixed Rate Senior Enhancement Percentage" with respect to any
Distribution Date on or after the Fixed Rate Stepdown Date means a fraction
(expressed as a percentage):

                (1) the numerator of which is the excess of:

                        (a) the aggregate Stated Principal Balance of the
                Mortgage Loans in Loan Group [1] for the preceding
                Distribution Date over

                        (b) (i) before the Certificate Principal Balances
                of the [Class AF] Certificates have been reduced to zero,

the sum of the Certificate Principal Balances of the [Class AF] Certificates, or (ii) after the Certificate Principal Balances of the [Class AF] Certificates have been reduced to zero, the Certificate Principal Balance of the most senior class of [Fixed Rate Subordinate Certificates] outstanding, as of the preceding Master Servicer Advance Date, and

(2) the denominator of which is the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [1] for the preceding Distribution Date.]

["Fixed Rate Stepdown Date" means the later to occur of (x) the Distribution Date in [    ] 200[ ] and (y) the first Distribution Date on which the aggregate Certificate Principal Balance of the [Class AF] Certificates (after calculating anticipated distributions on the Distribution Date) is less than or equal to [  ]% of the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [1] for the Distribution Date.]

["Fixed Rate Subordinate Class Principal Distribution Amount" for any class of [Fixed Rate Subordinate Certificates] and Distribution Date means the excess of:

(1) the sum of:

(a) the aggregate Certificate Principal Balance of the [Class AF] Certificates (after taking into account distribution of the [Class AF] Principal Distribution Amount for the Distribution Date),

(b) the aggregate Certificate Principal Balance of any class(es) of [Fixed Rate Subordinate Certificates] that are senior to the subject class (in each case, after taking into account

S-76

<PAGE>

distribution of the Fixed Rate Subordinate Class Principal Distribution Amount(s) for the senior class(es) of Certificates of Subordinate Certificates for the Distribution Date), and

(c) the Certificate Principal Balance of the subject class of [Fixed Rate Subordinate Certificates] immediately prior to the subject Distribution Date over

(2) the lesser of (a) the product of (x) 100% minus the Stepdown Target Subordination Percentage for the subject class of Certificates and (y) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [1] for the Distribution Date and (b) the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [1] for the Distribution Date minus the Fixed Rate OC Floor;

provided, however, that if a class of [Fixed Rate Subordinate Certificates] is the only class of [Fixed Rate Subordinate Certificates] outstanding on the Distribution Date, that class will be entitled to receive the entire remaining Principal Distribution Amount for Loan Group [1] until the Certificate Principal Balance thereof is reduced to zero.]

["Fixed Rate Trigger Event" with respect to any Distribution Date on or after the Fixed Rate Stepdown Date means either a Fixed Rate Delinquency Trigger Event with respect to that Distribution Date or a Fixed Rate Cumulative Loss Trigger Event with respect to that Distribution Date.]

["Group [2] Sequential Trigger Event" occurs with respect to any Distribution Date (i) prior to the Distribution Date in [    ] 200[ ], if (x) the aggregate amount of Realized Losses on the Mortgage Loans in Loan Group [2] from the Cut-off Date for each Mortgage Loan in Loan Group [2] to (and including) the last day of the related Due Period (reduced by the aggregate amount of any Subsequent Recoveries related to the Mortgage Loans in Loan Group [2] received through the last day of that Due Period) exceeds (y) 3.25% of the sum of the aggregate Initial Cut-off Date Principal Balance of the Initial Mortgage Loans in Loan Group [2] and the original Pre-Funded Amount in respect of Loan Group [2] or (ii) on or after the Distribution Date in [    ] 200[ ], if an Adjustable Rate Trigger Event is in effect.]

["Initial Target Subordination Percentage" and "Stepdown Target Subordination Percentage" for any class of Subordinate Certificates means the respective percentages indicated in the following table:

|  | Initial Target Subordination Percentage | Stepdown Target Subordination Percentage |
| --- | --- | --- |
| [Class MF-1]................. |  |  |
| [Class MF-2]................. |  |  |
| [Class MF-3]................. |  |  |
| [Class MF-4]................. |  |  |
| [Class MF-5]................. |  |  |
| [Class MF-6]................. |  |  |
| [Class MF-7]................. |  |  |
| [Class MF-8]................. |  |  |
| [Class BF].................... |  |  |
| [Class MV-1]................. |  |  |
| [Class MV-2]................. |  |  |
| [Class MV-3]................. |  |  |
| [Class MV-4]................. |  |  |
| [Class MV-5]................. |  |  |
| [Class MV-6]................. |  |  |
| [Class MV-7]................. |  |  |
| [Class MV-8]................. |  |  |
| [Class BV].................... |  |  |

The Initial Target Subordination Percentages will not be used to calculate distributions on the Subordinate Certificates, but rather are presented in order to provide a better understanding of the credit enhancement provided

S-77

<PAGE>

by the Subordinate Certificates and the related overcollateralization amount. The Initial Target Subordination Percentage for any class of Certificates is equal to a fraction, expressed as a percentage, the numerator of which is equal to the aggregate original Certificate Principal Balance of any class(es) of Certificates subordinate to the subject class plus the initial related Overcollateralization Target Amount.]

["NAS Principal Distribution Amount" for any Distribution Date means the product of:

(1) a fraction, the numerator of which is the Certificate Principal Balance of the [Class AF-6] Certificates and the denominator of which is the aggregate Certificate Principal Balance of the [Class AF] Certificates, in each case immediately prior to the Distribution Date,

(2) any amounts to be distributed to the [Class AF] Certificates on the Distribution Date pursuant to clause (1)(A) or (2)(A) under "--Distributions of Principal Distribution Amount for Loan Group [1]" below and

(3) the applicable percentage for the Distribution Date set forth in the following table:]

| Distribution Date | Percentage |
|-------------------|------------|
| [   ] 200[   ] -- [   ] 200[   ] | |
| [   ] 200[   ] -- [   ] 200[   ] | |
| [   ] 200[   ] -- [   ] 200[   ] | |
| [   ] 200[   ] -- [   ] 200[   ] | |
| [   ] 200[   ] and thereafter | ] |

["Principal Distribution Amount" with respect to each Distribution Date and a Loan Group means the sum of:

(1) the Principal Remittance Amount for the Loan Group for the Distribution Date,

(2) the Extra Principal Distribution Amount for the Loan Group for the Distribution Date, and

(3) with respect to the Distribution Date immediately following the end of the Funding Period, the amount, if any, remaining in the Pre-Funding Account at the end of the Funding Period (net of any investment income therefrom) allocable to the Loan Group.]

["Principal Remittance Amount" with respect to each Loan Group and any Distribution Date means:

(a) the sum, without duplication, of:

(1) the scheduled principal collected during the related Due Period or advanced with respect to the Distribution Date,

(2) prepayments collected in the related Prepayment Period,

(3) the Stated Principal Balance of each Mortgage Loan that was repurchased by a Seller or purchased by the Master Servicer,

(4) the amount, if any, by which the aggregate unpaid principal balance of any Replacement Mortgage Loans delivered by [Countrywide Home Loans] in connection with a

substitution of a Mortgage Loan is less than the aggregate
unpaid principal balance of any Deleted Mortgage Loans, and

                (5) all Liquidation Proceeds (to the extent that
the Liquidation Proceeds relate to principal) and Subsequent
Recoveries collected during the related Due Period, less


                              S-78

<PAGE>

                (b) all Advances relating to principal and certain expenses
        reimbursed during the related Due Period,

in each case with respect to the Mortgage Loans in the Loan Group.]

        "Realized Loss" means with respect to any defaulted Mortgage Loan,
the excess of the Stated Principal Balance of the defaulted Mortgage Loan over
the Liquidation Proceeds allocated to principal that have been received with
respect to the defaulted Mortgage Loan on or at any time prior to the last day
of the related Due Period during which the defaulted Mortgage Loan is
liquidated.

        ["Rolling Sixty-Day Delinquency Rate" with respect to any
Distribution Date on or after the related Stepdown Date and any Loan Group or
Loan Groups, means the average of the Sixty-Day Delinquency Rates for the Loan
Group or Loan Groups and the Distribution Date and the two immediately
preceding Distribution Dates.]

        ["Sixty-Day Delinquency Rate" with respect to any Distribution Date
on or after the related Stepdown Date and any Loan Group or Loan Groups, means
a fraction, expressed as a percentage, the numerator of which is the aggregate
Stated Principal Balance for the Distribution Date of all Mortgage Loans in
the Loan Group or Loan Groups 60 or more days delinquent as of the close of
business on the last day of the calendar month preceding the Distribution Date
(including Mortgage Loans in foreclosure, bankruptcy and REO Properties) and
the denominator of which is the aggregate Stated Principal Balance for the
Distribution Date of all Mortgage Loans in the Loan Group or Loan Groups.]

        ["Trigger Event" means an Adjustable Rate Trigger Event or a Fixed
Rate Trigger Event, as the case may be.]

        ["Unpaid Realized Loss Amount" means for the [Class 2-AV-2]
Certificates or any class of Subordinate Certificates, (x) the portion of the
aggregate Applied Realized Loss Amount previously allocated to that class
remaining unpaid from prior Distribution Dates minus (y) any increase in the
Certificate Principal Balance of that class due to the allocation of
Subsequent Recoveries to the Certificate Principal Balance of that class.]

Deposits to the Certificate Account

        The Master Servicer will establish and initially maintain a
certificate account (the "Certificate Account") for the benefit of the Trustee
on behalf of the certificateholders [and the [Class AF-5B] Insurer]. The
Master Servicer will initially establish the Certificate Account at Treasury
Bank, N.A., which is an affiliate of the Master Servicer. On a daily basis
within two Business Days after receipt, the Master Servicer will deposit or
cause to be deposited into the Certificate Account the following payments and
collections received by it in respect to the Mortgage Loans after the Cut-off

Date (other than any scheduled principal due on or prior to the Cut-off Date and any interest accruing prior to the Cut-off Date):

      (1) all payments on account of principal, including Principal Prepayments, on the Mortgage Loans,

      (2) all payments on account of interest (other than interest accruing on the Mortgage Loans prior to the Cut-off Date) on the Mortgage Loans, net of the related Servicing Fees on the Mortgage Loans and net of Prepayment Interest Excess,

      (3) all Insurance Proceeds, Liquidation Proceeds and Subsequent Recoveries,

      (4) all payments made by the Master Servicer in respect of Compensating Interest,

      (5) all payments made by a Seller in connection with the repurchase of any Mortgage Loan due to the breach of certain representations, warranties or covenants by the Seller that obligates the Seller to repurchase the Mortgage Loan in accordance with the Pooling and Servicing Agreement,

S-79

<PAGE>

      (6) all payments made by the Master Servicer in connection with the purchase of any Mortgage Loans which are [150] days delinquent in accordance with the Pooling and Servicing Agreement,

      (7) [all prepayment charges paid by a mortgagor in connection with the full or partial prepayment of the related Mortgage Loan,]

      (8) any amount required to be deposited by the Master Servicer in connection with any losses on investment of funds in the Certificate Account,

      (9) any amounts required to be deposited by the Master Servicer with respect to any deductible clause in any blanket hazard insurance policy maintained by the Master Servicer in lieu of requiring each mortgagor to maintain a primary hazard insurance policy,

      (10) all amounts required to be deposited in connection with shortfalls in the principal amount of Replacement Mortgage Loans, and

      (11) all Advances.

[On the Business Day prior to the Master Servicer Advance Date in [    ] 200[ ], [    ] 200[ ] and [     ] 200[ ], [                ] will remit to the Master Servicer, and the Master Servicer will deposit in the Certificate Account, the Seller Shortfall Interest Requirement (if any) for that Master Servicer Advance Date.] Prior to their deposit in the Collection Account, payments and collections on the Mortgage Loans will be commingled with payments and collections on other mortgage loans and other funds of the Master Servicer. For a discussion of the risks that arise from the commingling of payments and collections, see "Risk Factors -- Bankruptcy Or Insolvency May

Affect The Timing And Amount Of Distributions On The Securities" in the prospectus.

Withdrawals from the Certificate Account

The Master Servicer may from time to time withdraw funds from the Certificate Account prior to the related Distribution Account Deposit Date for the following purposes:

(1) to pay to the Master Servicer the Servicing Fees on the Mortgage Loans to the extent not previously paid to or withheld by the Master Servicer (subject, in the case of Servicing Fees, to reduction as described above under "Servicing of the Mortgage Loans -- Adjustment to Servicing Fee in Connection with Prepaid Mortgage Loans") and, as additional servicing compensation, assumption fees, late payment charges [(excluding prepayment charges)], net earnings on or investment income with respect to funds in or credited to the Certificate Account and the amount of Prepayment Interest Excess for the related Prepayment Period,

(2) to reimburse the Master Servicer for Advances, which right of reimbursement with respect to any Mortgage Loan pursuant to this clause (2) is limited to amounts received that represent late recoveries of payments of principal and/or interest on the related Mortgage Loan (or Insurance Proceeds, Liquidation Proceeds or Subsequent Recoveries with respect thereto) with respect to which the Advance was made,

(3) to reimburse the Master Servicer for any Advances previously made that the Master Servicer has determined to be nonrecoverable (and prior to the reimbursement, the Master Servicer will deliver to the Trustee an officer's certificate indicating the amount of the nonrecoverable Advance and identifying the related Mortgage Loan(s), and their respective portions of the nonrecoverable advance),

(4) to reimburse the Master Servicer from Insurance Proceeds for expenses incurred by the Master Servicer and covered by the related insurance policy,

(5) to pay to the Master Servicer any unpaid Servicing Fees and to reimburse it for any unreimbursed ordinary and necessary out-of-pocket costs and expenses incurred by the Master Servicer in

S-80

<PAGE>

the performance of its master servicing obligations including, but not limited to, the cost of (i) the preservation, restoration and protection of a Mortgaged Property, (ii) any enforcement or judicial proceedings, including foreclosures, (iii) the management and liquidation of any REO Property and (iv) maintaining any required insurance policies ("Servicing Advances"), which right of reimbursement pursuant to this clause (5) is limited to amounts received representing late recoveries of the payments of these costs and expenses (or Liquidation Proceeds or Subsequent Recoveries, purchase proceeds or repurchase proceeds with respect thereto),

(6) to pay to the applicable Seller or the Master Servicer,

as applicable, with respect to each Mortgage Loan or Mortgaged Property acquired in respect thereof that has been purchased by that Seller or the Master Servicer from the issuing entity pursuant to the Pooling and Servicing Agreement, all amounts received thereon and not taken into account in determining the related Purchase Price of the purchased Mortgage Loan,

      (7) after the transfer from the Certificate Account for deposit to the Distribution Account of the Interest Remittance Amount and the Principal Remittance Amount on the related Distribution Account Deposit Date, to reimburse the applicable Seller, the Master Servicer, [the NIM Insurer] or the Depositor for expenses incurred and reimbursable pursuant to the Pooling and Servicing Agreement,

      (8) to withdraw any amount deposited in the Certificate Account and not required to be deposited therein, and

      (9) to clear and terminate the Certificate Account upon termination of the Pooling and Servicing Agreement.

In addition, not later than [1:00 p.m. Pacific Time on the Business Day immediately preceding each Distribution Date] (the "Distribution Account Deposit Date"), the Master Servicer will withdraw from the Certificate Account and remit to the Trustee the amount of the Interest Remittance Amount and the Principal Remittance Amount to the extent on deposit in the Certificate Account, and the Trustee will deposit the amount in the Distribution Account, as described below.

The Master Servicer is required to maintain separate accounting, on a Mortgage Loan by Mortgage Loan basis, for the purpose of justifying any withdrawal from the Certificate Account pursuant to clauses (1) through (6) above.

Deposits to the Distribution Account

The Trustee will establish and maintain a distribution account (the "Distribution Account") on behalf of the certificateholders. The Trustee will, promptly upon receipt, deposit in the Distribution Account and retain therein:

      (1) the aggregate amount remitted by the Master Servicer to the Trustee,

      (2) any amount required to be deposited by the Master Servicer in connection with any losses on investment of funds in the Distribution Account, and

      (3) the amount, if any, remaining in the Pre-Funding Account (net of any investment income therefrom) on the Distribution Date immediately following the end of the Funding Period.

Withdrawals from the Distribution Account

The Trustee will withdraw funds from the Distribution Account for distribution to the certificateholders and payment to the [Class AF-5B] Insurer as described below under "-- Distributions" and may from time to time make withdrawals from the Distribution Account:

<PAGE>

        (1) to pay the Trustee Fee to the Trustee,

        (2) to pay to the Master Servicer, as additional servicing compensation, earnings on or investment income with respect to funds in or credited to the Distribution Account,

        (3) to withdraw any amount deposited in the Distribution Account and not required to be deposited therein (which withdrawal may be at the direction of the Master Servicer through delivery of a written notice to the Trustee describing the amounts deposited in error), and

        (4) to clear and terminate the Distribution Account upon the termination of the Pooling and Servicing Agreement.

There is no independent verification of the transaction accounts or the transaction activity with respect to the Distribution Account.

Prior to each Determination Date, the Master Servicer is required to provide the Trustee a report containing the data and information concerning the Mortgage Loans that is required by the Trustee to prepare the monthly statement to certificateholders for the related Distribution Date. See " -- Reports to Certificateholders" in this prospectus supplement. The Trustee is not responsible for recomputing, recalculating or verifying the information provided to it by the Master Servicer in that report and will be permitted to conclusively rely on any information provided to it by the Master Servicer.

Investments of Amounts Held in Accounts

The Certificate Account, the Distribution Account [and the Pre-Funding Account]. All funds in the Certificate Account, the Distribution Account [and the Pre-Funding Account] will be invested in Permitted Investments at the direction of the Master Servicer. In the case of:

o   the Certificate Account and the Distribution Account, all income and gain net of any losses realized from the investment will be for the benefit of [the Master Servicer as additional servicing compensation] and will be remitted to it monthly as described herein; and

o   [the Pre-Funding Account, all income and gain net of any losses realized from the investment will be for the benefit of [Countrywide Home Loans] and will be remitted to [Countrywide Home Loans] as described herein.]

The amount of any losses incurred in the Certificate Account or the Distribution Account in respect of the investments will be deposited by the Master Servicer in the Certificate Account or paid to the Trustee for deposit into the Distribution Account out of [the Master Servicer's own funds immediately as realized.] [The amount of any losses incurred in the Pre-Funding Account in respect of the investments will be paid by [Countrywide Home Loans] to the Trustee for deposit into the Pre-Funding Account out of [Countrywide Home Loans'] own funds immediately as realized.] The Trustee will not be liable for the amount of any loss incurred in respect of any investment or lack of investment of funds held in the Certificate Account, the Distribution Account [or the Pre-Funding Account] and made in accordance with the Pooling and Servicing Agreement.

[Carryover Reserve Fund and Credit Comeback Excess Account. Funds in the Carryover Reserve Fund and in the Credit Comeback Excess Account may be invested in Permitted Investments as follows:

o   in respect of amounts received under the [Class AF-1A] Corridor
    Contract, at the written direction of [the majority holder of the
    [Class CF] Certificates];

o   in respect of amounts received under the [Class 2-AV] Corridor
    Contract, [Class 3-AV] Corridor Contract and [Adjustable Rate
    Subordinate] Corridor Contract, at the written direction of [the
    majority holder of the Class CV Certificates]; and


                                  S-82
<PAGE>

o   in respect of amounts in the Credit Comeback Excess Account, at
    the written direction of [the majority holder of the Class CF
    Certificates].

        If the Trustee does not receive written directions regarding
investment, it will invest all funds in the Carryover Reserve Fund in respect
of amounts received under each Corridor Contract and in the Credit Comeback
Excess Account in [        ]. Any net investment earnings will be paid pro rata to
the holders of the class of Certificates entitled to direct the investments of
the amounts, in accordance with their Percentage Interests. Any losses
incurred in the Carryover Reserve Fund or the Credit Comeback Excess Account
in respect of the investments will be charged against amounts on deposit in
the Carryover Reserve Fund (or the investments) or Credit Comeback Excess
Account (or the investments), as applicable, immediately as realized. The
Trustee will not be liable for the amount of any loss incurred in respect of
any investment or lack of investment of funds held in the Carryover Reserve
Fund or Credit Comeback Excess Account and made in accordance with the Pooling
and Servicing Agreement.]




                                  S-83
<PAGE>

Fees and Expenses

        The following summarizes the related fees and expenses to be paid
from the assets of the issuing entity and the source of payments for the fees
and expenses:


<TABLE>
<CAPTION>

                                                          General
  Type / Recipient (1)               Amount               Purpose
------------------------    ----------------------------  -------------  ------
<S>                         <C>                           <C>            <C>
Fees

Servicing Fee / Master      One-twelfth of the Stated     Compensation   Inter
Servicer                    Principal Balance of each                    each
</TABLE>

| | | | |
|---|---|---|---|
| | Mortgage Loan multiplied by the Servicing Fee Rate (3) | | Liqui Recov accru |
| Additional Servicing Compensation / Master Servicer | o  Prepayment Interest Excess (5) | Compensation | Inter to ea |
| | o  All late payment fees, assumption fees and other similar charges [(excluding prepayment charges)] | Compensation | Payme respe |
| | o  All investment income earned on amounts on deposit in the Certificate Account and Distribution Account. | Compensation | Inves Certi Distr |
| | o  Excess Proceeds (6) | Compensation | Liqui Subse |
| Trustee Fee (the "Trustee Fee") / Trustee | One-twelfth of the Trustee Fee Rate multiplied by the sum of (i) the aggregate Stated Principal Balance of the outstanding Mortgage Loans and (ii) any amounts remaining in the Pre-Funding Account (excluding any investment earnings thereon). | Compensation | Inter |
| [Class AF-5B] Premium / [Class AF-5B] Insurer | [Class AF-5B] Premium (7) | Compensation | Loan Loan Distr |

Expenses

| | | | |
|---|---|---|---|
| Insurance expenses / Master Servicer | Expenses incurred by the Master Servicer | Reimbursement of Expenses | To th cover with |

S-84

<PAGE>

| Type / Recipient (1) | Amount | General Purpose | |
|---|---|---|---|
| Servicing Advances / Master Servicer | To the extent of funds available, the amount of any Servicing Advances. | Reimbursement of Expenses | With Loan, payme expen Subse proce for t |
| Indemnification expenses / the Sellers, the Master Servicer, [the NIM Insurer] and the Depositor | Amounts for which the Sellers, the Master Servicer, [the NIM Insurer] and Depositor are entitled to indemnification (10) | Indemnification | Amoun Certi Distr follo Distr |
| [Class AF-5B] | [Class AF-5B] Reimbursement | Reimbursement | Loan |