> (a) to each class of [Class 3-AV] Notes in the priority described below, until the note principal balances thereof are reduced to zero, and

> (b) to each class of [Class 2-AV] Notes (after the payments described in clause (a) of the preceding bullet point) in the priority described below, until the note principal balances thereof are reduced to zero;

o     from any remaining loan group [2] and loan group [3] principal distribution amounts, sequentially, in order of their seniority, to each class of [adjustable rate subordinate notes], until the note principal balance of each class is reduced to zero; and

o     from any remaining loan group [2] and loan group [3] principal distribution amounts, as part of the adjustable rate loan group excess cashflow.

In general, on any distribution date on or after the adjustable rate stepdown date and so long as no adjustable rate trigger event is in effect, the loan group [2] and loan group [3] principal distribution amounts will be distributed in the following order:

o     [up to the [Class AV] principal distribution target amount, pro rata based on the related [Class AV] principal distribution allocation amount for the [Class 2-AV] Notes and the [Class 3-AV] Notes, respectively, concurrently, to (a) each class of [Class 2-AV] Notes, in an amount up to the [Class 2-AV] principal distribution amount in the order and priorities set forth below, until the note principal balances thereof are reduced to zero, and (b) each class of [Class 3-AV] Notes, in an amount up to the [Class 3-AV] principal distribution amount in the order and priorities set forth below, until the note principal balances thereof are reduced to zero; and after the aggregate note principal balance of the [Class 2-AV] or [Class 3-AV] Notes has been reduced to zero, any remaining unpaid [Class AV] principal distribution target amount will be distributed to the remaining [Class AV] Notes in the order and priorities set forth below for those notes;]

o     sequentially, in order of their seniority, to each class of [adjustable rate subordinate notes], the adjustable subordinate class principal distribution amount for that class until the note principal balance thereof is reduced to zero; and

o     as part of the adjustable rate loan group excess cashflow.

[Class 2-AV Notes:]

Generally, for each distribution date, amounts to be distributed to the [Class 2-AV] Notes will be distributed concurrently, to the [Class 2-AV-1] and [Class 2-AV-2] Notes, pro rata, based on the note principal balances thereof, in each case until the note principal balances thereof are reduced to zero; but, if a group [2] sequential trigger event is in effect, principal will be distributed to the [Class 2-AV-1] and [Class 2-AV-2] Notes, sequentially, in that order, in each case until the note principal balance thereof is reduced to zero.

A group [2] sequential trigger event is, prior to the distribution date [ ] 200[ ], a separate trigger based on the loss experience of the group [2] mortgage loans, and on or after the distribution date in [ ] 200[ ], an adjustable rate trigger event. The group [2] sequential trigger event is described in more detail under "Description of the Notes -- Distributions --

Distributions of Principal Distribution Amounts for Loan Group [2] and Loan
Group [3]" in this prospectus.

[Class 3-AV Notes:]

Generally, for each distribution date, amounts to be distributed to the [Class
3-AV] Notes will be distributed sequentially, to the [Class 3-AV-1], [Class

--------------------------------------------------------------------------------
                                      S-13


<PAGE>

--------------------------------------------------------------------------------


3-AV-2], [Class 3-AV-3] and [Class 3-AV-4] Notes, in that order, in each case
until the note principal balance thereof is reduced to zero. However, if on any
distribution date, the aggregate note principal balance of the [Class AV] Notes
exceeds the aggregate the stated principal balance of the group [2] and group
[3] mortgage loans and any remaining loan group [2] and loan group [3]
pre-funded amount, and the aggregate note principal balance of the [Class 3-AV]
Notes exceeds the stated principal balance of the group [3] mortgage loans and
any remaining loan group [3] pre-funded amount, the [Class 3-AV] Notes will
receive payments of principal pro rata based on the note principal balances
thereof.

[Excess Cashflow]

Excess cashflow generally refers to the remaining amounts (if any) available
for distribution to the notes after interest and principal distributions have
been made. [The [Class AF] and [fixed rate subordinate notes] may also be
allocated certain excess amounts related to fixed rate credit comeback loans.
Fixed rate credit comeback loans are loans that provide borrowers the potential
of certain mortgage rate reductions for good payment history as described in
more detail under "The Mortgage Pool -- General -- Additional Information
Regarding the Fixed Rate Mortgage Loans" in this prospectus supplement.]

Generally, excess cashflow from loan group [1] will be allocated to the [Class
AF] Notes and the [fixed rate] subordinate notes and excess cashflow from loan
group [2] and loan group [3] will be allocated to the [Class AV] Notes and the
[adjustable rate] subordinate notes, however, if there is excess cashflow
remaining after certain distributions on the related classes of notes, a
portion of the excess cashflow may be allocated to an unrelated class of notes
as described in this prospectus supplement under "Description of the Notes --
Overcollateralization Provisions."

Loan Group [1]
--------------

In general, on any distribution date, the loan group [1] excess cashflow (if
any) (referred to as fixed rate excess cashflow) will be distributed in the
following order:

o       to each class of [Class AF] Notes and [fixed rate subordinate notes], in
        the same priority as described above with respect to payments of
        principal, the amount necessary to meet the target overcollateralization
        level with respect to loan group [1] (referred to as the fixed rate

overcollateralization target amount);

o        to the [fixed rate subordinate notes] sequentially, in order of their
         seniority, any interest carry forward amount and unpaid realized loss
         amount for each class, in that order;

o        to each class of [Class AF] Notes and [fixed rate subordinate notes] (in
         the case of the [Class AF-1A] Notes, after payments of amounts available
         (if any) under the related corridor contract), pro rata, to the extent
         needed to pay any unpaid net rate carryover for the [Class AF] Notes and
         [fixed rate subordinate notes];

o        if the target overcollateralization amount with respect to loan group [2]
         and loan group [3] (referred to as the adjustable rate
         overcollateralization target amount) has been previously met, to each
         class of [Class AV] Notes and [adjustable rate subordinate notes], in the
         same priority as described above with respect to payments of principal,
         the amount necessary to meet the adjustable rate overcollateralization
         target amount, to the extent not paid from adjustable rate excess
         cashflow;

o        to the [Class 2-AV-2] Notes and the [adjustable rate subordinate notes]
         sequentially, in order of their seniority, any unpaid realized loss
         amount for each class, to the extent not paid from adjustable rate excess
         cashflow;

o        to the carryover reserve fund, the required carryover reserve fund
         deposit; and

o        to the Owner Trust Certificate, as specified in the sale and servicing
         agreement.

Loan Group [2] and Loan Group [3]
---------------------------------

In general, on any distribution date, the loan group [2] and loan group [3]
excess cashflow (if any) (referred to as adjustable rate excess cashflow) will
be distributed in the following order:

o        to each class of [Class AV] Notes and [adjustable rate subordinate
         notes], in the same priority as described above with respect to payments
         of principal, the amount necessary to meet the adjustable rate
         overcollateralization target amount;

o        to the [Class 2-AV-2] Notes and the [adjustable rate subordinate notes]
         sequentially, in order of their seniority, any interest carry forward
         amount

--------------------------------------------------------------------------------
                                    S-14

<PAGE>

--------------------------------------------------------------------------------

         and unpaid realized loss amount for each class, in that order;

o       to each class of [Class AV] Notes and [adjustable rate subordinate notes] (after payments of amounts available (if any) under the related corridor contract), pro rata, to the extent needed to pay any unpaid net rate carryover for the [Class AV] Notes and [adjustable rate subordinate notes];

o       if the fixed rate target overcollateralization amount has been previously met, to each class of [Class AF] Notes and [fixed rate subordinate notes], in the same priority as described above with respect to payments of principal, the amount necessary to meet the fixed rate overcollateralization target amount to the extent not paid from fixed rate excess cashflow;

o       to the [fixed rate subordinate notes] sequentially, in order of their seniority, any unpaid realized loss amount for each class to the extent not paid from fixed rate excess cashflow;

o       to the carryover reserve fund, the required carryover reserve fund deposit;

o       if a [Class 3-AV-1] acceleration event is in effect, to the [Class 3-AV-1] Notes, the [Class 3-AV-1] acceleration amount; and

o       to the Owner Trust Certificate, as specified in the sale and servicing agreement.

[Class 3-AV-1 Target Amount:]

After the distribution date in [ ] 20[ ], if the note principal balance of the [Class 3-AV-1] Notes after all other distributions of principal exceeds a specified target amount (referred to as a [Class 3-AV-1] acceleration event), remaining adjustable rate excess cashflow in the priority shown above will be allocated to the [Class 3-AV-1] Notes to reduce the note principal balance of the [Class 3-AV-1] Notes to the targeted level.

See "Description of the Notes -- Overcollateralization Provisions" in this prospectus supplement.

Credit Enhancement

Credit enhancements provide limited protection to holders of certain notes against shortfalls in payments received on the mortgage loans. This transaction employs the following forms of credit enhancement:

[Overcollateralization]

"Overcollateralization" refers to the amount by which the aggregate stated principal balance of the mortgage loans in a loan group or groups and any remaining related pre-funded amount, exceeds the aggregate note principal balance of the related classes of notes.

On the closing date, it is expected that:

o       the sum of the aggregate stated principal balance of the group [1] mortgage loans and any amounts on deposit in the pre-funding account in respect of loan group [1] will exceed the initial aggregate note principal balance of the [Class AF] Notes and the [fixed rate subordinate notes] by approximately $[ ]; and

o       the sum of the aggregate stated principal balance of the group [2] and

group [3] mortgage loans and any amounts on deposit in the pre-funding
account in respect of loan group [2] and loan group [3] will exceed the
initial aggregate note principal balance of the [Class AV] Notes and the
[adjustable rate subordinate notes] by approximately $[ ].

However, these amounts are less than the required initial levels of
overcollateralization required by the sale and servicing agreement.

The mortgage loans in each loan group are expected to generate more interest
than is needed to pay interest on the related notes because the weighted
average interest rate of the mortgage loans is expected to be higher than the
weighted average interest rate on the related notes, plus the weighted average
expense fee rate, and in the case of loan group [1] and the [Class AF-5B]
Notes, the [Class AF-5B] policy premium rate. The "expense fee rate" is the sum
of the servicing fee rate and the indenture trustee fee rate. Any interest
payments received in respect of the mortgage loans in a loan group in excess of
the amount that is needed to pay interest on the related notes, the issuing
entity's expenses, and in the case of loan group [1], the [Class AF-5B] policy
premium, will be used to reduce the total note principal balance of the related
notes, until the required level of overcollateralization has been achieved and
to maintain the required levels, once they have been met.

On any distribution date, the amount of overcollateralization (if any) for each
loan group or loan groups will be available to absorb the losses from
liquidated mortgage loans that would otherwise

--------------------------------------------------------------------------------
                                      S-15

<PAGE>

--------------------------------------------------------------------------------

be allocated to the related notes, if those losses are not otherwise covered by
excess cashflow (if any) from the related mortgage loans. The required levels
of overcollateralization may change over time.

See "Description of the Notes--Overcollateralization Provisions" in this
prospectus supplement.

Subordination

The issuance of senior notes and subordinate notes by the issuing entity is
designed to increase the likelihood that senior noteholders will receive
regular payments of interest and principal.

The [Class AF] Notes will have a payment priority over the [fixed rate
subordinate notes]. The [Class AV] Notes will have a payment priority over the
[adjustable rate subordinate notes]. With respect to the [fixed rate
subordinate notes], the [Class MF] Notes with a lower numerical designation
will have a payment priority over [Class MF] Notes with a higher numerical
designation, and all the [Class MF] Notes will have a payment priority over the
[Class BF] Notes. With respect to the [adjustable rate subordinate notes], the
[Class MV] Notes with a lower numerical designation will have a payment
priority over [Class MV] Notes with a higher numerical designation and all the
[Class MV] Notes will have a payment priority over the [Class BV] Notes.

Subordination is designed to provide the holders of notes having a higher payment priority with protection against losses realized when the remaining unpaid principal balance of a mortgage loan exceeds the proceeds recovered upon the liquidation of that mortgage loan. In general, this loss protection is accomplished by allocating realized losses among the subordinate notes related to the loan group or loan groups, beginning with the related subordinate notes with the lowest payment priority. In addition, if the note principal balances of the [adjustable rate subordinate notes] are reduced to zero as a result of the allocation of realized losses, any additional realized losses on the group [2] mortgage loans will be allocated to the [Class 2-AV-2] Notes until the note principal balance of that class is reduced to zero.

Excess cashflow from a loan group will be available [to restore the overcollateralization for the other loan group or loan groups and,] to pay unpaid realized loss amounts to the subordinate notes related to the other loan group and, in the case of loan group [2], to pay unpaid realized loss amounts to the [Class 2-AV-2] Notes, in each case, to the extent available and in the priority described in this prospectus supplement. However, realized losses on the mortgage loans in a loan group or loan groups will be allocated solely to the classes of subordinate notes related to that loan group and, in the case of loan group [2], to the [Class 2-AV-2] Notes.

[The Corridor Contracts]

[                    ] has purchased four interest rate corridor contracts, each of which will be assigned to [                ], in its capacity as corridor contract administrator, on the closing date:

o     the [Class AF-1A] corridor contract;

o     the [Class 2-AV] corridor contract;

o     the [Class 3-AV] corridor contract; and

o     the [adjustable rate subordinate] corridor contract.

[On or prior to the applicable corridor contract termination date, the corridor contract counterparty will be required to make monthly payments to the corridor contract administrator, if one-month LIBOR for the related payment date moves above a specified rate, subject to a maximum rate of payment. Payments made under each corridor contract will be made to the corridor contract administrator and allocated between the issuing entity and [ ] as described in "Description of the Notes -- The Corridor Contracts" in this prospectus supplement.]

The amounts allocated to the issuing entity in respect of a corridor contract will be available to the applicable class(es) of notes, as described in this prospectus supplement to cover net rate carryover resulting from the application of the applicable net rate cap to the related interest rate(s).

Any amounts received in respect of a corridor contract and allocated to the issuing entity for a distribution date that are not used on that date to cover net rate carryover on the related notes are expected to be distributed to [the holder of the Owner Trust Certificate] as provided in the sale and servicing agreement and will not be available thereafter for payment of net rate carryover on any class of notes.

Although ongoing payment are not required under the corridor contracts, certain termination payments may be required as described in "Description of the Notes

-- The Corridor Contracts" in this prospectus supplement.

--------------------------------------------------------------------------------
S-16

<PAGE>

--------------------------------------------------------------------------------

[Class AF-5B Note Guaranty Insurance Policy]

The [Class AF-5B] Notes have the benefit of a note guaranty insurance policy,
called the [Class AF-5B] policy, pursuant to which [ ] will unconditionally and
irrevocably guarantee certain payments on the [Class AF-5B] Notes on each
distribution date subject to certain terms and conditions set forth in the
[Class AF-5B] policy. The [Class AF-5B] policy will not cover any class of
Notes other than the [Class AF-5B] Notes.

See "Description of the Notes -- The [Class AF-5B] Note Guaranty Insurance
Policy" in this prospectus supplement.

Allocation of Losses

[After the credit enhancement provided by excess cashflow and
overcollateralization (if any) have been exhausted,] collections otherwise
payable to related subordinate classes will comprise the sole source of funds
from which credit enhancement is provided to the related senior notes, [except
for the [Class AF-5B] Notes which will also have the benefit of the [Class
AF-5B] Policy]. Realized losses of a particular loan group or loan groups are
allocated to the related subordinate notes, beginning with the related
subordinate notes with the lowest payment priority, until the principal balance
of that related subordinate class has been reduced to zero. [If the aggregate
note principal balance of the [adjustable rate subordinate notes] has been
reduced to zero, realized losses on the group [2] mortgage loans will be
allocated to the [Class 2-AV-2] Notes until the note principal balance of that
class is reduced to zero.] Losses will not be allocated to the senior notes
[(other than the [Class 2-AV-2] Notes)], however, if the aggregate note
principal balance of the subordinate classes [and the [Class 2-AV-2] Notes]
were to be reduced to zero, delinquencies and defaults on the mortgage loans in
the related loan group or loan groups would reduce the amount of funds
available for monthly distributions to the holders of the related remaining
senior notes.

Advances

The master servicer will make cash advances with respect to delinquent payments
of principal and interest on the mortgage loans to the extent that the master
servicer reasonably believes that the cash advances can be repaid from future
payments on the related mortgage loans. These cash advances are only intended
to maintain a regular flow of scheduled interest and principal payments on the
notes and are not intended to guarantee or insure against losses.

See "Servicing of the Mortgage Loans -- Advances" in this prospectus
supplement.

Repurchase, Substitution and Purchase of Mortgage Loans

The sellers may be required to repurchase, or substitute, a replacement

mortgage loan for any mortgage loan as to which there exists deficient documentation or as to which there has been an uncured breach of any representation or warranty relating to the characteristics of the mortgage loans that materially and adversely affects the interests of the noteholders in that mortgage loan.

Additionally, the [master servicer] may purchase from the issuing entity any mortgage loan that is delinquent in payment by [150] days or more.

The purchase price for any mortgage loans repurchased or purchased by a seller or the master servicer will be generally equal to the stated principal balance of the mortgage loan plus interest accrued at the applicable mortgage rate (and in the case of purchases by the master servicer, less the servicing fee rate).

See "The Mortgage Pool -- Assignment of the Mortgage Loans" and "Description of the Notes -- Optional Purchase of Defaulted Loans" in this prospectus supplement and "Loan Program -- Representations by Sellers; Repurchases" in the prospectus.

Optional Termination

The [master servicer] may purchase all of the remaining assets of the issuing entity on any distribution date on or after the first distribution date on which the aggregate stated principal balance of the mortgage loans and any foreclosed real estate owned by the issuing entity declines to or below [ ]% of the sum of the aggregate stated principal balance of the [initial mortgage loans as of the initial cut-off date and the amount, if any, deposited into the pre-funding account on the closing date]. If the master servicer exercises the optional termination right it will result in the early retirement of the notes. [The NIM Insurer may also have the right to purchase all of the remaining assets in the issuing entity.] See "Description of the Notes -- Optional Termination" in this prospectus supplement.

Material Federal Income Tax Consequences

Subject to the qualifications described under "Material Federal Income Tax Consequences" in this prospectus supplement, [Sidley Austin LLP] [Thacher

--------------------------------------------------------------------------------
                                    S-17

<PAGE>

--------------------------------------------------------------------------------


Proffitt & Wood LLP], special tax counsel to the depositor, is of the opinion that, under existing law, a note will be treated as a debt instrument for federal income tax purposes. Furthermore, special tax counsel to the depositor is of the opinion that neither the issuing entity nor any portion of the issuing entity will be treated as a corporation, a publicly traded partnership taxable as a corporation, or a taxable mortgage pool for federal income tax purposes.

See "Material Federal Income Tax Consequences" in this prospectus supplement and in the prospectus.

Legal Investment Considerations

The [Class AF] and [Class AV] Notes and the [Class MF-1], [Class MF-2], [Class MF-3], [Class MV-1], [Class MV-2] and [Class MV-3] Notes will be "mortgage related securities" for purposes of the Secondary Mortgage Market Enhancement Act of 1984. None of the other classes of offered notes will be "mortgage related securities" for purposes of the Secondary Mortgage Market Enhancement Act of 1984.

See "Legal Investment" in the prospectus.

ERISA Considerations

The [offered notes] may be purchased by a pension or other benefit plan subject to the Employee Retirement Income Security Act of 1974, as amended, or Section 4975 of the Internal Revenue Code of 1986, as amended, or by an entity investing the assets of a benefit plan, so long as certain conditions are met.

A fiduciary of an employee benefit or other plan or an individual retirement account must determine that the purchase of an [offered note] is consistent with its fiduciary duties under applicable law and does not result in a non-exempt prohibited transaction under applicable law. Any person who acquires an [offered note] on behalf of or with plan assets of an employee benefit or other plan subject to ERISA or Section 4975 of the Code will be deemed to make certain representations.

See "ERISA Considerations" in this prospectus supplement and in the prospectus.

--------------------------------------------------------------------------------
                                    S-18

<PAGE>

--------------------------------------------------------------------------------


<TABLE>
<CAPTION>

                                        SUMMARY OF TRANSACTION PARTIES


<S>                          <C>                                          <C>





```
</TABLE>
```

S-19

```
<PAGE>
```

RISK FACTORS

The following information, which you should carefully consider, identifies
certain significant sources of risk associated with an investment in the notes.
You should also carefully consider the information set forth under "Risk
Factors" in the prospectus.

```
<TABLE>
<CAPTION>
```

```
<S>                                         <C>
Subordinate Notes and [Class 2-
```

AV-1] Notes have A Greater Risk
of Loss because of Subordination
Features; Credit Enhancement May
Not Be Sufficient to Protect
Senior Notes from Losses.................

When certain classes of notes provide c
other classes of notes this is sometime
"subordination." The subordination feat
the likelihood that senior noteholders
payments of interest and principal. For
prospectus supplement, "related subordi

o       with respect to the [Class AF] No
        subordinate notes],

o       with respect to the [Class AV] No
        subordinate notes],

o       with respect to the [Class 2-AV-1
        of realized losses, the [Class 2-

o       with respect to each class of Not
        designation, (i) each other class
        designation and a higher numerica
        class, if any, and (ii) the Class

o       with respect to each class of Not
        designation, (i) each other class
        designation and a higher numerica
        class, if any, and (ii) the [Clas

Credit enhancement in the form of subor
for the notes, by:

o       the right of the holders of the s
        certain distributions prior to th
        classes;

o       the allocation of realized losses
        a loan group or loan groups to th
        classes, beginning with the [Clas
        group [1]) and [Class BV] Notes (
        [2] or loan group [3]); and

o       if the note principal balances of
        subordinate notes] are reduced to
        allocation of realized losses, th
        additional realized losses on the
        to the [Class 2-AV-2] Notes.

This type of credit enhancement is prov

o       using collections on the mortgage
        otherwise payable to the holders
        classes to pay amounts

S-20

<PAGE>

due on the more senior related cl

o        allocating realized losses of a p
         loan groups to the related subord
         with the related subordinate note
         priority, until the principal bal
         subordinate class has been reduce

[This means that after the credit enhan
cashflow and overcollateralization (if

o        collections otherwise payable to
         classes will comprise the sole so
         credit enhancement is provided to
         except for the [Class AF-5B] Note
         benefit of the [Class AF-5B] Poli

o        realized losses on the mortgage l
         group will be allocated to the mo
         subordinate notes outstanding, un
         principal balance of that class o
         been reduced to zero.]

[If the aggregate note principal balanc
subordinate notes] has been reduced to
the group [2] mortgage loans will be al
2-AV-2] Notes until the note principal
reduced to zero.] If the aggregate note
subordinate classes and the [Class 2-AV
reduced to zero, delinquencies and defa
in the related loan group or loan group
of funds available for monthly distribu
the related senior notes.

Additionally, investors in the [fixed r
should note that amounts due to the [Cl
premiums and reimbursements for prior d
thereon, will be paid from interest and
rate mortgage loans prior to any paymen
notes.

You should fully consider the risks of
note and the [Class 2-AV-2] Notes, incl
may not fully recover your initial inve
realized losses. In addition, investors
notes [(other than the [Class AF-5B] No
benefit of the [Class AF-5B] Policy)] s
that, [after the credit enhancement pro
cashflow and overcollateralization (if
the subordination of the related classe
(and in the case of the [Class 2-AV-1]
Notes) may not be sufficient to protect
notes from losses.

See "Description of the Notes" in this

[Overcollateralization and Excess
Interest May Not Be Sufficient to
Protect Notes from Losses on the

Mortgage Loans] ........................   [The amount by which the sum of the aggr
                                           balance of the mortgage loans in a loan
                                           the amount on deposit in the pre-fundin
                                           the related loan group exceeds the aggr
                                           balance of the related classes of notes

S-21

<PAGE>

is called "overcollateralization." The
group or loan groups are expected to ge
is needed to pay interest on the relate
weighted average interest rate on the m
to be higher than the weighted average
notes plus the expense fee rate, and in
AF-5B] Notes, the [Class AF-5B] policy
interest" from the related loan group o
to make additional principal payments o
extent described in this prospectus sup
Overcollateralization is intended to pr
to noteholders by absorbing the notes'
liquidated mortgage loans in the relate
groups. However, we cannot assure you t
will be generated on the mortgage loans
required levels of overcollateralizatio

The excess interest available on any di
affected by the actual amount of intere
recovered in respect of the mortgage lo
month. The amount of interest received,
will be influenced by changes in the we
mortgage rates resulting from prepaymen
mortgage loans as well as from adjustme
on adjustable rate mortgage loans. Beca
interest available may vary and because
adjustable-rate notes may increase, it
all or a portion of the available inter
requirements. As a result, available ex
reduced. Furthermore, a disproportionat
prepayments of high interest rate mortg
negative effect on future excess intere

If the protection afforded by overcolla
insufficient and in the case of the [Cl
[Class AF-5B] Insurer were to fail to p
under the [Class AF-5B] Policy, then th
could experience a loss on their invest

Difference Between Mortgage Rates
and Adjustable Note Pass-Through
May Reduce Excess Interest................   The interest rates on the [adjustable r
                                             monthly and are generally based on [one
                                             mortgage rates on the mortgage loans ei
                                             semi-annually based on six-month LIBOR,
                                             mortgage index, but in most cases only
                                             three years after origination]. Because
                                             respond to various economic and market

those affecting [one-month LIBOR], ther
correlation in movement between the int
mortgage loans and the interest rates o
notes]. For example, it is possible tha
certain of the adjustable rate mortgage
the interest rates on the [adjustable r
rising. In addition, although it is pos
mortgage rates and note interest rates
during the same period, mortgage rates
more slowly than the note interest rate
difference between interest rate adjust
rate adjustment periods. An increase in
certain of the adjustable rate mortgage
rates on the [adjustable rate notes] ar
result in less amounts

S-22

<PAGE>

being available as excess interest.

Net Rate Cap Puts a Limit on the
Interest Rate of the Notes................

The absence of a correlation between mo
rates and the note interest rates may r
on the related interest-bearing notes b
of an interest rate cap called the "net
prepayments of mortgage loans in a loan
relatively higher mortgage rates may re
rate cap and consequently reduce the in
more related classes of offered notes.
by which a noteholder's interest paymen
operation of the applicable net rate ca
excess cashflow (if any) as described i
supplement.] [In addition, prior to the
contract termination date, the [Class A
2-AV] Notes, the [Class 3-AV] Notes, an
subordinate notes] will also be entitle
the reduction in interest resulting fro
applicable net rate cap from payments (
issuing entity in respect of the applic
corridor contract, as described in this
However, we cannot assure you that any
available, or sufficient, to make any p
these reductions. The [Class AF-5B] Pol
these shortfalls allocated to the [Clas

[Payments from the corridor contracts a
the performance of the corridor contrac
payments of these amounts involve count
assigned to the [adjustable rate notes]
any payments received from the corridor
of net rate carryover.]

[Limitations on the [Class AF-5B]
Policy Will Limit the Amount
Paid to [Class AF-5B] Notes]..............

[On each distribution date, investors a
interest at the interest rate, without
resulting from prepayments or the Relie

local laws. However, the [Class AF-5B]
current interest on the [Class AF-5B] N
shortfalls. In addition, no distributio
of the [Class AF-5B] Notes is due under
until the maturity date for the [Class
[Class AF-5B] Notes are undercollateral

Investors in the [Class AF] Notes (othe
Notes) and the [adjustable rate subordi
that amounts due the [Class AF-5B] Insu
reimbursements for prior draws on the [
(including interest thereon) will be pa
principal on the mortgage loans even th
not benefit from the [Class AF-5B] Poli

Prepayments on the Mortgage Loans
 Are Unpredictable and Could
Adversely Affect Your Yield and
Reinvestment ...........................   No one can accurately predict the level
mortgage loans will experience. The pre
mortgage loans may be affected by many

<center>S-23</center>

&lt;PAGE&gt;

o       general economic conditions,

o       the level of prevailing interest

o       the availability of alternative f

o       the applicability of prepayment c

o       homeowner mobility.

Any mortgage loan may be prepaid in ful
however, approximately [ ]%, [ ]% and [
in the statistical calculation pool in
loan group [2] and loan group [3], resp
principal balance of the mortgage loans
calculation pool in respect of the rela
and any subsequent mortgage loans may p
the borrower of a prepayment charge on
the period of time specified in the rel
addition, substantially all of the mort
due-on-sale provisions, and the master
enforce those provisions unless doing s
applicable law or the master servicer,
with reasonable commercial practice, pe
mortgaged property in question to assum
loan.

See "The Mortgage Pool" and "Yield, Pre
Considerations" in this prospectus supp
Aspects of the Loans -- Due-on-Sale Cla
for a description of certain provisions
that may affect their prepayment experi

The weighted average lives of the offer
to the rate and timing of principal pay
prepayments) on the mortgage loans in t
loan groups, which may fluctuate signif
and will be affected by any prepayment
distribution of amounts (if any) on dep
account after the end of the funding pe

You should note that:

o    generally, if you purchase your n
     principal is repaid on the mortga
     loan group or loan groups slower
     your yield may be lower than you

o    for the [adjustable rate notes],
     sensitive to:

     (1) the level of one-month LIBOR,

     (2) the timing of adjustment of t
         note as it relates to the int
         mortgage loans and, in the ca
         mortgage loans, the level of
         of adjustment of the interest
         loans, and periodic and lifet
         adjustments, and

     (3) other limitations on the inte
         described

          S-24

<PAGE>

                        further in this prospectus supple

o    you bear the reinvestment risks r
     slower rate of principal payments

See "Yield, Prepayment and Maturity Con
prospectus supplement.


Your Yield Will Be Affected by
the Interest-Only Feature of
Some of the Mortgage Loans................    Approximately [ ]%, [ ]% and [ ]% of th
                                              statistical calculation pool in respect
                                              group [2] and loan group [3], respectiv
                                              principal balance of the mortgage loans
                                              calculation pool in respect of the rela
                                              and any subsequent mortgage loans may r
                                              of only accrued interest for the first
                                              origination. During the interest only p
                                              required to pay any principal on the bo
                                              therefore, less principal will be avail
                                              noteholders than would be the case if t
                                              amortized as of their first payment dat
                                              that borrowers of interest only mortgag
                                              required monthly payments, at the end o

period, interest only mortgage loans wi
principal balances than mortgage loans
rate and original principal balance tha
first payment date. Accordingly, intere
have a higher risk of default after the
to the increased monthly payment necess
mortgage loan over its remaining term t

Investors should consider the fact that
period, the monthly payment on an inter
same mortgage rate and monthly payment
fully amortizing as of its first paymen
higher principal balance than that of t
mortgage loan. Accordingly, during the
interest only mortgage loans may be les
the perceived benefits from refinancing
mortgage loans were fully amortizing. A
approaches its end, however, these mort
likely to be refinanced in order to avo
necessary to amortize fully the mortgag

Interest only mortgage loans also may i
risk because if the related mortgagor d
principal balance will be higher than f
loan.

Geographic Concentration of
Mortgaged Properties in Certain
States Increases the Impact that
Events in Those States Could
Have On The Notes........................    The tables in Annex A related to the st
mortgaged properties for the various gr
the statistical calculation pool set fo
concentration of the mortgaged properti
percentage by principal balance of the
statistical calculation pool in each lo
by mortgaged properties that are locate
concentrations above 10%]. [Property in
susceptible than homes located

S-25

<PAGE>

in other parts of the country to certai
hazards, such as earthquakes, floods, m
disasters, and property in Florida and
of the United States is also more susce
in other parts of the country to certai
hazards, such as hurricanes, floods and
In addition:

o        economic conditions in states wit
         concentrations (which may or may
         values) may affect the ability of
         loans,

o        declines in the residential real

                                    with significant concentrations m
                                    properties located in those state
                                    an increase in the loan-to-value

                        o           any increase in the market value
                                    states with significant concentra
                                    loan-to-value ratios and could, t
                                    sources of financing available to
                                    interest rates, which could resul
                                    prepayment of the mortgage loans.

Inability to Replace Servicer
Could Affect Collections and
Recoveries on the Mortgage Loans...........   The structure of the servicing fee migh
                                    find a replacement master servicer. Alt
                                    trustee is required to replace the mast
                                    servicer is terminated or resigns, if t
                                    unwilling (including for example becaus
                                    insufficient) or unable (including for
                                    indenture trustee does not have the sys
                                    loans), it may be necessary to appoint
                                    servicer. Because the servicing fee is
                                    of the stated principal balance of each
                                    difficult to replace the servicer at a
                                    the mortgage loans has been significant
                                    may be insufficient to cover the costs
                                    the mortgage loans and related REO prop
                                    pool. The performance of the mortgage l
                                    impacted, beyond the expected transitio
                                    servicing transfer, if a replacement ma
                                    retained within a reasonable amount of

Your Rights May Be Affected by
the Issuance of [Three] Groups
of Notes From a Single Issuing Entity.....   The ability to declare an event of mast
                                    or to amend the sale and servicing agre
                                    rests with the holders of specified per
                                    addition, under certain circumstances,
                                    will have these rights as they relate t
                                    Notes.] As a result, you may have less
                                    actions of the issuing entity than you
                                    single class of notes had been issued b

You May Receive A Prepayment
Because Subsequent Mortgage Loans
Are Not Acquired........................   If the depositor elects to deposit the
                                    pre-funding account on the closing date
                                    issuing entity to acquire subsequent mo
                                    on the ability of [Countrywide Home Loa
                                    acquire mortgage loans during the

                                    S-26

<PAGE>

                                    funding period that meet the eligibilit
                                    mortgage loans as described in this pro
                                    ability of [Countrywide Home Loans, Inc
                                    loans for subsequent transfer will be a

factors including prevailing interest r
the rate of inflation and economic cond

If the full amount of any deposit to th
cannot be used by the end of the fundin
subsequent mortgage loans, the amount r
pre-funding account will be distributed
related senior notes as a prepayment of
distribution date immediately following
period. We cannot assure you of the mag
deposit in the pre-funding account at t
period.

[Rights of the NIM Insurer Limit
Your Control and NIM Insurer
Actions May Negatively Effect You].......   [If there is a NIM Insurer, pursuant to
agreement and the indenture, unless the
a required payment under the policy ins
margin securities and the failure is co
Insurer is the subject of a bankruptcy
a "NIM Insurer Default", the NIM Insure
exercise, among others, the following r
of holders of the offered notes, and th
notes may exercise these rights only wi
consent of the NIM Insurer:

o       the right to provide notices of m
        and the right to direct the inden
        the rights and obligations of the
        sale and servicing agreement upon
        servicer,

o       the right to remove the indenture
        pursuant to the indenture, and

o       the right to direct the indenture
        investigations and take actions p

In addition, unless a NIM Insurer Defau
Insurer's consent will be required befo

o       any removal of the master service
        or the indenture trustee,

o       any otherwise permissible waivers
        extensions of due dates for payme
        servicer with respect to more tha
        loans, or

o       any amendment to the sale and ser
        indenture.

S-27

<PAGE>

Investors in the offered notes should n

o       the rights granted to the NIM Ins

| | |
|---|---|
| o | the interests of the NIM Insurer and adverse to, the interests of notes, and the NIM Insurer has no consider the interests of the off with the exercise or nonexercise rights, |
| o | the NIM Insurer's exercise of its negatively affect the offered not the NIM Insurer's rights, whether adversely affect the liquidity of relative to other securities back loans and with comparable payment and |
| o | any insurance policy issued by th cover, and will not benefit in an offered notes. |

See "Rights of the NIM Insurer under th Agreement and the Indenture" in this pr

</TABLE>

Some statements contained in or incorporated by reference in this prospectus supplement and the accompanying prospectus consist of forward-looking statements relating to future economic performance or projections and other financial items. These statements can be identified by the use of forward-looking words such as "may," "will," "should," "expects," "believes," "anticipates," "estimates," or other comparable words. Forward-looking statements are subject to a variety of risks and uncertainties that could cause actual results to differ from the projected result. Those risks and uncertainties include, among others, general economic and business conditions, regulatory initiatives and compliance with governmental regulations, customer preferences and various other matters, many of which are beyond our control. Because we cannot predict the future, what actually happens may be very different from what we predict in our forward-looking statements.

S-28

<PAGE>

THE MORTGAGE POOL

General

Set forth below and in Annex A hereto is certain statistical information based on scheduled principal balances as of [ ] 200[ ], [which is the "Statistical Calculation Date," concerning a pool of mortgage loans that CWALT, Inc. (the "Depositor") believes is representative of the mortgage loans to be included in the issuing entity. This pool of mortgage loans is referred to as the "Statistical Calculation Pool," and the mortgage loans are referred to as the "Statistical Calculation Pool Mortgage Loans."]

[A detailed description (the "Detailed Description") of the pool of mortgage loans (the "Initial Mortgage Loans") to be included in the issuing

entity on the Closing Date (the "Initial Mortgage Pool") will be filed on Form 8-K with the SEC after the Closing Date.] Additionally, in accordance with applicable securities laws, if there are material changes in material characteristics of the Initial Mortgage Pool, the Depositor will file on Form 8-K with the SEC additional information related to those material changes. [The Detailed Description will specify the aggregate of the Stated Principal Balances of the Initial Mortgage Loans included in the Initial Mortgage Pool as of the later of (x) [ ] 200[ ] and (y) the date of origination of each such Initial Mortgage Loan (the "Initial Cut-off Date").] The aggregate of the Stated Principal Balances of these Initial Mortgage Loans is referred to as the "Initial Cut-off Date Pool Principal Balance" and the Stated Principal Balance of any Initial Mortgage Loan as of the Initial Cut-off Date is referred to as the "Initial Cut-off Date Principal Balance." [The Detailed Description will include for the Initial Mortgage Loans, the information in the same categories that are presented in Annex A with respect to the Statistical Calculation Pool.]

The Statistical Calculation Pool consists of approximately [ ] Mortgage Loans and is comprised of Mortgage Loans that bear interest at fixed rates, referred to as "Fixed Rate Mortgage Loans," and adjustable rates, referred to as "Adjustable Rate Mortgage Loans." The aggregate Stated Principal Balance of the Mortgage Loans included in the Statistical Calculation Pool as of the Statistical Calculation Date is approximately $[ ] (the "Statistical Calculation Date Pool Principal Balance"), of which approximately $[ ] consist of Loan Group [1] Mortgage Loans, approximately $[ ] consist of Loan Group [2] Mortgage Loans and approximately $[ ] consist of Loan Group [3] Mortgage Loans. The Depositor believes that the information set forth in this prospectus supplement with respect to the Statistical Calculation Pool as presently constituted is representative of the characteristics of the Initial Mortgage Pool as will be constituted on the Closing Date, although some characteristics of the Initial Mortgage Loans in the Initial Mortgage Pool will vary. See "-- The Statistical Calculation Pool" below. Unless otherwise indicated, information presented below expressed as a percentage (other than rates of interest) are approximate percentages based on the Statistical Calculation Date Pool Principal Balance.

All of the Mortgage Loans to be included in the issuing entity will be evidenced by promissory notes (the "Mortgage Notes"). The Mortgage Notes will be secured by [first lien] deeds of trust, security deeds or mortgages on one- to four-family residential properties (the "Mortgaged Properties"). The Mortgaged Properties in the Statistical Calculation Pool are located in 50 states and the District of Columbia. Each Mortgage Loan in the issuing entity will be assigned to one of three mortgage loan groups ("Loan Group [1]," "Loan Group [2]," and "Loan Group [3]" and each a "Loan Group"). Loan Group [1] will consist of [first lien fixed rate mortgage loans]. Loan Group [2] and Loan Group [3] will consist of [first lien adjustable rate mortgage loans].

Except for balloon loans, the Mortgage Loans to be included in the issuing entity will provide for the full amortization of the amount financed over a series of monthly payments, and a [substantial majority] of the Mortgage Loans are expected to provide for payments due as of the first day of each month. The Mortgage Loans to be included in the issuing entity will have been originated or purchased by [Countrywide Home Loans, Inc.] ("[Countrywide Home Loans]" or a "Seller") and will have been originated substantially in accordance with [Countrywide Home Loans'] underwriting criteria for mortgage loans described in this prospectus supplement under "-- Underwriting Standards."

Scheduled monthly payments made by the mortgagors on the Mortgage Loans ("Scheduled Payments") either earlier or later than the scheduled due

dates thereof will not affect the amortization schedule or the relative
application of the payments to principal and interest. [All of the Mortgage
Notes will provide for a fifteen (15) day grace period for monthly payments.] A
Scheduled Payment with respect to a Mortgage Loan is generally considered

<div align="center">S-29</div>

<PAGE>

"delinquent" if the mortgagor fails to make the Scheduled Payment prior to the
due date occurring immediately after the due date on which the Scheduled
Payment was originally due. [None] of the Mortgage Loans will be more than one
payment delinquent on a contractual basis as of the related Cut-off Date.

        Any Mortgage Loan may be prepaid in full or in part at any time;
however, approximately [ ]%, [ ]% and [ ]% of the Mortgage Loans in the
Statistical Calculation Pool in respect of Loan Group [1], Loan Group [2] and
Loan Group [3], respectively, in each case by principal balance of the Mortgage
Loans in the Statistical Calculation Pool in respect of the related Loan Group,
provide for the payment by the borrower of a prepayment charge on certain
prepayments made with respect to the Mortgage Loans. Generally, a prepayment
charge will apply, in the case of a Fixed Rate Mortgage Loan, to prepayments
made within [five years] from the date of execution of the related Mortgage
Note and, in the case of an Adjustable Rate Mortgage Loan, to prepayments made
prior to [the first Adjustment Date for that Mortgage Loan]. In general, the
related Mortgage Note will provide that a prepayment charge will apply if,
during the applicable period, the borrower prepays the Mortgage Loan in full.
The amount of the prepayment charge will generally be equal to [six months'
advance interest calculated on the basis of the Mortgage Rate in effect at the
time of the prepayment on the amount prepaid in excess of 20% of the original
balance of the Mortgage Loan]. The "Mortgage Rate" with respect to a Mortgage
Loan is the annual rate of interest borne by the Mortgage Loan pursuant to the
terms of the related Mortgage Note[, except as provided below with respect to
Fixed Rate Credit Comeback Loans].

        The Mortgage Loans will be selected from among the outstanding one-
to four-family mortgage loans in the applicable Seller's portfolio which meet
the criteria described in this prospectus supplement. No selection will be made
in a manner that would adversely affect the interests of noteholders.

        [Countrywide Home Loans] will make all of the representations
specified in the prospectus under "Loan Program -- Representations by Sellers;
Repurchases" with respect to all of the Mortgage Loans. [Each other Seller will
be a special purpose entity established by Countywide Financial Corporation or
one of its subsidiaries and will sell mortgage loans that were previously
acquired from Countrywide Home Loans. Consequently, each Seller other than
Countrywide Home Loans will only represent that immediately prior to the
assignment of the Mortgage Loans to be sold by it to the Depositor, the Seller
had good title to, and was the sole owner of, those Mortgage Loans free and
clear of any pledge, lien, encumbrance or security interest and had full right
and authority, subject to no interest or participation of, or agreement with,
any other party, to sell and assign the Mortgage Loans pursuant to the Mortgage
Loan Purchase and Assignment Agreement.] In addition, the Depositor will
represent that following the transfer of the Mortgage Loans to it by the
Sellers, the Depositor had good title to the Mortgage Loans and that each of
the Mortgage Notes was subject to no offsets, claims, defenses or
counterclaims.

        Additional Information Regarding the Adjustable Rate Mortgage Loans.

Each of the Adjustable Rate Mortgage Loans will have a Mortgage Rate which is subject to adjustment on the [first] day of the months specified in the related Mortgage Note, referred to as an "Adjustment Date"), to equal the sum, rounded to the nearest [0.125%,] of:

        (1) [the average of the London interbank offered rates for six-month U.S. dollar deposits in the London market, as set forth in The Wall Street Journal, or, if the rate ceases to be published in The Wall Street Journal or becomes unavailable for any reason, then based upon a new index selected by the Master Servicer based on comparable information, in each case as most recently announced as of a date generally 45 days prior to the Adjustment Date (the "Mortgage Index")], and

        (2) a fixed percentage amount specified in the related Mortgage Note (the "Gross Margin");

[provided, however, that the Mortgage Rate for any Adjustable Rate Mortgage Loan will not increase or decrease on its initial Adjustment Date by more than a certain specified percentage (the "Initial Periodic Rate Cap"), or on any subsequent Adjustment Date by more than a certain specified percentage (the "Subsequent Periodic Rate Cap").] [The Initial Periodic Rate Cap and Subsequent Periodic Rate Cap for any Adjustable Rate Mortgage Loan will be specified in the related Mortgage Note.] [Substantially all of the Adjustable Rate Mortgage Loans will have been originated with Mortgage Rates less than the sum of the then-current Mortgage Index and the related Gross Margin.]

S-30

<PAGE>

        ["Two-Year Hybrid Mortgage Loans", "Three-Year Hybrid Mortgage Loans" and "Five-Year Hybrid Mortgage Loans" (collectively, "Hybrid Mortgage Loans") have fixed Mortgage Rates for approximately [24, 36 and 60] months, respectively, after their origination before the fixed Mortgage Rates become subject to adjustment based on the Mortgage Index described in the immediately preceding paragraph. Substantially all of the Adjustable Rate Mortgage Loans in the Statistical Calculation Pool are Hybrid Mortgage Loans.]

        It is expected that substantially all of the Adjustable Rate Mortgage Loans will provide that, over the life of each Adjustable Rate Mortgage Loan, the Mortgage Rate will in no event be more than the initial Mortgage Rate plus a maximum added margin, generally between [ ]% and [ ]%, as provided in the Mortgage Note. The initial Mortgage Rate plus the maximum added margin is referred to as the "Maximum Mortgage Rate." The weighted average of these margins (weighted on the basis of the Stated Principal Balances thereof as of the Initial Cut-off Date) with respect to the Adjustable Rate Mortgage Loans in the Statistical Calculation Pool is approximately [ ]%.

        [In addition, certain of the Two-Year Hybrid Mortgage Loans in the Statistical Calculation Pool only require payments of interest during either the first [24 or 60] months following origination and certain of the Three-Year Hybrid Mortgage Loans in the Statistical Calculation Pool only require payments of interest during either the first [36 or 60] months following origination, in each case, after which amortization of the principal balance is required over the remaining term of the Mortgage Loan.]

        Additional Information Regarding the Fixed Rate Mortgage Loans. [The Fixed Rate Mortgage Loans will include "credit comeback loans" that provide borrowers the potential of four Mortgage Rate reductions for good payment

history during any one or more of the first four consecutive twelve-month periods following the origination date of the loan ("Fixed Rate Credit Comeback Loans"). The Fixed Rate Credit Comeback Loan payment history is evaluated in the [twelfth month of each twelve-month period]. If the Fixed Rate Credit Comeback Loan borrower makes Scheduled Payments in full during a twelve-month period with a maximum of one late payment (which, however, cannot be in the twelfth month of the period) the Fixed Rate Credit Comeback Loan is eligible for a [0.375]% per annum reduction on the current mortgage rate.]

[However, for purposes of all payments made on the Notes, including the calculation of each applicable Net Rate Cap as well as other Mortgage Rate calculations, the Mortgage Rate on each Fixed Rate Credit Comeback Loan will be deemed to be reduced by [0.375]% on the Due Date following the end of each of the first four annual periods after the origination date, irrespective of whether the borrower qualifies for the reduction by having a good payment history. Any interest received in excess of the interest received as a result of this deemed reduction, referred to as the "Credit Comeback Excess Amount," will be deposited in the Credit Comeback Excess Account and used to pay noteholders as described below under "-- Credit Comeback Excess Account" below. It is expected that no more than approximately [ ]% of the Mortgage Loans in Loan Group [1] will be Fixed Rate Credit Comeback Loans.]

[In addition, certain of the Fixed Rate Mortgage Loans in the Statistical Calculation Pool are Fixed 30-Year Interest-Only Loans. A "Fixed 30-Year Interest-Only Loan" has only interest due for approximately [60] months after its origination before amortization of the principal balance is required.]

Loan-to-Value Ratio. The "Loan-to-Value Ratio" of a Mortgage Loan at any given time is a fraction, expressed as a percentage, the numerator of which is the principal balance of the related Mortgage Loan at the date of determination and the denominator of which is

o    in the case of a purchase, the lesser of the selling price of the mortgaged property or its appraised value at the time of sale or

o    in the case of a refinance, the appraised value of the mortgaged property at the time of the refinance, except in the case of a mortgage loan underwritten pursuant to Countrywide Home Loans' Streamlined Documentation Program as described under "-- Underwriting Process".

With respect to Mortgage Loans originated pursuant to the Streamlined Documentation Program,

S-32

<PAGE>

o    if the loan-to-value ratio at the time of the origination of the Mortgage Loan being refinanced was 80% or less and the loan amount of the new loan being originated is $650,000 or less, then the "Loan-to-Value Ratio" will be the ratio of the principal amount of the new Mortgage Loan being originated divided by the appraised value of the related mortgaged property at the time of the origination of the Mortgage Loan being refinanced, as reconfirmed by Countrywide Home Loans using an automated property valuation system; or

    o    if the loan-to-value ratio at the time of the origination of the
Mortgage Loan being refinanced was greater than 80% or the loan
amount of the new loan being originated is greater than $650,000,
then the "Loan-to-Value Ratio" will be the ratio of the principal
amount of the new Mortgage Loan being originated divided by the
appraised value of the related mortgaged property as determined by
an appraisal obtained by Countrywide Home Loans at the time of the
origination of the new mortgage loan. See"--Underwriting Process" in
this prospectus supplement.

No assurance can be given that the value of any mortgaged property has remained
or will remain at the level that existed on the appraisal or sales date. If
residential real estate values generally or in a particular geographic area
decline, the Loan-to-Value Ratios might not be a reliable indicator of the
rates of delinquencies, foreclosures and losses that could occur with respect
to the Mortgage Loans.

        Stated Principal Balance. "Stated Principal Balance" means, for any
Mortgage Loan and (1) the Initial Cut-Off Date or the Subsequent Cut-off Date,
as applicable (the "Cut-off Date"), the unpaid principal balance of the
Mortgage Loan as of the Cut-Off Date, as specified in its amortization schedule
at the time (before any adjustment to the amortization schedule for any
moratorium or similar waiver or grace period), after giving effect to any
partial prepayments and Liquidation Proceeds received prior to the Cut-Off Date
and to the payment of principal due on the Cut-Off Date and irrespective of any
delinquency in payment by the related mortgagor or (2) any Distribution Date,
the Stated Principal Balance of the Mortgage Loan as of its Cut-off Date, minus
the sum of (i) the principal portion of any Scheduled Payments due with respect
to the Mortgage Loan on or prior to the end of the most recent Due Period that
were received by the Master Servicer on or prior to the most recent
Determination Date or were advanced by the Master Servicer on or prior to the
most recent Master Servicer Advance Date, (ii) principal prepayments with
respect to the Mortgage Loan received on or prior to the end of the most recent
prepayment period (the period from the [16th] day of the month prior to a
Distribution Date (or, in the case of the first Distribution Date, from the
Cut-off Date) to and including the [15th] day of the month in which the
Distribution Date occurs (each a "Prepayment Period")) and (iii) Liquidation
Proceeds received by the Master Servicer prior to the end of the most recent
Due Period to the extent applied as recoveries of principal with respect to the
Mortgage Loan. The Stated Principal Balance of any Mortgage Loan as to which
the related Mortgaged Property has been liquidated and as to which a Final
Recovery Determination has been made will be zero on each date following the
Due Period in which the Final Recovery Determination is made. When used with
respect to the Mortgage Pool, Stated Principal Balance means the aggregate
Stated Principal Balance of all Mortgage Loans in the Mortgage Pool. When used
with respect to a Loan Group, Stated Principal Balance means the aggregate
Stated Principal Balance of all Mortgage Loans in the Loan Group. A
"Determination Date" means with respect to any Distribution Date, the [15th]
day of the month of the Distribution Date or, if the [15th] day is not a
Business Day, the immediately preceding Business Day.

[The Statistical Calculation Pool

        The statistical information presented in this prospectus supplement
is based on the Statistical Calculation Pool. The Statistical Calculation Pool
reflects Mortgage Loans as of [ ] 200[ ]. The statistical information presented
in this prospectus supplement is based on the number and the Stated Principal
Balances of the Mortgage Loans as of the Statistical Calculation Date. The
Statistical Calculation Pool is smaller than the Initial Mortgage Pool. It is

expected that additional Mortgage Loans will be included in the Initial
Mortgage Pool on the Closing Date and that certain of the Statistical
Calculation Pool Mortgage Loans may prepay in part or in full prior to the
Closing Date, or may be determined not to meet the eligibility criteria
requirements for the Initial Mortgage Pool and therefore may not be included in
the Initial Mortgage Pool. As a result of the foregoing, the statistical
distribution of characteristics for the Initial Mortgage Pool will vary from
the statistical distribution of the characteristics of the Statistical
Calculation Pool as presented in this prospectus supplement, although the
variance will not be material.

                                  S-32


<PAGE>


        The following information sets forth certain characteristics of the
Mortgage Loans as of the Statistical Calculation Date. Other than with respect
to rates of interest, percentages (approximate) are stated by the aggregate
Stated Principal Balance of the Mortgage Loans as of the Statistical
Calculation Date. The sum in any column of the following tables may not equal
the indicated value due to rounding. The sum in any column of the following
tables may not equal the indicated value due to rounding. In addition, each
weighted average FICO credit score set forth below has been calculated without
regard to any Mortgage Loan for which the FICO credit score is not available.




                                  S-33


<PAGE>


<PAGE>




                                  MORTGAGE LOANS

                                  Loan Program

<TABLE>
<CAPTION>


                                    Number of       Aggregate        % of
                                    Mortgage     Principal Balance  Mortgage
Loan Program                         Loans         Outstanding       loans
--------------------------------    ----------   -----------------  ----------
<S>                                 <C>          <C>                <C>




    Total........................   ----------   -----------------  ----------
                                    ==========   =================  ==========

<CAPTION>

                                    Weighted       Weighted         Weighted

| Loan Program | Average Remaining Term to Maturity (Months) | Average FICO Credit Score | Average Original Loan-to-Value Ratio (%) |
|-------------|-------------|-------------|-------------|
| <S> | <C> | <C> | <C> |

Total..........................

</TABLE>


<TABLE>
<CAPTION>

Current Mortgage Loan Principal Balances(1)

| Range of Current Mortgage Loan Principal Balances ($) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage loans |
|-------------|-------------|-------------|-------------|
| <S> | <C> | <C> | <C> |
| Total.......................... | ------------- | ----------------- | ------------- |
| | ============= | ================= | ============= |

<CAPTION>

| Range of Current Mortgage Loan Principal Balances ($) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weighted Average Original Loan-to-Value Ratio (%) |
|-------------|-------------|-------------|-------------|
| <S> | <C> | <C> | <C> |

Total..........................


--------------
(1)  As of the Statistical Calculation Date, the average current mortgage loan princ

```
        approximately $[                ].
</TABLE>
```

S-34

```
<PAGE>
```

Original Principal Balances

```
<TABLE>
<CAPTION>
```

| Range of<br>Original Principal Balance ($) | Number of<br>Mortgage<br>Loans | Aggregate<br>Principal Balance<br>Outstanding | % of<br>Mortgage<br>Loans |
|---|---|---|---|
| `<S>` | `<C>` | `<C>` | `<C>` |
| Total......................... | | | |

```
<CAPTION>
```

| Range of<br>Original Principal Balance ($) | Weighted<br>Average<br>Remaining Term<br>to Maturity<br>(Months) | Weighted<br>Average<br>FICO<br>Credit<br>Score | Weighted<br>Average<br>Original<br>Loan-to-Value<br>Ratio (%) |
|---|---|---|---|
| `<S>` | `<C>` | `<C>` | `<C>` |

```
    Total........................
```

</TABLE>

S-35

<PAGE>

<TABLE>
<CAPTION>

State Distribution of Mortgaged Properties(1)

| State | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans |
|-------|--------------------------|-----------------------------------------|---------------------|
| <S>   | <C>                      | <C>                                     | <C>                 |

```
                                        -------------  ----------------  -------------
     Total........................     =============  ================  =============
```

<CAPTION>

| State | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weighted Average Original Loan-to-Value Ratio (%) |
|---|---|---|---|
| <S> | <C> | <C> | <C> |

```
     Total........................
```

```
---------
```

(1)  As of the Statistical Calculation Date, no more than approximately [
     mortgaged properties located in any one postal zip code area.

```
</TABLE>
```

S-36

```
<PAGE>
```

Original Loan-to-Value Ratios(1)(2)

```
<TABLE>
<CAPTION>
```

| Range of Original Loan-to-Value Ratios (%) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans |
|---|---|---|---|
| `<S>` | `<C>` | `<C>` | `<C>` |
| Total........................ | ------------- | ----------------- | ------------- |
| | ============= | ================= | ============= |

```
<CAPTION>
```

| Range of Original Loan-to-Value Ratios (%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weighted Average Original Loan-to-Value Ratio (%) |
|---|---|---|---|
| `<S>` | `<C>` | `<C>` | `<C>` |
| Total........................ | | | |

```
-----------
```

(1)  As of the Statistical Calculation Date, the weighted average original Loan-to-V
     approximately [ ]%.

(2)  Does not take into account any secondary financing on the Mortgage Loans that m
     origination. Based on information provided by the borrowers, as of their respec

approximately [ ]% of the Mortgage Loans, by principal balance of the Mortgage
mortgaged properties that also secured one or more junior mortgage loans.

</TABLE>

S-37

<PAGE>

Current Mortgage Rates(1)

<TABLE>
<CAPTION>

| Range of Current Mortgage Rates (%) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Total.......................... | ------------- | ----------------- | ------------- |
| | ============= | ================= | ============= |

<CAPTION>

| Range of Current Mortgage Rates (%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weighted Average Original Loan-to-Value Ratio (%) |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Total.......................... | | | |

---------

(1)  The current mortgage rates listed in the preceding table include lender paid mo
     As of the Statistical Calculation Date, the weighted average current mortgage r
     was approximately [ ]% per annum. As of the Statistical Calculation Date, the w
     mortgage rate of the Mortgage Loans net of the premium charged by the lender in
     mortgage insurance was approximately [ ]% per annum.

</TABLE>


                                              S-38


<PAGE>



                              Types of Mortgaged Properties

<TABLE>
<CAPTION>

| Property Type | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Single Family Residence......... | | | |
| Planned Unit Development........ | | | |
| Low-rise Condominium............ | | | |
| 2-4 Family Residence............ | | | |
| High-rise Condominium........... | | | |
| [Others] | | | |
| Total........................ | | | |


<CAPTION>

| Property Type | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weighted Average Original Loan-to-Value Ratio (%) |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Single Family Residence......... | | | |
| Planned Unit Development........ | | | |
| Low-rise Condominium............ | | | |
| 2-4 Family Residence............ | | | |
| High-rise Condominium.......... | | | |
| [Others] | | | |
| Total........................ | | | |

```
</TABLE>


                                                    S-39


<PAGE>




                                    Purpose of Mortgage Loans

<TABLE>
<CAPTION>


                                  Number of        Aggregate          % of
                                  Mortgage      Principal Balance    Mortgage
Loan Purpose                        Loans         Outstanding         Loans
------------------------------    ------------  -----------------  -------------
<S>                               <C>           <C>                <C>
 Refinance (cash-out)............
 Purchase.......................
 Refinance (rate/term)...........  ------------  -----------------  -------------
    Total........................
                                  ============  =================  =============


<CAPTION>
                                    Weighted      Weighted          Weighted
                                    Average       Average           Average
                                  Remaining Term   FICO            Original
                                   to Maturity    Credit        Loan-to-Value
Loan Purpose                        (Months)       Score          Ratio (%)
------------------------------    ---------------  ---------     -------------
<S>                               <C>             <C>           <C>

 Refinance (cash-out)............
 Purchase.......................
 Refinance (rate/term)...........
    Total........................

</TABLE>




                                    Occupancy Types(1)

<TABLE>
<CAPTION>


                                  Number of        Aggregate          % of
                                  Mortgage      Principal Balance    Mortgage
Occupancy Type                      Loans         Outstanding         Loans
```

```
--------------------------------     -------------  -----------------    ------------
<S>                                   <C>            <C>                  <C>
 Primary Residence...............
 Investment Property.............
 Secondary Residence.............     -------------  -----------------  -------------
    Total........................
                                      =============  =================  =============
```

<CAPTION>

| Occupancy Type | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weighted Average Original Loan-to-Value Ratio (%) |
|---|---|---|---|

```
--------------------------------     --------------   ---------    -------------
<S>                                   <C>              <C>          <C>

 Primary Residence...............
 Investment Property.............
 Secondary Residence.............
    Total........................
```

```
-----------
(1) Based upon representations of the related borrowers at the time of origination.
```

</TABLE>

                                      S-40

<PAGE>

                         Remaining Terms to Maturity(1)

<TABLE>
<CAPTION>

| Remaining Term to Maturity (Months) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans |
|---|---|---|---|

```
--------------------------------     ------------   -----------------  -------------
<S>                                   <C>            <C>                <C>




    Total........................     -------------  -----------------  -------------
                                      =============  =================  =============
```

<CAPTION>

|  | Weighted | Weighted | Weighted |
|---|---|---|---|

| Remaining Term to Maturity (Months) | Average Remaining Term to Maturity (Months) | Average FICO Credit Score | Average Original Loan-to-Value Ratio (%) |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Total......................... | | | |

------------

(1)  As of the Statistical Calculation Date, the weighted average remaining term to approximately 358 months.

</TABLE>

Documentation Programs

<TABLE>
<CAPTION>

| Documentation Program | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Reduced......................... | | | |
| Full/Alternative................. | | | |
| Stated Income/Stated Asset....... | | | |
| [Others] | ------------- | ----------------- | ------------- |
| Total......................... | ============= | ================= | ============= |

<CAPTION>

| Documentation Program | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weighted Average Original Loan-to-Value Ratio (%) |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Reduced......................... | | | |
| Full/Alternative................. | | | |
| Stated Income/Stated Asset....... | | | |

```
  [Others]
    Total.........................

</TABLE>


                                                        S-41



<PAGE>



                             FICO Credit Scores(1)

<TABLE>
<CAPTION>


                              Number of      Aggregate          % of
Range of                      Mortgage    Principal Balance    Mortgage
FICO Credit Scores              Loans        Outstanding         Loans
-----------------------------------  ------------  ------------------  -------------
<S>                             <C>            <C>               <C>




    Unknown.......................  -------------  -----------------  -------------
      Total.........................  =============  =================  =============


<CAPTION>
                                Weighted      Weighted      Weighted
                                Average       Average       Average
                              Remaining Term    FICO         Original
Range of                      to Maturity      Credit      Loan-to-Value
FICO Credit Scores              (Months)        Score        Ratio (%)
-----------------------------------  -------------  ---------  ------------
<S>                             <C>            <C>            <C>




    Unknown.......................
      Total.........................
```

----------------

(1)  As of the Statistical Calculation Date, the weighted average FICO Credit Score
     Mortgage Loans was approximately [      ].

</TABLE>

                                        S-42

<PAGE>

                    [Original Interest Adjustment Dates]

<TABLE>
<CAPTION>


                                    Number of         Aggregate            % of
Original Interest                   Mortgage       Principal Balance     Mortgage
Adjustment Date                       Loans          Outstanding           Loans
--------------------------------    -------------  -----------------    -------------
<S>                                 <C>            <C>                  <C>




                                    -------------  -----------------    -------------
     Total........................
                                    =============  =================    =============


<CAPTION>
                                    Weighted         Weighted          Weighted
                                    Average          Average           Average
                                  Remaining Term     FICO              Original
Original Interest                 to Maturity        Credit           Loan-to-Value
Adjustment Date                     (Months)         Score             Ratio (%)
--------------------------------  --------------   ---------        -------------
<S>                               <C>              <C>              <C>

```
      Total.........................

</TABLE>


<TABLE>
<CAPTION>

                                        [Months to Next Adjustment Date]


                                    Number of        Aggregate           % of
Months to Next Adjustment           Mortgage      Principal Balance    Mortgage
Date                                  Loans          Outstanding         Loans
---------------------------------   -------------  -----------------   -------------
<S>                                 <C>            <C>                 <C>


                                    -------------  -----------------   -------------
      Total.........................=============  =================   =============




<CAPTION>
                                     Weighted        Weighted          Weighted
                                     Average         Average           Average
                                  Remaining Term      FICO             Original
Months to Next Adjustment          to Maturity       Credit         Loan-to-Value
Date                                (Months)          Score          Ratio (%)
---------------------------------  ---------------   ---------       -------------
<S>                                <C>               <C>             <C>



      Total.........................

</TABLE>


                                                     S-43



<PAGE>
                                               [Gross Margins(1)]
```

```
<TABLE>
<CAPTION>

                                        Number of        Aggregate          % of
                                        Mortgage     Principal Balance     Mortgage
Range of Gross Margins (%)                Loans         Outstanding          Loans
----------------------------------     -------------  -----------------   -------------
<S>                                    <C>            <C>                 <C>



                                       -------------  -----------------   -------------
      Total.........................   =============  =================   =============



<CAPTION>
                                        Weighted        Weighted           Weighted
                                        Average         Average            Average
                                     Remaining Term       FICO             Original
                                       to Maturity       Credit          Loan-to-Value
Range of Gross Margins (%)              (Months)          Score            Ratio (%)
----------------------------------     --------------   --------         -------------
<S>                                    <C>              <C>              <C>



      Total.........................




------------
(1)  As of the Statistical Calculation Date, the weighted average gross margin of th
     [              ]%.
</TABLE>
```

                              [Maximum Mortgage Rates(1)]

```
<TABLE>
<CAPTION>

                                        Number of        Aggregate          % of
Range of Maximum                        Mortgage     Principal Balance     Mortgage
Mortgage Rates (%)                        Loans         Outstanding          Loans
----------------------------------     -------------  -----------------   -------------
<S>                                    <C>            <C>                 <C>



                                       -------------  -----------------   -------------
      Total.........................
```

```
                                            ============= ================= =============
```

<CAPTION>

|  | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weighted Average Original Loan-to-Value Ratio (%) |
|---|---|---|---|
| Range of Maximum Mortgage Rates (%) | | | |
| <S> | <C> | <C> | <C> |
| Total......................... | | | |

------------
(1)  The weighted average Maximum Mortgage Rate for the Mortgage Loans as of the [St
     approximately [ ]%.

</TABLE>

<div align="center">S-44</div>

<PAGE>

<div align="center">[Minimum Mortgage Rates]</div>

<TABLE>
<CAPTION>

| Range of Minimum Mortgage Rates (%) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Total......................... | | | |

```
                                            ============= ================= =============
```

<CAPTION>

|  | Weighted Average Remaining Term | Weighted Average FICO | Weighted Average Original |
|---|---|---|---|

| Range of Minimum Mortgage Rates (%) | to Maturity (Months) | Credit Score | Loan-to-Value Ratio (%) |
|---|---|---|---|
| <S> | <C> | <C> | <C> |

Total.........................

</TABLE>

[Maximum Negative Amortization(1)]

<TABLE>
<CAPTION>

| Maximum Negative Amortization(%) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Total......................... | ------------ | ---------------- | ------------- |
| | ============ | ================ | ============= |

<CAPTION>

| Maximum Negative Amortization(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weighted Average Original Loan-to-Value Ratio (%) |
|---|---|---|---|
| <S> | <C> | <C> | <C> |

Total.........................

-----------

(1)  Reflects maximum allowable percentage of original unpaid principal balance.

</TABLE>

S-45

<PAGE>

[Initial Periodic Rate Cap(1)]

<TABLE>
<CAPTION>

| Initial Periodic Rate Cap (%) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Total......................... | ============= | ================ | ============= |

<CAPTION>

| Initial Periodic Rate Cap (%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weighted Average Original Loan-to-Value Ratio (%) |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Total......................... | | | |

-----------
(1)  The weighted average Initial Periodic Rate Cap for the Mortgage Loans as of the
     approximately [ ]%.

</TABLE>

[Subsequent Periodic Rate Cap (1)]

<TABLE>
<CAPTION>

| Subsequent Periodic Rate Cap (%) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Total......................... | ------------- | ----------------- | ------------- |
|  | ============= | ================= | ============= |

<CAPTION>

| Subsequent Periodic Rate Cap (%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weighted Average Original Loan-to-Value Ratio (%) |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Total......................... | | | |

-----------

(1)  The weighted average Subsequent Periodic Rate Cap for the Mortgage Loans as of approximately [ ]%.

</TABLE>

S-46

<PAGE>

[Interest-Only Periods at Origination]

<TABLE>

```
<CAPTION>

                                         Number of       Aggregate          % of
Interest Only Period                     Mortgage     Principal Balance   Mortgage        P
(months)                                   Loans        Outstanding         Loans
---------------------------------      -------------  -----------------   -------------
<S>                                       <C>              <C>               <C>




                                       -------------  -----------------   -------------
      Total........................     =============  =================   =============


<CAPTION>
                                         Weighted         Weighted         Weighted
                                         Average          Average          Average
                                     Remaining Term        FICO            Original
Interest Only Period                 to Maturity          Credit       Loan-to-Value
(months)                               (Months)           Score          Ratio (%)
---------------------------------    --------------      ---------      -------------
<S>                                     <C>                <C>              <C>




      Total........................


</TABLE>



                              [Prepayment Charge Periods at Origination]

<TABLE>
<CAPTION>

                                         Number of       Aggregate          % of
Prepayment Charge                        Mortgage     Principal Balance   Mortgage
Period (months)                            Loans        Outstanding         Loans
---------------------------------      -------------  -----------------   ------------
<S>                                       <C>              <C>               <C>



                                       -------------  -----------------   -------------
      Total........................     =============  =================   =============
```

```
<CAPTION>
                                             Weighted      Weighted    Weighted
                                              Average      Average      Average
                                          Remaining Term     FICO       Original
Prepayment Charge                          to Maturity     Credit    Loan-to-Valu
Period (months)                              (Months)      Score      Ratio (%)
----------------------------------        --------------   ---------  ------------
<S>                                            <C>           <C>         <C>




    Total........................


</TABLE>
```

```
<PAGE>
```

Assignment of the Mortgage Loans

         Pursuant to the mortgage loan purchase and assignment agreement
dated as of [ ], 20[ ] (the "Mortgage Loan Purchase and Assignment Agreement
"), among the Depositor and the Sellers, the Sellers on the Closing Date will
sell, transfer, assign, set over and otherwise convey without recourse to the
Depositor all right, title and interest of the Sellers in and to each Initial
Mortgage Loan, including all principal and interest received on or with respect
to the Initial Mortgage Loans after the Initial Cut-off Date (exclusive of any
scheduled principal due on or prior to the Initial Cut-off Date and any
interest accruing prior to the Initial Cut-off Date). Pursuant to the sale and
servicing agreement dated as of [ ], 20[ ] (the "Sale and Servicing
Agreement"), among the issuing entity, [ ], as Trust Administrator (the "Trust
Administrator") the Depositor, the Master Servicer, the Sellers and [ ], as
Indenture Trustee (the "Indenture Trustee"), the Depositor on the Closing Date
will sell, transfer, assign, set over and otherwise convey without recourse to
the issuing entity all right, title and interest of the Depositor in and to
each Initial Mortgage Loan and all right, title and interest in and to all
other assets to be held by the issuing entity, including all principal and
interest received on or with respect to the Initial Mortgage Loans after the
Initial Cut-off Date (exclusive of any scheduled principal due on or prior to
the Initial Cut-off Date and any interest accruing prior to the Initial Cut-off

Date) and the Pre-Funded Amount, if any, deposited in the Pre-Funding Account on the Closing Date. The Depositor will assign its rights under the Mortgage Loan Purchase and Assignment Agreement to the issuing entity pursuant to the Sale and Servicing Agreement. The issuing entity will in turn pledge all of its right, title and interest the Initial Mortgage Loans and its other assets, including its rights in the Sellers' representations and warranties to the Indenture Trustee for the benefit of the holders of the Notes.

In connection with the transfer and assignment of the Mortgage Loans, the Depositor will deliver or cause the Sellers to deliver the following documents to the Indenture Trustee (collectively constituting the "Mortgage File") with respect to each Initial Mortgage Loan and each Subsequent Mortgage Loan, if any (collectively, the "Mortgage Loans"):

(1) the original Mortgage Note, endorsed by the applicable Seller or the originator of the Mortgage Loan, without recourse in the following form: "Pay to the order of _____ without recourse" with all intervening endorsements that show a complete chain of endorsement from the originator to the applicable Seller, except that the Depositor may deliver or cause to be delivered a lost note affidavit in lieu of any original Mortgage Note that has been lost,

(2) the original recorded Mortgage or a copy of such instrument,

(3) a duly executed assignment of the Mortgage to "Mortgage Backed Notes, Series 200[ ]-[ ], CWALT, Inc., by [ ], as Indenture Trustee under the Indenture dated as of [ ], 20[ ], without recourse," in recordable form, as described in the Sale and Servicing Agreement,

(4) the original recorded assignment or assignments of the Mortgage together with all interim recorded assignments of the Mortgage or copies thereof, except for any documents not returned from the public recording office, which will be delivered to the Indenture Trustee as soon as the same is available to the Depositor,

(5) the original or copies of each assumption, modification, written assurance or substitution agreement, if any, and

(6) the original or duplicate original lender's title policy and all riders thereto or, in the event the original title policy has not been received from the insurer, the original or duplicate original lender's title policy and all riders thereto will be delivered within one year of the Closing Date.

Notwithstanding the foregoing, in lieu of providing the documents set forth in clauses (3) and (4) above, the Depositor may at its discretion provide evidence that the related Mortgage is held through the MERS(R) System. In addition, the Mortgages for some or all of the Mortgage Loans in the issuing entity that are not already held through the MERS(R) System may, at the discretion of the Master Servicer, in the future be held through the MERS(R) System. For any Mortgage held through

S-48

<PAGE>

the MERS(R) System, the Mortgage is recorded in the name of Mortgage
Electronic Registration Systems, Inc., or MERS(R), as nominee for the owner of
the Mortgage Loan, and subsequent assignments of the Mortgage were, or in the
future may be, at the discretion of the Master Servicer, registered
electronically through the MERS(R) System. For each of these Mortgage Loans,
MERS(R) serves as mortgagee of record on the Mortgage solely as a nominee in
an administrative capacity on behalf of the Indenture Trustee, and does not
have any interest in the Mortgage Loan.

Pursuant to the Sale and Servicing Agreement, the Depositor will be
required to deliver (or cause delivery of) the Mortgage Files to the Indenture
Trustee:

(A) not later than the Closing Date, with respect to at
least 50% of the Initial Mortgage Loans, and not later than the
relevant Subsequent Transfer Date, with respect to at least 10% of
the Subsequent Mortgage Loans conveyed on any related Subsequent
Transfer Date,

(B) not later than twenty days after the Closing Date,
with respect to at least an additional 40% of the Initial Mortgage
Loans, and not later than twenty days after the relevant Subsequent
Transfer Date with respect to the remaining Subsequent Mortgage
Loans conveyed on any related Subsequent Transfer Date, and

(C) not later than thirty days after the Closing Date,
with respect to the remaining Initial Mortgage Loans.

Assignments of the Mortgage Loans to the Indenture Trustee (or its
nominee) will be recorded in the appropriate public office for real property
records, except in states (such as California) as to which an opinion of
counsel is delivered to the effect that the recording is not required to
protect the Indenture Trustee's interests in the Mortgage Loan against the
claim of any subsequent transferee or any successor to or creditor of the
Depositor or the applicable Seller. As to any Mortgage Loan, the recording
requirement exception described in the preceding sentence is applicable only so
long as the related Mortgage File is maintained in the possession of the
Indenture Trustee in one of the states to which the exception applies. In the
event an assignment is delivered to the Indenture Trustee in blank and the
related Mortgage File is released by the Indenture Trustee pursuant to
applicable provisions of the Sale and Servicing Agreement, the Indenture
Trustee will complete the assignment as provided in subparagraph (3) above
prior to the release. In the event recording the assignment of the Mortgage
Loan is required to protect the interest of the Indenture Trustee in the
Mortgage Loans, the Master Servicer is required to cause each previously
unrecorded assignment to be submitted for recording.

The Indenture Trustee will review the Initial Mortgage Loan
documents on or prior to the Closing Date (or promptly after the Indenture
Trustee's receipt of any document permitted to be delivered after the Closing
Date), and the Subsequent Mortgage Loan documents promptly after the Indenture
Trustee's receipt thereof on or after the related Subsequent Transfer Date as
described above, and the Indenture Trustee will hold the Mortgage Loan
documents in trust for the benefit of the holders of the Notes in accordance
with its customary procedures, including storing the documents in
fire-resistant facilities. After review of the Mortgage Loan documents, if any
document is found to be missing or defective in any material respect, the
Indenture Trustee is required to notify the Depositor, the Master Servicer, the
[Class AF-5B] Insurer and [Countrywide Home Loans] in writing. If [Countrywide

Home Loans] cannot or does not cure the omission or defect within 90 days of its receipt of notice from the Indenture Trustee, [Countrywide Home Loans] is required to repurchase the related Mortgage Loan from the issuing entity at a price (the "Purchase Price") equal to the sum of:

> (i)   100% of the unpaid principal balance (or, if the purchase or repurchase, as the case may be, is effected by the Master Servicer, the Stated Principal Balance) of the Mortgage Loan as of the date of the purchase,

> (ii)  accrued interest thereon at the applicable Mortgage Rate (or, if the purchase or repurchase, as the case may be, is effected by the Master Servicer, at the Net Mortgage Rate) from (a) the date through which interest was last paid by the mortgagor (or, if the purchase or repurchase, as the case may be, is effected by the Master Servicer, the date through which interest was last advanced by, and not

<center>S-49</center>

<PAGE>

> reimbursed to, the Master Servicer) to (b) the Due Date in the month in which the Purchase Price is to be distributed to noteholders, and

> (iii) any costs, expenses and damages incurred by the issuing entity resulting from any violation of any predatory or abusive lending law in connection with the Mortgage Loan.

Rather than repurchase the Mortgage Loan as provided above, [Countrywide Home Loans] may remove the Mortgage Loan (a "Deleted Mortgage Loan") from the issuing entity and substitute in its place another Mortgage Loan of like kind (a "Replacement Mortgage Loan"); however, a substitution is only permitted within two years after the Closing Date. Any Replacement Mortgage Loan generally will, on the date of substitution, among other characteristics set forth in the Sale and Servicing Agreement:

> (1) have a Stated Principal Balance, after deduction of the principal portion of the Scheduled Payment due in the month of substitution, not in excess of, and not less than 90% of, the Stated Principal Balance of the Deleted Mortgage Loan (the amount of any shortfall to be forwarded by [Countrywide Home Loans] to the Master Servicer and deposited by the Master Servicer in the Collection Account not later than the succeeding Determination Date and held for distribution to the holders of the Notes on the related Distribution Date),

> (2) if the Deleted Mortgage Loan that is being replaced is an Adjustable Rate Mortgage Loan, have a Maximum Mortgage Rate not more than 1% per annum higher or lower than the Maximum Mortgage Rate of the Deleted Mortgage Loan,

> (3) if the Deleted Mortgage Loan that is being replaced is an Adjustable Rate Mortgage Loan, have a minimum Mortgage Rate specified in its related Mortgage Note (the "Minimum Mortgage Rate") not more than 1% per annum higher or lower than the Minimum Mortgage Rate of the Deleted Mortgage Loan,

(4) if the Deleted Mortgage Loan that is being replaced is an Adjustable Rate Mortgage Loan, have the same Mortgage Index, reset period, payment cap and recast provisions, as applicable, as and a Gross Margin not more than 1% per annum higher or lower than that of the Deleted Mortgage Loan,

(5) have a Mortgage Rate no lower than and not more than 1% higher than that of the Deleted Mortgage Loan,

(6) have a Loan-to-Value Ratio no higher than that of the Deleted Mortgage Loan,

(7) have a remaining term to maturity not greater than (and not more than one year less than) that of the Deleted Mortgage Loan, and

(8) comply with all of the representations and warranties set forth in the Sale and Servicing Agreement as of the date of substitution.

This cure, repurchase or substitution obligation constitutes the sole remedy available to the noteholders, the Indenture Trustee, the issuing entity or the Depositor for omission of, or a material defect in, a Mortgage Loan document.

[Pre-Funding]

On the Closing Date, the Depositor may elect to deposit an amount of up to 25% of the initial Note Principal Balance of the Offered Notes (the "Pre-Funded Amount") in a pre-funding account (the "Pre-Funding Account") established and maintained by the Indenture Trustee on behalf of the noteholders. The Pre-Funded Amount will be allocated between the Loan Groups so that the amount allocated to any Loan Group will not exceed 25% of the initial Note Principal Balance of the Notes related to the Loan Group. Any investment income earned from amounts in the Pre-Funding Account, if any, will be paid to the Countrywide Home Loans, and will not be

S-50

<PAGE>

available for payments on the Notes. If the Depositor elects to deposit the Pre-Funded Amount in the Pre-Funding Account, during the period from the Closing Date until the earlier of (x) the date the amount in the Pre-Funding Account is less than $[ ] and (y) [ ] 200[ (the "Funding Period"), the Depositor will be expected to purchase additional mortgage loans originated or purchased by a Seller (the "Subsequent Mortgage Loans") from a Seller and sell the Subsequent Mortgage Loans to the issuing entity as described below. The purchase price for each Subsequent Mortgage Loan will equal the Stated Principal Balance of the Subsequent Mortgage Loan as of the later of (x) the first day of the month of the related Subsequent Transfer Date and (y) the origination date of that Subsequent Mortgage Loan (the related "Subsequent Cut-off Date") and will be paid from the Pre-Funding Account. Accordingly, the purchase of Subsequent Mortgage Loans will decrease the amount on deposit in the Pre-Funding Account and increase the Stated Principal Balance of the Mortgage Pool.

Pursuant to the Sale and Servicing Agreement [and a Subsequent