[Distributions of Funds from the Corridor Contracts. On each Distribution Date on or prior to the applicable Corridor Contract Termination Date, amounts allocated to the issuing entity in respect of each Corridor Contract for the Distribution Date will be deposited in the Carryover Reserve Fund and then distributed to the [Class AF-1A] Certificates, [Class 2-AV] Certificates, [Class 3-AV] Certificates or the [Adjustable Rate Subordinate Certificates], as applicable, to pay any unpaid Net Rate Carryover as follows:

(i) in the case of the amounts allocated to the issuing entity in respect of the [Class AF-1A] Corridor Contract, to the [Class AF-1A] Certificates, to the extent needed to pay any Net Rate Carryover,

(ii) in the case of the amounts allocated to the issuing entity in respect of the [Class 2-AV] Corridor Contract, concurrently to each class of [Class 2-AV] Certificates, pro rata, based on the Certificate Principal Balances thereof, to the extent needed to pay any Net Rate Carryover for each class of [Class 2-AV] Certificates; and then, any amounts remaining after the allocation to pay Net Rate Carryover based on

S-88

<PAGE>

the Certificate Principal Balances of the [Class 2-AV] Certificates will be distributed to each class of [Class 2-AV] Certificates to the extent needed to pay any remaining unpaid Net Rate Carryover, pro rata, based on the amount of the remaining unpaid Net Rate Carryover,

(iii) in the case of the amounts allocated to the issuing entity in respect of the [Class 3-AV] Corridor Contract, concurrently to each class of [Class 3-AV] Certificates, pro rata, based on the Certificate Principal Balances thereof, to the extent needed to pay any Net Rate Carryover for each class of [Class 3-AV] Certificates; and then, any amounts remaining after the allocation to pay Net Rate Carryover based on the Certificate Principal Balances of the [Class 3-AV] Certificates will be distributed to each class of [Class 3-AV] Certificates to the extent needed to pay any remaining unpaid Net Rate Carryover, pro rata, based on the amount of the remaining unpaid Net Rate Carryover, and

(iv) in the case of the amounts allocated to the issuing entity in respect of the Adjustable Rate Subordinate Corridor Contract, concurrently to each class of [Adjustable Rate Subordinate Certificates], pro rata, based on the Certificate Principal Balances thereof, to the extent needed to pay any Net Rate Carryover for each class of [Adjustable Rate Subordinate Certificates]; and then, any amounts remaining after the allocation to pay Net Rate Carryover based on the Certificate Principal Balances of the [Adjustable Rate Subordinate Certificates] will be distributed to each class of [Adjustable Rate Subordinate Certificates] to the extent needed to pay any remaining unpaid Net Rate Carryover, pro rata, based on the amount of the remaining unpaid Net Rate Carryover.

Any amounts remaining after the application of the amounts as described in each of clauses (i) through (iv) above allocated to the issuing entity in respect of each respective Corridor Contract will be distributed to (a) the holders of the Class CF Certificates, in the case of amounts allocated to the issuing entity in respect of the [Class AF-1A] Corridor Contract and (b) the [Class CV] Certificates, in the case of amounts allocated to the issuing

entity in respect of the [Class 2-AV] Corridor Contract, the [Class 3-AV] Corridor Contract and the Adjustable Rate Subordinate Corridor Contract and will not be available for the payment of any Net Rate Carryover on any class or classes of Certificates unless a Corridor Contract is subject to an early termination, in which case the portion of any early termination payment allocated to the issuing entity in respect of the Corridor Contract will be deposited by the Trustee in the Carryover Reserve Fund to cover any Net Rate Carryover on the class or classes of Certificates specifically benefiting from the Corridor Contract until the applicable Corridor Contract Termination Date. See "-- Carryover Reserve Fund" below.]

[Distributions of Principal. The manner of distributing principal among the classes of Certificates will differ depending upon whether a Distribution Date occurs on or after the related Stepdown Date and, on or after that date, whether a Trigger Event is in effect. Generally, prior to the related Stepdown Date or if a Trigger Event is in effect, all amounts distributable as principal on a Distributable Date will be allocated first to the related Senior Certificates for the Loan Group or Loan Groups, until the related Senior Certificates are paid in full, before any distributions of principal are made on the related Subordinate Certificates.

On any Distribution Date on or after the related Stepdown Date and so long as no Trigger Event is in effect, instead of allocating all amounts distributable as principal on the Certificates to the related Senior Certificates for the Loan Group or Loan Groups until those Senior Certificates are paid in full, a portion of those amounts distributable as principal will be allocated to the related Subordinate Certificates. The amount allocated to each class of Certificates on or after the related Stepdown Date and so long as no Trigger Event is in effect will be based on the targeted level of overcollateralization and subordination for each class of Certificates. After the related Stepdown Date, if a Trigger Event is in effect, the priority of principal payments will revert to the payment priority prior to the related Stepdown Date. The amount to be distributed as principal on each Distribution Date are described in more detail under "-- Glossary of Terms -- Definitions related to Principal Calculations and Distributions", and the order in which these amounts are distributed are described under "-- Distributions of Principal Distribution Amount for Loan Group [1]" and "-- Distributions of Principal Distribution Amount for Loan Group [2] and Loan Group [3]" in this prospectus supplement.]

[Distributions of Principal Distribution Amount for Loan Group [1]. On each Distribution Date, the Principal Distribution Amount for the Distribution Date for Loan Group [1] is required to be distributed as follows

S-89

<PAGE>

until the Principal Distribution Amount has been fully distributed (with the Principal Remittance Amount being applied first and the Extra Principal Distribution Amount being applied thereafter):

    (1) For each Distribution Date prior to the Fixed Rate Stepdown Date or on which a Fixed Rate Trigger Event is in effect, from the Principal Distribution Amount for Loan Group [1], sequentially:

        (A) to the [Class AF] Certificates and to the [Class AF-5B] Insurer, in the order, amounts and priorities set forth in clause (3)(A) below,

        (B) sequentially, to the [Class MF-1], [Class MF-2],

[Class MF-3], [Class MF-4], [Class MF-5], [Class MF-6], [Class MF-7], [Class MF-8] and [Class BF] Certificates, in that order, in each case until the Certificate Principal Balance thereof is reduced to zero, and

(C) any remainder as part of the Fixed Rate Loan Group Excess Cashflow to be allocated as described under "--Overcollateralization Provisions" below.

(2) For each Distribution Date on or after the Fixed Rate Stepdown Date and so long as a Fixed Rate Trigger Event is not in effect, from the Principal Distribution Amount for Loan Group [1], sequentially:

(A) in an amount up to the [Class AF] Principal Distribution Amount, to the [Class AF] Certificates in the order and priorities set forth in clause (3)(B) below, until the Certificate Principal Balances thereof are reduced to zero,

(B) to the [Class AF-5B] Insurer, any remaining [Class AF-5B] Premium and any remaining [Class AF-5B] Reimbursement Amount, in each case that has not been paid from Interest Funds for Loan Group [1] for the Distribution Date,

(C) sequentially, to the [Class MF-1], [Class MF-2], [Class MF-3], [Class MF-4], [Class MF-5], [Class MF-6], [Class MF-7], [Class MF-8] and [Class BF] Certificates, in that order, the Fixed Rate Subordinate Class Principal Distribution Amount for that class, in each case until the Certificate Principal Balance thereof is reduced to zero, and

(D) any remainder as part of the Fixed Rate Loan Group Excess Cashflow to be allocated as described under "--Overcollateralization Provisions" below.

(3) On each Distribution Date on which any principal amounts are to be distributed to the [Class AF] Certificates and the [Class AF-5B] Insurer pursuant to clause (1)(A) above or to the [Class AF] Certificates pursuant to clause (2)(A) above, the amounts will be distributed to the [Class AF] Certificates and, if applicable, the [Class AF-5B] Insurer, in the following order of priority:

(A) For each Distribution Date prior to the Fixed Rate Stepdown Date or on which a Fixed Rate Trigger Event is in effect,

[(i) the NAS Principal Distribution Amount to the [Class AF-6] Certificates, until the Certificate Principal Balance thereof is reduced to zero,]

(ii) concurrently, to the [Class AF-1A] and [Class AF-1B] Certificates, pro rata based on their respective Certificate Principal Balances, until their respective Certificate Principal Balances are reduced to zero,

(iii) sequentially, to the [Class AF-2], [Class AF-3] and [Class AF-4] Certificates, in that order, in each case until the Certificate Principal Balance thereof is reduced to zero,

S-90

<PAGE>

(iv) concurrently, to (x) the [Class AF-5A] Certificates and (y) the [Class AF-5B] Certificates and the [Class AF-5B] Insurer, pro rata (based on, with respect to clause (x), the Certificate Principal Balance of the [Class AF-5A] Certificates, and with respect to clause (y), the Certificate Principal Balance of the [Class AF-5B] Certificates):

(a) to the [Class AF-5A] Certificates, until the Certificate Principal Balance thereof is reduced to zero, and

(b) sequentially:

(I) to the [Class AF-5B] Insurer, any remaining [Class AF-5B] Premium that has not been paid from Interest Funds for Loan Group [1] for the Distribution Date, and

(II) to the [Class AF-5B] Certificates, until the Certificate Principal Balance thereof is reduced to zero,

(v) to the [Class AF-6] Certificates [without regard to the NAS Principal Distribution Amount], until the Certificate Principal Balance thereof is reduced to zero, and

(vi) to the [Class AF-5B] Insurer, any remaining [Class AF-5B] Reimbursement Amount that has not been paid from Interest Funds for Loan Group [1] for the Distribution Date.

(B) For each Distribution Date on or after the Fixed Rate Stepdown Date and so long as a Fixed Rate Trigger Event is not in effect,

[(i) the NAS Principal Distribution Amount to the [Class AF-6] Certificates, until the Certificate Principal Balance thereof is reduced to zero,]

(ii) concurrently, to the [Class AF-1A] and [Class AF-1B] Certificates, pro rata based on their respective Certificate Principal Balances, until their respective Certificate Principal Balances are reduced to zero,

(iii) sequentially, to the [Class AF-2], [Class AF-3] and [Class AF-4] Certificates, in that order, in each case until the Certificate Principal Balance thereof is reduced to zero,

(iv) concurrently, to the [Class AF-5A] Certificates and the [Class AF-5B] Certificates, pro rata, based on the Certificate Principal Balances thereof, until the Certificate Principal Balances thereof are reduced to zero, and

(v) to the [Class AF-6] Certificates [without regard to the NAS Principal Distribution Amount], until the Certificate Principal Balance thereof is reduced to zero.

Notwithstanding the foregoing order of priority, on any Distribution Date on which the aggregate Certificate Principal Balance of the [Class AF] Certificates is greater than the sum of the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [1] [and any amount on deposit in the Pre-Funding Account in respect of Loan Group [1]], any principal amounts to be distributed to the [Class AF] Certificates and the [Class AF-5B] Insurer will be distributed first, concurrently to the [Class AF] Certificates, pro rata, based on the Certificate Principal Balances thereof, until the Certificate Principal Balances thereof are reduced to zero, and second, to the [Class AF-5B] Insurer, any remaining [Class AF-5B] Premium and any remaining [Class AF-5B] Reimbursement Amount.]

[Distributions of Principal Distribution Amount for Loan Group [2] and Loan Group [3]. On each Distribution Date, the Principal Distribution Amount for the Distribution Date for Loan Group [2] and Loan Group

S-91

<PAGE>

[3] is required to be distributed as follows until the Principal Distribution Amount has been fully distributed (with the Principal Remittance Amount being applied first and the Extra Principal Distribution Amount being applied thereafter):

(1) For each Distribution Date prior to the Adjustable Rate Stepdown Date or on which an Adjustable Rate Trigger Event is in effect, sequentially:

(A) concurrently:

(i) from the Principal Distribution Amount for Loan Group [2], sequentially:

(a) to each class of [Class 2-AV] Certificates, in the order and priorities set forth in clause (3) below, until the Certificate Principal Balances thereof are reduced to zero, and

(b) to each class of [Class 3-AV] Certificates (after the distribution of the Principal Distribution Amount from Loan Group [3] as provided in clause (1)(A)(ii)(a) below), in the order and priorities set forth in clause (4) below, until the Certificate Principal Balances thereof are reduced to zero,

(ii) from the Principal Distribution Amount for Loan Group [3], sequentially:

(a) to each class of [Class 3-AV]

Certificates, in the order and priorities set forth in clause (4) below, until the Certificate Principal Balances thereof are reduced to zero, and

(b) to each class of [Class 2-AV] Certificates (after the distribution of the Principal Distribution Amount from Loan Group [2] as provided in clause (1)(A)(i)(a) above), in the order and priorities set forth in clause (3) below, until the Certificate Principal Balances thereof are reduced to zero,

(B) from the remaining Principal Distribution Amounts for Loan Group [2] and Loan Group [3], sequentially:

(i) sequentially, to the [Class MV-1], [Class MV-2], [Class MV-3], [Class MV-4], [Class MV-5], [Class MV-6], [Class MV-7], [Class MV-8] and [Class BV] Certificates, in that order, in each case until the Certificate Principal Balance thereof is reduced to zero, and

(ii) any remainder as part of the Adjustable Rate Loan Group Excess Cashflow to be allocated as described under "--Overcollateralization Provisions" below.

(2) For each Distribution Date on or after the Adjustable Rate Stepdown Date and so long as an Adjustable Rate Trigger Event is not in effect, from the Principal Distribution Amounts for Loan Group [2] and Loan Group [3], sequentially:

(A) in an amount up to the [Class AV] Principal Distribution Target Amount, pro rata based on the related [Class AV] Principal Distribution Allocation Amount for the [Class 2-AV] Certificates and the [Class 3-AV] Certificates, respectively, concurrently, to (I) each class of [Class 2-AV] Certificates, in an amount up to the [Class 2-AV] Principal Distribution Amount in the order and priorities set forth in clause (3) below, until the Certificate Principal Balances thereof are reduced to zero, and (II) each class of [Class 3-AV] Certificates, in an amount up to the [Class 3-AV] Principal Distribution Amount in the order and priorities set forth in clause (4) below, until the Certificate Principal Balances thereof are reduced to zero; provided, however, that if the aggregate Certificate Principal Balance of the [Class 2-AV] Certificates or [Class 3-AV] Certificates is reduced to zero then any remaining unpaid [Class AV] Principal Distribution Target

S-92

<PAGE>

Amount will be distributed to the remaining [Class AV] Certificates in the order and priorities set forth in clause (3) or clause (4) below, as the case may be, until the Certificate Principal Balances thereof are reduced to zero,

(B) sequentially, to the [Class MV-1], [Class MV-2], [Class MV-3], [Class MV-4], [Class MV-5], [Class MV-6],

[Class MV-7], [Class MV-8] and [Class BV] Certificates, in that order, the Adjustable Rate Subordinate Class Principal Distribution Amount for that class, in each case until the Certificate Principal Balance thereof is reduced to zero, and

(C) any remainder as part of the Adjustable Rate Loan Group Excess Cashflow to be allocated as described under "--Overcollateralization Provisions" below.

(3) On each Distribution Date on which any principal amounts are to be distributed to the [Class 2-AV] Certificates, the amounts will be distributed concurrently, to the [Class 2-AV-1] and [Class 2-AV-2] Certificates, pro rata, based on the Certificate Principal Balances thereof, in each case until the Certificate Principal Balance thereof is reduced to zero; provided, however, if a Group [2] Sequential Trigger Event is in effect, then principal will be distributed to the [Class 2-AV-1] and [Class 2-AV-2] Certificates, sequentially, in that order, in each case until the Certificate Principal Balance thereof is reduced to zero.

(4) On each Distribution Date on which any principal amounts are to be distributed to the [Class 3-AV] Certificates, the amounts will be distributed sequentially, to the [Class 3-AV-1], [Class 3-AV-2], [Class 3-AV-3] and [Class 3-AV-4] Certificates, in that order, in each case until the Certificate Principal Balance thereof is reduced to zero; provided, however, that on any Distribution Date on which (x) the aggregate Certificate Principal Balance of the [Class AV] Certificates is greater than the sum of the aggregate Stated Principal Balance of the Adjustable Rate Mortgage Loans and any amount on deposit in the Pre-Funding Account in respect of Loan Group [2] and Loan Group [3] and (y) the aggregate Certificate Principal Balance of the [Class 3-AV] Certificates is greater than the sum of the aggregate Stated Principal Balance of the Group [3] Mortgage Loans and any amount on deposit in the Pre-Funding Account in respect of Loan Group [3], any principal amounts to be distributed to the [Class 3-AV] Certificates will be distributed pro rata, based on the Certificate Principal Balances thereof, in each case until the Certificate Principal Balance thereof is reduced to zero.

Notwithstanding the foregoing priority of distributions, distributions made to the [Class 2-AV] and [Class 3-AV] Certificates pursuant to clauses (1)(A)(i), (1)(A)(ii) and (2)(A) under "--Distributions--Distributions of Principal Distribution Amount for Loan Group [2] and Loan Group [3]" above, shall be deemed to have been made from collections in respect of Loan Group [2] and Loan Group [3], respectively.]

[Class AF-5B Policy. On any Distribution Date, the Trustee will distribute to the holders of the [Class AF-5B] Certificates, any Insured Payments received from the [Class AF-5B] Insurer with respect to the Distribution Date.]

Residual Certificates. [The Class A-R Certificates do not bear interest.] The Class A-R Certificates will receive a distribution of $100 of principal on the first Distribution Date, after which their Certificate Principal Balance will equal zero. The $100 will be withdrawn from a reserve account established by the Trustee and funded by the Depositor on the Closing Date for the purposes of making distributions on the Class A-R, [Class PF and Class PV] Certificates. The Class A-R Certificates will remain outstanding for so long as the issuing entity will exist. In addition to the distribution of principal on the first Distribution Date, on each Distribution Date, the

holders of the Class A-R Certificates, as provided in the Pooling and
Servicing Agreement, will be entitled to receive any available funds remaining
after payment of interest and principal on the Senior Certificates and on the
Subordinate Certificates and payments to the [Class AF-5B] Insurer (each as
described above) [and payments to the Class CF and Class CV Certificates] (as
provided in the Pooling and Servicing Agreement). It is not anticipated that
there will be any significant amounts remaining for distribution to the Class
A-R Certificates.


S-93

<PAGE>

[Overcollateralization Provisions]

On the Closing Date, it is expected that:

o the sum of the aggregate Stated Principal Balance of the
Group [1] Mortgage Loans and the original Pre-Funded Amount in
respect of Loan Group [1] will exceed the initial aggregate
Certificate Principal Balance of the [Class AF] Certificates and the
[Fixed Rate Subordinate Certificates] by approximately [  ]%; and

o the sum of the aggregate Stated Principal Balance of the
Group [2] and Group [3] Mortgage Loans and the original Pre-Funded
Amount in respect of Loan Group [2] and Loan Group [3] will exceed
the initial aggregate Certificate Principal Balance of the [Class AV]
Certificates and the [Adjustable Rate Subordinate Certificates] by
approximately [  ]%.

However, these amounts are less than the required initial levels of
overcollateralization required by the Pooling and Servicing Agreement. The
weighted average Adjusted Net Mortgage Rate for each group or groups of
Mortgage Loans is generally expected to be higher than the weighted average of
the Pass-Through Rates on the related classes of Certificates. As a result,
interest collections on the Mortgage Loans are expected to be generated in
excess of the amount of interest payable to the holders of the related
Certificates and the related fees and expenses payable by the issuing entity.
Any interest payments received in respect of the Mortgage Loans in a Loan
Group or Loan Groups in excess of the amount that is needed to pay interest on
the related Certificates and the issuing entity's expenses related to that
Loan Group (including in the case of Loan Group [1] and the [Class AF-5B]
Certificates, the [Class AF-5B] Premium due to the [Class AF-5B] Insurer) will
be used to reduce the total Certificate Principal Balance of the related
Certificates, until the required level of overcollateralization has been
achieved. The excess cashflow, if any, will be applied on each Distribution
Date as a payment of principal on the related class or classes of Offered
Certificates then entitled to receive distributions in respect of principal,
but only to the limited extent hereafter described. Thereafter, any remaining
excess cashflow will be allocated to pay Net Rate Carryover and Unpaid
Realized Loss Amounts in the amount and the priority described below.

[Fixed Rate Loan Group Excess Cashflow.

The "Fixed Rate Loan Group Excess Cashflow" with respect to any
Distribution Date is the sum of the amounts remaining as set forth in (i)
clause (2)(c) in "Distributions -- Distributions of Interest -- Distributions
of Interest Funds for Loan Group [1]" for the Distribution Date and (ii)
clause (1)(C) or (2)(D), as applicable, in "-- Distributions -- Distributions
of Principal Distribution Amount for Loan Group [1]" for the Distribution
Date.

With respect to any Distribution Date, any Fixed Rate Loan Group Excess Cashflow and, in the case of Unpaid Realized Loss Amounts only, any amounts in the Credit Comeback Excess Account available for the Distribution Date ("Credit Comeback Excess Cashflow"), will be paid to the classes of Certificates in the following order of priority, in each case first to the extent of the remaining Credit Comeback Excess Cashflow, if applicable and second to the extent of the remaining Fixed Rate Loan Group Excess Cashflow:

1. to the holders of the class or classes of [Class AF] Certificates and [Fixed Rate Subordinate Certificates] then entitled to receive distributions in respect of principal, in an amount equal to the Extra Principal Distribution Amount for Loan Group [1], payable to those holders as part of the Principal Distribution Amount as described under "--Distributions--Distributions of Principal Distribution Amount for Loan Group [1]" above; provided, however, that Credit Comeback Excess Cashflow (if any) will only be distributed pursuant to this clause, if the Fixed Rate Overcollateralization Target Amount has at any previous time been met;

2. sequentially, to the holders of the [Class MF-1], [Class MF-2], [Class MF-3], [Class MF-4], [Class MF-5], [Class MF-6], [Class MF-7], [Class MF-8] and [Class BF] Certificates, in that order, in each case, first in an amount equal to any Interest Carry Forward Amount for that class, and second, in an amount equal to the Unpaid Realized Loss Amount for that class;

S-94

<PAGE>

3. to each class of [Class AF] Certificates and [Fixed Rate Subordinate Certificates] (in the case of the [Class AF]-1A Certificates after application of amounts allocated to the issuing entity in respect of the [Class AF]-1A Corridor Contract to cover Net Rate Carryover), pro rata based on the Certificate Principal Balances thereof, to the extent needed to pay any unpaid Net Rate Carryover for each class of [Class AF] Certificates and [Fixed Rate Subordinate Certificates]; and then any Fixed Rate Loan Group Excess Cashflow remaining after the allocation to pay Net Rate Carryover based on the Certificate Principal Balances of those Certificates will be distributed to each class of [Class AF] Certificates and [Fixed Rate Subordinate Certificates] with respect to which there remains any unpaid Net Rate Carryover, pro rata, based on the amount of the unpaid Net Rate Carryover;

4. if the Adjustable Rate Overcollateralization Target Amount has at any previous time been met, to the holders of the class or classes of [Class AV] Certificates and [Adjustable Rate Subordinate Certificates] then entitled to receive distributions in respect of principal, payable to those holders as part of the Principal Distribution Amount as described under "--Distributions--Distributions of Principal Distribution Amount for Loan Group [2] and Loan Group [3]" above, in an amount equal to the Extra Principal Distribution Amount for Loan Group [2] and Loan Group [3]

not covered by the Adjustable Rate Loan Group Excess Cashflow;

5. sequentially, to the holders of the [Class 2-AV-2], [Class MV-1], [Class MV-2], [Class MV-3], [Class MV-4], [Class MV-5], [Class MV-6], [Class MV-7], [Class MV-8] and [Class BV] Certificates, in that order, in each case in an amount equal to the Unpaid Realized Loss Amount for that class remaining undistributed after application of the Adjustable Rate Loan Group Excess Cashflow;

6. to the Carryover Reserve Fund, in an amount equal to the Required Carryover Reserve Fund Deposit (after giving effect to other deposits and withdrawals therefrom on the Distribution Date without regard to any amounts allocated to the issuing entity in respect of any Corridor Contract not required to cover Net Rate Carryover on the related class(es) of Certificates on the Distribution Date); and

7. to fund distributions to the holders of the [Class CF] and Class A-R Certificates, in each case in the amounts specified in the Pooling and Servicing Agreement.]

[Adjustable Rate Loan Group Excess Cashflow.

The "Adjustable Rate Loan Group Excess Cashflow" with respect to any Distribution Date is the sum of the amounts remaining as set forth in (i) clause (3)(b) in "--Distributions -- Distributions of Interest -- Distributions of Interest Funds for Loan Group [2] and Loan Group [3]" and (ii) clause (1)(B)(ii) or (2)(C), as applicable, in "-- Distributions -- Distributions of Principal Distribution Amount for Loan Group [2] and Loan Group [3]."

With respect to any Distribution Date, any Adjustable Rate Loan Group Excess Cashflow will be paid to the classes of Certificates in the following order of priority, in each case to the extent of the remaining Adjustable Rate Loan Group Excess Cashflow:

1. to the holders of the class or classes of [Class AV] Certificates and [Adjustable Rate Subordinate Certificates] then entitled to receive distributions in respect of principal, in an aggregate amount equal to the Extra Principal Distribution Amount for Loan Group [2] and Loan Group [3], payable to those holders as part of the related Principal Distribution Amounts as described under "--Distributions--Distributions of Principal Distribution Amount for Loan Group [2] and Loan Group [3]" above;

S-95

<PAGE>

2. sequentially, to the holders of the [Class 2-AV-2], [Class MV-1], [Class MV-2], [Class MV-3], [Class MV-4], [Class MV-5], [Class MV-6], [Class MV-7], [Class MV-8] and [Class BV] Certificates, in that order, in each case, first in an amount equal to any Unpaid Realized Loss Amount for that class, and second, in an amount equal to the Interest Carry Forward Amount for that class;

3. to each class of [Class AV] Certificates and [Adjustable

Rate Subordinate Certificates] (in each case after application of amounts allocated to the issuing entity in respect of the applicable Corridor Contract to cover Net Rate Carryover), pro rata based on the Certificate Principal Balances thereof, to the extent needed to pay any Net Rate Carryover for each class of [Class AV] Certificates and [Adjustable Rate Subordinate Certificates] remaining after application of amounts under the applicable Corridor Contract; provided that any Adjustable Rate Loan Group Excess Cashflow remaining after the allocation to pay Net Rate Carryover based on the Certificate Principal Balances of those Certificates will be distributed to each class of [Class AV] Certificates and [Adjustable Rate Subordinate Certificates] with respect to which there remains any unpaid Net Rate Carryover (after the distribution based on Certificate Principal Balances), pro rata, based on the amount of the unpaid Net Rate Carryover;

4.  if the Fixed Rate Overcollateralization Target Amount has at any previous time been met, to the holders of the class or classes of [Class AF] Certificates and [Fixed Rate Subordinate Certificates] then entitled to receive distributions in respect of principal, payable to those holders as part of the Principal Distribution Amount as described under "--Distributions--Distributions of Principal Distribution Amount for Loan Group [1]" above, in an amount equal to the Extra Principal Distribution Amount for Loan Group [1] not covered by the Fixed Rate Loan Group Excess Cashflow or Credit Comeback Excess Cashflow;

5.  sequentially, to the holders of the [Class MF-1], [Class MF-2], [Class MF-3], [Class MF-4], [Class MF-5], [Class MF-6], [Class MF-7], [Class MF-8] and [Class BF] Certificates, in that order, in each case in an amount equal to the Unpaid Realized Loss Amount for that class remaining undistributed after application of the Fixed Rate Loan Group Excess Cashflow and Credit Comeback Excess Cashflow;

6.  to the Carryover Reserve Fund, in an amount equal to the Required Carryover Reserve Fund Deposit (after giving effect to other deposits and withdrawals therefrom on the Distribution Date without regard to any amounts allocated to the issuing entity in respect of any Corridor Contract not required to cover Net Rate Carryover on the related class(es) of Certificates on the Distribution Date);

7.  in the event that a [Class 3-AV-1] Acceleration Event is in effect, to the holders of the [Class 3-AV-1] Certificates, in an amount equal to the [Class 3-AV-1] Acceleration Amount; and

8.  to fund distributions to the holders of the [Class CV] and [Class A-R] Certificates, in each case in the amounts specified in the Pooling and Servicing Agreement.]]

[The Corridor Contracts]

[Countrywide Home Loans] has entered into the following [         ] interest rate corridor transactions with [         ] (the "Corridor Contract Counterparty"), each as evidenced by a confirmation between [Countrywide Home Loans] and the Corridor Contract Counterparty (together the "Corridor Contracts" and each, a "Corridor Contract"):

o    the "[Class AF-1A] Corridor Contract,"

o    the "[Class 2-AV] Corridor Contract,"

S-96

<PAGE>

o    the "[Class 3-AV] Corridor Contract," and

o    the "[Adjustable Rate Subordinate] Corridor Contract,"

[Pursuant to each Corridor Contract, the terms of an ISDA Master Agreement were incorporated into the confirmation of the Corridor Contract, as if the ISDA Master Agreement had been executed by [Countrywide Home Loans] and the Corridor Contract Counterparty on the date that each Corridor Contract was executed. Each Corridor Contract is subject to certain ISDA definitions. On the Closing Date, [Countrywide Home Loans] will assign its rights under each Corridor Contract to [            ], as corridor contract administrator (in this capacity, the "Corridor Contract Administrator"), and [Countrywide Home Loans], the Corridor Contract Administrator and the Trustee will enter into a corridor contract administration agreement (the "Corridor Contract Administration Agreement") pursuant to which the Corridor Contract Administrator will allocate any payments received under each Corridor Contract between the Trustee and [Countrywide Home Loans] as described below.]

[On or prior to the applicable Corridor Contract Termination Date, amounts (if any) received under each Corridor Contract by the Corridor Contract Administrator and allocated to the Trustee for the benefit of the issuing entity will be used to pay Net Rate Carryover on the related class or classes of Certificates as described above under "--Distributions--Distributions of Funds from the Corridor Contracts." Amounts allocated to the Trustee in respect of the Corridor Contracts will not be available to pay Net Rate Carryover on any class of Certificates other than the related class or classes of Certificates. On any Distribution Date, after application of any amounts allocated to the Trustee in respect of the Corridor Contracts to pay Net Rate Carryover, any remaining amounts will be distributed as described above under "--Distributions--Distributions of Funds from the Corridor Contracts" and will not thereafter be available for payments of Net Rate Carryover for any class of Certificates, unless the remaining amounts are allocated to the Trustee in connection with an early termination of the related Corridor Contract in which case the amounts will be held by the Trustee until the applicable Corridor Contract Termination Date for distribution as described above under "-- Distributions --Distributions of Funds from the Corridor Contracts."]

[With respect to each Corridor Contract and any Distribution Date on or prior to the applicable Corridor Contract Termination Date, the amount payable by the Corridor Contract Counterparty under a Corridor Contract will equal the product of:

(i) the excess (if any) of (x) the lesser of (A) [One-Month LIBOR (as determined by the Corridor Contract Counterparty) and (B) the applicable Corridor Contract Ceiling Rate (if any) for the Distribution Date over (y) the applicable Corridor Contract Strike Rate for the Distribution Date,

(ii) the applicable Corridor Contract Notional Balance for the Distribution Date, and

(iii) the [actual number of days in the related Accrual Period],

divided by 360.]

      [Pursuant to the Corridor Contract Administration Agreement, on or prior to each Distribution Date, the Corridor Contract Administrator will allocate any payment received from the Corridor Contract Counterparty with respect to each Corridor Contract and the Distribution Date (other than any termination payment, which will be allocated as described below):

   o   first, to the Trustee, up to the amount that would be payable under each Corridor Contract if clause (ii) of the preceding sentence were equal to the lesser of the Corridor Contract Notional Balance for the Distribution Date and the aggregate Certificate Principal Balance of the related class or classes of Certificates immediately prior to the Distribution Date, referred to as a "Net Corridor Contract Payment," and

   o   second, to [Countrywide Home Loans], any remainder, referred to as an "Excess Corridor Contract Payment."]

      Excess Corridor Contract Payments will not be available to cover Net Rate Carryover on the Certificates.

S-97

<PAGE>

      The "Notional Balance," the "Strike Rate" and the "Ceiling Rate" for the [Class AF-1A] Corridor Contract for each Distribution Date are as described in the following table:

<TABLE>
<CAPTION>

| Month of Distribution Date | Notional Balance ($) | Strike Rate | Ceiling Rate | Month of Distribution Date | B |
|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> |

</TABLE>

     [THE REMAINDER OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK]

S-98

<PAGE>

      The "Notional Balance," "Strike Rate" and "Ceiling Rate" for the [Class 2-AV] Corridor Contract for each Distribution Date are as described in the following table:

```
<TABLE>
<CAPTION>

    Month of                                                   Month of
   Distribution     Notional                                  Distribution
      Date         Balance ($)    Strike Rate   Ceiling Rate      Date          B
---------------  --------------  -------------  --------------  ---------------  ---
<S>               <C>            <C>            <C>             <C>              <C>
```



```
</TABLE>
```

        [THE REMAINDER OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK]


                                    S-99

```
<PAGE>
```

        The "Notional Balance," "Strike Rate" and "Ceiling Rate" for the
[Class 3-AV] Corridor Contract for each Distribution Date are as described in
the following table:

```
<TABLE>
<CAPTION>

    Month of                                                   Month of
   Distribution                                               Distribution
      Date        Balance ($)    Strike Rate   Ceiling Rate      Date          B
---------------  --------------  -------------  --------------  ---------------  ---
<S>               <C>            <C>            <C>             <C>              <C>
```



```
</TABLE>
```

        [THE REMAINDER OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK]


                                    S-100

<PAGE>

      The "Notional Balance," "Strike Rate" and "Ceiling Rate" for the [Adjustable Rate Subordinate] Corridor Contract for each Distribution Date are as described in the following table:

<TABLE>
<CAPTION>

| Month of Distribution Date | Notional Balance ($) | Strike Rate | Ceiling Rate | Month of Distribution Date | B |
|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> |

</TABLE>

      [THE REMAINDER OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK]

S-101

<PAGE>

      Each Corridor Contract is scheduled to remain in effect until the Distribution Date set forth below:

<TABLE>
<CAPTION>

| Corridor Contract | Corridor Contract Termin |
|---|---|
| <S>      <C> | <C> |
| [Class AF-1A] Corridor Contract | [    ] 20[ |
| [Class 2-AV] Corridor Contract | [    ] 20[ |
| [Class 3-AV] Corridor Contract | [    ] 20[ |
| [Adjustable Rate Subordinate] Corridor Contract | [    ] 20[ |

</TABLE>

      [Each Corridor Contract will be subject to early termination only in limited circumstances. These circumstances generally include certain insolvency or bankruptcy events in relation to the Corridor Contract Counterparty or the Corridor Contract Administrator, the failure by the Corridor Contract Counterparty (three business days after notice of the failure is received by the Corridor Contract Counterparty) to make a payment due under the Corridor Contract and the Corridor Contract becoming illegal or subject to certain kinds of taxation.]

[If any Corridor Contract is terminated, the Corridor Contract Counterparty may owe a termination payment, payable in a lump sum. Any termination payment will be allocated by the Corridor Contract Administrator between the Trustee and [Countrywide Home Loans], based on, with respect to the Trustee, a fraction, the numerator of which is the lesser of (x) the related Corridor Contract Notional Balance at the time of termination and (y) the aggregate Certificate Principal Balance of the related class or classes of Certificates at the time of termination, and the denominator of which is the related Corridor Contract Notional Balance at the time of termination, and with respect to Countrywide Home Loans, a fraction, the numerator of which is the excess, if any, of (x) the related Corridor Contract Notional Balance at the time of termination over (y) the aggregate Certificate Principal Balance of the related class or classes of Certificates at the time of termination, and the denominator of which is the Corridor Contract Notional Balance at the time of termination. The portion of any termination payment that is allocated to the issuing entity will be held by the Trustee until the applicable Corridor Contract Termination Date to pay any Net Rate Carryover on the related class or classes of Certificates. However, if a termination occurs, we cannot assure you that a termination payment will be owing to the Trustee. The Pooling and Servicing Agreement does not provide for the substitution of a replacement corridor contract in the event of a termination of an existing Corridor Contract or in any other circumstance.]

The significance percentage for each Corridor Contract is [less than 10% and in the aggregate, the significance percentage of for all of the Corridor Contracts with the Corridor Contract Counterparty is less than 10%]. The "significance percentage" for each Corridor Contract is the percentage that the significance estimate of the Corridor Contract represents of the aggregate Class Principal Balances of the Certificates related to the Corridor Contract. The "significance estimate" of each Corridor Contract is determined based on a reasonable good-faith estimate of the maximum probable exposure of the Corridor Contract, made in substantially the same manner as that used in Countrywide Home Loans' internal risk management process in respect of similar instruments.

[Description of the Corridor Contract Counterparty complying with the requirements of Item 1114 of Regulation AB to be provided here.]

The Certificates do not represent an obligation of the Corridor Contract Counterparty or the Corridor Contract Administrator. The holders of the Certificates are not parties to or beneficiaries under any Corridor Contract or the Corridor Contract Administration Agreement and will not have any right to proceed directly against the Corridor Contract Counterparty in respect of its obligations under any Corridor Contract or against the Corridor Contract Administrator in respect of its obligations under the Corridor Contract Administration Agreement.

Each Corridor Contract will be filed with the SEC as an Exhibit to a Current Report on Form 8-K after the Closing Date.

[Calculation of One-Month LIBOR

On each Interest Determination Date, the Trustee will determine the London interbank offered rate for [one-month] United States dollar deposits ("One-Month LIBOR") for the Accrual Period on the basis of the rate as it is quoted on the Bloomberg Terminal for that Interest Determination Date. If the rate is not quoted on the Bloomberg Terminal (or if the service is no longer offered, another service for displaying LIBOR or comparable

S-102

<PAGE>

rates as may be reasonably selected by the Trustee), One-Month LIBOR for the applicable Accrual Period will be the Reference Bank Rate as defined in this prospectus supplement. If these quotations cannot be obtained and the Reference Bank Rate is not available, One-Month LIBOR will be the One-Month LIBOR applicable to the preceding Accrual Period.

The establishment of One-Month LIBOR on each Interest Determination Date by the Trustee and the Trustee's calculation of the rate of interest applicable to the [Adjustable Rate Certificates] for the related Accrual Period will (in the absence of manifest error) be final and binding.]

[Carryover Reserve Fund

The Pooling and Servicing Agreement establishes an account (the "Carryover Reserve Fund"), which is held in trust by the Trustee on behalf of the holders of the interest-bearing certificates. On the Closing Date, [Countrywide Home Loans] will deposit $[         ] in the Carryover Reserve Fund. The Carryover Reserve Fund will not be an asset of any REMIC.

On each Distribution Date, the Trustee will deposit in the Carryover Reserve Fund amounts allocated to the issuing entity in respect of the Corridor Contracts. On each Distribution Date, the amounts allocated to the issuing entity in respect of each applicable Corridor Contract will be distributed to the related [Adjustable Rate Certificates] to pay any Net Rate Carryover on the related [Adjustable Rate Certificates] as described under "--Distributions -- Distributions of Funds from the Corridor Contracts" above.

On each Distribution Date, to the extent that Fixed Rate Loan Group Excess Cashflow is available as described under "-- Overcollateralization Provisions -- Fixed Rate Loan Group Excess Cashflow" above or Adjustable Rate Loan Group Excess Cashflow is available as described under "--Overcollateralization Provisions -- Adjustable Rate Loan Group Excess Cashflow" above, the Trustee will deposit in the Carryover Reserve Fund the amount needed to pay any Net Rate Carryover as described under "--Overcollateralization Provisions" above.

On each Distribution Date, to the extent that Fixed Rate Loan Group Excess Cashflow is available as described under "-- Overcollateralization Provisions -- Fixed Rate Loan Group Excess Cashflow" above or Adjustable Rate Loan Group Excess Cashflow is available as described under "--Overcollateralization Provisions -- Adjustable Rate Loan Group Excess Cashflow" above, the Trustee will deposit in the Carryover Reserve Fund an amount equal to the excess, if any, of (i) $[         ] over (ii) the amount of funds on deposit in the Carryover Reserve Fund following all other deposits to, and withdrawals from, the Carryover Reserve Fund on the Distribution Date (the "Required Carryover Reserve Fund Deposit").]

[Credit Comeback Excess Account

The Pooling and Servicing Agreement will require the Trustee to establish a reserve account (the "Credit Comeback Excess Account"), which is held in trust by the Trustee on behalf of the holders of the [Fixed Rate Certificates]. The Credit Comeback Excess Account will not be an asset of any REMIC.

On each Distribution Date, the Trustee will deposit in the Credit Comeback Excess Account, all Credit Comeback Excess Amounts received during the related Due Period. On each Distribution Date, all Credit Comeback Excess Amounts received during the related Due Period will be distributed to the [Fixed Rate Certificates] to restore overcollateralization and to cover any Unpaid Realized Loss Amounts as described under "--Overcollateralization

Provisions -- Fixed Rate Loan Group Excess Cashflow." Any Credit Comeback
Excess Amounts remaining after the application of the Credit Comeback Excess
Amounts as described under "--Overcollateralization Provisions -- Fixed Rate
Loan Group Excess Cashflow" will be distributed to the Class CF Certificates
and will not be available thereafter.]

[Applied Realized Loss Amounts]

        If on any Distribution Date, after giving effect to the distributions
described above, the aggregate Certificate Principal Balance of the [Class AF]
and [Fixed Rate Subordinate Certificates] exceeds the sum of the


                                    S-103
<PAGE>

aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [1] and
the amount on deposit in the Pre-Funding Account in respect of Loan Group [1],
the amount of the excess will be applied to reduce the Certificate Principal
Balances of the [Class BF], [Class MF-8], [Class MF-7], [Class MF-6], [Class
MF-5], [Class MF-4], [Class MF-3], [Class MF-2] and [Class MF-1] Certificates,
in that order, in each case until the Certificate Principal Balance of the
class has been reduced to zero.

        If on any Distribution Date, after giving effect to the distributions
described above, the aggregate Certificate Principal Balance of the [Class AV]
Certificates and [Adjustable Rate Subordinate Certificates] exceeds the sum of
the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [2]
and Loan Group [3] and the amount on deposit in the Pre-Funding Account in
respect of Loan Group [2] and Loan Group [3], the amount of the excess will be
applied to reduce the Certificate Principal Balances of the [Class BV], [Class
MV-8], [Class MV-7], [Class MV-6], [Class MV-5], [Class MV-4], [Class MV-3],
[Class MV-2] and [Class MV-1] Certificates, in that order, in each case until
the Certificate Principal Balance of the class has been reduced to zero, after
which, the Certificate Principal Balance of the [Class 2-AV-2] Certificates
will be reduced by the amount by which the aggregate Certificate Principal
Balance of the [Class 2-AV] Certificates exceeds the sum of the aggregate
Stated Principal Balance of the Mortgage Loans in Group [2] and the amount on
deposit in the Pre-Funding Account in respect of Loan Group [2], until the
Certificate Principal Balance of the [Class 2-AV-2] Certificates has been
reduced to zero. A reduction described in this paragraph or the immediately
preceding paragraph is referred to as an "Applied Realized Loss Amount."
Applied Realized Loss Amounts will not be allocated to the Senior Certificates
(other than the [Class 2-AV-2] Certificates).

        Interest on any class of Certificates, the Certificate Principal
Balance of which has been reduced through the application of Applied Realized
Loss Amounts as described above will accrue for the related class of
Certificates on the Certificate Principal Balance as so reduced unless the
Certificate Principal Balance is subsequently increased due to the allocation
of Subsequent Recoveries to the Certificate Principal Balance of the class as
described in the definition of "Certificate Principal Balance" described in
this prospectus supplement under "-- Glossary of Terms -- Definitions related
to Distribution Dates and Collections."]

[[Class AF-5B] Certificate Guaranty Insurance Policy

        On the Closing Date, [              ] (the "[Class AF-5B] Insurer") will
issue the [Class AF-5B] Policy in favor of the Trustee on behalf of the [Class
AF-5B] certificateholders. The following summary of the provisions of the
[Class AF-5B] Policy does not purport to be complete and is qualified in its
entirety by reference to the [Class AF-5B] Policy. The [Class AF-5B] Policy

will be filed with the SEC as an Exhibit to a Current Report on Form 8-K after the Closing Date.

The [Class AF-5B] Insurer, will issue a certificate guaranty insurance policy (the "Class AF-5B Policy") for the benefit of the holders of the [Class AF-5B] Certificates. The [Class AF-5B] Insurer, in consideration of the payment of a premium and subject to the terms of the [Class AF-5B] Policy, unconditionally and irrevocably guarantees the payment of Insured Amounts to the Trustee on behalf of the holders of the [Class AF-5B] Certificates and payments of Preference Amounts as described below. The [Class AF-5B] Insurer will pay Insured Amounts which are Due for Payment to the Trustee on the later of:

o    [the Distribution Date the Insured Amount is distributable to the holders of the [Class AF-5B] Certificates under the Pooling and Servicing Agreement, and]

o    [the second Business Day following the Business Day the [Class AF-5B] Insurer shall have received telephonic or telegraphic notice, subsequently confirmed in writing, the original of which is sent by registered or certified mail, from the Trustee, specifying that an Insured Amount is due in accordance with the terms of the [Class AF-5B] Policy; provided that, if the notice is received after 12:00 noon, New York City time, on any Business Day, it shall be deemed to be received on the following Business Day. ]

If any notice is not in proper form or is otherwise insufficient for the purpose of making a claim under the [Class AF-5B] Policy, it shall be deemed not to have been received for purposes of this paragraph, and the [Class AF-5B] Insurer shall promptly so advise the Trustee and the Trustee may submit an amended or corrected notice.

S-104

<PAGE>

The [Class AF-5B] Insurer's obligation under the [Class AF-5B] Policy will be discharged to the extent that funds are received by the Trustee for payment to the holders of the [Class AF-5B] Certificates whether or not those funds are properly paid by the Trustee. Payments of Insured Amounts will be made only at the time set forth in the [Class AF-5B] Policy, and no accelerated payments of Insured Amounts will be made regardless of any acceleration of the [Class AF-5B] Certificates, unless the acceleration is at the sole option of the [Class AF-5B] Insurer.

For purposes of the [Class AF-5B] Policy, a holder does not and may not include any of the Trustee, [the Co-Trustee], the Sellers, the Depositor or the Master Servicer.

The [Class AF-5B] Policy will not cover:

o    shortfalls, if any, attributable, to Prepayment Interest Shortfalls;

o    any interest shortfalls resulting from the application of the Relief Act or similar state or local laws, or any Net Rate Carryover; or

o    any shortfalls, if any, attributable to the liability of the issuing entity, any REMIC, the Trustee or any holder of a [Class

AF-5B] Certificate for withholding taxes, if any (including interest and penalties in respect of any liability for withholding taxes).]

[In addition, the [Class AF-5B] Policy:

o   does not cover any risk other than Nonpayment, including the failure of the Trustee to make any payment required under the Pooling and Servicing Agreement to the holders of the [Class AF-5B] Certificates;

o   does not guarantee to the holders of the [Class AF-5B] Certificates any particular rate of principal payment; and

o   does not provide credit enhancement for any class of Certificates other than the [Class AF-5B] Certificates.

No person other than the Trustee shall be entitled to present the notice under the [Class AF-5B] Policy.

In the absence of payments under the [Class AF-5B] Policy, holders of the [Class AF-5B] Certificates will directly bear the credit risks associated with their Certificates.

The [Class AF-5B] Insurer will be subrogated to the rights of each holder of the [Class AF-5B] Certificates to the extent of any payment by the [Class AF-5B] Insurer under the [Class AF-5B] Policy.

The [Class AF-5B] Insurer agrees that if it shall be subrogated to the rights of the holders of the [Class AF-5B] Certificates, no recovery of the payment will occur unless the full amount of the holders' allocable distributions for the Distribution Date can be made. In so doing, the [Class AF-5B] Insurer does not waive its rights to seek full payment of all Reimbursement Amounts owed to it under the Pooling and Servicing Agreement.

The [Class AF-5B] Policy and the obligations of the [Class AF-5B] Insurer thereunder will terminate without any action on the part of the [Class AF-5B] Insurer or any other person on the date following the later to occur of (i) the date that is one year and one day following the date on which all amounts required to be paid on the [Class AF-5B] Certificates have been paid in full and (ii) if any proceeding referenced in the immediately following paragraph has been commenced on or prior to the date specified in clause (i) of this paragraph, the 30th day after the entry of a final, nonappealable order in resolution or settlement of the proceeding. Upon termination of the [Class AF-5B] Policy, the Trustee will forthwith deliver the original of the [Class AF-5B] Policy to the [Class AF-5B] Insurer.

S-105

<PAGE>

Pursuant to the [Class AF-5B] Policy, the [Class AF-5B] Insurer will pay any Preference Amount when due to be paid pursuant to the Order (as defined below), but in any event no earlier than the third Business Day following receipt by the [Class AF-5B] Insurer of:

(i) a certified copy of a final, non-appealable order of a court or other body exercising jurisdiction in the insolvency proceeding to the effect that the Trustee, or holder of a [Class AF-5B] Certificate, as applicable, is required to return the Preference Amount paid during the term of the [Class AF-5B] Policy

because the payments were avoided as a preferential transfer or otherwise rescinded or required to be restored by the Trustee or holder of a [Class AF-5B] Certificate (the "Order"),

(ii) a notice by or on behalf of the Trustee or holder of a [Class AF-5B] Certificate that the Order has been entered and is not subject to any stay,

(iii) an assignment, in form and substance satisfactory to the [Class AF-5B] Insurer, duly executed and delivered by the Trustee or holder of a [Class AF-5B] Certificate, irrevocably assigning to the [Class AF-5B] Insurer all rights and claims of the Trustee or the holder relating to or arising under the Pooling and Servicing Agreement against the estate of the issuing entity or otherwise with respect to the Preference Amount and

(iv) a notice (in the form provided in the [Class AF-5B] Policy) appropriately completed and executed by the Trustee; provided, that if the documents are received after 12:00 noon, New York City time on any Business Day, they will be deemed to be received the following Business Day; provided further, that the [Class AF-5B] Insurer shall not be obligated to make any payment in respect of any Preference Amount representing a payment of principal on the [Class AF-5B] Certificates prior to the time the [Class AF-5B] Insurer would have been required to make a payment in respect of the principal pursuant to the [Class AF-5B] Policy.

The payment shall be disbursed to the receiver, conservator, debtor-in-possession or trustee in bankruptcy named in the Order, and not to the Trustee or to the holders of the [Class AF-5B] Certificates directly, unless a holder of a [Class AF-5B] Certificate has made a payment of the Preference Amount to the court or the receiver, conservator, debtor-in-possession or trustee in bankruptcy named in the Order, in which case the [Class AF-5B] Insurer will pay to the Trustee on behalf of the holder, subject to the delivery of (a) the items referred to in clauses (i), (ii), (iii) and (iv) above to the [Class AF-5B] Insurer and (b) evidence satisfactory to the [Class AF-5B] Insurer that payment has been made to the court or receiver, conservator, debtor-in-possession or trustee in bankruptcy named in the Order.

As used in the [Class AF-5B] Policy, the following terms shall have the following meanings:

"Deficiency Amount" with respect to:

(A) each Distribution Date prior to the Last Scheduled Distribution Date for the [Class AF-5B] Certificates, means an amount equal to the sum of (i) the excess, if any, of (a) the amount of Current Interest on the [Class AF-5B] Certificates net of any interest shortfalls resulting from Prepayment Interest Shortfalls and any interest shortfalls resulting from the application of the Relief Act, or similar state or local laws over (b) the [Class AF-5B] Available Funds for that Distribution Date, and (ii) for any Distribution Date after the Certificate Principal Balance of the [Fixed Rate Subordinate Certificates] has been reduced to zero, the excess, if any of (a) the Certificate Principal Balance of the [Class AF-5B] Certificates over (b) the sum of the aggregate Stated Principal Balance of the Mortgage Loans in Loan Group [1] and the amount on deposit in the Pre-Funding Account in respect of Loan Group [1], in each case taking into account all distributions to be made on the Distribution Date;

(B) the Last Scheduled Distribution Date for the [Class AF-5B] Certificates, means an amount equal to the sum of (i) the excess, if any, of

(a) the amount of Current Interest on the [Class AF-5B] Certificates net of any interest shortfalls resulting from Prepayment Interest Shortfalls and any interest shortfalls resulting from the application of the Relief Act, or similar state or local laws over (b) the [Class AF-5B] Available Funds for that Distribution Date and (ii) the Certificate Principal Balance of the [Class AF-5B] Certificates on the Last Scheduled

S-106

<PAGE>

Distribution Date for the [Class AF-5B] Certificates (after taking into account all distributions of [Class AF-5B] Available Funds to be made to the [Class AF-5B] Certificates on the Distribution Date); and

(C) for the [Class AF-5B] Certificates and any date on which the acceleration of the Certificates has been directed or consented to by the [Class AF-5B] Insurer, means the excess of (i) the amount required to pay the Certificate Principal Balance of the [Class AF-5B] Certificates in full, together with accrued and unpaid interest thereon through the date of payment of the [Class AF-5B] Certificates and (ii) the [Class AF-5B] Available Funds for that Distribution Date.

"Business Day" means any day other than a Saturday, a Sunday or a day on which banking or savings and loan institutions in the State of California, the State of New York or the cities in which the Corporate Trust Office of the Trustee is located, are authorized or obligated by law or executive order to be closed.

"[Class AF-5B] Available Funds" means, with respect to any Distribution Date, funds allocated from amounts available pursuant to the Pooling and Servicing Agreement to make distributions on the [Class AF-5B] Certificates on the Distribution Date, other than any Insured Amounts.

"Distribution Date" means the [  ]th day of any month, or if the [  ]th day is not a Business Day, the Business Day immediately following the [  ]th day, commencing in [     ] 200[ ].

"Due for Payment" means with respect to an Insured Amount, the Distribution Date on which Insured Amounts are due and payable pursuant to the terms of the Pooling and Servicing Agreement.

"Insured Amounts" means, with respect to any Distribution Date, the Deficiency Amount for the Distribution Date.

"Insured Payments" means, with respect to any Distribution Date, the aggregate amount actually paid by the [Class AF-5B] Insurer to the Trustee in respect of (i) Insured Amounts for a Distribution Date and (ii) Preference Amounts for any given Business Day.

"Late Payment Rate" means, with respect to any Distribution Date, the lesser of (i) the greater of (a) the rate of interest, as it is publicly announced by [                    ] at its principal office in New York, New York as its prime rate (any change in the prime rate of interest to be effective on the date the change is announced by Citibank, N.A.) plus [  ]% and (b) the then applicable highest rate of interest on the [Class AF-5B] Certificates and (ii) the maximum rate permissible under applicable usury or similar laws limiting interest rates. The Late Payment Rate shall be computed on the basis of the actual number of days elapsed over a year of 360 days.

"Nonpayment" means, with respect to any Distribution Date, an Insured Amount is Due for Payment but has not been paid pursuant to the Pooling and

Servicing Agreement.

"Preference Amount" means any amount payable on the [Class AF-5B] Certificates, which has become Due for Payment and which was made to a holder of a [Class AF-5B] Certificate by or on behalf of the issuing entity, which has been deemed a preferential transfer and theretofore recovered from its holder pursuant to the United States Bankruptcy Code in accordance with a final, nonappealable order of a court of competent jurisdiction.

"Reimbursement Amount" means, with respect to any Distribution Date, (i) all Insured Payments paid by the [Class AF-5B] Insurer, but for which the [Class AF-5B] Insurer has not been reimbursed prior to the Distribution Date, plus (ii) interest accrued on the Insured Payments not previously repaid calculated at the Late Payment Rate, from the date the Insured Payments were made.

Capitalized terms used herein as defined terms and not otherwise defined herein shall have the meaning assigned to them in the Pooling and Servicing Agreement, without regard to any amendment or modification thereof, unless the amendment or modification has been approved in writing by the [Class AF-5B] Insurer.


                                 S-107
<PAGE>

The [Class AF-5B] Policy is not cancelable. The premium on the [Class AF-5B] Policy is not refundable for any reason including payment, or provision being made for payment, prior to maturity of the [Class AF-5B] Certificates. [The Pooling and Servicing Agreement does not provide for any substitution of the [Class AF-5B] Policy.

The [Class AF-5B] Policy is issued under and shall be construed under, the laws of the State of New York, without giving effect to the conflict of laws principles thereof.

THE INSURANCE PROVIDED BY THE [CLASS AF-5B] POLICY IS NOT COVERED BY THE PROPERTY/CASUALTY INSURANCE SECURITY FUND SPECIFIED IN ARTICLE 76 OF THE NEW YORK INSURANCE LAW.]

[The [Class AF-5B] Insurer

The following information has been supplied by [          ], the [Class AF-5B] Insurer, for inclusion in this prospectus supplement. No representation is made by the Sellers, the Master Servicer, the Trustee, [the Co-Trustee], the Underwriters or any of their affiliates as to the accuracy or completeness of the information.]

[Disclosure regarding the Insurer complying with the requirements of Item 1114 of Regulation AB to be provided here.]

Reports to Certificateholders

On each Distribution Date, the Trustee will forward by first class mail to each certificateholder, the [Class AF-5B] Insurer, the Master Servicer and the Depositor a statement generally setting forth, among other information:

        (1) the amount of the related distribution to holders of the
        Offered Certificates allocable to principal, separately identifying:

(a) the aggregate amount of any Principal Prepayments included therein, and

(b) the aggregate of all Scheduled Payments of principal included therein,

(2) the amount of the distribution to holders of the Offered Certificates (other than the Class A-R Certificates) allocable to interest,

(3) the Interest Carry Forward Amounts for each class of Offered Certificates (other than the Class A-R Certificates)(if any),

(4) the Certificate Principal Balance of each class of Offered Certificates after giving effect to (i) all distributions allocable to principal on the Distribution Date, (ii) the allocation of any Applied Realized Loss Amounts for the Distribution Date and (iii) the allocation of any Subsequent Recoveries for the Distribution Date,

(5) the aggregate Stated Principal Balance of the Mortgage Loans in each Loan Group for the following Distribution Date,

(6) the amount of the Servicing Fees paid to or retained by the Master Servicer for the related Due Period,

(7) the Pass-Through Rate for each class of Offered Certificates (other than the Class A-R Certificates) for the Distribution Date,

(8) the amount of Advances for each Loan Group included in the distribution on the Distribution Date,

S-108

<PAGE>

(9) the number and aggregate principal amounts of Mortgage Loans in each Loan Group:

(a)   delinquent (exclusive of related Mortgage Loans in foreclosure):

30 to 59 days,

60 to 89 days and

90 or more days, and

(b)   in foreclosure and delinquent:

30 to 59 days,

60 to 89 days and

90 or more days,

in each case as of the close of business on the last day of the calendar month preceding the Distribution Date,

(10) with respect to any Mortgage Loan in each Loan Group

that became an REO Property during the preceding calendar month, the loan number and Stated Principal Balance for the Distribution Date of the Mortgage Loan and the date of acquisition thereof,

(11) [whether a Fixed Rate Trigger Event, an Adjustable Rate Trigger Event or a Group [2] Sequential Trigger Event is in effect,]

(12) the total number and Stated Principal Balance of any REO Properties in each Loan Group as of the close of business on the Determination Date preceding the Distribution Date,

(13) [any Net Rate Carryover paid and all remaining Net Rate Carryover remaining on each class of Certificates on the Distribution Date,]

(14) the amounts, if any, due to the trust fund, and the amounts received, in respect of each Corridor Contract for the Distribution Date,

(15) the amount of Realized Losses and Subsequent Recoveries applied to the [Class 2-AV-2] Certificates, the [Fixed Rate Subordinate Certificates] and the [Adjustable Rate Subordinate Certificates] for the Distribution Date,

(16) all payments made by the Master Servicer in respect of Compensating Interest for the Distribution Date, and

(17) [all amounts paid to the [Class AF-5B] Insurer in respect of any premiums payable with respect to the [Class AF-5B] Policy and in respect of the [Class AF-5B] Reimbursement Amount for the Distribution Date].

The monthly statement is prepared by the Trustee based on information provided by the Master Servicer. The Trustee is not responsible for recomputing, recalculating or verifying the information provided to it by the Master Servicer and will be permitted to conclusively rely on any information provided to it by the Master Servicer. The report to certificateholders may include additional or other information of a similar nature to that specified above.

The Trustee may, at its option, make the statements described above available to certificateholders and the [Class AF-5B] Insurer on the Trustee's website (assistance in using the website service may be obtained by calling the Trustee's customer service desk at (800) ___ - ____). In addition, within 60 days after the end of each calendar year, the Trustee will prepare and deliver to each certificateholder of record during the previous calendar year a statement containing information necessary to enable certificateholders to prepare their tax returns. The statements will not have been examined and reported upon by an independent public accountant.

S-109

<PAGE>

Amendment

The Pooling and Servicing Agreement may be amended by the Depositor, the Master Servicer, the Sellers, the Trustee [and the Co-Trustee], [with the consent of the NIM Insurer] but without the consent of any of the certificateholders, for any of the purposes set forth under "The Agreements -- Amendment" in the prospectus. In addition, the Pooling and Servicing Agreement

may be amended by the Depositor, the Master Servicer, the Sellers, the Trustee, [the Co-Trustee] and the holders of a majority in interest of each class of Certificates affected thereby for the purpose of adding any provisions to or changing in any manner or eliminating any of the provisions of the Pooling and Servicing Agreement or of modifying in any manner the rights of the certificateholders; provided, however, that no amendment may:

> (1) reduce in any manner the amount of, or delay the timing of, payments required to be distributed on any Certificate without the consent of the holder of the Certificate,

> (2) adversely affect in any material respect the interests of the holders of any class of Certificates in a manner other than as set forth in clause (1) above, without the consent of the holders of Certificates of the class evidencing, as to that class, Percentage Interests aggregating [66-2/3]%,

> (3) reduce the aforesaid percentage of aggregate outstanding principal amounts of Certificates of each class, the holders of which are required to consent to an amendment, without the consent of the holders of all Certificates of the class, or

> (4) [adversely affect in any material respects the rights or interests of the Class AF-5B Insurer without its consent, which consent shall not be unreasonably withheld.]

Voting Rights

> As of any date of determination:

o   holders of the [Class PF], [Class PV], [Class CF], [Class CV] and [Class A-R] Certificates will each be allocated 1% of all voting rights in respect of the Certificates (collectively, the "Voting Rights") (for a total of 5% of the Voting Rights), and

o   holders of the other classes of Certificates will be allocated the remaining Voting Rights in proportion to their respective outstanding Certificate Principal Balances.

> Voting Rights will be allocated among the Certificates of each class in accordance with their respective Percentage Interests. [However, on any date on which any [Class AF-5B] Certificates are outstanding or any amounts are owed the [Class AF-5B] Insurer under the Pooling and Servicing Agreement, the [Class AF-5B] Insurer will have all of the Voting Rights of the [Class AF-5B] Certificates unless the [Class AF-5B] Insurer fails to make a required payment under the [Class AF-5B] Policy, a proceeding in bankruptcy shall have been instituted by the [Class AF-5B] Insurer, or a decree or order for relief shall have been issued in respect of a proceeding in bankruptcy against the [Class AF-5B] Insurer and shall remain unstayed for a period of 60 consecutive days.]

Optional Purchase of Defaulted Loans

> As to any Mortgage Loan that is delinquent in payment by [150] days or more, the Master Servicer may, at its option but subject to certain conditions specified in the Pooling and Servicing Agreement, purchase the Mortgage Loan at a price equal to 100% of the Stated Principal Balance thereof plus accrued interest thereon at the applicable Net Mortgage Rate from the date through which interest was last paid by the related mortgagor or advanced to the first day of the month in which the amount is to be distributed to certificateholders. The Master Servicer must exercise this right on or before the last day of the calendar month in which the related Mortgage Loan became

[150] days delinquent.

S-110

<PAGE>

Events of Default

[Events of Default will consist of:

(1) any failure by the Master Servicer to deposit in the Certificate Account or the Distribution Account the required amounts or remit to the Trustee any payment (including an Advance required to be made under the terms of the Pooling and Servicing Agreement) which continues unremedied for five calendar days (or in the case of an Advance, one Business Day) after written notice of the failure shall have been given to the Master Servicer by the Trustee, the NIM Insurer or the Depositor, or to the Trustee, the NIM Insurer and the Master Servicer by the holders of Certificates evidencing not less than 25% of the Voting Rights,

(2) any failure by the Master Servicer to observe or perform in any material respect any other of its covenants or agreements, or any breach of a representation or warranty made by the Master Servicer, in the Pooling and Servicing Agreement, which in each case continues unremedied for 60 days after the giving of written notice of the failure to the Master Servicer by the Trustee, the NIM Insurer or the Depositor, or to the Trustee by the holders of Certificates evidencing not less than 25% of the Voting Rights,

(3) a decree or order of a court or agency or supervisory authority having jurisdiction in the premises for the appointment of a receiver or liquidator in any insolvency, readjustment of debt, marshalling of assets and liabilities or similar proceedings, or for the winding-up or liquidation of its affairs, shall have been entered against the Master Servicer and the decree or order shall have remained in force undischarged or unstayed for a period of 60 consecutive days,

(4) the Master Servicer shall consent to the appointment of a receiver or liquidator in any insolvency, readjustment of debt, marshalling of assets and liabilities or similar proceedings of or relating to the Master Servicer or all or substantially all of the property of the Master Servicer,

(5) the Master Servicer shall admit in writing its inability to pay its debts generally as they become due, file a petition to take advantage of, or commence a voluntary case under, any applicable insolvency or reorganization statute, make an assignment for the benefit of its creditors, or voluntarily suspend payment of its obligations, or

(6) the Master Servicer shall fail to reimburse, in full, the Trustee not later than 6:00 p.m., New York City time, on the Business Day following the related Distribution Date for any Advance made by the Trustee together with accrued and unpaid interest.]

Rights Upon Event of Default

[So long as an Event of Default under the Pooling and Servicing

Agreement remains unremedied, subject to the rights of the NIM Insurer, the Trustee shall, but only upon the receipt of instructions from the NIM Insurer or from holders of Certificates having not less than 25% of the Voting Rights (subject to the consent of the [Class AF-5B] Insurer, which consent shall not be unreasonably withheld) terminate all of the rights and obligations of the Master Servicer under the Pooling and Servicing Agreement and in and to the Mortgage Loans, whereupon the Trustee will succeed to all of the responsibilities and duties of the Master Servicer under the Pooling and Servicing Agreement, including the obligation to make Advances. We cannot assure you that termination of the rights and obligations of the Master Servicer under the Pooling and Servicing Agreement would not adversely affect the servicing of the Mortgage Loans, including the delinquency experience of the Mortgage Loans.]

[No certificateholder, solely by virtue of the holder's status as a certificateholder, will have any right under the Pooling and Servicing Agreement to institute any proceeding with respect thereto, unless the holder previously has given to the Trustee written notice of the continuation of an Event of Default and unless the holders of Certificates having not less than 25% of the Voting Rights have made a written request to the Trustee to institute the proceeding in its own name as Trustee thereunder and have offered to the Trustee reasonable indemnity and the

S-111

<PAGE>

Trustee for 60 days has neglected or refused to institute the proceeding and in which case the rights of the certificateholders shall be subject to the rights of the NIM Insurer.]

[Within 60 days after the occurrence of any Event of Default, the Trustee shall transmit by mail to all holders of the Certificates notice of each Event of Default known to the Trustee, except for any Event of Default that has been cured or waived.]

Optional Termination

The [Master Servicer] will have the right to purchase all remaining Mortgage Loans and REO Properties in the issuing entity and thereby effect early retirement of all the Certificates, on any Distribution Date on or after the first Distribution Date on which the aggregate Stated Principal Balance of the Mortgage Loans and REO Properties in the issuing entity is less than or equal to [  ]% of the sum of the Initial Cut-off Date Pool Principal Balance and the original Pre-Funded Amount (the "Optional Termination Date"). [The Master Servicer is an affiliate of the Sellers and the Depositor.]

[In the event the option is exercised by [the Master Servicer], the purchase will be made at a price equal to the sum of:

> (1)   100% of the Stated Principal Balance of each Mortgage Loan in the issuing entity (other than in respect of REO Property) plus accrued interest thereon at the applicable Net Mortgage Rate, and

> (2)   the appraised value of any REO Property (up to the Stated Principal Balance of the related Mortgage Loan) in the issuing entity;

provided, however, that (i) unless the NIM Insurer otherwise consents, the purchase price will in no event be less than an amount that would result in a final distribution on any NIM Insurer guaranteed notes that is sufficient (x)

to pay the notes in full and (y) to pay any amounts due and payable to the NIM Insurer pursuant to the indenture related to the notes and (ii) unless the [Class AF-5B] Insurer otherwise consents, the purchase price will in no event be less than an amount that would result in a final distribution to the [Class AF-5B] Certificates and the [Class AF-5B] Insurer, respectively, that is sufficient (x) to pay the [Class AF-5B] Certificates in full and (y) to pay any amounts due and payable to the [Class AF-5B] Insurer pursuant to the Pooling and Servicing Agreement.]

[The NIM Insurer may also have the right to purchase all remaining Mortgage Loans and REO Properties in the issuing entity at the price set forth above (plus any unreimbursed Servicing Advances, and the principal portion of any unreimbursed Advances, made on the Mortgage Loans prior to the exercise of the option), subject to the same restrictions. The identity of any NIM Insurer is not known as of the date of this prospectus supplement. It is possible that the NIM Insurer will be an affiliate of the [Class AF-5B] Insurer or one of the Underwriters.]

Notice of any termination, specifying the Distribution Date on which related certificateholders may surrender their Certificates for payment of the final distribution and cancellation, will be given promptly by the Trustee by letter to related certificateholders mailed not earlier than the 10th day and no later than the 15th day of the month immediately preceding the month of the final distribution. The notice will specify (a) the Distribution Date upon which final distribution on related Certificates will be made upon presentation and surrender of the Certificates at the office therein designated, (b) the amount of the final distribution, (c) the location of the office or agency at which the presentation and surrender must be made, and (d) that the Record Date otherwise applicable to the Distribution Date is not applicable, distributions being made only upon presentation and surrender of the Certificates at the office therein specified.

In the event a notice of termination is given, the Master Servicer will cause all funds in the Certificate Account to be remitted to the Trustee for deposit in the Distribution Account on the Business Day prior to the applicable Distribution Date in an amount equal to the final distribution in respect of the Certificates. At or prior to the time of making the final payment on the Certificates, the Master Servicer as agent of the Trustee will sell all of the assets of the issuing entity to [the Master Servicer or the NIM Insurer, as applicable,] for cash. Proceeds from a purchase will be distributed to the certificateholders and the [Class AF-5B] Insurer in the priority described above

S-112

<PAGE>

under "-- Distributions" and "-- Overcollateralization Provisions" and will reflect the current Certificate Principal Balance and other entitlements of each class at the time of liquidation. As a result, if any Applied Realized Loss Amounts have been allocated to any class or classes of Certificates, any Unpaid Realized Loss Amounts would be paid in the order and priority set forth above under "-- Overcollateralization Provisions."

The proceeds from any sale in connection the exercise of the option may not be sufficient to distribute the full amount to which each class of Certificates is entitled if the purchase price is based in part on the appraised value of any REO Property and that appraised value is less than the Stated Principal Balance of the related Mortgage Loan. Any purchase of the Mortgage Loans and REO Properties will result in an early retirement of the Certificates. At the time of the making of the final payment on the Certificates, the Trustee shall distribute or credit, or cause to be

distributed or credited, to the holder of the Class A-R Certificates all cash on hand related to the Class A-R Certificates, and the issuing entity will terminate at that time. Once the issuing entity has been terminated, certificateholders will not be entitled to receive any amounts that are recovered subsequent to the termination.

Certain Matters Regarding the Master Servicer, the Depositor, the Sellers [and the NIM Insurer]

The prospectus describes the indemnification to which the Master Servicer and the Depositor (and their respective directors, officers, employees and agents) are entitled and also describes the limitations on any liability of the Master Servicer and the Depositor (and their respective directors, officers, employees and agents) to the issuing entity. See "The Agreements -- Certain Matters Regarding the Master Servicer and the Depositor" in the prospectus. The Pooling and Servicing Agreement provides that these same provisions regarding indemnification and exculpation apply to each Seller [and any NIM Insurer].

The Trustee

[                    ] will be the Trustee under the Pooling and Servicing Agreement. [[                    ] has been, and currently is, serving as indenture trustee and trustee for numerous securitization transactions and programs involving pools of residential mortgages.] [[                    ] is one of the largest corporate trust providers of trust services on securitization transactions.] The Depositor and [Countrywide Home Loans] may maintain other banking relationships in the ordinary course of business with the Trustee. The Offered Certificates may be surrendered at the Corporate Trust Office of the Trustee located at [                                    ] or another addresses as the Trustee may designate from time to time.

The Trustee will be liable for its own grossly negligent action, its own gross negligent failure to act or its own misconduct, its grossly negligent failure to perform its obligations in compliance with the Pooling and Servicing Agreement, or any liability that would be imposed by reason of its willful misfeasance or bad faith. However, the Trustee will not be liable, individually or as trustee,

   o    for an error of judgment made in good faith by a responsible
        officer of the Trustee, unless the Trustee was grossly negligent
        or acted in bad faith or with willful misfeasance,

   o    with respect to any action taken, suffered or omitted to be taken
        by it in good faith in accordance with the direction of the
        holders of each Class of Certificates evidencing not less than 25%
        of the Voting Rights of the Class relating to the time, method and
        place of conducting any proceeding for any remedy available to the
        Trustee, or exercising any trust or power conferred upon the
        Trustee under the Pooling and Servicing Agreement,

   o    for any action taken or suffered or omitted by it under the
        Pooling and Servicing Agreement in good faith and in accordance
        with an opinion of counsel, or

   o    for any loss on any investment of funds pursuant to the Pooling
        and Servicing Agreement (other than as issuer of the investment
        security).

The Trustee is also entitled to rely without further investigation upon any resolution, officer's certificate, certificate of auditors or any other certificate, statement, instrument, opinion, report, notice, request,

consent, order,


S-113

<PAGE>

appraisal, bond or other paper or document believed by it to be genuine and to have been signed or presented by the proper party or parties.

The Trustee and any successor trustee will, at all times, be a corporation or association organized and doing business under the laws of a state or the United States of America, authorized under the laws of the United States of America to exercise corporate trust powers, having a combined capital and surplus of at least $[50,000,000], subject to supervision or examination by federal or state authority and with a credit rating that would not cause any of the Rating Agencies to reduce their respective ratings of any Class of Certificates (without regard to the [Class AF-5B] Policy, in the case of the [Class AF-5B] Certificates) below the ratings issued on the Closing Date (or having provided security from time to time as is sufficient to avoid the reduction). If the Trustee no longer meets the foregoing requirements, the Trustee has agreed to resign immediately.

The Trustee may at any time resign by giving written notice of resignation to the Depositor, the Master Servicer, each Rating Agency and the certificateholders, not less than 60 days before the specified resignation date. The resignation shall not be effective until a successor trustee has been appointed. If a successor trustee has not been appointed within 30 days after the Trustee gives notice of resignation, the resigning Trustee may petition any court of competent jurisdiction for the appointment of a successor trustee.

The Depositor, [the NIM Insurer] or the Master Servicer may remove the Trustee and appoint a successor trustee [reasonably acceptable to the NIM Insurer] if:

o   the Trustee ceases to meet the eligibility requirements described above and fails to resign after written request to do so is delivered to the Trustee by [the NIM Insurer or] the Depositor,

o   the Trustee becomes incapable of acting, or is adjudged as bankrupt or insolvent, or a receiver of the Trustee or of its property is appointed, or any public officer takes charge or control of the Trustee or of its property or affairs for the purpose of rehabilitation, conservation or liquidation, or

o   (iii)(A) a tax is imposed with respect to the issuing entity by any state in which the Trustee or the issuing entity is located, (B) the imposition of the tax would be avoided by the appointment of a different trustee and (C) the Trustee fails to indemnify the issuing entity against the tax.

In addition, the holders of Certificates evidencing at least 51% of the Voting Rights of each Class of Certificates may at any time remove the Trustee and appoint a successor trustee. Notice of any removal of the Trustee shall be given to each Rating Agency by the successor Trustee.

Any resignation or removal of the Trustee and appointment of a successor trustee pursuant to any of the provisions described above will become effective upon acceptance of appointment by the successor trustee.

A successor trustee will not be appointed unless the successor trustee meets the eligibility requirements described above, [is reasonably

acceptable to the NIM Insurer] and its appointment does not adversely affect the then-current ratings of the Certificates (without regard to the [Class AF-5B] Policy, in the case of the [Class AF-5B] Certificates).

[Co-Trustee]

        [            ] will be the Co-Trustee under the Pooling and Servicing Agreement. [[            ] has significant experience in acting as a co-trustee in securitizations of mortgage loans in which its duties were comparable to those described in this prospectus supplement.] The Depositor and [Countrywide Home Loans] may maintain other banking relationships in the ordinary course of business with the Co-Trustee.

        The Co-Trustee will be liable for its own grossly negligent action, its own gross negligent failure to act or its own misconduct, its grossly negligent failure to perform its obligations in compliance with the Pooling and Servicing Agreement, or any liability that would be imposed by reason of its willful misfeasance or bad faith. However, the Co-Trustee will not be liable, individually or as trustee,

                                    S-114
<PAGE>

        o   for an error of judgment made in good faith by a responsible
            officer of the Co-Trustee, unless the Co-Trustee was grossly
            negligent or acted in bad faith or with willful misfeasance, or

        o   for any action taken or suffered or omitted by it under the
            Pooling and Servicing Agreement in good faith and in accordance
            with an opinion of counsel.

        The Co-Trustee is also entitled to rely without further investigation upon any resolution, officer's certificate, certificate of auditors or any other certificate, statement, instrument, opinion, report, notice, request, consent, order, appraisal, bond or other paper or document believed by it to be genuine and to have been signed or presented by the proper party or parties.

        The Co-Trustee and any successor trustee will, at all times, be a corporation or association organized and doing business under the laws of a state or the United States of America, authorized under the laws of the United States of America to exercise corporate trust powers, having a combined capital and surplus of at least $[50,000,000], subject to supervision or examination by federal or state authority and with a credit rating that would not cause any of the Rating Agencies to reduce their respective ratings of any Class of Certificates (without regard to the [Class AF-5B] Policy, in the case of the [Class AF-5B] Certificates) below the ratings issued on the Closing Date (or having provided security from time to time as is sufficient to avoid the reduction). If the Co-Trustee no longer meets the foregoing requirements, the Co-Trustee has agreed to resign immediately.

        The Co-Trustee may at any time resign by giving written notice of resignation to the Trustee, the Depositor and the Master Servicer, not less than 30 days before the specified resignation date. Upon the resignation, the Trustee may

        o   appoint a successor co-trustee meeting the requirements described
            in the prior paragraph and acceptable to the Master Servicer [and
            the NIM Insurer] or

o    assume the rights and duties of the resigning Co-Trustee, subject
     to the approval of the Master Servicer.]

Restrictions on Transfer of the Class A-R Certificates

        The Class A-R Certificates will be subject to the restrictions on
transfer described in the prospectus under "Material Federal Income Tax
Consequences -- Taxation of Holders of Residual Interest Securities --
Restrictions on Ownership and Transfer of Residual Interest Securities." The
Class A-R Certificates (in addition to other ERISA restricted classes of
Certificates, as described in the Pooling and Servicing Agreement), may not be
acquired by a Plan or with assets of a Plan unless certain conditions are met.
See "ERISA Considerations" in this prospectus supplement. Each Class A-R
Certificate will contain a legend describing the foregoing restrictions.

Ownership of the Residual Certificates

        On the Closing Date, the [Class CF], [Class CV] and [Class A-R]
Certificates (except as described below) will be acquired by [CW Securities
Holdings, Inc., an affiliate of the Depositor, the Sellers and the Master
Servicer]. After the Closing Date, [CW Securities Holdings, Inc. may directly
or indirectly cause a separate trust or trusts (or other form of entity) to be
established to issue net interest margin securities secured by all or a
portion of the [Class CF] and [Class CV] Certificates. See " -- Rights of the
NIM Insurer Under the Pooling and Servicing Agreement" in this prospectus
supplement. However, [CW Securities Holdings, Inc.] may retain these
Certificates or transfer any of them in other transactions.

        The Trustee will be initially designated as "tax matters person"
under the Pooling and Servicing Agreement and in that capacity will hold a
Class A-R Certificate in the amount of [$0.01]. As tax matters person, the
Trustee will be responsible for various tax administrative matters relating to
the issuing entity, including the making of a REMIC election with respect to
each REMIC created under the Pooling and Servicing Agreement and the
preparation and filing of tax returns with respect to each such REMIC.


                                    S-115
<PAGE>

Restrictions on Investment, Suitability Requirements

        An investment in the Certificates may not be appropriate for all
investors due to tax, ERISA or other legal requirements. Investors should
review the disclosure included in this prospectus supplement and the
prospectus under "Material Federal Income Tax Consequences," "ERISA
Considerations" and "Legal Matters" prior to any acquisition and are
encouraged to consult with their advisors prior to purchasing the
Certificates.

[Rights of the NIM Insurer Under the Pooling and Servicing Agreement

        After the Closing Date, a separate trust or trusts (or other form of
entity) may be established to issue net interest margin securities secured by
all or a portion of the [Class PF], [Class PV], [Class CF] and [Class CV]
Certificates. Those net interest margin securities may or may not have the
benefit of a financial guaranty insurance policy. The insurer or insurers (the
"NIM Insurer") that would issue a policy will be a third party beneficiary of
the Pooling and Servicing Agreement and will have a number of rights under the
Pooling and Servicing Agreement, which will include the following:

o    the right to consent to the Master Servicer's exercise of its
     discretion to waive assumption fees, late payment or other charges
     in connection with a Mortgage Loan or to arrange for the extension
     of due dates for payments due on a mortgage note for no more than
     270 days, if the waivers or extensions relate to more than 5% of
     the Mortgage Loans;

o    the right to direct the Trustee to terminate all of the rights and
     obligations of the Master Servicer under the Pooling and Servicing
     Agreement relating to the issuing entity and the assets of the
     issuing entity following the occurrence of an event of default
     under the Pooling and Servicing Agreement;

o    the right to approve or reject the appointment of any successor
     servicer other than the Trustee, if the Master Servicer is
     required to be replaced and the Trustee is unwilling or unable to
     act as successor servicer;

o    the right to consent to any amendment to the Pooling and Servicing
     Agreement; and

o    each of the rights under "Risk Factors--Rights of the NIM Insurer"
     in this prospectus supplement.

     You should note the rights that the NIM Insurer would have and
carefully evaluate its potential impact on your investment. ]

                YIELD, PREPAYMENT AND MATURITY CONSIDERATIONS

General

     The weighted average life of, and the yield to maturity on, each
class of Offered Certificates generally will be directly related to the rate
of payment of principal (including prepayments) of the Mortgage Loans in the
related Loan Group or Loan Groups. The actual rate of principal prepayments on
the mortgage loans is influenced by a variety of economic, tax, geographic,
demographic, social, legal and other factors and has fluctuated considerably
in recent years. In addition, the rate of principal prepayments may differ
among pools of mortgage loans at any time because of specific factors relating
to the mortgage loans in the particular pool, including, among other things,
the age of the mortgage loans, the geographic locations of the properties
securing the loans, the extent of the mortgagor's equity in the properties,
and changes in the mortgagors' housing needs, job transfers and employment
status. Furthermore, as described under "The Mortgage Pool -- Assignment of
the Mortgage Loans" with respect to up to 50% of the Initial Mortgage Loans in
each loan group and 90% of the Subsequent Mortgage Loans in each loan group
(the "Delay Delivery Mortgage Loans"), the Depositor may deliver the related
Trustee's Mortgage Files after the Closing Date. Should a Seller fail to
deliver to the Depositor or other designee of the Depositor all or a portion
of the Trustee's Mortgage Files relating to Mortgage Loans sold by it, or, at
the Depositor's direction, to the [Co-Trustee / Trustee] within the time
periods described under "The Mortgage Pool -- Assignment of the Mortgage
Loans" [Countrywide Home Loans] will be required to use its best efforts to
deliver a Substitute Mortgage Loan for the related Delay Delivery Mortgage
Loan or repurchase the related Delay Delivery Mortgage Loan. Any

                                  S-116
<PAGE>

repurchases pursuant to this provision would also have the effect of
accelerating the rate of prepayments on the Mortgage Loans. In addition, no

less than approximately [  ]%, [  ]% and [  ]% of the Mortgage Loans in the Statistical Calculation Pool in respect of Loan Group [1], Loan Group [2] and Loan Group [3], respectively, in each case by principal balance of the Mortgage Loans in the Statistical Calculation Pool in respect of the related Loan Group, require the payment of a prepayment charge in connection with certain prepayments, generally [no later than the first five years in the case of the Mortgage Loans in Loan Group [1] or two or three years in the case of the Mortgage Loans in Loan Group [2] and Loan Group [3]], in each case following origination of the related Mortgage Loan. [These charges, if enforced by the Master Servicer, may affect the rate of prepayments on the Mortgage Loans.]

[In addition, no less than approximately [  ]%, [  ]% and [  ]% of the Mortgage Loans in the Statistical Calculation Pool in respect of Loan Group [1], Loan Group [2] and Loan Group [3], respectively, in each case by principal balance of the Mortgage Loans in the Statistical Calculation Pool in respect of the related Loan Group provide for only payments of interest and do not provide for any payments of principal for an extended period following their origination. These Mortgage Loans may involve a greater degree of risk because, if the related mortgagor defaults, the outstanding principal balance of the Mortgage Loans will be higher than for amortizing Mortgage Loans. During their interest only periods, these Mortgage Loans may be less likely to prepay as the interest only feature may reduce the perceived benefits of refinancing due to the smaller monthly payment. However, as an interest only mortgage loan approaches the end of its interest only period, it may be more likely to be prepaid, even if market interest rates at the time are only slightly higher or lower than the interest rate on the interest only mortgage loans as the related borrowers seek to avoid increases in their respective monthly mortgage payment.]

The timing of changes in the rate of prepayments may significantly affect the actual yield to investors who purchase the Offered Certificates at prices other than par, even if the average rate of principal prepayments is consistent with the expectations of investors. In general, the earlier the payment of principal of the Mortgage Loans the greater the effect on an investor's yield to maturity. As a result, the effect on an investor's yield of principal prepayments occurring at a rate higher (or lower) than the rate anticipated by the investor during the period immediately following the issuance of the Offered Certificates may not be offset by a subsequent like reduction (or increase) in the rate of principal prepayments. Investors must make their own decisions as to the appropriate prepayment assumptions to be used in deciding whether to purchase any of the Offered Certificates. The Depositor does not make any representations or warranties as to the rate of prepayment or the factors to be considered in connection with these determinations.

[The [Class AF-6] Certificates will not be entitled to distributions of principal until the Distribution Date in [    ] 200[ ] (except as otherwise described in this prospectus supplement). Thereafter, the relative entitlement of the [Class AF-6] Certificates to payments in respect of principal is subject to increase in accordance with the calculation of the NAS Principal Distribution Amount. See "Description of the Certificates -- Distributions" in this prospectus supplement.]

Prepayments and Yields for the Offered Certificates

The extent to which the yield to maturity of the Offered Certificates may vary from the anticipated yield will depend upon the degree to which it is purchased at a discount or premium and, correspondingly, the degree to which the timing of payments thereon is sensitive to prepayments, liquidations and purchases of the Mortgage Loans in the related Loan Group or Loan Groups. In particular, in the case of an Offered Certificate purchased at a discount, an

investor should consider the risk that a slower than anticipated rate of principal payments, liquidations and purchases of the applicable Mortgage Loans could result in an actual yield to the investor that is lower than the anticipated yield and, in the case of an Offered Certificate purchased at a premium, the risk that a faster than anticipated rate of principal payments, liquidations and purchases of the Mortgage Loans could result in an actual yield to the investor that is lower than the anticipated yield.

[In general with respect to fixed rate mortgage loans, if prevailing interest rates fall significantly below the interest rates on fixed rate mortgage loans, these mortgage loans are likely to be subject to higher prepayment rates than if prevailing rates remain at or above the interest rates on these mortgage loans. Conversely, if prevailing interest rates rise appreciably above the interest rates on fixed rate mortgage loans, the fixed rate mortgage loans are

S-117

<PAGE>

likely to experience a lower prepayment rate than if prevailing rates remain at or below the interest rates on these mortgage loans. In the event that Mortgage Loans in Loan Group [1] with higher Mortgage Rates prepay at rates higher than other Mortgage Loans in Loan Group [1], the applicable Net Rate Cap may be lower than otherwise would be the case. As a result, the interest payable on the related Offered Certificates on a Distribution Date could be reduced because of the imposition of the applicable Net Rate Cap. We cannot give any assurance as to the level of prepayment that the Mortgage Loans in Loan Group [1] will experience.]

[As is the case with fixed rate mortgage loans, adjustable rate mortgage loans may be subject to a greater rate of principal prepayments in a declining interest rate environment. For example, if prevailing interest rates fall significantly, adjustable rate mortgage loans could be subject to higher prepayment rates than if prevailing interest rates remain constant because the availability of fixed rate mortgage loans at lower interest rates may encourage mortgagors to refinance their adjustable rate mortgage loans to a lower fixed interest rate. Prepayments on the Hybrid Mortgage Loans may differ as they approach their respective initial Adjustment Dates and prepayments on Mortgage Loans with interest-only terms may differ as they approach the ends of their interest-only periods. We can give no assurance as to the level of prepayment that the Adjustable Rate Mortgage Loans will experience.]

[Although the Mortgage Rates on the Adjustable Rate Mortgage Loans are subject to adjustment, the Mortgage Rates adjust less frequently than the Pass-Through Rates on the [Class AV] Certificates and the [Adjustable Rate Subordinate Certificates] and adjust by reference to the Mortgage Index. Changes in [One-Month LIBOR] may not correlate with changes in the Mortgage Index and also may not correlate with prevailing interest rates. It is possible that an increased level of [One-Month LIBOR] could occur simultaneously with a lower level of prevailing interest rates which would be expected to result in faster prepayments, thereby reducing the weighted average lives of the related Certificates. The Mortgage Rate applicable to all or substantially all of the Adjustable Rate Mortgage Loans and any Adjustment Date will be based on the Mortgage Index value most recently announced generally as of a date [45 days prior to the Adjustment Date]. Thus, if the Mortgage Index value with respect to an Adjustable Rate Mortgage Loan rises, the lag in time before the corresponding Mortgage Rate increases will, all other things being equal, slow the upward adjustment of the applicable Net Rate Cap. In addition, it is expected that a substantial portion of the Adjustable Rate Mortgage Loans will have Mortgage Rates which will not adjust for a substantial period of time after origination. See "The Mortgage Pool" in

this prospectus supplement.]

[The portion of any proceeds of the Corridor Contracts that will be payable to the issuing entity under the Corridor Contract Administration Agreement are intended to provide the [Class AF-1A], [Class 2-AV], [Class 3-AV] and the [Adjustable Rate Subordinate Certificates] some protection against any Net Rate Carryover. However, payments that will be allocated to the issuing entity in respect of each Corridor Contract will be allocated based on the lesser of their respective Corridor Contract Notional Balances and the aggregate Certificate Principal Balance of the related class(es) of Certificates, and not on the actual Stated Principal Balances of the Mortgage Loans. Therefore, the Corridor Contracts may not provide sufficient funds to cover any Net Rate Carryover. In addition, payments under the Corridor Contracts are limited to a corridor of specified rates, which is substantially higher than the rate of [One-Month LIBOR] as of the date of this prospectus supplement and are only available to the Certificates to the extent described under "Description of the Certificates -- The Corridor Contracts" above.]

[Although amounts allocated to the issuing entity in respect of the Corridor Contracts will be available to pay Net Rate Carryover on the related Certificates to the extent described under "Description of the Certificates -- Distributions -- Distributions of Funds from the Corridor Contracts" above, on or prior to their respective Corridor Contract Termination Dates, we cannot assure you that funds will be available or sufficient to pay these amounts. The ratings assigned to the Offered Certificates do not address the likelihood of the payment of Net Rate Carryover.]

The effective yield to the holders of the [Fixed Rate Certificates] will be lower than the yield otherwise produced by the applicable rate at which interest is passed through to these holders and the purchase price of the Certificates because monthly distributions will not be payable to the holders until the [ th] day (or, if the [ th] day is not a Business Day, the following Business Day) of the month following the month in which interest accrues on the related Mortgage Loans (without any additional distribution of interest or earnings thereon in respect of the delay).

Last Scheduled Distribution Date

Assuming that, among other things,

S-118

<PAGE>

o   no prepayments are received on the Mortgage Loans and

o   scheduled monthly payments of principal of and interest on each of the Mortgage Loans are timely received,

the Distribution Date (the "Last Scheduled Distribution Date") that occurs [six months] following the Distribution Date (or, in the case of the Class A-R Certificates, [zero months]) on which the Certificate Principal Balance of the applicable class of Certificates would be reduced to zero is:

| Class of Certificates | Distribution Date |
|------------------------------|--------------------------|
| [Class AF-1A] | |
| [Class AF-1B] | |
| [Class AF-2] | |
| [Class AF-3] | |
| [Class AF-4] | |

```
[Class AF-5A]
[Class AF-5B]
[Class AF-6]
[Class MF-1]
[Class MF-2]
[Class MF-3]
[Class MF-4]
[Class MF-5]
[Class MF-6]
[Class MF-7]
[Class MF-8]
[Class BF]
[Class 2-AV-1]
[Class 2-AV-2]
[Class 3-AV-1]
[Class 3-AV-2]
[Class 3-AV-3]
[Class 3-AV-4]
[Class MV-1]
[Class MV-2]
[Class MV-3]
[Class MV-4]
[Class MV-5]
[Class MV-6]
[Class MV-7]
[Class MV-8]
[Class BV]
[Class A-R]
```

The actual final Distribution Date with respect to each class of these Certificates could occur significantly earlier than its Last Scheduled Distribution Date because:

o   prepayments are likely to occur which will be applied to the payment of the Certificate Principal Balances thereof, and

o   the [Master Servicer] may purchase all the Mortgage Loans in the issuing entity when the aggregate Stated Principal Balance of the Mortgage Loans and REO Properties in the issuing entity is less than or equal to [  ]% of the sum of [the Initial Cut-off Date Pool Principal Balance and the original Pre-Funded Amount].

S-119

<PAGE>

Prepayment Model

Prepayments on mortgage loans are commonly measured relative to a prepayment model or standard. The prepayment models used in this prospectus supplement ("Prepayment Models") are based on an assumed rate of prepayment each month of the then unpaid principal balance of a pool of mortgage loans similar to the Mortgage Loans in each Loan Group. [For the Fixed Rate Mortgage Loans, the Prepayment Model used in this prospectus supplement (the "Fixed Rate Prepayment Vector" or "FRPV") is a prepayment assumption which represents an assumed rate of prepayment each month relative to the then outstanding principal balance of a pool of mortgage loans for the life of the mortgage loans. For example, a 100% FRPV assumes a constant prepayment rate ("CPR") of 2.0% per annum of the then outstanding principal balance of the Fixed Rate Mortgage Loans in the first month of the life of the Mortgage Loans and an additional 2.0% per annum (i.e., 1/10 of the final per annum rate) in each

month thereafter up to and including the tenth month. Beginning in the eleventh month and in each month thereafter during the life of the Fixed Rate Mortgage Loans, a 100% FRPV assumes a CPR of 20% per annum.]

[For the Adjustable Rate Mortgage Loans, the Prepayment Model used in this prospectus supplement ("Adjustable Rate Prepayment Vector" or "ARPV") represents an assumed rate of prepayment each month relative to the then outstanding principal balance of a pool of mortgage loans for the life of the mortgage loans. For the Adjustable Rate Mortgage Loans with original months to reset terms less than or equal to 30 months as of the Initial Cut-off Date, 100% ARPV assumes 6% CPR in month 1, an additional 1/11th of 26% CPR for each month thereafter, increasing to 32% CPR in month 12 and remaining constant at 32% CPR until month 24, increasing to and remaining constant at 60% CPR from month 25 until month 28 decreasing 1/12th of 28% CPR for each month thereafter, decreasing to 32% CPR in month 40 and remaining constant at 32% CPR from month 41 and thereafter; provided, however, the prepayment rate will not exceed 85% CPR in any period for any given percentage of ARPV. For the Adjustable Rate Mortgage Loans with original months to reset terms greater than 30 months as of the Initial Cut-off Date, 100% ARPV assumes 6% CPR in month 1, an additional 1/11th of 26% CPR for each month thereafter, increasing to 32% CPR in month 12 and remaining constant at 32% CPR until month 36, increasing to and remaining constant at 60% CPR from month 37 until month 40, decreasing 1/12th of 28% CPR for each month thereafter, decreasing to 32% CPR in month 52 and remaining constant at 32% CPR from month 53 and thereafter; provided, however, the prepayment rate will not exceed 85% CPR in any period for any given percentage of ARPV. As used in the tables, 100% of the Prepayment Model means 100% FRPV and 100% ARPV, as applicable.]

We cannot assure you, however, that prepayments on the Mortgage Loans will conform to any level of the Prepayment Model, and no representation is made that the Mortgage Loans will prepay at the prepayment rates shown or any other prepayment rate. The rate of principal payments on mortgage loans is influenced by a variety of economic, geographic, social and other factors, including the level of interest rates. Other factors affecting prepayment of mortgage loans include changes in obligors' housing needs, job transfers and unemployment. In the case of mortgage loans in general, if prevailing interest rates fall significantly below the interest rates on the mortgage loans, the mortgage loans are likely to be subject to higher prepayment rates than if prevailing interest rates remain at or above the rates borne by the mortgage loans. Conversely, if prevailing interest rates rise above the interest on the mortgage loans, the rate of prepayment would be expected to decrease.

Decrement Tables: Weighted Average Lives

The tables below set forth the percentages of the initial Certificate Principal Balance of each class of Offered Certificates outstanding at the respective percentages of the Prepayment Model that will be outstanding as of the twelfth Distribution Date and every twelfth Distribution Date thereafter. Those percentages have been rounded to the nearest whole percentages, [and an asterisk (*) indicates a percentage less than 0.5% and greater than 0%]. In addition, the tables below set forth the weighted average lives of each class of Offered Certificates to maturity and to optional termination at the respective percentages of the Prepayment Model. Each weighted average life of any Certificate presented below is determined by (a) multiplying the amount of each principal payment by the number of years from the date of issuance to the related Distribution Date, (b) adding the results, and (c) dividing the sum by the initial respective Certificate Principal Balance for the class of Certificates.

The following tables have been prepared on the basis of the following assumptions (collectively, the "Modeling Assumptions"):

S-120

<PAGE>

(1) the Mortgage Loans prepay at the indicated percentage of the related Prepayment Model,

(2) distributions on the Certificates are received, in cash, on the [  th] day of each month, commencing in [      ] 200[ ], in accordance with the payment priorities defined in this prospectus supplement,

(3) no defaults or delinquencies in, or modifications, waivers or amendments respecting, the payment by the mortgagors of principal and interest on the Mortgage Loans occur,

(4) Scheduled Payments are assumed to be received on the first day of each month commencing in [      ] 200[ ], and prepayments represent payment in full of individual Mortgage Loans and are assumed to be received on the last day of each month, commencing in [      ] 200[ ], and include 30 days' interest thereon,

(5) [the level of the Mortgage Index remains constant at [  ]% per annum, and the level of [One-Month LIBOR] remains constant at [  ]% per annum,]

(6) the Pass-Through Margins or fixed rates for the Offered Certificates (other than the Class A-R Certificates) remain constant at the rates applicable on or prior to the Optional Termination Date and the Pass-Through Margins or fixed rates for the Offered Certificates (other than the Class A-R Certificates) are adjusted accordingly on any Distribution Date after the Optional Termination Date,

(7) the Certificates are issued on [      ] 200[ ],

(8) [the Mortgage Rate for each Adjustable Rate Mortgage Loan is adjusted on its next Adjustment Date (and on subsequent Adjustment Dates, if necessary) to equal the sum of

(a) the assumed level of the Mortgage Index, and

(b) the respective Gross Margin (which sum is subject to the applicable periodic adjustment caps and floors and the applicable lifetime adjustment caps and floors),]

(9) except as indicated with respect to the weighted average lives to maturity, the optional termination is exercised on the Optional Termination Date,

(10) the scheduled monthly payment for each Mortgage Loan, [except for the interest-only Mortgage Loans during their respective interest-only periods,] is calculated based on its principal balance, mortgage rate and remaining amortization term to maturity so that each Mortgage Loan will amortize in amounts sufficient to repay the remaining principal balance of the Mortgage Loan by its remaining term to maturity (except in the case of balloon loans), as indicated in the table below,

(11) [any Mortgage Loan with a remaining interest-only term greater than zero does not amortize during the remaining interest-only term, and at the end of the remaining interest-only term, will amortize in amounts sufficient to repay the current balance of any Mortgage Loan over the remaining term to maturity calculated at the expiration of the

remaining interest-only term based on the applicable amortization method,]

(12) [scheduled monthly payments on each Adjustable Rate Mortgage Loan will be adjusted in the month immediately following each related interest adjustment date (as necessary) for the Mortgage Loan to equal the fully amortizing payment described above,]

(13) [the scheduled amortization for all Mortgage Loans is based upon their respective gross interest rates and the interest rate on each Fixed Rate Credit Comeback Loan will be deemed to be reduced by [ ]% on the Due Date following the end of each of the first four annual periods after the origination date, irrespective of whether the borrower qualifies for the reduction by having a good payment history],

S-121

<PAGE>

(14) [all of the Pre-Funded Amount, if any, is used to purchase Subsequent Mortgage Loans for inclusion on the Closing Date, and]

(15) each Loan Group consists of Mortgage Loans having the approximate characteristics described below:

S-122

<PAGE>

<TABLE>
<CAPTION>

Loan Group [1] Mortgage Loan

| Principal Balance($) | Adjusted Net Mortgage Rate (%) (1) | Gross Mortgage Rate (%) (2) | Remaining Amortization Term (months) | Remaining Term to Maturity (months) | O I ( |
|---|---|---|---|---|---|
| ---------------- | ------------------ | -------------- | -------------- | ----------- | -- |
| <S> | <C> | <C> | <C> | <C> | <C |

</TABLE>

_____

(1)   [In the above table, the Adjusted Net Mortgage Rate percentages that
      include Fixed Rate Credit Comeback Loans have been calculated without
      subtracting any Credit Comeback Excess Amounts. However, for purposes of
      actual payments to be made on the Certificates, including the
      calculation of each applicable Net Rate Cap as well as other Mortgage
      Rate calculations, the Gross Mortgage Rate for each Fixed Rate Credit
      Comeback Loan will be deemed to be reduced by [ ]% on the Due Date
      following the end of each of the first four annual periods after the
      origination date, irrespective of whether the borrower qualifies for the
      reduction by having a good payment history.]
(2)   [In the above table, the Gross Mortgage Rate percentages that include
      Fixed Rate Credit Comeback Loans have been calculated without
      subtracting any Credit Comeback Excess Amounts. However, for purposes of
      actual payments to be made on the Certificates, including the
      calculation of each applicable Net Rate Cap as well as other Mortgage
      Rate calculations, the Gross Mortgage Rate for each Fixed Rate Credit
      Comeback Loan will be deemed to be reduced by [ ]% on the Due Date
      following the end of each of the first four annual periods after the
      origination date, irrespective of whether the borrower qualifies for the
      reduction by having a good payment history.]

S-123

<PAGE>

<TABLE>
<CAPTION>

Loan Group [2] Mortgage Loans

| Principal Balance ($) | Adjusted Net Mortgage Rate (%) | Gross Mortgage Rate (%) | Remaining Amortization Term (months) | Remaining Term to Maturity (months) | Original Interest- Only Term (months) |
|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> |

<CAPTION>

| Principal Balance ($) | Subsequent Periodic Cap (%) | Gross Margin (%) | Life Cap (%) | Life Floor (%) | Months t Next Rat Adjustmen |
| ------------------- | ------------ | ----------- | ---------------- | ------------ | ---------- |
| <S> | <C> | <C> | <C> | <C> | <C> |

</TABLE>

S-124

<PAGE>

<TABLE>
<CAPTION>

Loan Group [3] Mortgage Loans

| Principal Balance ($) | Adjusted Net Mortgage Rate (%) | Gross Mortgage Rate (%) | Remaining Amortization Term (months) | Remaining Term to Maturity (months) | Original Interest- Only Term (months) |
| ------------------- | ------------ | ----------- | ---------------- | ------------ | ---------- |
| <S> | <C> | <C> | <C> | <C> | <C> |

<CAPTION>

<TABLE>

| Principal Balance ($) | Subsequent Periodic Cap (%) | Gross Margin (%) | Life Cap (%) | Life Floor (%) | Months t Next Rat Adjustmen |
|----|----|----|----|----|----|
| <S> | <C> | <C> | <C> | <C> | <C> |

</TABLE>

S-125

<PAGE>

Percentages of the Initial Certificate Principal Balances of
the Offered Certificates at the Respective Percentages of the Prepayment Model

<TABLE>
<CAPTION>

| Distribution Date | [Class AF-1A] and [Class AF-1B] | | | | | |
|----|----|----|----|----|----|----|
| | [   ]% | [   ]% | [   ]% | [   ]% | [   ]% | [   ] |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial Percentage.......... | 100% | 100% | 100% | 100% | 100% | 100% |
| [     ] [     ], 20[   ].... | | | | | | |
| [     ] [     ], 20[   ].... | | | | | | |
| [     ] [     ], 20[   ].... | | | | | | |
| [     ] [     ], 20[   ].... | | | | | | |
| [     ] [     ], 20[   ].... | | | | | | |
| Weighted Average Life to Optional Termination (in years)..................... | | | | | | |
| Weighted Average Life to Maturity (in years)......... | | | | | | |

</TABLE>

<TABLE>
<CAPTION>

| Distribution Date | [Class AF-3] | | | | | |
|----|----|----|----|----|----|----|
| | [   ]% | [   ]% | [   ]% | [   ]% | [   ]% | [   ] |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial Percentage.......... | 100% | 100% | 100% | 100% | 100% | 100% |
| [     ] [     ], 20[   ].... | | | | | | |
| [     ] [     ], 20[   ].... | | | | | | |
| [     ] [     ], 20[   ].... | | | | | | |

```
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....

Weighted Average Life to
Optional Termination (in
years).....................
Weighted Average Life to
Maturity (in years)........

</TABLE>
```

                                    S-126

```
<PAGE>


<TABLE>
<CAPTION>
```

| Distribution Date | [Class AF-5A] and [Class AF-5B] | | | | | |
|---|---|---|---|---|---|---|
| | [   ]% | [   ]% | [   ]% | [   ]% | [   ]% | [   ] |
| | ------ | ------ | ------ | ------ | ----- | ----- |
| `<S>` | `<C>` | `<C>` | `<C>` | `<C>` | `<C>` | `<C>` |
| Initial Percentage.......... | 100% | 100% | 100% | 100% | 100% | 100% |
| [      ] [      ], 20[   ].... | | | | | | |
| [      ] [      ], 20[   ].... | | | | | | |
| [      ] [      ], 20[   ].... | | | | | | |
| [      ] [      ], 20[   ].... | | | | | | |
| [      ] [      ], 20[   ].... | | | | | | |
| Weighted Average Life to Optional Termination (in years)..................... | | | | | | |
| Weighted Average Life to Maturity (in years)........ | | | | | | |

```
</TABLE>



<TABLE>
<CAPTION>
```

| Distribution Date | [Class MF-1] | | | | | |
|---|---|---|---|---|---|---|
| | [   ]% | [   ]% | [   ]% | [   ]% | [   ]% | [   ] |
| | ------ | ------ | ------ | ------ | ----- | ----- |
| `<S>` | `<C>` | `<C>` | `<C>` | `<C>` | `<C>` | `<C>` |
| Initial Percentage.......... | 100% | 100% | 100% | 100% | 100% | 100% |
| [      ] [      ], 20[   ].... | | | | | | |
| [      ] [      ], 20[   ].... | | | | | | |
| [      ] [      ], 20[   ].... | | | | | | |
| [      ] [      ], 20[   ].... | | | | | | |
| [      ] [      ], 20[   ].... | | | | | | |
| Weighted Average Life to Optional Termination (in years)..................... | | | | | | |
| Weighted Average Life to Maturity (in years)........ | | | | | | |

```
</TABLE>
```

```
<TABLE>
<CAPTION>
                                             [Class MF-3]
                              -------------------------------------  -----
Distribution Date            [   ]%   [   ]%   [   ]%   [   ]%   [   ]%    [   ]
-----------------            ------   ------   ------   ------   -----    -----
<S>                          <C>      <C>      <C>      <C>      <C>      <C>
Initial Percentage..........  100%     100%     100%     100%     100%     100%
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....

Weighted Average Life to
Optional Termination (in
years).....................
Weighted Average Life to
Maturity (in years).........
</TABLE>
```

S-127

```
<PAGE>

<TABLE>
<CAPTION>
                                             [Class MF-5]
                              -------------------------------------  -----
Distribution Date            [   ]%   [   ]%   [   ]%   [   ]%   [   ]%    [   ]
-----------------            ------   ------   ------   ------   -----    -----
<S>                          <C>      <C>      <C>      <C>      <C>      <C>
Initial Percentage..........  100%     100%     100%     100%     100%     100%
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....

Weighted Average Life to
Optional Termination (in
years).....................
Weighted Average Life to
Maturity (in years).........
</TABLE>
```

```
<TABLE>
<CAPTION>
                                             [Class MF-7]
                              -------------------------------------  -----
Distribution Date            [   ]%   [   ]%   [   ]%   [   ]%   [   ]%    [   ]
-----------------            ------   ------   ------   ------   -----    -----
<S>                          <C>      <C>      <C>      <C>      <C>      <C>
Initial Percentage..........  100%     100%     100%     100%     100%     100%
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
```

```
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....

Weighted Average Life to
Optional Termination (in
years)......................
Weighted Average Life to
Maturity (in years).........
</TABLE>
```

```
<TABLE>
<CAPTION>
```

| | [Class BF] | | | | | |
|---|---|---|---|---|---|---|
| Distribution Date | [    ]% | [    ]% | [    ]% | [    ]% | [    ]% | [    ] |
| ----------------- | ------ | ------ | ------ | ------ | ----- | ----- |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial Percentage.......... | 100% | 100% | 100% | 100% | 100% | 100% |

```
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....

Weighted Average Life to
Optional Termination (in
years)......................
Weighted Average Life to
Maturity (in years).........

</TABLE>
```

S-128

```
<PAGE>

<TABLE>
<CAPTION>
```

| | [Class 3-AV-1] | | | | | |
|---|---|---|---|---|---|---|
| Distribution Date | [    ]% | [    ]% | [    ]% | [    ]% | [    ]% | [    ] |
| ----------------- | ------ | ------ | ------ | ------ | ----- | ----- |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial Percentage.......... | 100% | 100% | 100% | 100% | 100% | 100% |

```
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....

Weighted Average Life to
Optional Termination (in
years)......................
Weighted Average Life to
Maturity (in years).........
</TABLE>
```

```
<TABLE>
<CAPTION>
                                              [Class 3-AV-3]
                                   -------------------------------------------     -----
Distribution Date                  [   ]%   [   ]%   [   ]%   [   ]%   [   ]%      [   ]
-----------------                  ------   ------   ------   ------   -----      -----
<S>                                <C>      <C>      <C>      <C>      <C>        <C>
Initial Percentage..........       100%     100%     100%     100%     100%       100%
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....

Weighted Average Life to
Optional Termination (in
years)......................
Weighted Average Life to
Maturity (in years)........
</TABLE>
```

```
<TABLE>
<CAPTION>
                                              [Class MV-1]
                                   -------------------------------------------     -----
Distribution Date                  [   ]%   [   ]%   [   ]%   [   ]%   [   ]%      [   ]
-----------------                  ------   ------   ------   ------   -----      -----
<S>                                <C>      <C>      <C>      <C>      <C>        <C>
Initial Percentage..........       100%     100%     100%     100%     100%       100%
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....
[      ] [      ], 20[   ]....

Weighted Average Life to
Optional Termination (in
years)......................
Weighted Average Life to
Maturity (in years)........
</TABLE>
```

                              S-129

```
<PAGE>

<TABLE>
<CAPTION>
                                              [Class MV-3]
                                   -------------------------------------------     -----
Distribution Date                  [   ]%   [   ]%   [   ]%   [   ]%   [   ]%      [   ]
-----------------                  ------   ------   ------   ------   -----      -----
<S>                                <C>      <C>      <C>      <C>      <C>        <C>
Initial Percentage..........       100%     100%     100%     100%     100%       100%
[      ] [      ], 20[   ]....
```

```
[      ] [      ], 20[    ]....
[      ] [      ], 20[    ]....
[      ] [      ], 20[    ]....
[      ] [      ], 20[    ]....

Weighted Average Life to
Optional Termination (in
years).....................
Weighted Average Life to
Maturity (in years)........
</TABLE>
```

```
<TABLE>
<CAPTION>
                                                          [Class MV-5]
                                        ------------------------------------------   -----
Distribution Date                       [   ]%   [   ]%   [   ]%   [   ]%   [   ]%   [   ]
-----------------                       ------   ------   ------   ------   -----   -----
<S>                                     <C>      <C>      <C>      <C>      <C>      <C>
Initial Percentage..........           100%     100%     100%     100%     100%     100%
[      ] [      ], 20[    ]....
[      ] [      ], 20[    ]....
[      ] [      ], 20[    ]....
[      ] [      ], 20[    ]....
[      ] [      ], 20[    ]....

Weighted Average Life to
Optional Termination (in
years).....................
Weighted Average Life to
Maturity (in years)........
</TABLE>
```

```
<TABLE>
<CAPTION>
                                                          [Class MV-7]
                                        ------------------------------------------   -----
Distribution Date                       [   ]%   [   ]%   [   ]%   [   ]%   [   ]%   [   ]
-----------------                       ------   ------   ------   ------   -----   -----
<S>                                     <C>      <C>      <C>      <C>      <C>      <C>
Initial Percentage..........           100%     100%     100%     100%     100%     100%
[      ] [      ], 20[    ]....
[      ] [      ], 20[    ]....
[      ] [      ], 20[    ]....
[      ] [      ], 20[    ]....
[      ] [      ], 20[    ]....

Weighted Average Life to
Optional Termination (in
years).....................
Weighted Average Life to
Maturity (in years)........
</TABLE>
```

S-130

<PAGE>

<TABLE>
<CAPTION>

|  | [Class BV] | | | | | |
| Distribution Date | [    ]% | [    ]% | [    ]% | [    ]% | [    ]% | [    ] |
| ------------------ | ------ | ------ | ------ | ------ | ------ | ----- |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> |
| Initial Percentage.......... | 100% | 100% | 100% | 100% | 100% | 100% |
| [     ] [     ], 20[   ].... |  |  |  |  |  |  |
| [     ] [     ], 20[   ].... |  |  |  |  |  |  |
| [     ] [     ], 20[   ].... |  |  |  |  |  |  |
| [     ] [     ], 20[   ].... |  |  |  |  |  |  |
| [     ] [     ], 20[   ].... |  |  |  |  |  |  |
| Weighted Average Life to Optional Termination (in years)..................... |  |  |  |  |  |  |
| Weighted Average Life to Maturity (in years)........ |  |  |  |  |  |  |

</TABLE>

[THE REMAINDER OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK]

S-131

<PAGE>

## LEGAL PROCEEDINGS

There are no legal proceedings against [Countrywide Home Loans], the Depositor, the Trustee, the issuing entity or the Master Servicer, or to which any of their respective properties are subject, that is material to the certificateholders, nor is the Depositor aware of any proceedings of this type contemplated by governmental authorities.

## MATERIAL FEDERAL INCOME TAX CONSEQUENCES

The following discussion and the discussion in the prospectus under the caption "Material Federal Income Tax Consequences" is the opinion of [Sidley Austin LLP] [Thacher Proffitt & Wood LLP] ("Tax Counsel") on the anticipated material federal income tax consequences of the purchase, ownership, and disposition of the Offered Certificates. It is based on the current provisions and interpretations of the Code and the accompanying Treasury regulations and on current judicial and administrative rulings. All of these authorities are subject to change and any change can apply retroactively.

[For federal income tax purposes, the issuing entity (exclusive of the Credit Comeback Excess Account, the Carryover Reserve Fund and the Pre-Funding Account and the issuing entity's rights with respect to payments received under the Corridor Contracts) will consist of one or more REMICs in a tiered structure. The highest REMIC will be referred to as the "Master REMIC,"