```
        Miscellaneous...................................    5,000.00
                                                         ------------
            Total...................................... $385,107.00
                                                         ============
-----------
```

*       All amounts except the SEC Registration Fee are estimates of expenses
        incurred in connection with the issuance and distribution of a Series of
        Securities in an aggregate principal amount assumed for these purposes to
        be equal to $500,000,000 of Securities registered hereby.

**      This amount relates to the $1,000,000 of Mortgage Backed Securities
        registered hereby.

Item 15.  Indemnification of Directors and Officers.

        The Registrant's Certificate of Incorporation provides for
indemnification of directors and officers of the Registrant to the full extent
permitted by Delaware law.

        Section 145 of the Delaware General Corporation Law provides, in
substance, that Delaware corporations shall have the power, under specified
circumstances, to indemnify their directors, officers, employees and agents in
connection with actions, suits or proceedings brought against them by a third
party or in the right of the corporation, by reason of the fact that they were
or are such directors, officers, employees or agents, against expenses
incurred in any such action, suit or proceeding. The Delaware General
Corporation Law also provides that the Registrant may purchase insurance on
behalf of any such director, officer, employee or agent.

                                   III-1
<PAGE>

Item 16.  Exhibits.

```
1.1*     --     Form of Underwriting Agreement.
1.2**    --     Form of Indemnification and Contribution Agreement.
3.1**    --     Certificate of Incorporation of the Registrant.
3.2**    --     By-laws of the Registrant.
4.1*     --     Form of Pooling and Servicing Agreement.
4.2*     --     Form of Trust Agreement.
4.3*     --     Form of Indenture.
4.4*     --     Form of Sale and Servicing Agreement.
5.1      --     Opinion of Sidley Austin LLP as to legality of the Securities.
5.2      --     Opinion of Thacher Proffitt & Wood LLP as to legality of the
                Securities.
8.1      --     Opinion of Sidley Austin LLP as to certain tax matters
                (included in Exhibit 5.1).
8.2      --     Opinion of Thacher Proffitt & Wood LLP as to certain tax
                matters (included in Exhibit 5.2).
10.1*    --     Form of Mortgage Loan Purchase Agreement.
10.2*    --     Form of ISDA Master Agreement (Multicurrency - Cross Border).
23.1     --     Consent of Sidley Austin LLP (included in Exhibit 5.1).
23.2     --     Consent of Thacher Proffitt & Wood LLP (included in Exhibit
                5.2).
24.1     --     Power of Attorney (included on Page II-5).
25.1     --     Statement of Eligibility of Trustee.
-----------
```

*       Incorporated by reference from the Registrant's Registration Statement
        (No. 333-131662).

\*\*        Incorporated by reference from the Registrant's Registration Statement
         (No. 333-103821).


Item 17. Undertakings.

         The undersigned registrant hereby undertakes:

              (1)   To file, during any period in which offers or sales are
         being made, a post-effective amendment to this Registration Statement:

                  (i) To include any prospectus required by Section
              10(a)(3) of the Securities Act of 1933;

                  (ii) To reflect in the prospectus any facts or events
              arising after the effective date of the registration statement
              (or the most recent post-effective amendment thereof) which,
              individually or in the aggregate, represent a fundamental
              change in the information set forth in the registration
              statement. Notwithstanding the foregoing, any increase or
              decrease in volume of securities offered (if the total dollar
              value of securities offered would not exceed that which was
              registered) and any deviation from the low or high end of the
              estimated maximum offering range may be reflected in the form
              of prospectus filed with the Commission pursuant to Rule
              424(b) if, in the aggregate, the changes in volume and price
              represent no more than 20 percent change in the maximum
              aggregate offering price set forth in the "Calculation of
              Registration Fee" table in the effective registration
              statement;

                  (iii) To include any material information with respect
              to the plan of distribution not previously disclosed in the
              registration statement or any material change to such
              information in the registration statement;

                  provided, however, that the undertakings set forth in
              clauses (i), (ii) and (iii) above do not apply if the
              information required to be included in a post-effective
              amendment by those clauses is contained in periodic reports
              filed by the registrant pursuant to Section 13 or Section
              15(d) of the Securities Exchange Act of 1934 that are
              incorporated by reference in this Registration Statement,


                                      II-2

<PAGE>

              or is contained in a form of prospectus filed pursuant to
              Rule 424(b) that is part of this Registration Statement;
              provided, further, however, that clauses (i) and (ii) above
              will not apply if the information required to be included in a
              post-effective amendment is provided pursuant to Item 1100(c)
              of Regulation AB (ss.229.1100(c));

                  (2) That, for the purpose of determining any liability under
              the Securities Act of 1933, each such post-effective amendment shall
              be deemed to be a new registration statement relating to the
              securities offered therein, and the offering of such securities at
              that time shall be deemed to be the initial bona fide offering
              thereof;

(3) To remove from registration by means of a post-effective amendment any of the securities being registered that remain unsold at the termination of the offering;

(4) That, for the purpose of determining liability under the Securities Act to any purchaser,

If the registrant is relying on Rule 430B:

(i) Each prospectus filed by the registrant pursuant to Rule 424(b)(3) shall be deemed to be part of this Registration Statement as of the date the filed prospectus was deemed part of and included in this Registration Statement; and

(ii) Each prospectus required to be filed pursuant to Rule 424(b)(2), (b)(5) or (b)(7) as part of a registration statement in reliance on Rule 430B relating to an offering made pursuant to Rule 415(a)(1)(i), (vii) or (x) for the purpose of providing the information required by Section 10(a) of the Securities Act shall be deemed to be part of and included in this registration statement as of the earlier of the date such form of prospectus is first used after effectiveness or the date of the first contract of sale of securities in the offering described in the prospectus. As provided in Rule 430B, for liability purposes of the issuer and any person that is at that date an underwriter, such date shall be deemed to be a new effective date of the registration statement relating to the securities in the registration statement to which that prospectus relates, and the offering of such securities at that time shall be deemed to be the initial bona fide offering thereof. Provided, however, that no statement made in a registration statement or prospectus that is part of the registration statement or made in a document incorporated or deemed incorporated by reference into the registration statement or prospectus that is part of the registration statement will, as to a purchaser with a time of contract of sale prior to such effective date, supersede or modify any statement that was made in the registration statement or prospectus that was part of the registration statement or made in any such document immediately prior to such effective date;

(5) That, for the purpose of determining liability of the registrant under the Securities Act of 1933 to any purchaser in the initial distribution of the securities:

The undersigned registrant undertakes that in a primary offering of securities of the undersigned registrant pursuant to this Registration Statement, regardless of the underwriting method used to sell the securities to the purchaser, if the securities are offered or sold to such purchaser by means of any of the following communications, the undersigned registrant will be a seller to the purchaser and will be considered to offer or sell such securities to such purchaser:

(i) Any preliminary prospectus or prospectus of the undersigned registrant relating to the offering required to be filed pursuant to Rule 424;

(ii) Any free writing prospectus relating to the

offering prepared by or on behalf of the undersigned registrant or used or referred to by the undersigned registrant;

(iii) The portion of any other free writing prospectus relating to the offering containing material information about the undersigned registrant or its securities provided by or on behalf of the undersigned registrant; and

II-3

<PAGE>

(iv)  Any other communication that is an offer in the offering made by the undersigned registrant to the purchaser;

(6) For purposes of determining any liability under the Securities Act of 1933, each filing of the registrant's annual report pursuant to Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934 (and, where applicable, each filing of an employee benefit plan's annual report pursuant to Section 15(d) of the Securities Exchange Act of 1934) that is incorporated by reference in this Registration Statement shall be deemed to be a new registration statement relating to the securities offered therein, and the offering of such securities at that time shall be deemed to be the initial bona fide offering thereof;

(7) To provide to the underwriter at the closing specified in the underwriting agreements, certificates in such denominations and registered in such names as required by the underwriter to permit prompt delivery to each purchaser;

(8) Insofar as indemnification for liabilities arising under the Securities Act of 1933 may be permitted to directors, officers and controlling persons of the registrant pursuant to the foregoing provisions, or otherwise, the registrant has been advised that in the opinion of the Securities and Exchange Commission such indemnification is against public policy as expressed in the Act and is, therefore, unenforceable. In the event that a claim for indemnification against such liabilities (other than the payment by the registrant of expenses incurred or paid by a director, officer or controlling person of the registrant in the successful defense of any action, suit or proceeding) is asserted by such director, officer or controlling person in connection with the securities being registered, the registrant will, unless in the opinion of its counsel the matter has been settled by controlling precedent, submit to a court of appropriate jurisdiction the question of whether such indemnification by it is against public policy as expressed in the Act and will be governed by the final adjudication of such issue;

(9) For purposes of determining any liability under the Securities Act of 1933, each post-effective amendment that contains a form of prospectus shall be deemed to be a new registration statement relating to the securities offered therein, and the offering of such securities at that time shall be deemed to be the initial bona fide offering thereof;

(10) That, for purposes of determining any liability under the Securities Act of 1933, each filing of the annual report pursuant to section 13(a) or section 15(d) of the Securities Exchange Act of 1934 of a third party that is incorporated by reference in the

registration statement in accordance with Item 1100(c)(1) (17 CFR 229.1100(c)(1)) of Regulation AB shall be deemed to be a new registration statement relating to the securities offered therein, and the offering of such securities at that time shall be deemed to be the initial bona fide offering thereof;

(11) That, except as otherwise provided by Item 1105 of Regulation AB (17 CFR 229.1105), information provided in response to that Item pursuant to Rule 312 of Regulation S-T (17 CFR 232.312) through the specified Internet address in the prospectus is deemed to be a part of the prospectus included in the registration statement; and

(12) To provide to any person without charge, upon request, a copy of the information provided in response to Item 1105 of Regulation AB pursuant to Rule 312 of Regulation S-T through the specified Internet address as of the date of the prospectus included in the registration statement if a subsequent update or change is made to the information.

II-4

<PAGE>

SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, as amended, the Registrant certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this Registration Statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the city of Calabasas, State of California on the 28th day of February 2007.

CWMBS, INC.

By          /s/ N. Joshua Adler
    -----------------------------------
             N. Joshua Adler
    President, Chief Executive Officer and Director
           (Principal Executive Officer)

POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints each of N. Joshua Adler, Eric P. Sieracki, Ranjit Kripalani and Jennifer S. Sandefur, or any of them, his true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him and his name, place and stead, in any and all capacities, to sign any and all amendments (including post-effective amendments) to this Registration Statement, and to file the same, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully to all intents and purposes as he might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or any of them, or their or his substitutes, may lawfully do or cause

to be done by virtue hereof.

        Pursuant to the requirements of the Securities Act of 1933, as
amended, this Registration Statement has been signed by the following persons
in the capacities and on the dates indicated.

```
<TABLE>
<CAPTION>

              Signature                              Title
              ---------                              -----

<S>                                       <C>
        /s/ N. Joshua Adler               President, Chief Executive Officer and Di
---------------------------------------        (Principal Executive Officer)
            N. Joshua Adler

        /s/ Eric P. Sieracki              Executive Managing Director, Chief Finan
---------------------------------------          Officer and Treasurer
          Eric P. Sieracki                    (Principal Financial Officer and
                                               Principal Accounting Officer)

        /s/ Ranjit Kripalani                          Director
---------------------------------------
            Ranjit Kripalani

      /s/ Jennifer S. Sandefur                        Director
---------------------------------------
          Jennifer S. Sandefur


</TABLE>
```
                                  II-5

```
<PAGE>
```

                              EXHIBIT INDEX


1.1*      --    Form of Underwriting Agreement.
1.2*      --    Form of Indemnification and Contribution Agreement.
3.1**     --    Certificate of Incorporation of the Registrant.
3.2**     --    By-laws of the Registrant.
4.1*      --    Form of Pooling and Servicing Agreement.
4.2*      --    Form of Trust Agreement.
4.3*      --    Form of Indenture.
4.4*      --    Form of Sale and Servicing Agreement.
5.1       --    Opinion of Sidley Austin LLP as to legality of the
                Securities.
5.2       --    Opinion of Thacher Proffitt & Wood LLP as to legality of
                the Securities.
8.1       --    Opinion of Sidley Austin LLP as to certain tax matters
                (included in Exhibit 5.1).
8.2       --    Opinion of Thacher Proffitt & Wood LLP as to certain tax
                matters (included in Exhibit 5.2).
10.1*     --    Form of Mortgage Loan Purchase Agreement.
10.2*     --    Form of ISDA Master Agreement (Multicurrency - Cross
                Border).
23.1      --    Consent of Sidley Austin LLP (included in Exhibit 5.1).
23.2      --    Consent of Thacher Proffitt & Wood LLP (included in
                Exhibit 5.2).

```
24.1        --     Power of Attorney (included on Page II-5).
25.1        --     Statement of Eligibility of Trustee.
-----------
*           Incorporated by reference from the Registrant's Registration Statement
            (No. 333-131662).
**          Incorporated by reference from the Registrant's Registration Statement
            (No. 333-103821).
```

II-6

```
</TEXT>
</DOCUMENT>
```

# EXHIBIT 12

```
<DOCUMENT>
<TYPE>S-3/A
<SEQUENCE>1
<FILENAME>efc7-0969_s3a.txt
<TEXT>
```

As filed with the Securities and Exchange Commission on April 24, 2007
                                              Registration No. 333-140958

===============================================================================
                    SECURITIES AND EXCHANGE COMMISSION
                         WASHINGTON, D.C. 20549

                         ------------------------
                     PRE-EFFECTIVE AMENDMENT NO. 1
                                  TO
                         REGISTRATION STATEMENT
                                  ON
                               FORM S-3
                     UNDER THE SECURITIES ACT OF 1933
                         ------------------------

                             CWMBS, INC.
              (Exact Name of Registrant as Specified in its Charter)

            Delaware                              95-4449516
     (State or other Jurisdiction of      (I.R.S. Employer Identification Number)
      Incorporation or Organization)

                         4500 Park Granada
                     Calabasas, California 91302
                           (818) 225-3000
     (Address, including zip code, and telephone number, including area code, of
                    registrant's principal executive offices)
                         ------------------------
                       SANDOR E. SAMUELS, ESQ.
                     Countrywide Home Loans, Inc.
                         4500 Park Granada
                     Calabasas, California 91302
                           (818) 225-3505
         (Name, address, including zip code, and telephone number,
                including area code, of agent for service)
                         ------------------------
                          With a copy to:
                       EDWARD J. FINE, ESQ.
                         SIDLEY AUSTIN LLP
                         787 Seventh Avenue
                       New York, New York 10019
                         ------------------------

    Approximate date of commencement of proposed sale to the public: From time
to time on or after the effective date of the registration statement, as
determined by market conditions.
                         ------------------------
    If the only securities being registered on this form are being offered
pursuant to dividend or interest reinvestment plans, please check the
following box. |_|
    If any of the securities being registered on this form are to be offered on
a delayed or continuous basis pursuant to Rule 415 under the Securities Act of
1933, other than securities offered only in connection with dividend or
interest reinvestment plans, please check the following box. |X|

If this form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. |_| _____

If this form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. |_| _____

If this Form is a registration statement pursuant to General Instruction I.D. or a post-effective amendment thereto that shall become effective upon filing with the Commission pursuant to Rule 462(e) under the Securities Act, check the following box. |_|

If this Form is a post-effective amendment to a registration statement filed pursuant to General Instruction I.D. filed to register additional securities or additional classes of securities pursuant to Rule 413(b) under the Securities Act, check the following box. |_|

------------------------
CALCULATION OF REGISTRATION FEE

<TABLE>
<CAPTION>

| Title of Each Class of Securities to Be Registered | Amount to Be Registered (1) | Proposed Maxim Offering Pric Per Unit (2) |
|---|---|---|
| <S> | <C> | <C> |
| Mortgage Backed Securities.................. | $144,647,113,029 | 100% |

</TABLE>

(1)   This Registration Statement relates to the offering from time to time of $144,647,113,029 aggregate principal amount of Mortgage Backed Securities.
(2)   Estimated for the purpose of calculating the registration fee.
(3)   A registration fee of $107.00 was previously paid with the filing of this Registration Statement on February 28, 2007. In addition, as set forth below, $4,440,559.37 was paid in connection with the Registration Statement on Form S-3 (Registration No. 333-131662, initially filed on February 8, 2006) which Registration Statement is deemed to be withdrawn.

     Pursuant to Rule 457 of the Securities and Exchange Commission's Rules and Regulations under the Securities Act of 1933, as a

<PAGE>

     mended, the net fee available is offset against the filing fee currently due in connection with this registration statement.

(1)   The filing fee paid in respect of Registration No. 333-131662 (including any available offset) was $6,510,592.88.
(2)   From March 8, 2006, the date Registration No. 333-131662 became effective, until the date of this filing, the Registrant issued $19,346,107,586 of Mortgage Backed Securities (at the fee rate of $107.00 per million), thereby reducing the Registrant's available fee by $2,070,033.51.
(3)   The net fee available for recovery under Rule 457(p) (i.e., the amount set forth in Paragraph 1, less the amount set forth in Paragraph 2) is therefore $4,440,559.37.
(4)   At a fee rate of $30.70 per million, this paid and unused filing fee is sufficient to register $144,643,627,687 of Mortgage Backed Securities.
------------------------

================================================================================

2

<PAGE>

The information in this prospectus supplement is not complete and may be
changed. We may not sell these securities until the registration statement
filed with the Securities and Exchange Commission is effective. This
prospectus supplement is not an offer to sell these securities and it is not
soliciting offers to buy these securities in any state where the offer or sale
is not permitted.


                    SUBJECT TO COMPLETION, DATED [ ]



PROSPECTUS SUPPLEMENT
(To Prospectus dated [            ], 2006)

                                $
                           (Approximate)
                           CWMBS, INC.
                             Depositor
                    [COUNTRYWIDE HOME LOANS, INC.]
                          Sponsor and Seller
                  [Countrywide Home Loans Servicing LP]
                          Master Servicer
              CHL Mortgage Pass-Through Trust 200[ ]-[ ]
                          Issuing Entity
            Mortgage Pass-Through Certificates, Series 200[ ]-[ ]

            Distributions payable monthly beginning [ ], 200[ ]

                         ----------------

The issuing entity will issue certificates, including the following classes of
certificates being offered pursuant to this prospectus supplement and the
accompanying prospectus:

<TABLE>
<CAPTION>

| | Original Certificate Principal Balance(1) | Price to Public | Underwriting Discount | Proceeds to Depositor(2) | | Ori Cer Pri |
| Class | | | | | Class | Bal |
|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> |
| [AF-1A] | $ | % | % | % | [BF] | $ |
| [AF-1B] | $ | % | % | % | [2-AV-1] | $ |
| [AF-2] | $ | % | % | % | [2-AV-2] | $ |
| [AF-3] | $ | % | % | % | [3-AV-1] | $ |
| [AF-4] | $ | % | % | % | [3-AV-2] | $ |
| [AF-5A] | $ | % | % | % | [3-AV-3] | $ |
| [AF-5B] | $ | % | % | % | [3-AV-4] | $ |
| [AF-6] | $ | % | % | % | [MV-1] | $ |
| [MF-1] | $ | % | % | % | [MV-2] | $ |
| [MF-2] | $ | % | % | % | [MV-3] | $ |
| [MF-3] | $ | % | % | % | [MV-4] | $ |
| [MF-4] | $ | % | % | % | [MV-5] | $ |
| [MF-5] | $ | % | % | % | [MV-6] | $ |

```
[MF-6]          $              %              %              %       [MV-7]    $
[MF-7]          $              %              %              %       [MV-8]    $
[MF-8]          $              %              %              %       [BV]      $
                                                                     [A-R]     $
</TABLE>
```

--------------------------------------------------------------------------------
Consider carefully the risk factors beginning on page S-[ ] in this prospectus
supplement and on page 2 in the prospectus.

The certificates represent obligations of the issuing entity only and do not
represent an interest in or obligation of CWMBS, Inc., [Countrywide Home
Loans, Inc.] or any of their affiliates.

This prospectus supplement may be used to offer and sell the offered
certificates only if accompanied by the prospectus.
--------------------------------------------------------------------------------

-------------
(1)   This amount is subject to a permitted variance in the aggregate of plus
      or minus [ ]%.

(2)   Before deducting expenses payable by the Depositor estimated to be
      approximately $[ ] in the aggregate.

(3)   The [Class A-R] certificates will not be purchased by the underwriters
      and are being transferred to [Countrywide Home Loans, Inc.] as partial
      consideration for the sale of the mortgage loans. See "Method of
      Distribution" in this prospectus supplement.

The classes of certificates offered by this prospectus supplement are listed,
together with their interest rates, in the tables under "Summary --
Description of the Certificates" on page S-[ ] of this prospectus supplement.
This prospectus supplement and the accompanying prospectus relate only to the
offering of the certificates listed above and not to the other classes of
certificates that will be issued by the issuing entity.

The certificates represent interests in a pool of [adjustable rate][fixed
rate], mortgage loans that are secured b[first] liens on one- to four-family
residential properties, as described in this prospectus supplement.

Credit Enhancement for the certificates consists of:

      o       [Overcollateralization];

      o       [Excess Interest]; and

      o       [With respect to the [Class AF-5B] Certificates only, the [Class
              AF-5B] Certificate guaranty insurance policy issued by [ ].

The credit enhancement for each class of certificates varies. Not all credit
enhancement is available for every class. [The [Class AF-5B] Certificate
guaranty insurance policy only applies to the [Class AF-5B] Certificates.] The
credit enhancement for the certificates is described in more detail in the
prospectus supplement.

The [adjustable rate] certificates also will have the benefit of an interest
rate corridor contract.


<PAGE>

These securities have not been approved or disapproved by the Securities and
Exchange Commission or any state securities commission nor has the Securities
and Exchange Commission or any state securities commission passed upon the
accuracy or adequacy of this prospectus supplement or the prospectus. Any
representation to the contrary is a criminal offense.

[Underwriter]

                             [Underwriter]

                                                             [Underwriter]

[       ], 200[    ]

<PAGE>

Table of Contents

<TABLE>
<CAPTION>
Prospectus Supplement
---------------------
<S>

Summary ......................................................................
Summary of Transaction Parties ...............................................
Risk Factors .................................................................
The Mortgage Pool ............................................................
     General ...............................................................
     Assignment of the Mortgage Loans ......................................
     [Pre-Funding] .........................................................
     Underwriting Standards ................................................
Servicing of the Mortgage Loans ..............................................
     General ...............................................................
     The Master Servicer ...................................................
     Countrywide Home Loans ................................................
     Loan Servicing ........................................................
     Collection Procedures .................................................
     Servicing Compensation and Payment of Expenses ........................
     Adjustment to Servicing Fee in Connection With Certain Prepaid Mortgage Loans
     Advances ..............................................................
     Certain Modifications and Refinancings ................................
The Issuing entity ...........................................................
Static Pool Data .............................................................
Description of the Certificates ..............................................
     General ...............................................................
     Denominations .........................................................
     Book-Entry Certificates; Denominations ................................
     Glossary of Terms .....................................................
     Deposits to the Certificate Account ...................................
     Withdrawals from the Certificate Account ..............................
     Deposits to the Distribution Account ..................................
     Withdrawals from the Distribution Account .............................
     Investments of Amounts Held in Accounts ...............................
     Fees and Expenses .....................................................
     Distributions .........................................................
     [Overcollateralization Provisions] ....................................
     [The Corridor Contracts] ..............................................
     [Calculation of One-Month LIBOR .......................................
     [Carryover Reserve Fund ...............................................
     [Credit Comeback Excess Account .......................................
     [Applied Realized Loss Amounts ........................................
     [[Class AF-5B] Certificate Guaranty Insurance Policy ..................
     [The [Class AF-5B] Insurer ............................................
     Reports to Certificateholders .........................................

```
    Amendment ...................................................................
    Voting Rights ...............................................................
    Optional Purchase of Defaulted Loans ........................................
    Events of Default ...........................................................
    Rights Upon Event of Default ................................................
    Optional Termination ........................................................
    Certain Matters Regarding the Master Servicer, the Depositor, the Sellers [and
        Insurer] ...............................................................
    The Trustee .................................................................
    [Co-Trustee] ................................................................
    Restrictions on Transfer of the Class A-R Certificates ......................
    Ownership of the Residual Certificates ......................................
    Restrictions on Investment, Suitability Requirements ........................
    [Rights of the NIM Insurer Under the Pooling and Servicing Agreement .........
Yield, Prepayment and Maturity Considerations ...................................
    General .....................................................................
    Prepayments and Yields for the Offered Certificates .........................
    Last Scheduled Distribution Date ............................................
    Prepayment Model ............................................................
    Decrement Tables: Weighted Average Lives ....................................
Legal Proceedings ...............................................................
Material Federal Income Tax Consequences ........................................
    Taxation of the REMIC Regular Interest Components of the Regular Certificates
    [Taxation of the Net Rate Carryover Components of the Regular Certificates] ..
    [Dispositions of Regular Certificates] ......................................
    [Tax Treatment For Certain Purposes] ........................................
    [Residual Certificates] .....................................................
Other Taxes .....................................................................
ERISA Considerations ............................................................
Method of Distribution ..........................................................
Use of Proceeds .................................................................
Legal Matters ...................................................................
[Experts] .......................................................................
Ratings .........................................................................
Index of Defined Terms ..........................................................

    ANNEX I........................................I-1
</TABLE>
```

i

<PAGE>

```
                                                                            Page
                                                                            ----

Prospectus
----------

Important Notice About Information in This
    Prospectus and Each Accompanying
    Prospectus Supplement .............................................    4

Risk Factors ..........................................................    5

The Trust Fund ........................................................   16

Use of Proceeds .......................................................   22

The Depositor .........................................................   22

Loan Program ..........................................................   22
```

Description of the Securities .......................................... 25

Credit Enhancement .................................................... 41

Yield and Prepayment Considerations ................................... 46

The Agreements ........................................................ 49

Certain Legal Aspects of the Loans .................................... 63

Material Federal Income Tax Consequences .............................. 77

Other Tax Considerations .............................................. 98

ERISA Considerations .................................................. 99

Legal Investment ..................................................... 102

Method of Distribution ............................................... 103

Legal Matters ........................................................ 104

Financial Information ................................................ 104

Rating ............................................................... 104

Index to Defined Terms ............................................... 106

ii

<PAGE>

## SUMMARY

This summary highlights selected information from this document and does not contain all of the information that you need to consider when making your investment decision. To understand all of the terms of an offering of the certificates, read this entire document and the accompanying prospectus carefully.

While this summary contains an overview of certain calculations, cash flow priorities and other information to aid your understanding, you should read carefully the full description of these calculations, cash flow priorities and other information in this prospectus supplement and the accompanying prospectus before making any investment decision.

Issuing Entity

CHL Mortgage Pass-Through Trust 200[ ]-[ ], a [common law] trust formed under the laws of the State of [New York].

See "The Issuing Entity" in this prospectus supplement.

Depositor

CWMBS, Inc., a Delaware corporation and a limited purpose finance subsidiary of Countrywide Financial Corporation, a Delaware corporation.

See "The Depositor" in the prospectus.

Sponsor and Sellers

[Countrywide Home Loans, Inc.] will be the sponsor of the transaction [and a seller of the mortgage loans]. [Other sellers may include one or more special purpose entities established by Countrywide Financial Corporation or one of its subsidiaries, which acquired the mortgage loans they are selling directly from Countrywide Home Loans, Inc.]

See "Servicing of the Mortgage Loans -- Countrywide Home Loans" in this prospectus supplement.

Master Servicer

[Countrywide Home Loans Servicing LP.]

See "Servicing of the Mortgage Loans -- The Master Servicer" in this prospectus supplement.

Trustee

[Name of Trustee]

See "Description of the Certificates -- The Trustee" in this prospectus supplement.

[Co-Trustee

[Name of Co-Trustee]

See "Description of the Certificates -- The Co-Trustee" in this prospectus supplement.]

[The [Class AF-5B] Insurer

[Name of Insurer] will unconditionally and irrevocably guarantee certain payments on the [Class AF-5B] Certificates on each distribution date pursuant to the terms of a certificate guaranty insurance policy.

See "Description of the Certificates -- The [Class AF-5B] Certificate Guaranty Insurance Policy" and -- The [Class AF-5B] Insurer" in this prospectus supplement.]

[The NIM Insurer

After the closing date, a separate trust or trusts (or other form of entity) may be established to issue net interest margin securities secured by all or a portion of the [Class PF, Class PV, Class CF and Class CV] Certificates. Those net interest margin securities may have the benefit of one or more financial guaranty insurance policies that guaranty payments on those securities. The insurer or insurers issuing these financial guaranty insurance policies are referred to in this prospectus supplement as the "NIM Insurer." The references to the NIM Insurer in this prospectus supplement apply only if the net interest margin securities are so insured.

Any NIM Insurer will have a number of rights under the pooling and servicing agreement that will limit and otherwise affect the rights of the holders of the offered certificates. Any insurance policy issued by a NIM Insurer will not cover, and will not benefit in any manner whatsoever, the offered certificates.

See "Risk Factors--Rights of the NIM Insurer" in this prospectus supplement.]

Pooling and Servicing Agreement

The pooling and servicing agreement among the sellers, the master servicer, the depositor, the trustee

S-1

<PAGE>

[and the co-trustee], under which the issuing entity will be formed.

Cut-off Date

Initial Mortgage Loans:

The later of [ ], 200[ ] and the origination date of that mortgage loan (referred to as the initial cut-off date).

Subsequent Mortgage Loans:

The later of the first day of the month of the related subsequent transfer date and the origination date of that subsequent mortgage loan (referred to as the subsequent cut-off date).

Closing Date

On or about [ ], 200[ ].

[Pre-Funding

On the closing date, the depositor may elect to deposit an amount of up to 25% of the initial certificate principal balance of the offered certificates in a pre-funding account (referred to as the pre-funded amount).

Pre-Funded Amount:

Any pre-funded amount will be allocated among the loan groups so that the amount allocated to any loan group will not exceed 25% of the aggregate certificate principal balance of the classes of certificates related to that loan group.

Funding Period:

If the depositor elects to deposit a pre-funded amount on the closing date, the funding period will begin on the closing date and end on the earlier of (x) the date the amount in the pre-funding account is less than $[ ] and (y) [ ], 200[ ].

Use of Pre-Funded Amount:

Any pre-funded amount is expected to be used to purchase subsequent mortgage loans. Any pre-funded amount not used during the funding period to purchase subsequent mortgage loans will be distributed to holders of the related senior certificates as a prepayment of principal on the distribution date immediately following the end of the funding period.

Restrictions on Subsequent Mortgage Loan Purchases:

Purchases of subsequent mortgage loans are subject to the same criteria as the initial mortgage loans and additional restrictions related to the composition of the related loan group following the acquisition of the subsequent mortgage loans, as described in this prospectus supplement.

Interest Shortfall Payments:

To the extent needed to make required interest payments on the offered
certificates and to pay the [Class AF-5B] Insurer the [Class AF-5B] policy
premium on or prior to the [ ] 200[ ] distribution date, [Countrywide Home
Loans, Inc.] will make interest shortfall payments to the issuing entity to
offset shortfalls in interest collections attributable to the pre-funding
mechanism or because newly originated loans do not have a payment due date in
the due period related to the subject distribution date.

See "The Mortgage Pool -- Pre-Funding" in this prospectus supplement.]

The Mortgage Loans

The mortgage pool will consist of [fixed and adjustable rate], mortgage loans
that are secured by [first] liens on one- to four-family properties. The
mortgage loans will be divided into [three] separate groups. Each group of
mortgage loans is referred to as a "loan group." Loan group [1] will consist
of [first lien] [fixed] rate mortgage loans. Loan group [2] and loan group [3]
will consist of [first lien] [adjustable] rate mortgage loans.

See "The Mortgage Pool" in this prospectus supplement.

[Statistical Calculation Information]

The statistical information presented in this prospectus supplement relates to
a statistical calculation pool that does not reflect all of the mortgage loans
that will be included in the issuing entity. Additional mortgage loans will be
included in the mortgage pool on the closing date, and subsequent mortgage
loans may be included during the funding period. In addition, certain mortgage
loans in the statistical calculation pool may not be included in the mortgage
pool on the closing date because they have prepaid in full or were determined
not to meet the eligibility requirements for the mortgage pool.

                                    S-2
<PAGE>

The information with respect to the statistical calculation pool is, unless
otherwise specified, based on the scheduled principal balances as of [ ], 200[
], which is the statistical calculation date. The aggregate stated principal
balance of the statistical calculation pool as of the statistical calculation
date is referred to as the statistical calculation date pool principal
balance. As of the statistical calculation date, the statistical calculation
date pool principal balance was approximately $[ ], approximately $[ ] of
which consisted of group [1] mortgage loans, approximately $[ ] of which
consisted of group [2] mortgage loans and approximately $[ ] of which
consisted of group [3] mortgage loans.

Unless otherwise noted, all statistical percentages are measured by the
statistical calculation date pool principal balance.

As of the statistical calculation date, the group [1] mortgage loans in the
statistical calculation pool had the following characteristics:

| | | |
|---|---|---|
| Aggregate Current Principal Balance | $[      ] | |
| Weighted Average Mortgage Rate | [    ]% | |
| Range of Mortgage Rates | [    ]% | to |
| | [    ]% | |
| Average Current Principal Balance | $[      ] | |
| Range of Outstanding Principal | | |
|     Balances | $[      ] | to |

```
                                         $[        ]
Weighted Average Original LTV            [     ]%
Weighted Average Original Term to
   Maturity                              [     ] months
Weighted Average Credit Risk Score
                                         [     ]
Weighted Average Remaining Term to
   Stated Maturity                       [     ] months
Geographic Concentrations in excess
   of 10%:
   [     ]                               [     ]%
   [     ]                               [     ]%
```

As of the statistical calculation date, the group [2] mortgage loans in the statistical calculation pool had the following characteristics:

```
Aggregate Current Principal Balance    $[        ]
Weighted Average Gross Margin            [     ]%
Range of Gross Margins                   [     ]% to
                                         [     ]%
Average Current Principal Balance      $[        ]
Range of Outstanding Principal
   Balances                            $[         ] to
                                       $[         ]
Weighted Average Original LTV            [     ]%
Weighted Average Original Term to
   Maturity                              [     ] months
Weighted Average Credit Risk Score
                                         [     ]
Weighted Average Remaining Term to
   Stated Maturity                       [     ] months
Geographic Concentrations in excess
   of 10%:
   [     ]                               [     ]%
   [     ]                               [     ]%
```

As of the statistical calculation date, the group [3] mortgage loans in the statistical calculation pool had the following characteristics:

```
Aggregate Current Principal Balance    $[        ]
Weighted Average Gross Margin            [     ]%
Range of Gross Margins                   [     ]% to
                                         [     ]%
Average Current Principal Balance      $[        ]
Range of Outstanding Principal
   Balances                            $[         ] to
                                       $[         ]
Weighted Average Original LTV            [     ]%
Weighted Average Original Term to
   Maturity                              [     ] months
Weighted Average Credit Risk Score
                                         [     ]
Weighted Average Remaining Term to
   Stated Maturity                       [     ] months
Geographic Concentrations in excess
   of 10%:
   [     ]                               [     ]%
   [     ]                               [     ]%
```

Additional information regarding the mortgage loans in the statistical calculation pool is attached as Annex A to this prospectus supplement.

Certain characteristics of each loan group in the initial mortgage pool as of
the initial cut-off date and the final mortgage pool following any pre-funding
period (measured as of the initial cut-off date for initial mortgage loans and
as of the applicable subsequent cut-off date for any subsequent mortgage

S-3

<PAGE>

loans) will not vary from the corresponding characteristics of the statistical
calculation pool by more than a permitted variance.

See "The Mortgage Pool -- General" in this prospectus supplement.

S-4

<PAGE>

Description of the Certificates

The issuing entity will issue the following classes of certificates:

<TABLE>
<CAPTION>

| Class | Initial Certificate Principal Balance (1) | Type |
|-------|-------------------------------------------|------|
| <S> | <C> | <C> |
| Offered Certificates | | |
| [AF-1A]..................... | $ | [Senior/Adjustable Rate] |
| [AF-1B]..................... | $ | [Senior/Fixed Rate] |
| [AF-2]..................... | $ | [Senior/Fixed Rate] |
| [AF-3]..................... | $ | [Senior/Fixed Rate] |
| [AF-4]..................... | $ | [Senior/Fixed Rate] |
| [AF-5A]..................... | $ | [Senior/Fixed Rate] |
| [AF-5B]..................... | $ | [Senior/Fixed Rate] |
| [AF-6]..................... | $ | [Senior/Fixed Rate/Non-Accelerated Sen |
| [MF-1]..................... | $ | [Subordinate/Fixed Rate] |
| [MF-2]..................... | $ | [Subordinate/Fixed Rate] |
| [MF-3]..................... | $ | [Subordinate/Fixed Rate] |
| [MF-4]..................... | $ | [Subordinate/Fixed Rate] |
| [MF-5]..................... | $ | [Subordinate/Fixed Rate] |
| [MF-6]..................... | $ | [Subordinate/Fixed Rate] |
| [MF-7]..................... | $ | [Subordinate/Fixed Rate] |
| [MF-8]..................... | $ | [Subordinate/Fixed Rate] |
| [BF]..................... | $ | [Subordinate/Fixed Rate] |
| [2-AV-1]..................... | $ | [Senior/Adjustable Rate] |
| [2-AV-2]..................... | $ | [Senior Support/Adjustable Rate] |
| [3-AV-1]..................... | $ | [Senior/Adjustable Rate] |
| [3-AV-2]..................... | $ | [Senior/Adjustable Rate] |
| [3-AV-3]..................... | $ | [Senior/Adjustable Rate] |
| [3-AV-4]..................... | $ | [Senior/Adjustable Rate] |
| [MV-1]..................... | $ | [Subordinate/Adjustable Rate] |
| [MV-2]..................... | $ | [Subordinate/Adjustable Rate] |
| [MV-3]..................... | $ | [Subordinate/Adjustable Rate] |
| [MV-4]..................... | $ | [Subordinate/Adjustable Rate] |
| [MV-5]..................... | $ | [Subordinate/Adjustable Rate] |
| [MV-6]..................... | $ | [Subordinate/Adjustable Rate] |
| [MV-7]..................... | $ | [Subordinate/Adjustable Rate] |
| [MV-8]..................... | $ | [Subordinate/Adjustable Rate] |

```
[BV]........................    $                  [Subordinate/Adjustable Rate]
[A-R].......................    $                  [Senior/REMIC Residual]
Non-Offered Certificates(5)
[Class PF]..................           N/A             [Prepayment Charges]
[Class PV]..................           N/A             [Prepayment Charges]
[Class CF]..................           N/A                 [Residual]
[Class CV]..................           N/A                 [Residual]

--------------
</TABLE>
```

(1)  This amount is subject to a permitted variance in the aggregate of plus
     or minus [10]% depending on the amount of mortgage loans actually
     delivered on the closing date.

(2)  Each date was determined as described under "Yield, Prepayment and
     Maturity Considerations" in this prospectus supplement.

(3)  The offered certificates will not be offered unless they are assigned
     the indicated ratings by [Moody's Investors Service, Inc. ("Moody's")]
     and [Standard & Poor's Ratings Services, a division of The McGraw-Hill
     Companies, Inc. ("S&P")]. "N/R" indicates that the agency was not asked
     to rate the certificates. A rating is not a recommendation to buy, sell
     or hold securities. These ratings may be lowered or withdrawn at any
     time by either of the rating agencies. See "Ratings" in this prospectus
     supplement.

                                   S-5
```
<PAGE>
```

(4)  [The ratings assigned to the [Class AF-5B] Certificates will be issued
     without regard to the [Class AF-5B] policy.]

(5)  The [Class PF, Class PV, Class CF and Class CV] Certificates are not
     offered by this prospectus supplement. Any information contained in this
     prospectus supplement with respect to the [Class PF, Class PV, Class CF
     and Class CV] Certificates is provided only to permit a better
     understanding of the offered certificates.

The certificates will also have the following characteristics:

```
<TABLE>
<CAPTION>
```

| Class | [Related Loan Group] | Pass-Through Rate Before Optional Termination Date | Pass-Through Rate After Optional Termination Date | |
| ----- | ------ | ---------------- | ---------------- | |
| <S> | <C> | <C> | <C> | <C |
| Offered Certificates | | | | |
| [AF-1A]......... | [1] | [LIBOR] + [ ]% (1) | [LIBOR] + [ ]% (1) | [ |
| [AF-1B]......... | [1] | [ ]% (4) | [ ]% (4) | [2 |
| [AF-2]......... | [1] | [ ]% (4) | [ ]% (4) | [2 |
| [AF-3]......... | [1] | [ ]% (4) | [ ]% (4) | [2 |
| [AF-4]......... | [1] | [ ]% (4) | [ ]% (4) | [2 |
| [AF-5A]......... | [1] | [ ]% (4) | [ ]% (4) | [2 |
| [AF-5B]......... | [1] | [ ]% (4) | [ ]% (4) | [2 |

```
[AF-6]..........    [1]           [ ]% (4)                 [ ]% (4)                 [2
[MF-1]..........    [1]           [ ]% (4)                 [ ]% (4)                 [2
[MF-2]..........    [1]           [ ]% (4)                 [ ]% (4)                 [2
[MF-3]..........    [1]           [ ]% (4)                 [ ]% (4)                 [2
[MF-4]..........    [1]           [ ]% (4)                 [ ]% (4)                 [2
[MF-5]..........    [1]           [ ]% (4)                 [ ]% (4)                 [2
[MF-6]..........    [1]           [ ]% (4)                 [ ]% (4)                 [2
[MF-7]..........    [1]           [ ]% (4)                 [ ]% (4)                 [2
[MF-8]..........    [1]           [ ]% (4)                 [ ]% (4)                 [2
[BF]............    [1]           [ ]% (4)                 [ ]% (4)                 [2
[2-AV-1]........    [2]           [LIBOR] + [ ]% (7)       [LIBOR] + [ ]% (7)       [
[2-AV-2]........    [2]           [LIBOR] + [ ]% (7)       [LIBOR] + [ ]% (7)       [
[3-AV-1]........    [3]           [LIBOR] + [ ]% (7)       [LIBOR] + [ ]% (7)       [
[3-AV-2]........    [3]           [LIBOR] + [ ]% (7)       [LIBOR] + [ ]% (7)       [
[3-AV-3]........    [3]           [LIBOR] + [ ]% (7)       [LIBOR] + [ ]% (7)       [
[3-AV-4]........    [3]           [LIBOR] + [ ]% (7)       [LIBOR] + [ ]% (7)       [
[MV-1]..........  [2 and 3]       [LIBOR] + [ ]% (7)       [LIBOR] + [ ]% (7)       [
[MV-2]..........  [2 and 3]       [LIBOR] + [ ]% (7)       [LIBOR] + [ ]% (7)       [
[MV-3]..........  [2 and 3]       [LIBOR] + [ ]% (7)       [LIBOR] + [ ]% (7)       [
[MV-4]..........  [2 and 3]       [LIBOR] + [ ]% (7)       [LIBOR] + [ ]% (7)       [
[MV-5]..........  [2 and 3]       [LIBOR] + [ ]% (7)       [LIBOR] + [ ]% (7)       [
[MV-6]..........  [2 and 3]       [LIBOR] + [ ]% (7)       [LIBOR] + [ ]% (7)       [
[MV-7]..........  [2 and 3]       [LIBOR] + [ ]% (7)       [LIBOR] + [ ]% (7)       [
[MV-8]..........  [2 and 3]       [LIBOR] + [ ]% (7)       [LIBOR] + [ ]% (7)       [
[BV]............  [2 and 3]       [LIBOR] + [ ]% (7)       [LIBOR] + [ ]% (7)       [
                    [1, 2
[A-R]..........   and 3]              (8)                      (8)
Non-Offered
Certificates
[Class PF]......    [1]              N/A                      N/A
[Class PV]......  [2 and 3]          N/A                      N/A
[Class CF]......    [1]              N/A                      N/A
[Class CV]......  [2 and 3]          N/A                      N/A
</TABLE>
--------------
```

(1)     The pass-through rate for this class of certificates may adjust monthly
        and will be subject to an interest rate cap, in each case as described
        in this prospectus supplement under "Description of the Certificates --
        Distributions -- Distributions of Interest." LIBOR refers to [One-Month]
        LIBOR for the related accrual period calculated as

                                    S-6

<PAGE>

        described in this prospectus supplement under "Description of the
        Certificates -- Calculation of One-Month LIBOR."

(2)     [The accrual period for any distribution date will be the one-month
        period from and including the preceding distribution date (or from and
        including the closing date, in the case of the first distribution date)
        to and including the day prior to the current distribution date. These
        certificates will settle without accrued interest]

(3)     [Interest accrues at the rate specified in this table based on a 360-day
        year and the actual number of days elapsed during the related accrual
        period.]

(4)     [The pass-through rate for this class of certificates will be subject to
        an interest rate cap, as described in this prospectus supplement under
        "Description of the Certificates -- Distributions -- Distributions of

Interest."]

(5)   [The accrual period for any distribution date will be the calendar month
      preceding that distribution date. These certificates will settle with
      accrued interest.]

(6)   [Interest accrues at the rate specified in this table based on a 360-day
      year that consists of twelve 30-day months.]

(7)   [The pass-through rate for this class of certificates may adjust
      monthly, will be subject to increase after the optional termination date
      as shown in this table and will be subject to an interest rate cap, in
      each case as described in this prospectus supplement under "Description
      of the Certificates -- Distributions -- Distributions of Interest."]

(8)   [The Class A-R Certificates will not accrue any interest.]

See "Description of the Certificates" in this prospectus supplement.

                                    S-7
<PAGE>

Designations
<TABLE>
<CAPTION>
        Designation                               Class of Certificates
        -----------                               ---------------------
<S>                                       <C>
[Class AF Certificates:]                  [Class AF-1A, Class AF-1B, Class AF-2, Class AF-
                                          AF-5A, Class AF-5B and Class AF-6 Certificates.]

[Class AV Certificates:]                  [Class 2-AV-1, Class 2-AV-2, Class 3-AV-1, Class
                                          and Class 3-AV-4 Certificates.]

[Senior Certificates:]                    [Class AF, Class AV and Class A-R Certificates.]

[Subordinate Certificates:]               [Class MF-1, Class MF-2, Class MF-3, Class MF-4,
                                          Class MF-7, Class MF-8, Class BF, Class MV-1, Cl
                                          Class MV-4, Class MV-5, Class MV-6, Class MV-7,
                                          Certificates.]

[Adjustable Rate Subordinate              [Class MV-1, Class MV-2, Class MV-3, Class MV-4,
  Certificates:]                          Class MV-7, Class MV-8 and Class BV Certificates

[Fixed Rate Certificates:]                [Class AF-1B, Class AF-2, Class AF-3, Class AF-4
                                          AF-5B and Class AF-6 Certificates and the Fixed
                                          Certificates.]

[Adjustable Rate Certificates:]           [Class AF-1A and Class AV Certificates and the A
                                          Subordinate Certificates.]

[Fixed Rate Subordinate                   [Class MF-1, Class MF-2, Class MF-3, Class MF-4,
  Certificates:]                          Class MF-7, Class MF-8 and Class BF Certificates

[Offered Certificates:]                   [Senior Certificates and the Subordinate Certifi
</TABLE>

Record Date

[Adjustable Rate Certificates:]

[The business day immediately preceding a distribution date, or if the adjustable rate certificates are no longer book-entry certificates, the last business day of the month preceding the month of a distribution date. ]

[Class A-R Certificates and Fixed Rate Certificates:]

[The last business day of the month preceding the month of a distribution date.]

Denominations

$[20,000] and multiples of $[1,000] in excess thereof, except that the [Class A-R] Certificates will be issued as two certificates in the denominations specified in the pooling and servicing agreement.

Registration of Certificates

[Offered Certificates other than the Class A-R Certificates:]

Book-entry form. Persons acquiring beneficial ownership interests in the offered certificates (other than the [Class A-R] Certificates) may elect to hold their beneficial interests through The Depository Trust Company, in the United States, or Clearstream, Luxembourg or the Euroclear System, in Europe.

[Class A-R Certificates:]

Fully registered certificated form. The [Class A-R] Certificates will be subject to certain restrictions on transfer described in this prospectus supplement and as more fully provided for in the pooling and servicing agreement.

See "Description of the Certificates -- Book-Entry Certificates" and "-- Restrictions on Transfer of the Class A-R Certificates" in this prospectus supplement.

Distribution Dates

Beginning on [ ], 200[ ], and thereafter on the [ ]th day of each calendar month, or if the [ ]th is not a business day, the next business day.

Interest Payments

On each distribution date, holders of each class of interest-bearing certificates will be entitled to receive:

o      the interest that has accrued during the related accrual period at the
       related pass-through rate on the certificate principal balance
       immediately prior to the applicable distribution date, and

o      [any interest due on a prior distribution date that was not paid].

The related accrual period, interest calculation convention and pass-through rate for each class of interest-bearing certificates is shown in the table on page S-[ ].

                                  S-8
<PAGE>

For each class of subordinate certificates, any interest carry forward amount (which is interest due on a prior distribution date that was not paid on a prior distribution date) will be payable from excess cashflow as and to the

extent described in this prospectus supplement, [and in the case of the [adjustable rate subordinate certificates] only, from payments allocated to the issuing entity (if any) in respect of the related interest rate corridor contract in the manner described in this prospectus supplement].

There are certain circumstances that could reduce the amount of interest paid to you.

See "Description of the Certificates -- Distributions -- Distributions of Interest" in this prospectus supplement.

Principal Payments

On each distribution date, certificateholders will only receive a distribution of principal on their certificates if there is cash available on that date for the payment of principal. The manner of distributing principal among the classes of certificates will depend on the priority of payments, which will differ, as described in this prospectus supplement, depending upon [whether a distribution date occurs before the stepdown date, or on or after that date, and will depend on the loss and delinquency performance of the mortgage loans].

See "Description of the Certificates -- Distributions -- Distributions of Principal Distributable Amount for Loan Group [1]" and "--Distributions of Principal Distributable Amount for Loan Group [2] and Loan Group [3]" in this prospectus supplement.

Amounts Available for Distributions on the Certificates

Amounts Available with respect to [Interest] Distributions

The amount available for [interest] distributions on the certificates on any distribution date will be calculated on a loan group by loan group basis and will generally consist of the following amounts (subject to the amounts to be netted as described below):

o      scheduled payments of interest on the mortgage loans collected during the applicable period less the related servicing fees;

o      interest on prepayments to the extent not allocable to the master servicer as additional servicing compensation;

o      interest amounts advanced by the master servicer and any required compensating interest paid by the master servicer related to certain prepayments on certain mortgage loans;

o      liquidation proceeds on the mortgage loans during the applicable period (to the extent allocable to interest); and

o      the amount (if any) of the seller interest shortfall payment paid by [Countrywide Home Loans, Inc.] on any distribution date on or prior to the [ ] 200[ ] distribution date.

Amounts Available with respect to [Principal] Distributions

The amount available for [principal] distributions on the certificates on any distribution date will be calculated on a loan group by loan group basis and will generally consist of the following amounts (subject to the amounts to be netted as described below):

o      scheduled payments of principal of the mortgage loans collected during the applicable period or advanced by the master servicer;

o      [prepayments collected in the applicable period];

o      the stated principal balance of any mortgage loans repurchased or
       purchased by a seller or the master servicer, as applicable;

o      the difference, if any, between the stated principal balance of a
       substitute mortgage loan and the related deleted mortgage loan;

o      liquidation proceeds on the mortgage loans during the applicable period
       (to the extent allocable to principal);

o      [excess interest (to the extent available) to maintain the targeted
       overcollateralization level for the related class of certificates as
       described under "Description of the Certificates --
       Overcollateralization Provisions" in this prospectus supplement; and]

o      the amount (if any) remaining on deposit in the pre-funding account on
       the distribution date following the end of the funding period.

Fees and Expenses

The amounts available for distributions on the certificates on any
distribution date generally will be


                                    S-9
<PAGE>

net of the following amounts calculated on a loan group by loan group basis:

o      the servicing fee and additional servicing compensation (as described in
       this prospectus supplement under "Description of the Certificates --
       Withdrawals from the Collection Account" and "--Withdrawals from the
       Distribution Account") due to the master servicer;

o      the trustee fee due to the trustee;

o      amounts reimbursed to the master servicer and the trustee in respect of
       advances previously made by them and other amounts for which the master
       servicer and servicer are entitled to be reimbursed;

o      [all prepayment charges (which are distributable only to the [Class PV
       and Class PF] Certificates); and]

o      all other amounts for which the depositor, a seller, the master servicer
       [or any NIM Insurer] is entitled to be reimbursed.

Any amounts net from the amount available for distribution to the
certificateholders will reduce the amount distributed to the
certificateholders.

Servicing Compensation

Servicing Fee:

The master servicer will be paid a monthly fee (referred to as the servicing
fee) with respect to each mortgage loan equal to one-twelfth of the stated
principal balance of that mortgage loan multiplied by [ ]% per annum (referred
to as the servicing fee rate).

Additional Servicing Compensation:

The master servicer is also entitled to receive additional servicing compensation from amounts in respect of interest paid on certain principal prepayments, late payment fees, assumption fees and other similar charges [(excluding prepayment charges)] and investment income earned on amounts on deposit in the certain of the issuing entity's accounts.

Source and Priority of Payments:

These amounts will be paid to the master servicer from collections on the mortgage loans prior to any distributions on the certificates.

See "Servicing of the Mortgage Loans -- Servicing Compensation and Payment of Expenses," "Description of the Certificates -- Withdrawals from the Certificate Account" and "-- Withdrawals from the Distribution Account" in this prospectus supplement.

Priority of Payments; Distributions of Interest

[Loan Group [1]]

In general, on any distribution date, loan group [1] [interest] funds will be distributed in the following order:

o    concurrently to [(a) the [Class AF-5B] Insurer, the monthly premium for the Class [AF-5B] policy, and (b)] each class of [Class AF] Certificates, current interest and interest carry forward amounts, pro rata based on their respective entitlements;

o    [to the [Class AF-5B] Insurer, any [Class AF-5B] reimbursement amounts;]

o    sequentially, in order of their seniority, to each class of [fixed rate] subordinate certificates, current interest for each class; and

o    as part of the fixed rate loan group excess cashflow.

[Loan Group [2] and Loan Group [3]]

In general, on any distribution date, loan group [2] and loan group [3] [interest] funds will be distributed in the following order:

o    from loan group [2] [interest] funds, concurrently to each class of [Class 2-AV] Certificates, current interest and interest carry forward amounts, pro rata based on their respective entitlements;

o    from loan group [3] [interest] funds, concurrently, to each class of [Class 3-AV] Certificates, current interest and interest carry forward amounts, pro rata based on their respective entitlements;

o    from remaining loan group [2] and loan group [3] [interest] funds, to each class of [Class AV] Certificates, any remaining unpaid current interest and any interest carry forward amount, allocated pro rata based on the certificate principal balance of each class of [Class AV] Certificates, with any remaining amounts allocated based on any remaining unpaid current

S-10

<PAGE>

     interest and interest carry forward amount for each class of [Class AV] Certificates;

o from any remaining loan group [2] and loan group [3] [interest] funds, sequentially, in order of their seniority, to each class of [adjustable rate subordinate certificates], current interest for each class; and

o from any remaining loan group [2] and loan group [3] [interest] funds, as part of the adjustable rate loan group excess cashflow.

Priority of Payments; Distributions of Principal

General

The manner of distributing principal among the classes of certificates will differ, as described in this prospectus supplement, depending upon whether a distribution date occurs [before the stepdown date, or on or after that date, and depending on whether a trigger event is in effect].

[Effect of the Stepdown Date if a Trigger Event is not in Effect

The "stepdown date" refers to the date on or after which the principal payment priorities change so that on any distribution date on or after the related stepdown date (and so long as no trigger event is in effect), instead of allocating all amounts distributable as principal on the certificates to the related senior classes of certificates for the loan group or loan groups until those senior classes are paid in full, a portion of those amounts distributable as principal will be allocated to the related subordinate certificates.

The amount allocated to each class of certificates on or after the stepdown date and so long as no trigger event is in effect will be based on the targeted level of overcollateralization and subordination for each class of certificates. These amounts are described in more detail under "Description of the Certificates -- Distributions -- Distributions of Principal Distribution Amount for Loan Group [1]" and "-- Distributions of Principal Distribution Amount for Loan Group [2] and Loan Group [3]" in this prospectus supplement.

Trigger Events:

A "trigger event" refers to certain triggers related to the loss and delinquency performance of the mortgage loans. After the stepdown date, if certain trigger events are in effect, the priority of principal payments will revert to the payment priority prior to the stepdown date.

Generally, prior to the stepdown date or if a trigger event is in effect, all amounts distributable as principal on a distribution date will be allocated first to the related senior classes of certificates for the loan group or loan groups, until the senior classes of certificates are paid in full, before any distributions of principal are made on the related subordinate certificates.

The Stepdown Date:

The stepdown date for each class of certificates will be:

o the later of the [ ] 200[ ] distribution date; and

o the date on which the targeted overcollateralization level related to loan group [1] (in the case of the [Class AF] Certificates and the [fixed rate subordinate certificates]) and the targeted overcollateralization level related to loan group [2] and loan group [3] (in the case of the [Class AV] Certificates and the [adjustable rate subordinate certificates]) is reached.]

Certificate or Loan Group Specific Events that Effect Allocations of Principal

[Class AF] Certificates:

[As described below, the payment priority the [Class AF] Certificates will change, if on any distribution date the aggregate certificate principal balance of the [Class AF] Certificates exceed the stated principal balance of the group [1] mortgage loans and any remaining loan group [1] pre-funded amount. See "--Loan Group [1] - [Class AF Certificates and [Class AF]-5B] Insurer" below.]

[Class 2 AV] Certificates:

[As described below, the payment priority of the [Class 2 AV] Certificates will change, if on any distribution date a group [2] sequential trigger event is in effect. See "--Loan Group [2] and Loan Group [3] - [Class 2-AV] Certificates" below.]

[Class 3-AV] Certificates:

[As described below, the payment priority the [Class 3-AV] Certificates will change, if on any distribution date the aggregate certificate principal balance of the [Class AV] Certificates exceeds the aggregate the stated principal balance of the group [2] and group

S-11

<PAGE>

[3] mortgage loans and any remaining loan group [2] and loan group [3] pre-funded amount, and the aggregate certificate principal balance of the [Class 3-AV] Certificates exceeds the stated principal balance of the group [3] mortgage loans and any remaining loan group [3] pre-funded amount.]

See "--Loan Group [2] and Loan Group [3] - [Class 3-AV] Certificates" below.

Loan Group [1]

In general, [on any distribution date prior to the fixed rate stepdown date or on which a fixed rate trigger event is in effect], the loan group [1] principal distribution amount will be distributed in the following order:

o       [to the [Class AF] Certificates and to the [Class AF-5B] Insurer in the
        priority described below;]

o       [sequentially, in order of their seniority, to each class of [fixed rate
        subordinate certificates], until the certificate principal balance of
        each class is reduced to zero; and]

o       [as part of the fixed rate loan group excess cashflow.]

In general, on any distribution date [on or after the fixed rate stepdown date and so long as no fixed rate trigger event is in effect], the loan group [1] principal distribution amount will be distributed in the following order:

o       [to the [Class AF] Certificates, up to the [Class AF] principal
        distribution amount, until the certificate principal balance of each
        class is reduced to zero, in the priority described below;]

o       [to the [Class AF-5B] Insurer, any remaining premium payable with
        respect to the [Class AF-5B] policy and any remaining reimbursement
        amount that has not been paid from loan group [1] interest funds for

that distribution date;]

o        sequentially, in order of their seniority, to each class of [fixed rate subordinate certificates], the fixed rate subordinate class principal distribution amount for that class, until the certificate principal balance thereof is reduced to zero; and

o        [as part of the fixed rate loan group excess cashflow.]

[Class AF Certificates and [Class AF-5B] Insurer:

Generally, for each distribution date prior to the fixed rate stepdown date or on which a fixed rate trigger event is in effect, amounts to be distributed to the [Class AF] Certificates and the [Class AF-5B] Insurer will be distributed in the following order:

        [(i) to the [Class AF]-6 Certificates, the NAS principal distribution amount, until the certificate principal balance thereof is reduced to zero;]

        (ii) concurrently, to the [Class AF-1A] and [Class AF-1B] Certificates, pro rata based on their respective certificate principal balances, until the certificate principal balances thereof are reduced to zero;

        (iii) sequentially, to the [Class AF-2], [Class AF-3] and [Class AF-4] Certificates, in each case until the certificate principal balance thereof is reduced to zero;

        (iv) concurrently, to (x) the [Class AF-5A] Certificates and (y) the [Class AF-5B] Certificates and the [Class AF-5B] Insurer, pro rata (based on, with respect to clause (x), the certificate principal balance of the [Class AF-5A] Certificates, and with respect to clause (y), the certificate principal balance of the [Class AF-5B] Certificates):

                (a) to the [Class AF-5A] Certificates, until the certificate principal balance thereof is reduced to zero, and

                (b) sequentially:

                        [(I) to the [Class AF-5B] Insurer, any remaining premium payable with respect to the [Class AF-5B] policy that has not been paid from loan group [1] interest funds for that distribution date, and

                        (II) to the [Class AF-5B] Certificates, until the certificate principal balance thereof is reduced to zero;

        (v) [to the [Class AF-6] Certificates without regard to the NAS principal distribution amount, until the certificate principal balance thereof is reduced to zero; and]

        (vi) [to the [Class AF-5B] Insurer, any remaining [Class AF-5B] reimbursement amount that has not been paid from loan group [1] interest funds for that distribution date.]

S-12

<PAGE>

[However, if on any distribution date, the aggregate certificate principal balance of the [Class AF] Certificates exceed the stated principal balance of the group [1] mortgage loans and any remaining loan group [1] pre-funded amount, the [Class AF] Certificates will receive payments pro rata based on

the certificate principal balances thereof, and prior to any payments to the [Class AF-5B] Insurer.]

[Generally, the allocations among the [Class AF] Certificates are the same following the fixed rate stepdown date or if a fixed rate trigger event is in effect as before the stepdown date or a trigger event (except that following the fixed rate stepdown date, provided no fixed rate trigger event is in effect, the [Class AF-5B] Insurer will receive distributions after the [Class AF] Certificates).]]

[Class AF-6 Certificates; NAS Principal Distribution Amount:

The [Class AF-6] Certificates are entitled to receive the NAS principal distribution amount prior to payments of principal of the other [Class AF] Certificates. However, until the distribution date in [ ] 200[ ], the NAS principal distribution amount is equal to zero and it is expected that the AF-6 Certificates will not receive any distributions of principal until the distribution date in [ ] 200[ ]. The NAS principal distribution amount is a specified percentage (that may exceed 100%) of the [Class AF-6] pro rata share of the principal distributable to the [Class AF] Certificates. The specified percentage increases on the distribution date in [ ] 200[ ], [ ] 200[ ] and [ ] 200[ ], when it ultimately reaches [ ]%. Until the [ ] 200[ ] distribution date, it is expected that the [Class AF-6] Certificates will receive a portion of principal payments that is smaller than its pro rata share of principal payments and on or after [ ] 200[ ] distribution date, the [Class AF]-6 Certificates will receive an amount greater than its pro rata share of principal payments.]

Loan Group [2] and Loan Group [3]

In general, on any distribution date [prior to the adjustable rate stepdown date or on which an adjustable rate trigger event is in effect], the loan group [2] and loan group [3] principal distribution amounts will be distributed in the following order:

o     from the loan group [2] principal distribution amount, sequentially,

          (a) to each class of [Class 2-AV] Certificates in the priority described below, until the certificate principal balances thereof are reduced to zero, and

          (b) to each class of [Class 3-AV] Certificates (after the payments described in clause (a) of the next bullet point) in the priority described below, until the certificate principal balances thereof are reduced to zero,

o     from the loan group [3] principal distribution amount, sequentially,

          (a) to each class of [Class 3-AV] Certificates in the priority described below, until the certificate principal balances thereof are reduced to zero, and

          (b) to each class of [Class 2-AV] Certificates (after the payments described in clause (a) of the preceding bullet point) in the priority described below, until the certificate principal balances thereof are reduced to zero;

o     from any remaining loan group [2] and loan group [3] principal distribution amounts, sequentially, in order of their seniority, to each class of [adjustable rate subordinate certificates], until the certificate principal balance of each class is reduced to zero; and

o      from any remaining loan group [2] and loan group [3] principal
       distribution amounts, as part of the adjustable rate loan group excess
       cashflow.

In general, on any distribution date on or after the adjustable rate stepdown
date and so long as no adjustable rate trigger event is in effect, the loan
group [2] and loan group [3] principal distribution amounts will be
distributed in the following order:

o      [up to the [Class AV] principal distribution target amount, pro rata
       based on the related [Class AV] principal distribution allocation amount
       for the [Class 2-AV] Certificates and the [Class 3-AV] Certificates,
       respectively, concurrently, to (a) each class of [Class 2-AV]
       Certificates, in an amount up to the [Class 2-AV] principal distribution
       amount in the order and priorities set forth below, until the
       certificate principal balances thereof are reduced to zero, and (b) each
       class of [Class 3-AV] Certificates, in an amount up to the [Class 3-AV]
       principal distribution amount in the order and priorities set forth
       below, until the certificate principal

                                    S-13

<PAGE>

       balances thereof are reduced to zero; and after the aggregate
       certificate principal balance of the [Class 2-AV] or [Class 3-AV]
       Certificates has been reduced to zero, any remaining unpaid [Class AV]
       principal distribution target amount will be distributed to the
       remaining [Class AV] Certificates in the order and priorities set forth
       below for those certificates;]

o      sequentially, in order of their seniority, to each class of [adjustable
       rate subordinate certificates], the adjustable subordinate class
       principal distribution amount for that class until the certificate
       principal balance thereof is reduced to zero; and

o      as part of the adjustable rate loan group excess cashflow.

[Class 2-AV Certificates:

Generally, for each distribution date, amounts to be distributed to the [Class
2-AV] Certificates will be distributed concurrently, to the [Class 2-AV-1] and
[Class 2-AV-2] Certificates, pro rata, based on the certificate principal
balances thereof, in each case until the certificate principal balances
thereof are reduced to zero; but, if a group [2] sequential trigger event is
in effect, principal will be distributed to the [Class 2-AV-1] and [Class
2-AV-2] Certificates, sequentially, in that order, in each case until the
certificate principal balance thereof is reduced to zero.

A group [2] sequential trigger event is, prior to the distribution date [ ]
200[ ], a separate trigger based on the loss experience of the group [2]
mortgage loans, and on or after the distribution date in [ ] 200[ ], an
adjustable rate trigger event. The group [2] sequential trigger event is
described in more detail under "Description of the Certificates --
Distributions -- Distributions of Principal Distribution Amounts for Loan
Group [2] and Loan Group [3]" in this prospectus.]

[Class 3-AV Certificates:

Generally, for each distribution date, amounts to be distributed to the [Class
3-AV] Certificates will be distributed sequentially, to the [Class 3-AV-1],
[Class 3-AV-2], [Class 3-AV-3] and [Class 3-AV-4] Certificates, in that order,

in each case until the certificate principal balance thereof is reduced to
zero. However, if on any distribution date, the aggregate certificate
principal balance of the [Class AV] Certificates exceeds the aggregate the
stated principal balance of the group [2] and group [3] mortgage loans and any
remaining loan group [2] and loan group [3] pre-funded amount, and the
aggregate certificate principal balance of the [Class 3-AV] Certificates
exceeds the stated principal balance of the group [3] mortgage loans and any
remaining loan group [3] pre-funded amount, the [Class 3-AV] Certificates will
receive payments of principal pro rata based on the certificate principal
balances thereof.]

[Excess Cashflow

Excess cashflow generally refers to the remaining amounts (if any) available
for distribution to the certificates after interest and principal
distributions have been made. [The [Class AF] and [fixed rate subordinate
certificates] may also be allocated certain excess amounts related to fixed
rate credit comeback loans. Fixed rate credit comeback loans are loans that
provide borrowers the potential of certain mortgage rate reductions for good
payment history as described in more detail under "The Mortgage Pool --
General -- Additional Information Regarding the Fixed Rate Mortgage Loans" in
this prospectus supplement.]

Generally, excess cashflow from loan group [1] will be allocated to the [Class
AF] Certificates and the [fixed rate] subordinate certificates and excess
cashflow from loan group [2] and loan group [3] will be allocated to the
[Class AV] Certificates and the [adjustable rate] subordinate certificates,
however, if there is excess cashflow remaining after certain distributions on
the related classes of certificates, a portion of the excess cashflow may be
allocated to an unrelated class of certificates as described in this
prospectus supplement under "Description of the Certificates --
Overcollateralization Provisions."

Loan Group [1]

In general, on any distribution date, the loan group [1] excess cashflow (if
any) (referred to as fixed rate excess cashflow) will be distributed in the
following order:

o      to each class of [Class AF] Certificates and [fixed rate subordinate
       certificates], in the same priority as described above with respect to
       payments of principal, the amount necessary to meet the target
       overcollateralization level with respect to loan group [1] (referred to
       as the fixed rate overcollateralization target amount);

o      to the [fixed rate subordinate certificates] sequentially, in order of
       their seniority, any


                                    S-14
<PAGE>

       interest carry forward amount and unpaid realized loss amount for each
       class, in that order;

o      to each class of [Class AF] Certificates and [fixed rate subordinate
       certificates] (in the case of the [Class AF-1A] Certificates, after
       payments of amounts available (if any) under the related corridor
       contract), pro rata, to the extent needed to pay any unpaid net rate
       carryover for the [Class AF] Certificates and [fixed rate subordinate
       certificates];

o     if the target overcollateralization amount with respect to loan group [2] and loan group [3] (referred to as the adjustable rate overcollateralization target amount) has been previously met, to each class of [Class AV] Certificates and [adjustable rate subordinate certificates], in the same priority as described above with respect to payments of principal, the amount necessary to meet the adjustable rate overcollateralization target amount, to the extent not paid from adjustable rate excess cashflow;

o     to the [Class 2-AV-2] Certificates and the [adjustable rate subordinate certificates] sequentially, in order of their seniority, any unpaid realized loss amount for each class, to the extent not paid from adjustable rate excess cashflow;

o     to the carryover reserve fund, the required carryover reserve fund deposit; and

o     to the [Class CF] and [Class A-R] Certificates, as specified in the pooling and servicing agreement.

Loan Group [2] and Loan Group [3]

In general, on any distribution date, the loan group [2] and loan group [3] excess cashflow (if any) (referred to as adjustable rate excess cashflow) will be distributed in the following order:

o     to each class of [Class AV] Certificates and [adjustable rate subordinate certificates], in the same priority as described above with respect to payments of principal, the amount necessary to meet the adjustable rate overcollateralization target amount;

o     to the [Class 2-AV-2] Certificates and the [adjustable rate subordinate certificates] sequentially, in order of their seniority, any interest carry forward amount and unpaid realized loss amount for each class, in that order;

o     to each class of [Class AV] Certificates and [adjustable rate subordinate certificates] (after payments of amounts available (if any) under the related corridor contract), pro rata, to the extent needed to pay any unpaid net rate carryover for the [Class AV] Certificates and [adjustable rate subordinate certificates];

o     if the fixed rate target overcollateralization amount has been previously met, to each class of [Class AF] Certificates and [fixed rate subordinate certificates], in the same priority as described above with respect to payments of principal, the amount necessary to meet the fixed rate overcollateralization target amount to the extent not paid from fixed rate excess cashflow;

o     to the [fixed rate subordinate certificates] sequentially, in order of their seniority, any unpaid realized loss amount for each class to the extent not paid from fixed rate excess cashflow;

o     to the carryover reserve fund, the required carryover reserve fund deposit;

o     if a [Class 3-AV-1] acceleration event is in effect, to the [Class 3-AV-1] Certificates, the [Class 3-AV-1] acceleration amount; and

o     to the [Class CV] and [Class A-R] Certificates, as specified in the pooling and servicing agreement.

[Class 3-AV-1 Target Amount:]

After the distribution date in [ ] 20[ ], if the certificate principal balance of the [Class 3-AV-1] Certificates after all other distributions of principal exceeds a specified target amount (referred to as a [Class 3-AV-1] acceleration event), remaining adjustable rate excess cashflow in the priority shown above will be allocated to the [Class 3-AV-1] Certificates to reduce the certificate principal balance of the [Class 3-AV-1] Certificates to the targeted level.

See "Description of the Certificates -- Overcollateralization Provisions" in this prospectus supplement.]

Credit Enhancement

Credit enhancements provide limited protection to holders of certain certificates against shortfalls in payments received on the mortgage loans. This transaction employs the following forms of credit enhancement:

S-15

<PAGE>

[Overcollateralization

"Overcollateralization" refers to the amount by which the aggregate stated principal balance of the mortgage loans in a loan group or groups and any remaining related pre-funded amount, exceeds the aggregate certificate principal balance of the related classes of certificates.

On the closing date, it is expected that:

o    the sum of the aggregate stated principal balance of the group [1] mortgage loans and any amounts on deposit in the pre-funding account in respect of loan group [1] will exceed the initial aggregate certificate principal balance of the [Class AF] Certificates and the [fixed rate subordinate certificates] by approximately $[ ]; and

o    the sum of the aggregate stated principal balance of the group [2] and group [3] mortgage loans and any amounts on deposit in the pre-funding account in respect of loan group [2] and loan group [3] will exceed the initial aggregate certificate principal balance of the [Class AV] Certificates and the [adjustable rate subordinate certificates] by approximately $[ ].

However, these amounts are less than the required initial levels of overcollateralization required by the pooling and servicing agreement.

The mortgage loans in each loan group are expected to generate more interest than is needed to pay interest on the related certificates because the weighted average interest rate of the mortgage loans is expected to be higher than the weighted average pass-through rate on the related certificates, plus the weighted average expense fee rate, and in the case of loan group [1] and the [Class AF-5B] Certificates, the [Class AF-5B] policy premium rate. The "expense fee rate" is the sum of the servicing fee rate and the trustee fee rate. Any interest payments received in respect of the mortgage loans in a loan group in excess of the amount that is needed to pay interest on the related certificates, the issuing entity's expenses, and in the case of loan group [1], the [Class AF-5B] policy premium, will be used to reduce the total certificate principal balance of the related certificates, until the required level of overcollateralization has been achieved and to maintain the required levels, once they have been met.

On any distribution date, the amount of overcollateralization (if any) for each loan group or loan groups will be available to absorb the losses from liquidated mortgage loans that would otherwise be allocated to the related certificates, if those losses are not otherwise covered by excess cashflow (if any) from the related mortgage loans. The required levels of overcollateralization may change over time.

See "Description of the Certificates--Overcollateralization Provisions" in this prospectus supplement.]

Excess Interest

The mortgage loans in each loan group are expected to generate more interest than is needed to pay interest on the related certificates because the weighted average interest rate of those mortgage loans is expected to be higher than the weighted average pass-through rate on the related certificates, plus the weighted average expense fee rate, and in the case of loan group 1 and the Class [AF-5B] Certificates, the Class [AF-5B] policy premium rate. The "expense fee rate" is the sum of the servicing fee rate, the trustee fee rate and, with respect to any mortgage loan covered by an individual lender paid mortgage insurance policy, the related mortgage insurance premium rate. Any such interest is referred to as "excess interest" and will be distributed as part of the excess cashflow for the related loan group(s) as described under "--Excess Cashflow" above.

See "Description of the Certificates--Overcollateralization Provisions" in this prospectus supplement.

Subordination

The issuance of senior certificates and subordinate certificates by the issuing entity is designed to increase the likelihood that senior certificateholders will receive regular payments of interest and principal.

The [Class AF] Certificates will have a payment priority over the [fixed rate subordinate certificates]. The [Class AV] Certificates will have a payment priority over the [adjustable rate subordinate certificates]. With respect to the [fixed rate subordinate certificates], the [Class MF] Certificates with a lower numerical designation will have a payment priority over [Class MF] Certificates with a higher numerical designation, and all the [Class MF] Certificates will have a payment priority over the [Class BF] Certificates. With respect to the [adjustable rate subordinate certificates], the [Class MV] Certificates with a lower numerical designation will have a payment priority over [Class MV] Certificates with a higher numerical designation and

S-16

<PAGE>

all the [Class MV] Certificates will have a payment priority over the [Class BV] Certificates.

Subordination is designed to provide the holders of certificates having a higher payment priority with protection against losses realized when the remaining unpaid principal balance of a mortgage loan exceeds the proceeds recovered upon the liquidation of that mortgage loan. In general, this loss protection is accomplished by allocating realized losses among the subordinate certificates related to the loan group or loan groups, beginning with the related subordinate certificates with the lowest payment priority. In addition, if the certificate principal balances of the [adjustable rate subordinate certificates] are reduced to zero as a result of the allocation of

realized losses, any additional realized losses on the group [2] mortgage loans will be allocated to the [Class 2-AV-2] Certificates until the certificate principal balance of that class is reduced to zero.

Excess cashflow from a loan group will be available [to restore the overcollateralization for the other loan group or loan groups and,] to pay unpaid realized loss amounts to the subordinate certificates related to the other loan group and, in the case of loan group [2], to pay unpaid realized loss amounts to the [Class 2-AV-2] Certificates, in each case, to the extent available and in the priority described in this prospectus supplement. However, realized losses on the mortgage loans in a loan group or loan groups will be allocated solely to the classes of subordinate certificates related to that loan group and, in the case of loan group [2], to the [Class 2-AV] Certificates.

[The Corridor Contracts

[ ] has purchased [ ] interest rate corridor contracts, each of which will be assigned to [ ], in its capacity as corridor contract administrator, on the closing date:

o     the [Class AF-1A] corridor contract;

o     the [Class 2-AV] corridor contract;

o     the [Class 3-AV] corridor contract; and

o     the [adjustable rate subordinate] corridor contract.

[On or prior to the applicable corridor contract termination date, the corridor contract counterparty will be required to make monthly payments to the corridor contract administrator, if one-month LIBOR for the related payment date moves above a specified rate, subject to a maximum rate of payment. Payments made under each corridor contract will be made to the corridor contract administrator and allocated between the issuing entity and [ ] as described in "Description of the Certificates -- The Corridor Contracts" in this prospectus supplement.]

The amounts allocated to the issuing entity in respect of a corridor contract will be available to the applicable class(es) of certificates, as described in this prospectus supplement to cover net rate carryover resulting from the application of the applicable net rate cap to the related pass-through rate(s).

Any amounts received in respect of a corridor contract and allocated to the issuing entity for a distribution date that are not used on that date to cover net rate carryover on the related certificates are expected to be distributed to [the holders of the [Class CF] and [Class CV] Certificates] as provided in the pooling and servicing agreement and will not be available thereafter for payment of net rate carryover on any class of certificates.

Although ongoing payment are not required under the corridor contracts, certain termination payments may be required as described in "Description of the Certificates -- The Corridor Contracts" in this prospectus supplement.]

[Class AF-5B Certificate Guaranty Insurance Policy

The [Class AF-5B] Certificates have the benefit of a certificate guaranty insurance policy, called the [Class AF-5B] policy, pursuant to which [ ] will unconditionally and irrevocably guarantee certain payments on the [Class AF-5B] Certificates on each distribution date subject to certain terms and conditions set forth in the [Class AF-5B] policy. The [Class AF-5B] policy

will not cover any class of Certificates other than the [Class AF-5B]
Certificates.

See "Description of the Certificates -- The [Class AF-5B] Certificate Guaranty
Insurance Policy" in this prospectus supplement.]

Allocation of Losses

[After the credit enhancement provided by excess cashflow and
overcollateralization (if any) have been exhausted,] collections otherwise
payable to related subordinate classes will comprise the sole source of funds
from which credit enhancement is provided to the related senior certificates,
[except for the [Class AF-5B] Certificates which will also have the benefit of
the [Class AF-5B] Policy]. Realized losses of a

                                    S-17
<PAGE>

particular loan group or loan groups are allocated to the related subordinate
certificates, beginning with the related subordinate certificates with the
lowest payment priority, until the principal balance of that related
subordinate class has been reduced to zero. [If the aggregate certificate
principal balance of the [adjustable rate subordinate certificates] has been
reduced to zero, realized losses on the group [2] mortgage loans will be
allocated to the [Class 2-AV-2] Certificates until the certificate principal
balance of that class is reduced to zero.] Losses will not be allocated to the
senior certificates [(other than the [Class 2-AV-2] Certificates)], however,
if the aggregate certificate principal balance of the subordinate classes [and
the [Class 2-AV-2] Certificates] were to be reduced to zero, delinquencies and
defaults on the mortgage loans in the related loan group or loan groups would
reduce the amount of funds available for monthly distributions to the holders
of the related remaining senior certificates.

Advances

The master servicer will make cash advances with respect to delinquent
payments of principal and interest on the mortgage loans to the extent that
the master servicer reasonably believes that the cash advances can be repaid
from future payments on the related mortgage loans. These cash advances are
only intended to maintain a regular flow of scheduled interest and principal
payments on the certificates and are not intended to guarantee or insure
against losses.

See "Servicing of the Mortgage Loans -- Advances" in this prospectus
supplement.

Repurchase, Substitution and Purchase of Mortgage Loans

The sellers may be required to repurchase, or substitute, a replacement
mortgage loan for any mortgage loan as to which there exists deficient
documentation or as to which there has been an uncured breach of any
representation or warranty relating to the characteristics of the mortgage
loans that materially and adversely affects the interests of the
certificateholders in that mortgage loan.

Additionally, the [master servicer] may purchase from the issuing entity any
mortgage loan that is delinquent in payment by [150] days or more.

Countrywide Home Loans, Inc. also will be obligated to purchase any mortgage
loan with respect to which it has modified the mortgage rate at the request of
the borrower. See "Servicing of Mortgage Loans - Certain Modifications and

Refinancings" in this prospectus supplement.

The purchase price for any mortgage loans repurchased or purchased by a seller or the master servicer will be generally equal to the stated principal balance of the mortgage loan plus interest accrued at the applicable mortgage rate (and in the case of purchases by the master servicer, less the servicing fee rate).

See "The Mortgage Pool -- Assignment of the Mortgage Loans" and "Description of the Certificates -- Optional Purchase of Defaulted Loans" in this prospectus supplement and "Loan Program -- Representations by Sellers; Repurchases" in the prospectus.

Optional Termination

The [master servicer] may purchase all of the remaining assets of the issuing entity on any distribution date on or after the first distribution date on which the aggregate stated principal balance of the mortgage loans and any foreclosed real estate owned by the issuing entity declines to or below [ ]% of the sum of the aggregate stated principal balance of the [initial mortgage loans as of the initial cut-off date and the amount, if any, deposited into the pre-funding account on the closing date]. If the master servicer exercises the optional termination right it will result in the early retirement of the certificates. [The NIM Insurer may also have the right to purchase all of the remaining assets in the issuing entity.]

See "Description of the Certificates -- Optional Termination" in this prospectus supplement.

Material Federal Income Tax Consequences

[For federal income tax purposes, the issuing entity (exclusive of [the credit comeback excess account, the assets held in the carryover reserve fund and the pre-funding account and the issuing entity's rights with respect to payments received under each corridor contract]) will consist of two or more REMICs: one or more underlying REMICs and the master REMIC. The assets of the lowest underlying REMIC in this tiered structure will consist of the mortgage loans and any other assets designated in the pooling and servicing agreement. The [offered certificates] (other than the Class A-R Certificates) will represent beneficial ownership of "regular interests" in the master REMIC identified in the pooling and servicing agreement and a beneficial interest in the right to receive payments of net rate carryover pursuant to the pooling and servicing agreement.

S-18

<PAGE>

The Class A-R Certificate will represent ownership of both the residual interest in the master REMIC and the residual interests in any underlying REMICs.]

See "Material Federal Income Tax Consequences" in this prospectus supplement and in the prospectus.

Legal Investment Considerations

The [Class AF] and [Class AV] Certificates and the [Class MF-1], [Class MF-2], [Class MF-3], [Class MV-1], [Class MV-2] and [Class MV-3] Certificates will be "mortgage related securities" for purposes of the Secondary Mortgage Market Enhancement Act of 1984. None of the other classes of offered certificates will be "mortgage related securities" for purposes of the Secondary Mortgage

Market Enhancement Act of 1984.

See "Legal Investment" in the prospectus.

ERISA Considerations

The [offered certificates] (other than the Class A-R Certificates) may be
purchased by a pension or other benefit plan subject to the Employee
Retirement Income Security Act of 1974, as amended, or Section 4975 of the
Internal Revenue Code of 1986, as amended, or by an entity investing the
assets of a benefit plan, so long as certain conditions are met.

See "ERISA Considerations" in this prospectus supplement and in the
prospectus.

S-19

<PAGE>

SUMMARY OF TRANSACTION PARTIES

<TABLE>
<CAPTION>

SUMMARY OF TRANSACTION PARTIES





```
</TABLE>
```

S-20

```
<PAGE>
```

RISK FACTORS

The following information, which you should carefully consider, identifies
certain significant sources of risk associated with an investment in the
certificates. You should also carefully consider the information set forth
under "Risk Factors" in the prospectus.

```
<TABLE>
<CAPTION>
<S>                                              <C>
```
Subordinate Certificates and [Class 2-AV-1]
Certificates have A Greater Risk of Loss
because of Subordination Features; Credit
Enhancement May Not Be Sufficient to
Protect Senior Certificates from Losses

                                                 When certain classes of certifica
                                                 classes of certificates this is s
                                                 subordination feature is intended
                                                 certificateholders will receive r
                                                 For purposes of this prospectus s

                                                 o    with respect to the [Class A
                                                      certificates],

                                                 o    with respect to the [Class A
                                                      subordinate certificates],

                                                 o    with respect to the [Class 2
                                                      realized losses, the [Class

                                                 o    with respect to each class o
                                                      (i) each other class of Cert
                                                      higher numerical designation
                                                      [BF] Certificates, and

                                                 o    with respect to each class o

                    (i) each other class of Cert
                    higher numerical designation
                    BV] Certificates.

          Credit enhancement in the form of
          certificates, by:

          o    the right of the holders of
               distributions prior to the r

          o    the allocation of realized l
               loan groups to the related s
               BF] (in the case of loan gro
               case of loan group [2] or lo

          o    if the certificate principal
               certificates] are reduced to
               losses, the allocation of an
               mortgage loans to the [Class

          This type of credit enhancement i

          o    using collections on the mor

                         S-21

<PAGE>

                    payable to the holders of th
                    due on the more senior relat

          o    allocating realized losses o
               related subordinate certific
               certificates with the lowest
               of that related subordinate

          This means that [after the credit
          overcollateralization (if any) ha

          o    collections otherwise payabl
               the sole source of funds fro
               related senior certificates,
               which will also have the ben

          o    realized losses on the mortg
               allocated to the most junior
               outstanding, until the respe
               class of subordinate certifi

          [If the aggregate certificate pri
          subordinate certificates] has bee
          group [2] mortgage loans will be
          until the certificate principal b
          the aggregate certificate princip
          [Class 2-AV-2] Certificates were
          defaults on the mortgage loans in
          reduce the amount of funds availa
          of the related senior certificate

          Additionally, investors in the [f
          note that amounts due to the [Cla
          reimbursements for prior draws, i

interest and principal on the fix
on those subordinate certificates

You should fully consider the ris
and the [Class 2-AV-2] Certificat
recover your initial investment a
investors in a class of senior ce
Certificates, which have the bene
consider the risk that, [after th
excess cashflow and overcollatera
subordination of the related clas
case of the [Class 2-AV-1] Certif
not be sufficient to protect that

See "Description of the Certifica

[Overcollateralization and Excess Interest
May Not Be Sufficient to Protect
Certificates from Losses on

S-22

<PAGE>

the Mortgage Loans

The amount by which the sum of th
mortgage loans in a loan group or
pre-funding account in respect of
certificate principal balance of
"overcollateralization."  The mor
expected to generate more interes
related certificates because the
loans is expected to be higher th
these certificates plus the expen
AF-5B] Certificates, the [Class A
interest" from the related loan g
additional principal payments on
described in this prospectus supp
provide limited protection to cer
share of losses from liquidated m
loan groups.  However, we cannot
generated on the mortgage loans t
overcollateralization.

The excess interest available on
actual amount of interest receive
mortgage loans during the precedi
collected or recovered will be in
the mortgage rates resulting from
loans as well as from adjustments
mortgage loans.  Because the amou
because the pass-through rates on
increase, it may be necessary to
interest to cover the interest re
interest may be reduced.  Further
prepayments of high interest rate
on future excess interest.

If the protection afforded by ove
case of the [Class AF-5B] Certifi
to perform its obligations under
the certificates could experience

Difference Between Mortgage Rates and
Adjustable Certificate Pass-Through May

Reduce Excess Interest

The pass-through rates on the [ad
and are generally based on [one-m
mortgage loans either are [fixed
LIBOR, which is referred to as a
period of two or three years afte
may respond to various economic a
affecting [one-month LIBOR], ther
between the interest rates on tho
of the [adjustable rate certifica
interest rates on certain of the
while the pass-through rates on t
or rising. In addition, although
and certificate pass-through rate
period, mortgage rates may declin

S-23

<PAGE>

more slowly than the certificate
between interest rate adjustment
periods. An increase in the inter
mortgage loans while the pass-thr
certificates] are stable or risin
as excess interest.

Net Rate Cap Puts a Limit on the
Pass-Through Rate of the Certificates

The absence of a correlation betw
certificate pass-through rates ma
interest-bearing certificates bec
cap called the "net rate cap." In
loan group or loan groups with re
applicable net rate cap and conse
or more related classes of offere
which a certificateholder's inter
the applicable net rate cap be pa
described in this prospectus supp
applicable corridor contract term
the [Class 2-AV] Certificates, th
[adjustable rate subordinate cert
amount of the reduction in intere
applicable net rate cap from paym
in respect of the applicable inte
this prospectus supplement.]  How
funds will be available, or suffi
these reductions.  The [Class AF-
shortfalls allocated to the [Clas

[Payments from the corridor contr
of the corridor contract counterp
counterparty risk.  The ratings a
do not take into account any paym
the payment of net rate carryover

[Limitations on the [Class AF-5B]
Policy Will Limit the Amount Paid to
[[Class AF-5B] Certificates

On each distribution date, invest
the pass-through rate, without re
prepayments or the Relief Act or
[Class AF-5B] Policy will only co
Certificates as reduced by these
respect of principal of the [Clas

AF-5B] Policy until the last sche
Certificates, even if the [Class

Investors in the [Class AF] Certi
Certificates) and the [adjustable
that amounts due the [Class AF-5B
prior draws on the [Class AF-5B]
paid from interest and principal
investors will not benefit from t

S-24

<PAGE>

Policy.]

Prepayments on the Mortgage Loans Are
Unpredictable and Could Adversely Affect
Your Yield and Reinvestment

No one can accurately predict the
will experience. The prepayment e
affected by many factors, includi

o    general economic conditions,

o    the level of prevailing inte

o    the availability of alternat

o    the applicability of prepaym

o    homeowner mobility.

Any mortgage loan may be prepaid
approximately [          ]%, [
the statistical calculation pool
and loan group [3], respectively,
mortgage loans in the statistical
loan group provide, and any subse
payment by the borrower of a prep
the period of time specified in t
substantially all of the mortgage
master servicer intends to enforc
permitted by applicable law or th
reasonable commercial practice, p
in question to assume the related

See "The Mortgage Pool" and "Yiel
this prospectus supplement and "C
Due-on-Sale Clauses" in the prosp
of the mortgage loans that may af

The weighted average lives of the
rate and timing of principal paym
loans in the related loan group o
significantly from time to time,
resulting from the distribution o
pre-funding account after the end

You should note that:

o    generally, if you purchase y
     repaid on the mortgage loans

slower than you anticipate,
anticipate,

o      for the [adjustable rate cer
       to:


                    S-25


<PAGE>

       (1) the level of one-month L

       (2) the timing of adjustment
           as it relates to the int
           and, in the case of the
           the mortgage index, the
           those mortgage loans, an
           adjustments, and

       (3) other limitations on the
           described further in thi

o      you bear the reinvestment ri
       principal payments than you

See "Yield, Prepayment and Maturi
supplement.

[Your Yield Will Be Affected by the
Interest-Only Feature of Some of the
Mortgage Loans

Approximately [        ]%, [
the statistical calculation pool
and loan group [3], respectively,
mortgage loans in the statistical
loan group require, and any subse
payments of only accrued interest
origination.  During the interest
pay any principal on the borrower
available for distribution to cer
mortgage loans amortized as of th
assuming that borrowers of intere
required monthly payments, at the
only mortgage loans will have lar
mortgage loans with the same mort
amortize as of their first paymen
loans may have a higher risk of d
the increased monthly payment nec
over its remaining term to maturi

Investors should consider the fac
monthly payment on an interest on
monthly payment as a mortgage loa
payment date would support a high
amortizing mortgage loan.  Accord
interest only mortgage loans may
benefits from refinancing may be
amortizing. As the interest only
mortgage loans may be more likely
monthly payments necessary to amo

Interest only mortgage loans also
if the related mortgagor defaults
higher than for an amortizing mor

Geographic Concentration of

<PAGE>

Mortgaged Properties in Certain States
Increases the Impact that Events in Those
States Could Have On The Certificates

The tables in Annex A related to
properties for the various groups
calculation pool set forth the ge
properties, including the percent
in the statistical calculation po
mortgaged properties that are loc
10%]. [Property in California is
parts of the country to certain t
earthquakes, floods, mudslides an
Florida and the southeastern port
susceptible than homes located in
of uninsurable hazards, such as h
disasters.]  In addition:

o    economic conditions in state
     may not affect real property
     repay their loans,

o    declines in the residential
     concentrations may reduce th
     which would result in an inc

o    any increase in the market v
     significant concentrations w
     therefore, make alternative
     at lower interest rates, whi
     prepayment of the mortgage l

Inability to Replace Servicer Could Affect
Collections and Recoveries on the Mortgage
Loans

The structure of the servicing fe
replacement master servicer.  Alt
master servicer if the master ser
is unwilling (including for examp
or unable (including for example,
to service mortgage loans), it ma
servicer.  Because the servicing
stated principal balance of each
the servicer at a time when the b
significantly reduced because the
associated with servicing the mor
remaining in the pool.  The perfo
impacted, beyond the expected tra
a replacement master servicer is
time.

Your Rights May Be Affected by the Issuance
of [Three] Groups of Certificates From a
Single Issuing Entity

The ability to declare an event o
pooling and servicing agreement r
of the certificates.  [In additio
AF-5B] Insurer will have these ri
Certificates.]  As a result, you

<PAGE>

certain actions of the issuing en
class of certificates had been is

You May Receive A Prepayment Because
Subsequent Mortgage Loans Are Not Acquired

The ability of the issuing entity
depend on the ability of [Country
mortgage loans during the funding
subsequent mortgage loans as desc
ability of [Countrywide Home Loan
subsequent transfer will be affec
prevailing interest rates, employ
economic conditions generally.

If the full amount of any deposit
the end of the funding period to
remaining on deposit in the pre-f
holders of the related senior cer
distribution date immediately fol
cannot assure you of the magnitud
account at the end of the funding

[Rights of the NIM Insurer Limit Your
Control and NIM Insurer Actions May
Negatively
Effect You

If there is a NIM Insurer, pursua
unless the NIM Insurer fails to m
insuring the net interest margin
the NIM Insurer is the subject of
"NIM Insurer Default", the NIM In
others, the following rights with
certificates, and the holders of
rights only with the prior writte

o    the right to provide notices
     direct the trustee to termin
     servicer under the pooling a
     master servicer,

o    the right to remove the trus
     the pooling and servicing ag

o    the right to direct the trus
     pursuant to the pooling and

In addition, unless a NIM Insurer
will be required before, among ot

o    any removal of the master se
     and any appointment of any c

o    any otherwise permissible wa
     due dates for payment grante
     than 5% of the mortgage loan

o    any amendment to the pooling

<PAGE>

Investors in the offered cer

o    the rights granted to the NI

o    the interests of the NIM Ins
     the interests of the holders
     Insurer has no obligation or
     certificates in connection w
     Insurer's rights,

o    the NIM Insurer's exercise o
     the offered certificates and
     whether or not exercised, ma
     certificates, relative to ot
     loans and with comparable pa

o    any insurance policy issued
     benefit in any manner whatso

See "Description of the Certifica
and Servicing Agreement" in this

Recent Developments in the Residential
Mortgage Market May Adversely Affect
the Performance and Market Value
of Your Securities

Recently, the residential mortgag
variety of difficulties and chang
affect the performance and market
losses with respect to residentia
recent months, and may continue t
sector. In addition, in recent mo
many states have declined or stop
significant appreciation. A conti
values may result in additional i
residential mortgage loans genera

[Another factor that may result i
monthly payments on adjustable ra
rate mortgage loans are being exp
related mortgage interest rate ad
low introductory rate, as applica
the applicable index and margin.
together with any increase in pre
significantly increased monthly p
mortgage loans.

Borrowers seeking to avoid these
mortgage loans may no longer be a
comparably low interest rates. A
borrowers with insufficient equit
and in addition, many mortgage lo
refinancing. Furthermore, borrowe
the expiration of the fixed rate
they cannot sell their properties
unpaid principal balance of their
may contribute to higher delinque

In addition, numerous residential
subprime mortgage loans have rece
difficulties and, in some cases,
market value of your securities.

Investors should note that delinq
respect to securitizations sponso

"Static Pool Data" in this prospe

S-29

<PAGE>

website referenced in that sectio
regarding certain prior securitiz

Some statements contained in or incorporated by reference in this prospectus supple
accompanying prospectus consist of forward-looking statements relating to future ec
projections and other financial items. These statements can be identified by the us
words such as "may," "will," "should," "expects," "believes," "anticipates," "estim
comparable words. Forward-looking statements are subject to a variety of risks and
could cause actual results to differ from the projected result. Those risks and unc
among others, general economic and business conditions, regulatory initiatives and
governmental regulations, customer preferences and various other matters, many of w
control. Because we cannot predict the future, what actually happens may be very di
predict in our forward-looking statements.
</TABLE>

S-30

<PAGE>

THE MORTGAGE POOL

General

     Set forth below and in Annex A to this prospectus supplement is certain
statistical information based on scheduled principal balances as of [ ], which
is the "Statistical Calculation Date," concerning a pool of mortgage loans that
CWMBS, Inc. (the "Depositor") believes is representative of the mortgage loans
to be included in the issuing entity. This pool of mortgage loans is referred
to as the "Statistical Calculation Pool," and the mortgage loans are referred
to as the "Statistical Calculation Pool Mortgage Loans." The Statistical
Calculation Pool consists of [ ] Mortgage Loans and is comprised of Mortgage
Loans that bear interest at fixed rates, referred to as "Fixed Rate Mortgage
Loans," and adjustable rates, referred to as "Adjustable Rate Mortgage Loans."
The aggregate Stated Principal Balance of the Mortgage Loans included in the
Statistical Calculation Pool as of the Statistical Calculation Date is
approximately $[ ] (the "Statistical Calculation Date Pool Principal Balance"),
[of which approximately $[ ] constitute Loan Group 1 Mortgage Loans,
approximately $[ ] constitute Loan Group 2 Mortgage Loans and approximately $[
] constitute Loan Group 3 Mortgage Loans.] The Statistical Calculation Pool is
smaller than the pool of mortgage loans (the "Initial Mortgage Loans") to be
included in the issuing entity on the Closing Date (the "Initial Mortgage
Pool"). It is expected that additional Mortgage Loans will be included in the
Initial Mortgage Pool on the Closing Date and that certain of the Statistical
Calculation Pool Mortgage Loans may prepay in part or in full prior to the
Closing Date, or may be determined not to meet the eligibility criteria
requirements for the Initial Mortgage Pool and therefore may not be included in
the Initial Mortgage Pool. As a result of the foregoing, the statistical
distribution of characteristics for the Initial Mortgage Pool will vary from
the statistical distribution of the characteristics of the Statistical
Calculation Pool as presented in this prospectus supplement, although certain
characteristics of the Initial Mortgage Loans in each Loan Group will not vary
by more than the permitted variance specified in the tables below.

<TABLE>