IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL HOME LOAN BANK OF PITTSBURGH, | ) ) ) | CIVIL DIVISION |
| Plaintiff, | ) ) ) | No. GD-09-018482 |
| v. | ) ) ) | **AFFIDAVIT OF SERVICE BY MAIL** |
| COUNTRYWIDE SECURITIES CORPORATION, COUNTRYWIDE HOME LOANS, INC., CWALT, INC., CWMBS, INC., COUNTRYWIDE FINANCIAL CORPORATION, MOODY'S CORPORATION, MOODY'S INVESTORS SERVICE, INC., THE MCGRAW-HILL COMPANIES, INC., and FITCH, INC., | ) ) ) ) ) ) ) ) ) ) | Filed on behalf of: Plaintiff. |
| Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Counsel of Record For this Party: Lynch Weis, LLC Daniel P. Lynch PA ID No. 68280 dlynch@lynchweis.com William J. Wyrick PA ID No. 70656 bwyrick@lynchweis.com 501 Smith Drive, Suite 3 Cranberry Twp., PA 16066 T: (724) 776-8000 F: (724) 776-8001 |

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF PITTSBURGH,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTRYWIDE SECURITIES CORPORATION, COUNTRYWIDE HOME LOANS, INC., CWALT, INC., CWMBS, INC., COUNTRYWIDE FINANCIAL CORPORATION, MOODY'S CORPORATION, MOODY'S INVESTORS SERVICE, INC., THE MCGRAW-HILL COMPANIES, INC., and FITCH, INC.,<br><br>    Defendants. | CIVIL DIVISION<br><br>No. GD-09-018482 |

## AFFIDAVIT OF SERVICE BY MAIL

COMMONWEALTH OF PENNSYLVANIA  :
                  : SS:
COUNTY OF BUTLER          :

William J. Wyrick, Esq., being duly sworn, upon oath, deposes and says as follows:

1. I am the attorney for Plaintiff in the above-captioned action. On October 15, 2009, I caused a copy of the Complaint filed in this action to be transmitted to the Defendants by a form of mail requiring a signed receipt. A copy of my transmittal letter is attached hereto as Exhibit "A".

2. I further depose and say that I thereafter received from the Postmaster of Cranberry Township, PA return receipts for Defendants CWMBS, Inc., Countrywide Financial Corporation, CWALT, Inc., and Countrywide Securities Corporation, bearing the notation "date of delivery: Oct. 19, 2009."

3. I further depose and say that I thereafter received from the Postmaster of Cranberry Township, PA a return receipt for Defendant Fitch, Inc., bearing the notation "date of delivery: Oct. 20, 2009."

4. I further depose and say that I thereafter received from the Postmaster of Cranberry Township, PA return receipts for Defendants Countrywide Home Loans, Inc., Moody's Corporation, and Moody's Investors Service, Inc., bearing the notation "date of delivery: Oct. 21, 2009."

2

5. Copies of all of the official return receipts are attached hereto as Exhibit "B".

_____
William J. Wyrick
PA ID No. 70656
Lynch Weis, LLC
501 Smith Drive, Suite 3
Cranberry Twp., PA 16066

SWORN to and subscribed before me this 27th day of October 2009.

_____
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
        Notarial Seal
Melissa Schmitzer, Notary Public
   Cranberry Twp., Butler County
My Commission Expires Aug. 13, 2012
Member, Pennsylvania Association of Notaries
```

3



# LYNCH WEIS, LLC
### ATTORNEYS AT LAW

Please reply to: Cranberry Twp. office
Writer's email: bwyrick@lynchweis.com

*Via Certified Mail with return receipt*

October 15, 2009

Countrywide Securities Corporation
c/o C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Countrywide Home Loans, Inc.
c/o C T Corporation System
111 Eighth Avenue
New York, NY 10011

CWALT, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

CWMBS, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Countrywide Financial Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Moody's Corporation
c/o C T Corporation System
111 Eighth Avenue
New York, NY 10011

Moody's Investors Service, Inc.
c/o C T Corporation System
111 Eighth Avenue
New York, NY 10011

The McGraw-Hill Companies, Inc.
1221 Avenue of the Americas
New York, NY 10020

Fitch, Inc.
One State Street Plaza
New York, NY 10004

Re: **Federal Home Loan Bank of Pittsburgh v. Countrywide Securities Corp., *et al.*
No. GD-09-018482 (C.P. Allegheny Cty.)**

To Whom It May Concern:

Please find enclosed a copy of a Complaint that was recently filed against you or your registered principal at the above-referenced docket number in the Court of Common Pleas of

Cranberry Twp. office: 501 Smith Drive, Suite 3 * Cranberry Twp., PA 16066 * Telephone: 724.776.8000 * Facsimile: 724.776.8001

Pittsburgh office: 1912 Main Street * Pittsburgh, PA 15215 * Telephone: 412.781.8297 * Facsimile: 412.781.8992

**EXHIBIT A**

# EXHIBIT B

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Fitch, Inc.
   One State Street Plaza
   New York, NY 10004

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Mike Rinaldi
B. Date of Delivery
C. Signature: X [signature] — Agent / Addressee
D. Is delivery address different from item 1? □ Yes □ No
   If YES, enter delivery address below:

Postmark: NEW YORK 10004 BOWLING GREEN STATION OCT 20 2009

3. Service Type: ☒ Certified Mail □ Express Mail □ Registered □ Return Receipt for Merchandise □ Insured Mail □ C.O.D.
4. Restricted Delivery? (Extra Fee) □ Yes

2. Article Number (Copy from service label): 7008 2810 0000 8172 0648

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Countrywide Home Loans, Inc.
   c/o C T Corporation System
   111 Eighth Avenue
   New York, NY 10011

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Certified Mail Received
B. Date of Delivery: OCT 21 2009
C. Signature: X [signature] — Agent / Addressee
D. Is delivery address different from item 1? □ Yes □ No
   If YES, enter delivery address below: NYSOP
   CT, a Wolters Kluwer Business

3. Service Type: ☒ Certified Mail □ Express Mail □ Registered □ Return Receipt for Merchandise □ Insured Mail □ C.O.D.
4. Restricted Delivery? (Extra Fee) □ Yes

2. Article Number (Copy from service label): 7008 1830 0003 6069 9402

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

## Return Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Moody's Corporation
   c/o C T Corporation System
   111 Eighth Avenue
   New York, NY 10011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [Certified Mail Received] — Agent / Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: OCT 21 2009
D. Is delivery address different from item 1? □ Yes □ No
   If YES, enter delivery address below:
   CT, a Wolters Kluwer Business

3. Service Type: ☒ Certified Mail □ Express Mail □ Registered □ Return Receipt for Merchandise □ Insured Mail □ C.O.D.
4. Restricted Delivery? (Extra Fee) □ Yes

2. Article Number (Transfer from service label): 7008 2810 0000 8172 0624

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

## Return Receipt 4

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Moody's Investors Service, Inc.
   c/o C T Corporation System
   111 Eighth Avenue
   New York, NY 10011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Certified Mail Received — Agent / Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: OCT 21 2009
D. Is delivery address different from item 1? □ Yes □ No
   If YES, enter delivery address below: NYSOP
   CT, a Wolters Kluwer Business

3. Service Type: ☒ Certified Mail □ Express Mail □ Registered □ Return Receipt for Merchandise □ Insured Mail □ C.O.D.
4. Restricted Delivery? (Extra Fee) □ Yes

2. Article Number (Transfer from service label): 7008 2810 0000 8172 0600

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CWMBS, Inc.
   c/o The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery: OCT 19 2009

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0000 8172 0594

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CWALT, Inc.
   c/o The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery: OCT 2009

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 3230 0003 5152 6373

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-

---

## Return Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Countrywide Financial Corporation
   c/o The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery: OCT 2009

C. Signature
X _[signature]_ ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7008 2810 0000 8172 0631

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

## Return Receipt 4

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Countrywide Securities Corporation
   c/o C T Corporation System
   818 West Seventh Street
   Los Angeles, CA 90017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Ruth Revere  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0000 8172 0617

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served a true and correct copy of the foregoing Affidavit of Service by Mail upon the persons and in the manner indicated below:

### VIA FIRST CLASS MAIL, POSTAGE PREPAID

Countrywide Securities Corporation
c/o C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Countrywide Home Loans, Inc.
c/o C T Corporation System
111 Eighth Avenue
New York, NY 10011

CWALT, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

CWMBS, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Countrywide Financial Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Moody's Corporation
c/o C T Corporation System
111 Eighth Avenue
New York, NY 10011

Moody's Investors Service, Inc.
c/o C T Corporation System
111 Eighth Avenue
New York, NY 10011

The McGraw-Hill Companies, Inc.
1221 Avenue of the Americas
New York, NY 10020

Fitch, Inc.
One State Street Plaza
New York, NY 10004

10/27/09
Date

William J. Wyrick

4