Our Members Page 1 of 12

Events | News | Contact Us

FHLBank PITTSBURGH

About Us

About FHLBank Pittsburgh
Mission
Our Members
Management & Our Board
Corporate Governance

Housing & Community
Products & Services
Career Opportunities

Member Services
Investor Relations
Government Relations
Media Center

Quick Links
-Rates
-Desk Trends
-We Mean Business

About Us « Our Members »

## Our Members

As of November 1, 2009

| Name | City | State |
|---|---|---|
| 1st Summit Bank | Johnstown | PA |
| Abington Bank | Jenkintown | PA |
| Adams County National Bank | Gettysburg | PA |
| Affinity Bank of Pennsylvania | Wyomissing | PA |
| AIG Federal Savings Bank | Wilmington | DE |
| Allegent Community Federal Credit Union | Pittsburgh | PA |
| Allegheny Valley Bank of Pittsburgh | Pittsburgh | PA |
| Allegiance Bank of North America | Bala Cynwyd | PA |
| Alliance Bank | Broomall | PA |
| Ally Bank | Horsham | PA |
| Altoona First Savings Bank | Altoona | PA |
| Ambler Savings Bank | Ambler | PA |
| American Bank | Allentown | PA |
| American Eagle Savings Bank, PaSA | Boothwyn | PA |
| American Heritage Federal Credit Union | Philadelphia | PA |
| AmeriServ Financial | Johnstown | PA |
| Apex Community Federal Credit Union | Stowe | PA |
| Apollo Trust Company | Apollo | PA |

http://www.fhlb-pgh.com/about-us/our-customers.html 11/13/2009

| | | |
|---|---|---|
| Armstrong County Building & Loan Association | Ford City | PA |
| Artisans' Bank | Wilmington | DE |
| Asian Bank | Philadelphia | PA |
| Aurora Bank FSB | Wilmington | DE |
| Bally Savings Bank | Bally | PA |
| Bancorp Bank (The) | Wilmington | DE |
| Bank of Charles Town | Charles Town | WV |
| Bank of Landisburg | Landisburg | PA |
| Bank of Mount Hope, Inc. | Mount Hope | WV |
| Bank of Romney | Romney | WV |
| BCBank, Inc. | Philippi | WV |
| Beneficial Mutual Savings Bank | Philadelphia | PA |
| Berkshire Bank | Wyomissing | PA |
| Boone County Bank | Madison | WV |
| Brentwood Bank | Bethel Park | PA |
| Bryn Mawr Trust Company | Bryn Mawr | PA |
| Bucks County Bank | Doylestown | PA |
| C & G Savings Bank | Altoona | PA |
| Calhoun County Bank | Grantsville | WV |
| Cambria County Federal Savings & Loan Association | Cresson | PA |
| Capon Valley Bank | Wardensville | WV |
| Centra Bank, Inc. | Morgantown | WV |
| Centric Bank | Harrisburg | PA |
| Charleroi Federal Savings Bank | Charleroi | PA |
| Chase Bank USA , National Association | Newark | DE |
| Chelten Hills Savings Bank | Abington | PA |
| Christiana Bank & Trust Company | Greenville | DE |
| Citadel Federal Credit Union | Thorndale | PA |
| Citicorp Trust Bank, FSB | Newark | DE |

| | | |
|---|---|---|
| Citizens & Northern Bank | Wellsboro | PA |
| Citizens Bank of Morgantown, Inc. | Morgantown | WV |
| Citizens Bank of Pennsylvania | Philadelphia | PA |
| Citizens Bank of West Virginia | Elkins | WV |
| Citizens Bank of Weston, Inc. | Weston | WV |
| Citizens National Bank | Meyersdale | PA |
| Citizens Savings Bank | Clarks Summit | PA |
| City National Bank of West Virginia | Cross Lanes | WV |
| Clarion County Community Bank | Clarion | PA |
| Clarion Onized Federal Credit Union | Clarion | PA |
| Clear Mountain Bank | Bruceton Mills | WV |
| Clearfield Bank & Trust Company | Clearfield | PA |
| CNB Bank | Clearfield | PA |
| CNB Bank, Inc. | Berkeley Springs | WV |
| Coatesville Savings Bank | Coatesville | PA |
| Colonial American Bank | West Conshohocken | PA |
| Commercial Bank & Trust of PA | Latrobe | PA |
| Community Bank | Carmichaels | PA |
| Community Bank & Trust Company | Clarks Summit | PA |
| Community Bank Delaware | Lewes | DE |
| Community Bank of Parkersburg | Parkersburg | WV |
| Community First Bank | Reynoldsville | PA |
| Community National Bank of Northwestern PA | Albion | PA |
| Community State Bank of Orbisonia | Orbisonia | PA |
| Compass Savings Bank | Wilmerding | PA |
| Conestoga Bank | Chester Springs | PA |
| Continental Bank | Plymouth Meeting | PA |
| Cornerstone Bank, Inc. | West Union | WV |
| County Bank | Rehoboth Beach | DE |

| | | |
|---|---|---|
| County Savings Bank | Essington | PA |
| Croydon Savings Bank | Croydon | PA |
| Davis Trust Company | Elkins | WV |
| Delaware National Bank | Georgetown | DE |
| Diamond Credit Union | Pottstown | PA |
| Dime Bank (The) | Honesdale | PA |
| DNB First, NA | Downingtown | PA |
| Doolin Security Savings Bank, FSB | New Martinsville | WV |
| Eagle National Bank | Upper Darby | PA |
| Earthstar Bank | Southampton | PA |
| East River Bank | Philadelphia | PA |
| Elderton State Bank | Elderton | PA |
| Embassy Bank for the Lehigh Valley | Bethlehem | PA |
| Enterprise Bank | Allison Park | PA |
| Ephrata National Bank | Ephrata | PA |
| ESB Bank | Ellwood City | PA |
| ESSA Bank & Trust | Stroudsburg | PA |
| Eureka Bank | Pittsburgh | PA |
| Fairmont Federal Credit Union | Fairmont | WV |
| Farmers & Merchants Bank of Western Pennsylvania, NA | Kittanning | PA |
| Farmers & Merchants Trust Company | Chambersburg | PA |
| Farmers Building & Savings Bank | Rochester | PA |
| Farmers National Bank of Emlenton | Emlenton | PA |
| Fayette County National Bank | Fayetteville | WV |
| Felton Bank | Felton | DE |
| Fidelity Bank, PaSB | Pittsburgh | PA |
| Fidelity Deposit & Discount Bank | Dunmore | PA |
| Fidelity Savings & Loan of Bucks County | Bristol | PA |
| First Bank of Charleston | Charleston | WV |

| First Bank of Delaware | Wilmington | DE |
| First Central Bank, Inc. | Philippi | WV |
| First Century Bank, National Association | Bluefield | WV |
| First Choice America Community Federal Credit Union | Weirton | WV |
| First Citizens National Bank | Mansfield | PA |
| First Columbia Bank & Trust Company | Bloomsburg | PA |
| First Commonwealth Bank | Indiana | PA |
| First CornerStone Bank | King of Prussia | PA |
| First Exchange Bank | Mannington | WV |
| First Federal Savings & Loan of Bucks County | Bristol | PA |
| First Federal Savings & Loan of Greene County | Waynesburg | PA |
| First Federal Savings & Loan of Ravenswood | Ravenswood | WV |
| First Federal Savings Bank | Sistersville | WV |
| First Federal Savings Bank | Monessen | PA |
| First Keystone Bank | Media | PA |
| First Keystone National Bank | Berwick | PA |
| First National Bank & Trust Company of Newtown | Newtown | PA |
| First National Bank in Ronceverte | Ronceverte | WV |
| First National Bank of Chester County | West Chester | PA |
| First National Bank of Fredericksburg | Fredericksburg | PA |
| First National Bank of Lilly | Lilly | PA |
| First National Bank of Liverpool | Liverpool | PA |
| First National Bank of Mercersburg | Mercersburg | PA |
| First National Bank of Mifflintown | Mifflintown | PA |
| First National Bank of Palmerton | Palmerton | PA |
| First National Bank of Pennsylvania | Hermitage | PA |
| First National Bank of Port Allegany | Port Allegany | PA |
| First National Bank of Williamson | Williamson | WV |
| First National Bank of Wyoming | Wyoming | DE |

| | | |
|---|---|---|
| First National Community Bank | Scranton | PA |
| First Neighborhood Bank, Inc. | Spencer | WV |
| First Priority Bank | Malvern | PA |
| First Resource Bank | Exton | PA |
| First Savings Bank of Perkasie | Perkasie | PA |
| First Sentry Bank | Huntington | WV |
| First Star Savings Bank | Bethlehem | PA |
| First State Bank | Barboursville | WV |
| First United National Bank | Fryburg | PA |
| Firstrust Savings Bank | Conshohocken | PA |
| Fleetwood Bank | Fleetwood | PA |
| FNB Bank, Inc. | Romney | WV |
| FNB Bank, NA | Danville | PA |
| Fox Chase Bank | Hatboro | PA |
| Franklin Security Bank | Wilkes-Barre | PA |
| Freedom Bank, Inc. | Belington | WV |
| Fulton Bank, National Association | Lancaster | PA |
| Gateway Bank of Pennsylvania | McMurray | PA |
| Grant County Bank | Petersburg | WV |
| Gratz National Bank | Gratz | PA |
| Graystone Tower Bank | Harrisburg | PA |
| Greenville Savings Bank | Greenville | PA |
| Hamlin Bank & Trust Company | Smethport | PA |
| Hancock County Savings Bank, FSB | Chester | WV |
| Harleysville National Bank & Trust Company | Harleysville | PA |
| Harleysville Savings Bank | Harleysville | PA |
| Harrison County Bank | Lost Creek | WV |
| Hatboro Federal Savings | Hatboro | PA |
| Hometown Bank of Pennsylvania | Bedford | PA |

| | | |
|---|---|---|
| Honesdale National Bank | Honesdale | PA |
| Huntingdon Savings Bank, PaSA | Huntingdon | PA |
| Huntingdon Valley Bank | Warminster | PA |
| Huntington Federal Savings Bank | Huntington | WV |
| Hyperion Bank | Philadelphia | PA |
| Indiana First Savings Bank | Indiana | PA |
| ING Bank, fsb | Wilmington | DE |
| Integrity Bank | Camp Hill | PA |
| Investment Savings Bank | Altoona | PA |
| Iron Workers Savings Bank | Aston | PA |
| Jefferson Security Bank | Shepherdstown | WV |
| Jersey Shore State Bank | Williamsport | PA |
| Jim Thorpe National Bank | Jim Thorpe | PA |
| Jonestown Bank & Trust Company | Jonestown | PA |
| Juniata Valley Bank | Mifflintown | PA |
| Kishacoquillas Valley National Bank | Belleville | PA |
| Lafayette Ambassador Bank | Easton | PA |
| Landmark Community Bank | Pittston | PA |
| Lehigh Valley Educators Credit Union | Allentown | PA |
| Liberty Savings Bank, FSB | Pottsville | PA |
| Lock Haven Area Federal Credit Union | Lock Haven | PA |
| Logan Bank & Trust Company | Logan | WV |
| Luzerne Bank | Luzerne | PA |
| Main Street Bank Corporation | Wheeling | WV |
| Mainline National Bank | Ebensburg | PA |
| Malvern Federal Savings Bank | Paoli | PA |
| Manor Bank | Manor | PA |
| Marion Center Bank | Marion Center | PA |
| Marquette Savings Bank | Erie | PA |

| | | |
|---|---|---|
| Mars National Bank | Mars | PA |
| Mauch Chunk Trust Company | Jim Thorpe | PA |
| MCNB Bank and Trust Company | Welch | WV |
| Members 1st Federal Credit Union | Mechanicsburg | PA |
| Mercer County State Bank | Sandy Lake | PA |
| Merchants Bank of Bangor | Bangor | PA |
| Merck, Sharp & Dohme Federal Credit Union | North Wales | PA |
| Meridian Bank | Berwyn | PA |
| Metro Bank | Harrisburg | PA |
| Mid Penn Bank | Millersburg | PA |
| MidCoast Community Bank | Wilmington | DE |
| Mifflin County Savings Bank | Lewistown | PA |
| Mifflinburg Bank & Trust Company | Mifflinburg | PA |
| MileStone Bank | Doylestown | PA |
| Milton Savings Bank | Milton | PA |
| Monument Bank | Doylestown | PA |
| MoreBank | Philadelphia | PA |
| Mountain Valley Bank, National Association | Elkins | WV |
| Muncy Bank & Trust Company | Muncy | PA |
| MVB Bank, Inc. | Fairmont | WV |
| National Bank of Malvern (The) | Malvern | PA |
| National Penn Bank | Boyerstown | PA |
| Neffs National Bank | Neffs | PA |
| New Century Bank | Phoenixville | PA |
| New Tripoli Bank | New Tripoli | PA |
| NexTier Bank | Butler | PA |
| North Penn Bank | Scranton | PA |
| Northern Hancock Bank & Trust | Newell | WV |
| Northumberland National Bank | Northumberland | PA |

| | | |
|---|---|---|
| Northwest Savings Bank | Warren | PA |
| NOVA Bank | Philadelphia | PA |
| One Community Federal Credit Union | Parkersburg | WV |
| Orrstown Bank | Shippensburg | PA |
| Parkvale Savings Bank | Monroeville | PA |
| Pendleton Community Bank | Franklin | WV |
| Penn Liberty Bank | Wayne | PA |
| Penn Security Bank & Trust Company | Scranton | PA |
| People First Federal Credit Union | Allentown | PA |
| Peoples National Bank | Hallstead | PA |
| Peoples State Bank of Wyalusing | Wyalusing | PA |
| PeoplesBank, A Codorus Valley Company | York | PA |
| Philadelphia Indemnity Insurance Company | Bala Cynwyd | PA |
| Philadelphia Insurance Company | Bala Cynwyd | PA |
| Philadelphia Trust Company | Philadelphia | PA |
| Phoenixville Federal Bank and Trust | Phoenixville | PA |
| Pioneer Community Bank, Inc. | Iaeger | WV |
| Pleasants County Bank | Saint Marys | WV |
| PNC Bank, National Association | Pittsburgh | PA |
| Poca Valley Bank | Walton | WV |
| Police & Fire Federal Credit Union | Philadelphia | PA |
| Polonia Bank | Huntingdon Valley | PA |
| Port Richmond Savings | Philadelphia | PA |
| Progressive Bank, National Association | Wheeling | WV |
| Progressive-Home Federal Savings & Loan Association | Pittsburgh | PA |
| Province Bank, FSB | Marietta | PA |
| Prudential Savings Bank | Philadelphia | PA |
| QNB Bank | Quakertown | PA |
| Quaint Oak Bank | Southampton | PA |

| Reliance Bank | Altoona | PA |
|---|---|---|
| Reliance Federal Credit Union | King of Prussia | PA |
| Reliance Standard Life Insurance Company | Philadelphia | PA |
| Republic First Bank | Philadelphia | PA |
| Riverview National Bank | Marysville | PA |
| Rock Branch Community Bank, Inc. | Nitro | WV |
| Royal Bank America | Narberth | PA |
| S & T Bank | Indiana | PA |
| SB1 Federal Credit Union | Philadelphia | PA |
| Scottdale Bank & Trust Company (The) | Scottdale | PA |
| Second Federal Savings & Loan Association of Philadelphia | Philadelphia | PA |
| Sewickley Savings Bank | Sewickley | PA |
| Sharon Savings Bank | Darby | PA |
| Slovak Savings Bank | Pittsburgh | PA |
| Slovenian Savings & Loan Association of Canonsburg | Strabane | PA |
| Slovenian Savings & Loan Association of Franklin-Conemaugh | Johnstown | PA |
| Somerset Trust Company | Somerset | PA |
| Sovereign Bank | Wyomissing | PA |
| St. Edmond's Federal Savings Bank | Philadelphia | PA |
| Standard Bank, PaSB | Monroeville | PA |
| Star USA Federal Credit Union | Charleston | WV |
| Stonebridge Bank | West Chester | PA |
| Summit Community Bank | Moorefield | WV |
| Sun East Federal Credit Union | Aston | PA |
| Susquehanna Bank | Lancaster | PA |
| Swineford National Bank | Hummels Wharf | PA |
| TD Bank, NA | Wilmington | DE |

| | | |
|---|---|---|
| Team Capital Bank | Bethlehem | PA |
| Third Federal Bank | Newtown | PA |
| Tioga-Franklin Savings Bank | Philadelphia | PA |
| Traders Bank, Inc | Spencer | WV |
| TriState Capital Bank | Pittsburgh | PA |
| TruMark Financial Credit Union | Trevose | PA |
| Turbotville National Bank | Turbotville | PA |
| Ukrainian Selfreliance Federal Credit Union | Philadelphia | PA |
| Union Bank & Trust Company | Pottsville | PA |
| Union Bank, Inc. | Sistersville | WV |
| Union Building & Loan Savings Bank | Beaver | PA |
| Union National Bank of Mount Carmel (The) | Mount Carmel | PA |
| Union National Community Bank | Mount Joy | PA |
| United Bank | Parkersburg | WV |
| United Federal Credit Union (The) | Morgantown | WV |
| United Savings Bank | Philadelphia | PA |
| United-American Savings Bank | Pittsburgh | PA |
| Univest National Bank and Trust Company | Souderton | PA |
| Utilities Employees Credit Union | Reading | PA |
| Valley Green Bank | Philadelphia | PA |
| Vantage Point Bank | Fort Washington | PA |
| Victory Bank (The) | Limerick | PA |
| VIST Bank | Leesport Bank | PA |
| Washington Financial Bank | Washington | PA |
| Washington Savings Association | Philadelphia | PA |
| Wayne Bank | Honesdale | PA |
| WesBanco Bank, Inc. | Wheeling | WV |
| West Milton State Bank | West Milton | PA |
| West Union Bank | West Union | WV |

| | | |
|---|---|---|
| West View Savings Bank | Pittsburgh | PA |
| West Virginia Federal Credit Union | South Charleston | WV |
| Westmoreland Federal Savings & Loan Association of Latrobe | Latrobe | PA |
| William Penn Bank, FSB | Levittown | PA |
| Williamstown Bank (The) | Williamstown | WV |
| Wilmington Savings Fund Society, FSB | Wilmington | DE |
| Wilmington Trust Company | Wilmington | DE |
| Wilmington Trust FSB | Wilmington | DE |
| Woodlands Bank | Williamsport | PA |
| York Traditions Bank | York | PA |

**Serving our members in Delaware, Pennsylvania & West Virginia**

© 2007 FHLBank Pittsburgh

Community Support Statement | Privacy Policy | Copyright & Disclosure | Site Map