IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF PITTSBURGH,<br><br>      Plaintiff,<br><br>v.<br><br>COUNTRYWIDE SECURITIES CORPORATION, COUNTRYWIDE HOME LOANS, INC., CWALT, INC., CWMBS, INC., COUNTRYWIDE FINANCIAL CORPORATION, MOODY'S CORPORATION, MOODY'S INVESTORS SERVICES, INC., THE MCGRAW-HILL COMPANIES, INC, and FITCH, INC.<br><br>      Defendants. | No. 2:09-cv-1520-AJS<br><br>Judge Arthur J. Schwab<br><br>**DECLARATION OF<br>ERIC C. ERNSTENE** |

ERIC C. ERNSTENE, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am a senior paralegal with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., counsel for plaintiff Federal Home Loan Bank of Pittsburgh ("Pittsburgh FHLB") in the above-captioned matter. I respectfully submit this declaration in support of Pittsburgh FHLB's Motion to Remand this action to the Court of Common Pleas of Allegheny County, Pennsylvania.

2. Attached to this Declaration as Exhibit 1 is a true and correct copy of *Ray v. Albertson's Inc.*, No. 08-2664, 2008 WL 4508261 (D.N.J. Sept. 26, 2008).

3. Attached to this Declaration as Exhibit 2 is a true and correct copy of the Order Granting Plaintiff's Motion to Remand in *California Public Employees Retirement*

*System v. Moody's Corp., et al.*, No. C 09-03628 SI (N.D. Cal.), dated November 10, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of December 2009.

*/s/ Eric C. Ernstene*
Eric C. Ernstene

81167506.1