## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FEDERAL HOME LOAN BANK OF )
PITTSBURGH, )
                                     )
                 Plaintiff, )       Civil Action No. 09-1520
                                     )
      vs. )
                                     )
COUNTRYWIDE SECURITIES )
CORPORATION, COUNTRYWIDE HOME )
LOANS, INC., CWALT, INC., CWMBS, )
INC., COUNTRYWIDE FINANCIAL )
CORPORATION, MOODY'S )
CORPORATION, MOODY'S INVESTORS )
SERVICE, INC., THE MCGRAW-HILL )
COMPANIES, INC., and FITCH, INC., )
                                     )
                Defendants. )

*This ___ 3 o ___*
*_____ December ____, 2009*
*SO ORDERED.*

_____
DISTRICT JUDGE

## STIPULATION PURSUANT TO COURT ORDER OF DECEMBER 21, 2009

Plaintiff and all Defendants in the above-captioned case, having met and

conferred in person pursuant to the Court's Order of December 21, 2009, stipulate and

agree as follows:

1.      Although Defendants maintain this matter was properly removed to this

Court, to avoid further costs and expenditure of resources, Defendants consent to remand

of the above-captioned action to the Court of Common Pleas of Allegheny County.

2.      Although Plaintiff maintains that this action was properly filed in state

court, remand is appropriate, and attorneys' fees and expenses could be awarded, to avoid

further costs and expenditure of resources, Plaintiff waives its right to seek attorneys'

fees and expenses based upon the removal of this action and/or Civil Action No. 2:09-cv-

1421.

3. Defendants may have to and including February 26, 2010 to file any Preliminary Objections to the Complaint in this action and Brief related thereto in the Court of Common Pleas of Allegheny County.

4. Should a Defendant file Preliminary Objections to any counts of the Complaint, that Defendant shall have an extension of time until 45 days after the Court of Common Pleas of Allegheny County rules upon said Preliminary Objections before answering either that count (should said count not be dismissed by Preliminary Objection) and/or any count to which a Preliminary Objection was not filed on or before February 26, 2010.

5. Plaintiff shall have to and including 30 days from electronic service upon Plaintiff of any Preliminary Objections filed on or before February 26, 2010 to file its response, including any Brief by Plaintiff in Opposition to Preliminary Objections, filed on or before February 26, 2010.

6. A Defendant that has filed a Preliminary Objection shall have to and including 30 days from electronic service upon said Defendant of Plaintiff's Brief in Opposition to Preliminary Objections to file any Reply Brief to Plaintiff's said Brief in Opposition.

7. If Plaintiff files, in the Court of Common Pleas of Allegheny County, an Amended Complaint by January 8, 2010, in this civil action, the February 26, 2010 filing date for Preliminary Objections thereto shall continue to apply.

8. The parties shall present this case to the Commerce and Complex Litigation Center of the Court of Common Pleas of Allegheny County as a case

appropriate for its jurisdiction and request that the Commerce and Complex Litigation

Center assume such jurisdiction.

_____/s/ Daniel P. Lynch_____
Daniel P. Lynch
Pa. I.D. No. 68280
William J. Wyrick
Pa. I.D. No. 70656
Lynch Weis, LLC
501 Smith Drive, Suite 3
Cranberry Township, PA 16066
Phone: 724-776-8000
Email: dlynch@lynchweis.com
        bwyrick@lynchweis.com

And

Thomas B. Hatch
Jennifer McKenna
Jenny Gassman-Pines
Katherine K. Bruce
Bruce D. Manning
Margaret M. Lockner
Robins Kaplan Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Phone: 612-349-8500
Email: tbhatch@rkmc.com
        jlmckenna@rkmc.com
        jgassman-pines@rkmc.com
        kkbruce@rkmc.com
        bdmanning@rkmc.com
        mlockner@rkmc.com


*Attorneys for Plaintiff Federal Home Loan
Bank of Pittsburgh*

_____/s/ Samuel W. Braver_____
Samuel W. Braver
Pa. I.D. No. 19682
Buchanan Ingersoll & Rooney
One Oxford Centre
301 Grant Street, 20th Fl.
Pittsburgh, PA 15219-1410
Phone: 412-562-8939
Email: samuel.braver@bipc.com


And

Brian E. Pastuszenski
Sarah H. Concannon
Daniel P. Roeser
Goodwin Procter LLP
53 State Street
Boston, MA 02109
Phone: 617-523-1231
Email:
bpastuszenski@goodwinprocter.com
sconcannon@goodwinprocter.com
droeser@goodwinprocter.com

*Attorneys for Defendants Countrywide
Securities Corporation, Countrywide Home
Loans, Inc., CWALT, Inc., CWMBS, Inc.,
and Countrywide Financial Corporation*

_____/s/ Mark A. Willard_____
Mark A. Willard
Pa. I.D. No. 18103
Eckert Seamans Cherin & Mellott
600 Grant Street
44th Floor
Pittsburgh, PA 15219
Phone: 412-566-6171
Email: mwillard@eckertseamans.com


And

Joshua M. Rubins
James J. Coster
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
Phone: 212-818-9606
Email: jrubins@ssbb.com
        jcoster@ssbb.com

*Counsel for Defendants Moody's*
*Corporation and Moody's Investors*
*Service, Inc.*

_____/s/ William M. Wycoff_____
William M. Wycoff
Pa. I.D. No. 01119
Kerri L. Coriston
Pa. I.D. No. 89838
Thorp Reed & Armstrong
301 Grant Street
Pittsburgh, PA 15222-4895
Phone: 412-394-7782
Email: wwycoff@thorpreed.com
        kcoriston@thorpreed.com

And

Martin Flumenbaum
Roberta A. Kaplan
Andrew J. Ehrlich
Tobias J. Stern
Paul Weiss Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019
Phone: 212-373-3166
Email: mflumenbaum@paulweiss.com
        rkaplan@paulweiss.com
        aehrlich@paulweiss.com
        tstern@paulweiss.com

*Counsel for Defendant Fitch, Inc.*

_____/s/ Walter P. DeForest_____
Walter P. DeForest
Pa. I.D. No. 05009
Deforest Koscelnik Yokitis Kaplan &
Berardinelli
3000 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone: (412) 227-3101
Email: deforest@dkykb.com

And

Floyd Abrams
Susan Buckley
Tammy L. Roy
Cahill Gordon & Reindel LLP
80 Pine Street
New York, New York 10005
Phone: (212) 701-3000
Email: fabrams@cahill.com
       sbuckley@cahill.com
       troy@cahill.com

*Attorneys for Defendant The McGraw-Hill*
*Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2009, the foregoing Stipulation Pursuant To Court Order Of December 21, 2009 was filed electronically and served via email on the following counsel:

Daniel P. Lynch
William J. Wyrick
Lynch Weis, LLC
501 Smith Drive, Suite 3
Cranberry Township, PA 16066
dlynch@lynchweis.com
bwyrick@lynchweis.com

Thomas B. Hatch
Jennifer L. McKenna
Jenny Gassman-Pines
Katherine K. Bruce
Bruce D. Manning
Margaret M. Lockner
Robins, Kaplan, Miller & Ciresi LLP
800 LaSalle Avenue
Minneapolis, MN 55402
tbhatch@rkmc.com
jlmckenna@rkmc.com
jgassman-pines@rkmc.com
kkbruce@rkmc.com
bdmanning@rkmc.com
mlockner@rkmc.com

Samuel W. Braver
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Fl.
Pittsburgh, PA 15219-1410
samuel.braver@bipc.com

Brian E. Pastuszenski
Sarah Heaton Concannon
Daniel Roeser
Goodwin Procter LLP
Exchange Place, 53 State Street
Boston, MA 02109
bpastuszenski@goodwinprocter.com
sconcannon@goodwinprocter.com
droeser@goodwinprocter.com

Mark A. Willard
Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
mwillard@eckertseamans.com

Joshua M. Rubins
James J. Coster
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
jrubins@ssbb.com
jcoster@ssbb.com

William M. Wycoff
Kerri L. Corison
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
wwycoff@thorpreed.com
kcoriston@thorpreed.com

Martin Flumenbaum
Roberta A. Kaplan
Andrew J. Ehrlich
Tobias J. Stern
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
mflumenbaum@paulweiss.com
rkaplan@paulweiss.com
aehrlich@paulweiss.com
tstern@paulweiss.com

/s/Walter P. DeForest
_____
Walter P. DeForest